ROBERT V. PRONGAY (#270796)
 *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
 *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
 *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Plaintiff Chris Porcelli*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS PORCELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED,<br><br>Defendants. | Case No.  5:24-cv-06124-EJD<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR FURTHER PROCEEDINGS AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

WHEREAS, on August 29, 2024, Plaintiff Chris Porcelli ("Plaintiff") commenced the above-captioned action against Defendants Outset Medical, Inc., Leslie Trigg, and Nabeel Ahmed (collectively, "Defendants"), alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1, the "Initial Complaint");

WHEREAS, on August 29, 2024, the Court issued an Order scheduling an Initial Case Management Conference for December 5, 2024 at 10:00 a.m., and setting associated deadlines pursuant to the Federal Rules of Civil Procedure, the Civil Local Rules, and the Alternative Dispute Resolution Local Rules (see ECF No. 6);

WHEREAS, on September 4, 2024, Defendants executed waivers of service, setting their deadline to respond to the Initial Complaint as October 29, 2024 (see ECF No. 8);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 78u-4(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel must be filed no later than October 28, 2024;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, an amended complaint would render any response to the currently pending complaint moot;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B); and

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint and to vacate the Initial Case Management Conference and related deadlines to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1

1.    Defendants need not respond to the Initial Complaint.

2.    Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

3.    The Initial Case Management Conference set for December 5, 2024 at 10:00 a.m., and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

DATED: September 13, 2024

**GLANCY PRONGAY & MURRAY LLP**

*/s/ Pavithra Rajesh*
Robert V. Prongay
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: prajesh@glancylaw.com

*Counsel for Plaintiff Chris Porcelli*

DATED: September 13, 2024

**SIDLEY AUSTIN LLP**

*/s/ Jaime A. Bartlett*
Jaime A. Bartlett
Sara B. Brody
Sarah E. Gallo
555 California Street
Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1279
Email: jbartlett@sidley.com
sbrody@sidley.com
sgallo@sidley.com

*Counsel for Defendants Outset Medical, Inc., Leslie Trigg, and Nabeel Ahmed*

2

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 5:24-CV-06124-EJD

Pursuant to Civil L.R. 5-1(i)(3), all signatories concur in filing this stipulation.

Dated: September 13, 2024

/s/ Pavithra Rajesh
Pavithra Rajesh

\*        \*        \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  September 16, 2024                    By: _____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING
CASE NO. 5:24-CV-06124-EJD