Nicole Lavallee (SBN 165755)
Michael Dark (SBN 179083)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          mdark@bermantabacco.com

*Counsel for the Pension Fund Group
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CHRIS PORCELLI, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED,<br><br>                              Defendants. | Case No. 5:24-cv-06124-EJD<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER RELATING AND CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL**<br><br>Date:        December 19, 2024<br>Time:       9:00 a.m.<br>Ctrm:      4 – 5th Floor<br>Judge:     Hon. Edward J. Davila |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED,<br><br>                              Defendants. | Case No. 5:24-cv-07267-HSG<br><br><u>CLASS ACTION</u><br><br>Ctrm:      2 – 4th Floor (Oakland Division)<br>Judge:     Hon. Haywood S. Gilliam, Jr. |

[NO. 5:24-cv-06124-EJD] [PROPOSED] ORDER RELATING AND CONSOLIDATING CASES, APPOINTING LEAD PLAINTIFF, AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL

Having considered the papers filed in support of the motion filed by the Plymouth County Retirement Association ("Plymouth County") and Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("SMW Pension Plan") (together, the "Pension Fund Group") to relate and consolidate the above cases, for appointment as Lead Plaintiff and for approval of its selection of counsel pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act (the "PSLRA"), and for good cause shown, the Court hereby enters the following Order:

**I.      RELATION AND CONSOLIDATION OF CASES**

1.      The following cases (the "Related Cases") are deemed related pursuant to Local Civil Rule 3-12:

| Name | Case Number |
|---|---|
| *Porcelli v. Outset Medical, Inc.* | 5:24-cv-06124-EJD |
| *Plymouth County Retirement Association v. Outset Medical, Inc.* | 5:24-cv-07267-HSG |

2.      Pursuant to Federal Rule of Civil Procedure 42 and Section 21D(a)(3)(B)(ii) of the Exchange Act, as amended by the PSLRA, the Related Cases are hereby consolidated for all purposes into one action.

3.      The Related Actions, now consolidated, shall hereafter be referred to as the "Consolidated Action."  This Order shall apply to the Consolidated Action and to each case that is subsequently filed in this Court or transferred to this Court and that relates to the same subject matter as the Consolidated Action.

4.      The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

5.      Every pleading in the Consolidated Action shall have the following caption:

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION ) ) ) ) | Case No. 5:24-cv-06124-EJD |
| This Document Relates to: ALL ACTIONS ) ) ) ) | |

6.      The Court requests the assistance of counsel in calling to the attention of the Clerk of this Court the filing or transfer of any case that might properly be consolidated as part of the Consolidated Action.

7.      When a case that arises out of the same subject matter of the Consolidated Action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

(a)      File a copy of this Order in the separate file for such action;

(b)      Mail a copy of this Order to the attorneys for the plaintiff(s) in the newly filed or transferred case and to any new defendant(s) in the newly filed or transferred case; and

(c)      Make the appropriate entry in the docket for the Consolidated Action.

8.      Each new case arising out of the subject matter of the Consolidated Action that is filed in this Court or transferred to this Court shall be consolidated with the Consolidated Action. This Order shall apply thereto, unless a party objects to consolidation within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such an application. Nothing in the foregoing shall be construed as a waiver of defendants' right to object to consolidation of any subsequently filed or transferred related action.

**II.      APPOINTMENT OF LEAD PLAINTIFF**

9.      The Court concludes that the Pension Fund Group is the "most adequate plaintiff" and that it complies with the requirements of Section 21D and the PSLRA for appointment as lead plaintiff. The Court hereby appoints the Pension Fund Group as lead plaintiff in the Consolidated Action and in any related actions subsequently transferred to or filed in this Court.

## III.    APPROVAL OF SELECTION OF LEAD COUNSEL

10.    The Pension Fund Group has selected Berman Tabacco to serve as its counsel.  The Court approves of this selection and appoints Berman Tabacco lead counsel for the Consolidated Action.  Lead counsel shall have, *inter alia*, the following responsibilities and duties:

(a)    File a consolidated complaint and any amended consolidated complaint;

(b)    Brief and argue motions;

(c)    Initiate and conduct discovery including, without limitation, coordination of discovery with defendants' counsel, the preparation of written interrogatories, requests for admissions and requests for production of documents;

(d)    Direct and coordinate the examination of witnesses in depositions;

(e)    Act as spokesperson at pretrial conferences;

(f)    Call and chair meetings of any other plaintiffs' counsel as appropriate or necessary from time to time;

(g)    Initiate and conduct any settlement negotiations with counsel for the defendants;

(h)    Provide general coordination of the activities of any and all plaintiffs' counsel and delegate work responsibilities to selected counsel as may be required in such a manner as to lead the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

(i)    Consult with and employ experts; and

(j)    Supervise all other matters related to the prosecution or resolution of this Consolidated Action.

11.    Lead plaintiff shall meet and confer with defendants and submit a mutually agreeable schedule for the filing of a consolidated complaint and for the filing of answers and/or responsive motions to such consolidated complaint.  The schedule shall be submitted to the Court for approval within thirty (30) days of the date of entry of this Order.

12.    Defendants shall have no obligation to file any answer or otherwise responsive papers to any of the pending individual complaints hereby consolidated other than the consolidated complaint.

IT IS SO ORDERED.

DATED: _____    _____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE