Nicole Lavallee (SBN 165755)
Michael Dark (SBN 179083)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
   mdark@bermantabacco.com

*Counsel for the Pension Fund Group
and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| CHRIS PORCELLI, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  vs.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED,<br><br>     Defendants. | Case No. 5:24-cv-06124-EJD<br><br>**CLASS ACTION**<br><br>**DECLARATION OF NICOLE LAVALLEE IN SUPPORT OF PENSION FUND GROUP'S MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL**<br><br>Date:  December 19, 2024<br>Time:  9:00 a.m.<br>Ctrm:  4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED,<br><br>     Defendants. | Case No. 5:24-cv-07267-HSG<br><br>CLASS ACTION<br><br>Ctrm:  2 – 4th Floor (Oakland Division)<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

[NO. 5:24-cv-06124-EJD] DECL. OF NICOLE LAVALLEE ISO MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

I, Nicole Lavallee, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.    I am a partner in the San Francisco office of Berman Tabacco, counsel for the Pension Group Fund and proposed lead counsel for the class.  I am a member in good standing of the State Bar of California and admitted to practice in this District.  I submit this Declaration in Support of the motion of Pension Fund Group for an order (i) relating and consolidating the above-captioned actions; (ii) appointing Pension Fund Group as lead plaintiff; and (iii) approving their selection of counsel, Berman Tabacco, as lead counsel for the class (the "Motion").  The statements made herein are made of my own personal knowledge and, if called upon, I could and would testify competently thereto.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the notice published, through *Business Wire*, a national, business-oriented news service, by Glancy Prongay & Murray LLP on August 29, 2024 in the case captioned *Porcelli v. Outset Medical, Inc., et al.*, No. 24-cv-6124 (N.D. Cal.), advising that a proposed securities class action was filed and that members of the proposed class had the right to move for appointment as lead plaintiff in that action no later than 60 days from the date of the notice, or October 28, 2024.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the notice published, through *Business Wire*, a national, business-oriented news service, by Berman Tabacco on October 18, 2024 in the case captioned *Plymouth County Retirement Association v. Outset Medical, Inc., et al.*, No. 24-cv-7267 (N.D. Cal.), advising that a proposed securities class action was filed expanding the class period to between September 15, 2020 and August 7, 2024, and that members of the proposed class had the right to move for appointment as lead plaintiff in that action no later than October 28, 2024.

4.    Attached hereto as Exhibit 3 are true and correct copies of the Certification of Plymouth County Retirement Association ("Plymouth County") and Certification of Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("SMW Pension Plan").

[NO. 5:24-cv-06124-EJD] DECL. OF NICOLE LAVALLEE ISO MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL                                                                                                                          1

5.      Attached hereto as Exhibit 4 is a true and correct copy of the Pension Fund Group's Joint Declaration in Support of Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel.

6.      Attached hereto as Exhibit 5 is a true and correct copy of charts, prepared by counsel, summarizing Plymouth County's and SMW Pension Plan's financial losses in Outset Medical, Inc. securities.

7.      Attached hereto as Exhibit 6 is a true and correct copy of the firm resume of Berman Tabacco.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of October, 2024.

*/s/ Nicole Lavallee*
Nicole Lavallee

[NO. 5:24-cv-06124-EJD] DECL. OF NICOLE LAVALLEE ISO MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL                                                                                                                    2