# Exhibit 3

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW

I, Padraic P. Lydon, Executive Director of the Plymouth County Retirement Association ("Plymouth County"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed the complaint prepared against Outset Medical, Inc. ("Outset") alleging violations of the federal securities laws and authorize its filing.

2.      Plymouth County did not engage in transactions in the securities which are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      Plymouth County is willing to serve as lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.  Plymouth County fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      Plymouth County's transactions in the securities of Outset between September 15, 2020 and August 7, 2024, inclusive, (the "Class Period") are set forth in Exhibit A, attached hereto.

5.      Other than those transactions set forth in Exhibit A attached hereto, Plymouth County has engaged in no transactions during the Class Period in the securities that are the subject of this action.

6.      During the three-year period preceding the date of this Certification, Plymouth County has sought to serve, or served, as a representative party on behalf of a class under the federal securities laws in the following matters:

1

- Plymouth County is Currently Serving as a Representative Party

  o *In re General Motors Co. Sec. Litig.*, No. 23-cv-13132 (E.D. Mich.) (named additional plaintiff)

  o *Plymouth County Retirement Association v. Array Technologies Inc.*, No. 21-cv-04390 (S.D.N.Y.) (appointed lead plaintiff, dismissed and on appeal)

- Plymouth County Sought to Serve as Lead Plaintiff in the Three-Year Period Preceding the Date of This Certification But was Not Appointed

  o *In re Astra Space Inc. f/k/a Holicity Inc. Securities Litigation*, No. 3:22-cv-08875 (N.D. Cal.) (not appointed lead plaintiff)

  o *Plymouth Country Retirement Association v. AppHarvest, Inc.*, No. 1:21-cv-09676 (S.D.N.Y.) (not appointed lead plaintiff)

- Plymouth County Filed a Complaint in the Three-Year Period Preceding the Date of This Certification But Did Not Seek to Serve as Lead Plaintiff

  o *Plymouth Country Retirement Association v. Crowdstrike Holdings, Inc.*, No. 1:24-cv-00857 (filed complaint only, did not seek lead plaintiff)

  o *Plymouth Country Retirement Association v. Outset Medical, Inc.*, No. 3:22-cv-04016 (N.D. Cal.) (voluntarily dismissed complaint filed)

  o *Plymouth Country Retirement Association v. Upstart Holdings, Inc.*, No. 3:22-cv-02973 (N.D. Cal.) (voluntarily dismissed complaint filed)

- Plymouth County Served as Lead Plaintiff in the Three-Year Period Preceding the Date of This Certification But the Case has Been Settled or Dismissed

  o *In re Fibrogen Inc. Sec. Litig.*, No. 21-cv-02623 (N.D. Cal.) (appointed lead plaintiff, settled)

  o *In re Apache Corp. Sec. Litig.*, No. 21-cv-00575 (S.D. Tex.) (appointed lead plaintiff, settled)

  o *In re Conduent, Inc. Sec. Litig.*, No. 19-cv-08237 (D.N.J.) (appointed lead plaintiff, settled)

  o *Plymouth County Retirement System v. Evolent Health Inc.*, No. 19-cv-01031 (E.D. Va.) (appointed lead plaintiff, settled)

  o *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance*

2

*Corp.*, No. 20-cv-00856 (N.D. Ala.) (appointed lead plaintiff, settled)

- o *Corwin v. ViewRay Inc.*, No. 19-cv-02115 (N.D. Ohio) (appointed lead plaintiff, dismissed)

- o *Plymouth County Retirement System v. Patterson Cos.*, No. 18-cv-00871 (D. Minn.) (appointed lead plaintiff, settled)

- o *In re Aqua Metals, Inc. Securities Litig.*, 17-cv-07142 (N.D. Cal.) (appointed lead plaintiff, settled)

7.      Plymouth County will not accept any payment for serving as class representative on behalf of the class beyond Plymouth County's *pro rata* share of any recovery, except for an award, as ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

8.      As Executive Director for Plymouth County, I am duly authorized to sign this Certification on behalf of Plymouth County.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2024.

