# Exhibit 4

Nicole Lavallee (SBN 165755)
Michael Dark (SBN 179083)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        mdark@bermantabacco.com

*Counsel for the Pension Fund Group*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHRIS PORCELLI, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED, <br><br> Defendants. | Case No. 5:24-cv-06124-EJD <br><br> <u>CLASS ACTION</u> <br><br> **PENSION FUND GROUP'S JOINT DECLARATION IN SUPPORT OF CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Date:    December 19, 2024 <br> Time:    9:00 a.m. <br> Ctrm:    4 – 5th Floor <br> Judge:    Hon. Edward J. Davila |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED, <br><br> Defendants. | Case No. 5:24-cv-07267-HSG <br><br> <u>CLASS ACTION</u> <br><br> Ctrm:    2 – 4th Floor (Oakland Division) <br> Judge:    Hon. Haywood S. Gilliam, Jr. |

[NO. 5:24-cv-06124-EJD] JOINT DECLARATION OF PENSION FUND GROUP ISO CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL

We, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.    We respectfully submit this Joint Declaration on behalf of the Pension Fund Group's[1] motion for consolidation of the related actions, appointment as lead plaintiff, and approval of selection of counsel in the instant class action on behalf of investors in the securities of Outset Medical, Inc. ("Outset").  We are each informed of and understand the requirements and duties imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA").  We are familiar with the obligations and fiduciary responsibilities owed to a class having previously served as lead plaintiffs in federal securities class actions.  Each of us has personal knowledge about the information in this Joint Declaration relating to ourselves and our respective fund, and if called as witnesses, we each could and would testify competently thereto (unless our knowledge is on information and belief, in which case we will so state).

**Mr. Lydon on Behalf of Plymouth County**

2.    I, Padraic P. Lydon, am the Executive Director of Plymouth County Retirement Association ("Plymouth County") and am authorized to make this declaration on behalf of Plymouth County.  Plymouth County is the retirement system for the benefit of the employees of cities, towns, districts, and authorities within Plymouth County, Massachusetts.  As reported in Plymouth County's Annual Statement for the year ended December 31, 2023, Plymouth County has a total membership of 10,506 members and has assets with a market value of approximately $1.4 billion.

3.    Plymouth County is a sophisticated institutional investor that understands and accepts the duties and responsibilities that the PSLRA imposes on lead plaintiffs in suits arising under the securities laws.  As a sophisticated investor, Plymouth County will call upon its expertise to benefit the class.  In fact, Plymouth County has served as a lead plaintiff, including as co-lead plaintiff in lead plaintiff groups, in previous suits arising under the securities laws which have

---

[1] The Pension Fund Group consists of the Plymouth County Retirement Association ("Plymouth County") and Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("SMW Pension Plan").

[NO. 5:24-cv-06124-EJD] JOINT DECLARATION OF PENSION FUND GROUP ISO CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL                                                                                                        1

resulted in recoveries on behalf of the respective classes.  For example, Plymouth County recently concluded cases serving as lead plaintiff which resulted in substantial recoveries for the class:  *In re Apache Corp. Sec. Litig.,* No. 21-cv-00575 (S.D. Tex.) ($65,000,000 settlement); *In re Fibrogen Inc. Sec. Litig*., No. 21-cv-02623 (N.D. Cal.) ($28,500,000 settlement); *Sheet Metal Workers Local 19 Pension Fund v. ProAssurance Corp*., No. 20-cv-00856 (N.D. Ala.) ($28,000,000 settlement); *In re Conduent, Inc. Sec. Litig*., No. 19-cv-08237 (D.N.J.) ($32,000,000 settlement); *Plymouth County Retirement System v. Evolent Health Inc.,* No. 19-cv-01031 (E.D. Va.) ($23,500,000 settlement); and *Plymouth County Retirement System v. Patterson Cos. Inc.*, No. 18-cv-00871 (D. Minn.) ($63,000,000 settlement).

4.    Plymouth County retained Berman Tabacco, a firm that Plymouth County has an ongoing attorney-client relationship with, to file a complaint expanding the class period against Outset.   On October 18, 2024, Plymouth County approved the filing of a securities class action complaint, captioned *Plymouth County Retirement Association v. Outset Medical, Inc., et al.*, No. 5:24-cv-07267, in this District, which extended the Class Period from between August 1, 2022 and August 7, 2024, inclusive, to between September 15, 2020 and August 7, 2024 ("Class Period"). Plymouth County purchased Outset securities during the Class Period as set forth in my Certification.

**Mr. Shaffer on Behalf of SMW Pension Plan**

5.    I, Vernon Shaffer, am the Executive Director of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("SMW Pension Plan") and am authorized to make this declaration on behalf of SMW Pension Plan.  SMW Pension Plan is the retirement plan for thousands of Sheet Metal Workers from many Sheet Metal locals in Southern California, Arizona and Nevada.  The total number of participants and beneficiaries covered by SMW Pension Plan on January 1, 2023 was 11,231.  As of December 31, 2023, SMW Pension Plan had assets with a market value of approximately $1.3 billion.

6.    SMW Pension Plan is a sophisticated institutional investor that understands and accepts the duties and responsibilities that the PSLRA imposes on lead plaintiffs in suits arising

under the securities laws.  As a sophisticated investor, SMW Pension Plan will call upon its expertise serving as a fiduciary to benefit the class.  In fact, SMW Pension Plan has experience serving as a lead plaintiff which resulted in a substantial recovery to the class: *Micholle v. Ophthotech Corp.*, No. 17-cv-00210 (S.D.N.Y.) ($29,000,000 settlement).

