# Exhibit 5

**Outset Medical Inc.**
**Common Stock (CUSIP 690145107)**
**Summary Chart**

**Class Period:** 09/15/20-08/07/24

| Fund | Total Class Period Shares Purchased | Net Class Period Shares Purchased | Net Expenditures | FIFO | LIFO |
|---|---|---|---|---|---|
| Plymouth County Retirement Association | 21,592 | 15,397 | ($645,974) | ($622,258) | ($622,258) |
| Sheet Metal Workers' Pension Plan of Southern Cal., Ariz. and Nev. | 10,243 | 0 | ($412,675) | ($412,675) | ($412,675) |
| **Totals:** | **31,835** | **15,397** | **($1,058,649)** | **($1,034,933)** | **($1,034,933)** |

**Outset Medical Inc.**
**Common Stock (CUSIP 690145107)**
**FIFO/LIFO**

**Class Period:** 09/15/20-08/07/24
**Shareholder:** Plymouth County Retirement Association

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 09/14/20 | Holdings | | | 0 | | | |
| | | | | | | | |
| 09/15/20 | BUY | 80 | | 80 | $27.0000 | ($2,160.00) | $0.00 |
| 09/21/21 | BUY | 2,090 | | 2,170 | $53.9256 | ($112,704.50) | $0.00 |
| 09/22/21 | BUY | 192 | | 2,362 | $54.7000 | ($10,502.40) | $0.00 |
| 09/22/21 | BUY | 486 | | 2,848 | $54.7325 | ($26,600.00) | $0.00 |
| 09/23/21 | BUY | 469 | | 3,317 | $53.5959 | ($25,136.48) | $0.00 |
| 09/23/21 | BUY | 1,602 | | 4,919 | $52.8854 | ($84,722.41) | $0.00 |
| 10/19/21 | BUY | 23 | | 4,942 | $49.9975 | ($1,149.94) | $0.00 |
| 10/19/21 | BUY | 266 | | 5,208 | $49.8952 | ($13,272.12) | $0.00 |
| 10/20/21 | BUY | 199 | | 5,407 | $51.0000 | ($10,149.00) | $0.00 |
| 10/20/21 | BUY | 628 | | 6,035 | $52.2331 | ($32,802.39) | $0.00 |
| 10/21/21 | BUY | 569 | | 6,604 | $52.0190 | ($29,598.81) | $0.00 |
| 10/22/21 | BUY | 1 | | 6,605 | $51.1300 | ($51.13) | $0.00 |
| 10/22/21 | BUY | 264 | | 6,869 | $51.5350 | ($13,605.24) | $0.00 |
| 10/25/21 | BUY | 1,213 | | 8,082 | $51.9734 | ($63,043.73) | $0.00 |
| 12/08/21 | SELL | | (1,649) | 6,433 | $48.6544 | $0.00 | $80,231.11 |
| 01/20/22 | BUY | 252 | | 6,685 | $38.5792 | ($9,721.96) | $0.00 |
| 01/20/22 | BUY | 1,743 | | 8,428 | $38.8690 | ($67,748.67) | $0.00 |
| 01/21/22 | BUY | 1,085 | | 9,513 | $38.2366 | ($41,486.71) | $0.00 |
| 01/24/22 | BUY | 1,022 | | 10,535 | $37.0415 | ($37,856.41) | $0.00 |
| 09/08/22 | BUY | 5,946 | | 16,481 | $17.8100 | ($105,898.26) | $0.00 |
| 09/09/22 | BUY | 3,462 | | 19,943 | $18.7912 | ($65,055.13) | $0.00 |
| 12/20/23 | SELL | | (4,546) | 15,397 | $5.9525 | $0.00 | $27,060.07 |
| 08/08/24 | SELL[1] | | (3,382) | 12,015 | $1.9550 | $0.00 | $6,611.81 |
| 08/08/24 | SELL[1] | | (12,015) | 0 | $1.4236 | $0.00 | $17,104.55 |
| | | | | | | | |
| Totals: | | 21,592 | (21,592) | | | ($753,265) | $131,008 |
| Shares Held | | | 0 | | | | |
| Total FIFO/LIFO (Loss)/Profit: | | ($622,258) | | | | | |

[1] Post class period sales are included in the FIFO/LIFO calculations. The higher of the actual sale price and the average price of the stock from the day after the class period end to the date of the sale was used in the calculations.

**Outset Medical Inc.**
**Common Stock (CUSIP 690145107)**
**FIFO/LIFO**

**Class Period:** 09/15/20-08/07/24
**Shareholder:** Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada

| Trade Date | Transaction Type | Shares Bought | Shares Sold | Shares Held | Base Unit Price | (Costs) | Proceeds |
|---|---|---|---|---|---|---|---|
| 09/14/20 | Holdings | | | 0 | | | |
| | | | | | | | |
| 12/09/21 | Purchased | 8,220 | | 8,220 | $47.5777 | ($391,088.69) | $0.00 |
| 03/10/22 | Purchased | 575 | | 8,795 | $41.8968 | ($24,090.66) | $0.00 |
| 04/13/22 | Purchased | 337 | | 9,132 | $45.1200 | ($15,205.44) | $0.00 |
| 07/13/22 | Purchased | 1,111 | | 10,243 | $17.2604 | ($19,176.30) | $0.00 |
| 01/19/24 | Sold | | (10,243) | 0 | $3.6011 | $0.00 | $36,886.07 |
| | | | | | | | |
| Totals: | | 10,243 | (10,243) | | | ($449,561) | $36,886 |
| Shares Held | | | 0 | | | | |
| Total FIFO/LIFO (Loss)/Profit: | | ($412,675) | | | | | |