**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5125
Email: pbishop@aftlaw.com

*Counsel for Proposed Lead Plaintiff*
*Institutional Firefighting Investors*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS PORCELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED<br><br>Defendants. | CASE NO.: 5:24-cv-06124-EJD<br><br>CLASS ACTION<br><br>**DECLARATION OF PATRICE L. BISHOP IN SUPPORT OF MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>JUDGE:    Hon. Edward J. Davila<br>CRTRM:    4 – 5th Floor<br>DATE:    December 19, 2024<br>TIME:    9:00 a.m. |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED<br><br>Defendants. | CASE NO.: 5:24-cv-07267-HSJ<br><br><br><br>JUDGE:    Hon. Haywood S Gilliam, Jr<br>CRTRM:    2 – 4th Floor<br>           Oakland Division |

BISHOP DECL. ISO MOTION FOR CONSOLIDATION AND APPTMT OF LEAD PLAINTIFF AND COUNSEL
CASE NO.: 5:24-cv-06124-EJD

I, Patrice L. Bishop, declare and say that:

1.    I am Of Counsel with the law firm of Abraham, Fruchter & Twersky, LLP ("AF&T"), a member of the State Bar of California, and admitted to practice before this Court. AF&T is counsel for lead plaintiff movants City of Sarasota Firefighters' Pension Fund ("Sarasota Firefighters") and Irving Firemen's Relief and Retirement Fund ("IFRRF", collectively with the Sarasota Firefighters, the "Institutional Firefighting Investors") and proposed lead counsel for the putative class of the above-captioned securities class actions. I submit this Declaration in support of the Institutional Firefighting Investors' Motion for Consolidation of Related Actions and Appointment of Lead Plaintiff and Lead Counsel. I have personal knowledge of the matters stated herein and if called as a witness could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of the notice of pendency of class action published on *Business Wire*, a national business-oriented wire service, on August 29, 2024.

3.    Attached hereto as Exhibit B is a true and correct copy of the Institutional Firefighting Investors' sworn certifications.

4.    Attached hereto as Exhibit C is a true and correct copy of the estimate of the Institutional Firefighting Investors' losses.

5.    Attached hereto as Exhibit D is a true and correct copy of the Institutional Firefighting Investors' Joint Declaration of Michael Hartley and David Florance in Support of Lead Plaintiff Motion.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct.

Executed this 28th day of October 2024, at Los Angeles, California.


*/s/ Patrice L. Bishop*
Patrice L. Bishop
Declarant