# EXHIBIT B

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Michael Hartley, as Chairman of the City of Sarasota Firefighters' Pension Fund ("Sarasota Firefighters"), having the authority to enter into and execute this Certification on behalf of Sarasota Firefighters, hereby certify as follows:

1.    I have reviewed the Complaint filed in *Porcelli v. Outset Medical, Inc., et al.*, No. 5:24-cv-06124-EJD (N.D.Cal.), and authorize the filing of a similar complaint and a motion for Sarasota Firefighters' appointment as lead plaintiff.

2.    Sarasota Firefighters did not engage in transactions of the Outset Medical, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.    Sarasota Firefighters is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    Sarasota Firefighters' transactions during the relevant period in the Outset Medical, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.    During the three-year period preceding the date of this Certification, Sarasota Firefighters has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *In re Telefonaktiebolaget LM Ericsson Sec. Litig.*, No. 1:22-cv-01167 (WFK) (LB) (E.D.N.Y.); and *In re Perion Network Ltd. Sec. Litig.*, No. 1:24-cv-02860-VEC (S.D.N.Y.).

6.    Sarasota Firefighters will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23 day of October, 2024.

Michael Hartley
Chairman
City of Sarasota Firefighters' Pension Fund

## Schedule A

**City of Sarasota Firefighters' Pension Fund**
**Transactions in Outset Medical, Inc. (OM)**

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 01/09/2023 | 2,906 | 26.3947 |
| Sell | 11/13/2023 | (2,906) | 3.8794 |

## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

I, David Florance, as Chairman of the Irving Firemen's Relief and Retirement Fund ("IFRRF"), having the authority to enter into and execute this Certification on behalf of IFRRF, hereby certify as follows:

1.    I have reviewed the Complaint filed in *Porcelli v. Outset Medical, Inc., et al.*, No. 5:24-cv-06124-EJD (N.D.Cal.), and authorize the filing of a similar complaint and a motion for IFRRF's appointment as lead plaintiff.

2.    IFRRF did not engage in transactions of the Outset Medical, Inc. securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3.    IFRRF is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.    IFRRF's transactions during the relevant period in the Outset Medical, Inc. securities that are the subject of this action are set forth in the attached Schedule A.

5.    During the three-year period preceding the date of this Certification, IFRRF has not sought to serve as a representative party on behalf of a class under the 1934 Act.

6.    IFRRF will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _28_ day of October, 2024.

Signed by:

David Florance
Chairman
Irving Firemen's Relief and Retirement Fund

## Schedule A

**Irving Firemen's Relief and Retirement Fund**
**Transactions in Outset Medical, Inc. (OM)**

| Transaction | Trade Date | Number Shares | Price |
|---|---|---|---|
| Buy | 11/24/2021 | 60 | 48.6227 |
| Buy | 11/26/2021 | 145 | 47.9061 |
| Buy | 11/29/2021 | 675 | 47.6260 |
| Buy | 02/28/2022 | 350 | 44.1786 |
| Buy | 05/26/2022 | 400 | 22.0696 |
| Sell | 01/19/2024 | (1,630) | 3.5413 |