# EXHIBIT C

### Gain (Loss) Chart

**City of Sarasota Firefighters' Pension Fund**
**Transactions in Outset Medical, Inc. (OM)**

Class Period Total Purchases: 2,906 shares
Class Period Total Net Purchases: 0 shares
Class Period Expenditures: ($76,703.00)
Class Period Net Expenditures: ($65,429.46)
Gain (Loss): ($65,429.46)

| Transaction | Trade Date | Number Shares | Price | Amount |
|---|---|---|---|---|
| Buy | 01/09/2023 | 2,906 | 26.3947 | ($76,703.00) |
| Sell | 11/13/2023 | (2,906) | 3.8794 | $11,273.54 |
| Gain (Loss) | | | | ($65,429.46) |

**Irving Firemen's Relief and Retirement Fund**
**Transactions in Outset Medical, Inc. (OM)**

Class Period Total Purchases: 1,630 shares
Class Period Total Net Purchases: 0 shares
Class Period Expenditures: ($66,301.64)
Class Period Net Expenditures: ($60,529.33)
Gain (Loss): ($60,529.33)

| Transaction | Trade Date | Number Shares | Price | Amount |
|---|---|---|---|---|
| Buy | 11/24/2021 | 60 | 48.6227 | ($2,917.36) |
| Buy | 11/26/2021 | 145 | 47.9061 | ($6,946.38) |
| Buy | 11/29/2021 | 675 | 47.6260 | ($32,147.55) |
| Buy | 02/28/2022 | 350 | 44.1786 | ($15,462.51) |
| Buy | 05/26/2022 | 400 | 22.0696 | ($8,827.84) |
| Sell | 01/19/2024 | (1,630) | 3.5413 | $5,772.32 |
| Gain (Loss) | | | | ($60,529.33) |

**Combined Totals for Movants**
**Transactions in Outset Medical, Inc. (OM)**

Class Period Total Purchases: 4,536 shares
Class Period Total Net Purchases: 0 shares
Class Period Expenditures: ($143,004.64)
Class Period Net Expenditures: ($125,958.79)
Gain (Loss): ($125,958.79)