# EXHIBIT D

**JOINT DECLARATION OF MICHAEL HARTLEY AND DAVID FLORANCE
<u>IN SUPPORT OF LEAD PLAINTIFF MOTION</u>**

We, Michael Hartley and David Florence, under penalty of perjury pursuant to pursuant to 28 U.S.C. § 1746, declare as follows:

1.      We respectfully submit this Joint Declaration in support of the motion of the City of Sarasota Firefighters' Pension Fund ("Sarasota Firefighters") and the Irving Firemen's Relief and Retirement Fund ("IFRRF") (collectively, the "Institutional Firefighting Investors") for appointment as Lead Plaintiff and approval of the Institutional Firefighting Investors' selection of Abraham Fruchter & Twersky, LLP as Lead Counsel for the proposed class in the pending litigation brought on behalf of investors in the securities of Outset Medical, Inc. ("Outset Medical").

2.      We are informed of and understand the requirements and duties of the Lead Plaintiff imposed by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), including the selection and retention of counsel, and overseeing the prosecution of the Outset Medical litigation.

3.      I, Michael Hartley, am the Chairman of the City of Sarasota Firefighters' Pension Fund and am authorized to make this Declaration on its behalf.  Sarasota Firefighters is a public employee retirement system with more than $175 million in assets under management operated for the benefit of thousands of participants and beneficiaries.  As reflected in its Certification, Sarasota Firefighters purchased thousands of shares of Outset Medical securities during the putative class period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

4.      I, David Florance, am the Chairman of the Irving Firemen's Relief and Retirement Fund and am authorized to make this Declaration on its behalf.  IFRRF is a public employee retirement system with more than $240 million in assets under management operated for the benefit of thousands of participants and beneficiaries.  As reflected in its Certification, IFRRF

purchased more than one thousand five hundred shares of Outset Medical securities during the putative class period and suffered a substantial loss as a result of the alleged violation of the federal securities laws in this action.

5. We each have personal knowledge about the information in this Joint Declaration relating to our own actions and the movant with which we are individually associated.

6. The members of the Institutional Firefighting Investors are strongly motivated to recover the significant losses that we and the putative class suffered as a result of defendants' alleged violations of the federal securities laws. In light of our significant financial interests in the relief sought by the class, we believe that the securities class action claims against Outset Medical should be led by dedicated and sophisticated institutional investors who are committed to maximizing the recovery for all harmed investors.

7. We understand that the PSLRA and courts throughout the country have endorsed the appointment of small groups of institutional investors to serve as lead plaintiff when the group is able to establish that its members are able to oversee the litigation and their proposed lead counsel in an independent manner. We intend to prosecute this litigation in such an independent and vigorous manner.

8. The Institutional Firefighting Investors agree that their collective resources and ability to engage in joint decision-making will materially benefit and advance the interests of the class in this litigation.

9. Before filing our motion, the Institutional Firefighting Investors communicated regarding the merits of this action, the status of the proceedings, the responsibilities of a lead plaintiff appointed pursuant to the PSLRA, our ability to work together and to collaboratively assume the role of lead plaintiff, and efforts to promote effective communication in the future.

Through our discussions, we determined that Sarasota Firefighters and IFRRF are like-minded, sophisticated institutional investors with a substantial financial stake in this litigation and share a commitment to maximizing investors' recovery.

10. We will collaborate on joint decision-making regarding this litigation as needed. Given our mutual interest in recovering from the defendants in this litigation and our common perspective as sophisticated institutional investors, we expect that if appointed we will fulfill our fiduciary responsibilities to the proposed class and make joint decisions together in a consensual manner.

11. Notably, the undersigned, as fiduciaries for the Sarasota Firefighters and IFRRF, respectfully, understand our fiduciary responsibilities to the putative class.

12. The Institutional Firefighting Investors also understand and appreciate the Lead Plaintiff's obligation under the PSLRA to select qualified and experienced Lead Counsel and to monitor this action to ensure it is prosecuted efficiently. Here, the Institutional Firefighting Investors have fulfilled this responsibility by selecting Lead Counsel with a proven history of handling this type of complex litigation.

13. The Institutional Firefighting Investors will continue to supervise counsel and actively oversee the prosecution of the action for the benefit of the class of investors by, among other things, reviewing pleadings, monitoring the litigation and significant developments, participating in discovery, instructing counsel, attending hearings as warranted, and overseeing future resolution-oriented discussions or negotiations. As our Certifications attest, we will participate in a trial, if any, of this litigation.

14. We believe our service as Lead Plaintiff, if approved by the Court, and oversight of Lead Counsel will result in an optimal recovery for the putative class.

I, Michael Hartley, declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of October, 2024, at Sarasota, Florida.

Michael Hartley
Chairman

City of Sarasota Firefighters' Pension Fund

I, David Florance, declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of October, 2024, at Irving, Texas.

David Florance
Chairman
Irving Firemen's Relief and
    Retirement Fund

I, Michael Hartley, declare under penalty of perjury that the foregoing is true and correct.

Executed this ___ day of October, 2024, at Sarasota, Florida.

_____
Michael Hartley
Chairman
City of Sarasota Firefighters' Pension Fund

I, David Florance, declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of October, 2024, at Irving, Texas.

Signed by:

_____
David Florance
Chairman
Irving Firemen's Relief and
    Retirement Fund