UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS PORCELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED<br><br>Defendants. | CASE NO.: 5:24-cv-06124-EJD<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION OF RELATED ACTIONS AND APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL**<br><br>JUDGE:     Hon. Edward J. Davila<br>CRTRM:     4 – 5th Floor |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED<br><br>Defendants. | CASE NO.: 5:24-cv-07267-HSJ<br><br>JUDGE:     Hon. Haywood S Gilliam, Jr<br>CRTRM:     2 – 4th Floor<br>                  Oakland Division |

[PROPOSED] ORDER GRANTING CONSOLIDATION AND APPTMT OF LEAD PLAINTIFF AND COUNSEL
CASE NO.: 5:24-CV-06124-EJD

Having considered the Motion for Consolidation of Related Actions and Appointment of Lead Plaintiff and Lead Counsel (the "Motion") filed by the City of Sarasota Firefighters' Pension Fund and the Irving Firemen's Relief and Retirement Fund,

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED;

2.      The Court hereby consolidates the above-captioned actions for all purposes including, but not limited to, discovery, pretrial proceedings and trial proceedings, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure under the following caption:

| | |
|---|---|
| In re OUTSET MEDICAL, INC., SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Master File No. 5:24-cv-06124-EJD<br><br><u>CLASS ACTION</u> |

3.      A Master Docket and Master File are hereby established for this Action.  The Master File shall be Civil Action No. 5:24-cv-06124-EJD.  Entries in the Master Docket shall be applicable to this Action and any subsequently filed actions related hereto, as more fully set forth below.

4.      When a case that arises out of the subject matter of this action is hereinafter filed in this Court or transferred from another Court, the Clerk of this Court shall:

a.      file a copy of this Order in the separate file for such action, and

b.      make the appropriate entry in the docket for this action.

5.      Each new case which arises out of the subject matter of this Action that is filed in this Court or transferred to this Court shall be consolidated with this action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order shall, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, file an application for relief from this Order or any provision herein and this Court deems it appropriate to grant such application.

6.       Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the City of Sarasota Firefighters' Pension Fund ("Sarasota Firefighters") and the Irving Firemen's Relief and Retirement Fund ("IFRRF", collectively with the Sarasota Firefighters, the "Institutional Firefighting Investors") are appointed as Lead Plaintiff.

7.       Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the Institutional Firefighting Investors' selection of counsel is approved and Abraham, Fruchter & Twersky, LLP is appointed as Lead Counsel.

8.       Plaintiffs' Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through counsel whom Lead Counsel shall designate:

      a.       to coordinate the briefing and argument of motions;

      b.       to coordinate the conduct of discovery proceedings;

      c.       to coordinate the examination of witnesses in depositions;

      d.       to coordinate the selection of counsel to act as a spokesperson at pretrial conferences;

      e.       to call meetings of the plaintiffs' counsel as they deem necessary and appropriate from time to time;

      f.       to coordinate all settlements negotiations with counsel for defendants;

      g.       to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required; and

      h.       to supervise any other matters concerning the prosecution, resolution or settlement of the Consolidated Action.

9.       No motion, request for discovery, or other pretrial proceedings shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery by plaintiffs.  No settlement negotiations shall be conducted without the approval of Lead Counsel.

///

///

10.     Counsel in any related action that is consolidated with this consolidated Action shall be bound by this organization of Plaintiffs' counsel.


IT IS SO ORDERED.



Dated: _____, 2024

_____
Honorable Edward J. Davila
United States District Judge



Respectfully submitted by:

ABRAHAM, FRUCHTER
    & TWERSKY, LLP
Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5125
Email:     pbishop@aftlaw.com

ABRAHAM, FRUCHTER
    & TWERSKY, LLP
Mitchell M.Z. Twersky
Atara Hirsch
Lawrence D. Levit
450 Seventh Avenue, 38th Floor
New York, NY  10123
Telephone: (212) 279-5050
Facsimile:  (212) 279-3655
Email:     mtwersky@aftlaw.com
             ahirsch@aftlaw.com
             llevit@aftlaw.com

*Proposed Lead Counsel for Proposed Lead
Plaintiff Institutional Firefighting Investors*