**ABRAHAM, FRUCHTER
& TWERSKY, LLP**
Patrice L. Bishop (SBN 182256)
9440 Santa Monica Blvd., Suite 301
Beverly Hills, CA 90210
Telephone: (310) 279-5125
Email: pbishop@aftlaw.com

*Counsel for Proposed Lead Plaintiff
Institutional Firefighting Investors*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRIS PORCELLI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED <br><br> Defendants. | CASE NO.: 5:24-cv-06124-EJD <br><br> <u>CLASS ACTION</u> <br><br> **NOTICE OF NON-OPPOSITION OF INSTITUTIONAL FIREFIGHTERS' INVESTORS TO THE PENSION FUND GROUP'S COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> JUDGE:    Hon. Edward J. Davila <br> CRTRM:  4 – 5th Floor <br> DATE:    December 19, 2024 <br> TIME:     9:00 a.m. |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED <br><br> Defendants. | CASE NO.: 5:24-cv-07267-HSJ <br><br><br><br><br><br><br><br><br><br> JUDGE:    Hon. Haywood S Gilliam, Jr <br> CRTRM:  2 – 4th Floor <br>              Oakland Division |

NOTICE OF NON-OPP. TO THE PENSION FUND GROUP'S LEAD PLAINTIFF MOTION
CASE NO.: 5:24-CV-06124-EJD

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

On October 28, 2024, the Institutional Firefighting Investors filed a motion, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), for an order: (i) appointing the Institutional Firefighting Investors as Lead Plaintiff on behalf of a proposed class of all persons or entities that purchased or otherwise acquired the common stock of Outset Medical, Inc. ("Outset" or the "Company") between September 15, 2020, and August 7, 2024, inclusive (the "Class"); (ii) approving its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel; and (iii) granting any such further relief as the Court may deem just and proper. Dkt. 23.

After reviewing the competing motion to serve as Lead Plaintiff, it appears that the Institutional Firefighting Investors do not have the "largest financial interest" in this litigation among the movants within the meaning of the PSLRA. Rather, the movants identified as "Pension Fund Group" (see ECF No. 17) appear to have the "largest financial interest" and consequently is presumed to be "the most adequate plaintiff" pursuant to the PSLRA. 15 U.S.C. § 78u-4(a)(3)(B)(iii). Accordingly, Institutional Firefighting Investors hereby provides this Notice of non-opposition to the appointment of Pension Fund Group as Lead Plaintiff. This Notice of non-opposition shall have no impact on Institutional Firefighting Investors' membership in the proposed Class, its right to share in any recovery obtained for the benefit of Class members, or its ability to serve as a representative party in this litigation.

Dated: November 12, 2024                     **ABRAHAM, FRUCHTER**
                                             **& TWERSKY, LLP**


                                    By:  /s/ *Patrice L. Bishop*
                                         Patrice L. Bishop (SBN 182256)
                                         9440 Santa Monica Blvd., Suite 301
                                         Beverly Hills, CA 90210
                                         Telephone:   (310) 279-5125
                                         Email:       pbishop@aftlaw.com

**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Mitchell M.Z. Twersky
Atara Hirsch
Lawrence D. Levit
450 Seventh Avenue, 38th Floor
New York, NY 10123
Telephone:   (212) 279-5050
Facsimile:   (212) 279-3655
Email:       mtwersky@aftlaw.com
             ahirsch@aftlaw.com
             llevit@aftlaw.com

*Counsel for Proposed Lead Plaintiff Institutional*
*Firefighting Investors*