_____
Padraic P. Lydon
*Executive Director Plymouth County Retirement Association*

3

**Exhibit A**
**Transactions in Outset Medical Inc. Common Stock**
**Plymouth County Retirement Association**

| Trade Date | Transaction Type | Number of Shares | Base Unit Price |
|---|---|---:|---:|
| 09/15/20 | BUY | 80 | $27.0000 |
| 09/21/21 | BUY | 2,090 | $53.9256 |
| 09/22/21 | BUY | 192 | $54.7000 |
| 09/22/21 | BUY | 486 | $54.7325 |
| 09/23/21 | BUY | 469 | $53.5959 |
| 09/23/21 | BUY | 1,602 | $52.8854 |
| 10/19/21 | BUY | 23 | $49.9975 |
| 10/19/21 | BUY | 266 | $49.8952 |
| 10/20/21 | BUY | 199 | $51.0000 |
| 10/20/21 | BUY | 628 | $52.2331 |
| 10/21/21 | BUY | 569 | $52.0190 |
| 10/22/21 | BUY | 1 | $51.1300 |
| 10/22/21 | BUY | 264 | $51.5350 |
| 10/25/21 | BUY | 1,213 | $51.9734 |
| 12/08/21 | SELL | (1,649) | $48.6544 |
| 01/20/22 | BUY | 252 | $38.5792 |
| 01/20/22 | BUY | 1,743 | $38.8690 |
| 01/21/22 | BUY | 1,085 | $38.2366 |
| 01/24/22 | BUY | 1,022 | $37.0415 |
| 09/08/22 | BUY | 5,946 | $17.8100 |
| 09/09/22 | BUY | 3,462 | $18.7912 |
| 12/20/23 | SELL | (4,546) | $5.9525 |

## **CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAW**

I, Vernon Shaffer, Executive Director, of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("SMW Pension Plan"), hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed a complaint filed in the action against Outset Medical, Inc. ("Outset") alleging violations of the federal securities laws and adopt its allegations.

2.      SMW Pension Plan did not engage in transactions in the securities which are the subject of this action at the direction of counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      SMW Pension Plan is willing to serve as lead plaintiff and representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.  SMW Pension Plan fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

4.      SMW Pension Plan's transactions in the securities of Outset between September 15, 2020 and August 7, 2024, inclusive, are set forth in Exhibit A, attached hereto.

5.      Other than those transactions set forth in Exhibit A attached hereto, SMW Pension Plan has engaged in no transactions during the Class Period in the securities that are the subject of this action.

6.      During the three-year period preceding the date of this Certification, SMW Pension Plan has sought to serve, or served, as a representative party on behalf of a class under the federal securities laws in the following matters:

- *Micholle v. Ophthotech Corp.*, No. 17-cv-00210 (S.D.N.Y.) (appointed lead plaintiff, settled)

1

7.      SMW Pension Plan will not accept any payment for serving as class representative on behalf of the class beyond SMW Pension Plan's *pro rata* share of any recovery, except for an award, as ordered or approved by the Court pursuant to section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

8.      As Executive Director of the SMW Pension Plan, I am duly authorized to sign this Certification on behalf of Sheet Metal Pension.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __10/23/2024_____.

*Vernon Shaffer*
Vernon Shaffer (Oct 23, 2024 14:41 PDT)

Vernon Shaffer
*Executive Director Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada*

2

**Exhibit A**
**Transactions in Outset Medical Inc. Common Stock**
**Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada**

| Trade Date | Transaction Type | Number of Shares | Base Unit Price |
|---|---|---|---|
| 12/09/21 | BUY | 8,220 | $47.5777 |
| 03/10/22 | BUY | 575 | $41.8968 |
| 04/13/22 | BUY | 337 | $45.1200 |
| 07/13/22 | BUY | 1,111 | $17.2604 |
| 01/19/24 | SELL | (10,243) | $3.6011 |