7.    SMW Pension Plan decided to retain Berman Tabacco after considering the merits of the allegations, its interest in recovering the losses it suffered and the losses of other shareholders. SMW Pension Plan purchased Outset securities during the Class Period as set forth in my Certification.

8.    Upon learning of each other's interest in this matter, we, Mr. Lydon on behalf of Plymouth County and Mr. Shaffer on behalf of SMW Pension Plan, participated in a telephonic meeting on October 24, 2024 to discuss, among other things: the allegations and the strength of the claims against defendants; a strategy for prosecuting these actions; the role of the lead plaintiff and the lead plaintiff selection and litigation process; the benefits that the class would receive from the leadership of a combined lead plaintiff; a shared desire to achieve the best possible result for the class; our interests in prosecuting the case in a collaborative, like-minded manner; and the actions that we will take to continue to ensure that the class's claims will be zealously and efficiently litigated.

9.    As a result, Plymouth County and SMW Pension Plan decided to coordinate efforts to jointly seek lead plaintiff and discussed jointly managing the litigation against Outset, as further discussed herein.  In connection with this decision the parties recognized that they retained highly qualified counsel to serve as lead counsel for the class.  The Pension Fund Group is committed to maximizing recovery for the class and will ensure that lead counsel works expeditiously and effectively to bring about a fair resolution to the allegations in this action.

10.    With respect to the Pension Fund Group's selected counsel, we believe that the class will benefit from having a law firm experienced in successfully litigating securities class actions. The Pension Fund Group is aware of and has been advised of the experience, resources, and successes of its proposed lead counsel, Berman Tabacco, and is aware that it is an accomplished

law firm with a history of achieving significant settlements and corporate governance reforms with defendants.  Through the Pension Fund Group's oversight of its proposed lead counsel, it fully believes that Berman Tabacco will prosecute this litigation in a zealous and efficient manner.

11.     The Pension Fund Group understands that the PSLRA and courts in this District permit groups to serve as lead plaintiff when the group can function cohesively and proves that it will actively monitor the litigation to represent the interests of the class.  The Pension Fund Group agrees that its collective resources, and ability to deliberate and engage in joint decision-making, will materially benefit and advance the interests of the class in this case.

12.     Each member of the Pension Fund Group is highly motivated to recover its substantial losses and intends to share its perspectives, experiences, and resources to direct this litigation.  To this end, during our October 24, 2024 telephonic meeting, we discussed the importance of joint decision-making and maintaining communication that will enable each of us to confer, with or without counsel, via telephone and/or e-mail on short notice to ensure that the Pension Fund Group is able to make timely decisions.

13.     We have agreed that we will exercise joint decision-making and will jointly communicate with proposed lead counsel regarding the progress and prosecution of this action on a regular basis as well as when important decisions need to be made related to the action.  To that end, we have agreed that proposed lead counsel will provide us with periodic status reports and hold regular joint calls to discuss: (i) new developments in the action, (ii) all significant decisions concerning the prosecution of the case, (iii) litigation and settlement strategies, (iv) significant pleadings and briefs, (v) important discovery issues, (vi) attorney and expert work being performed, and (vii) any other issues bearing on the effective and efficient prosecution of this matter.  Further, we agreed that the parties will make themselves available for any appearances, depositions, and other necessary meetings to facilitate the prosecution of this action.

14.     The Pension Fund Group is committed to satisfying the fiduciary obligations that it will assume if appointed lead plaintiff, including by conferring with counsel regarding litigation strategy and other matters, attending court proceedings, depositions, settlement mediations, and

hearings as needed, and reviewing and authorizing the filing of important litigation documents. Through these and other measures, the Pension Fund Group will ensure that the Outset securities litigation will be vigorously prosecuted consistent with the requirements of the lead plaintiff provisions under the PSLRA and in the best interests of the class and will seek to obtain the greatest possible recovery for the class.

15.    We understand that one of the primary responsibilities of the lead plaintiff under the PSLRA is to select and retain lead counsel and to supervise the prosecution of the case.  We believe that it is essential to the satisfaction of our fiduciary responsibility to the class to select and retain lead counsel that has a proven track record of handling these types of cases and that will operate pursuant to our direction and authority.  Moreover, we believe that Berman Tabacco is highly experienced and qualified to represent the class as lead counsel in this action.  We believe that the appointment of the Pension Fund Group and approval of Berman Tabacco as lead counsel will further the best interests of the class.  Plymouth County and SMW Pension Plan have authorized Berman Tabacco to file a motion for appointment of the Pension Plan Group as lead plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to the Plymouth County Retirement Association are true and correct to the best of my knowledge.

Executed ___10/28/2024_____

*Padraic P. Lydon*
Padraic P. Lydon (Oct 28, 2024 10:20 EDT)
_____
Padraic P. Lydon, Executive Director
Plymouth County Retirement Association

//

//

//

[NO. 5:24-cv-06124-EJD] JOINT DECLARATION OF PENSION FUND GROUP ISO CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF COUNSEL                                                                                                                          5

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements relating to Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada are true and correct to the best of my knowledge.

Executed __10/28/2024_____

_Vernon Shaffer_____
Vernon Shaffer (Oct 28, 2024 08:46 PDT)
_____
Vernon Shaffer, Executive Director
Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada