Nicole Lavallee (SBN 165755)
Michael Dark (SBN 179083)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
      mdark@bermantabacco.com

*Counsel for the Pension Fund Group*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CHRIS PORCELLI, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>vs.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, and NABEEL AHMED,<br><br>            Defendants. | Case No. 5:24-cv-06124-EJD<br><br>**CLASS ACTION**<br><br>**PENSION FUND GROUP'S NOTICE OF UNOPPOSED MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL**<br><br>Date:     December 19, 2024<br>Time:    9:00 a.m.<br>Ctrm:    4 – 5th Floor<br>Judge:  Hon. Edward J. Davila |
| PLYMOUTH COUNTY RETIREMENT ASSOCIATION, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>v.<br><br>OUTSET MEDICAL, INC., LESLIE TRIGG, REBECCA CHAMBERS, and NABEEL AHMED,<br><br>            Defendants. | Case No. 5:24-cv-07267-HSG<br><br><u>CLASS ACTION</u><br><br>Ctrm:    2 – 4th Floor (Oakland Division)<br>Judge:  Hon. Haywood S. Gilliam, Jr. |

[NO. 5:24-cv-06124-EJD] PENSION FUND GROUP'S NOTICE OF UNOPPOSED MOTION FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF ITS SELECTION OF COUNSEL

Lead Plaintiff Movant the Pension Fund Group (comprised of Plymouth County Retirement Association and Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada) respectfully gives notice that its Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel ("Pension Fund Group Motion") is now unopposed.

On October 28, 2024, two movants, including the Pension Fund Group, filed motions for appointment as lead plaintiff pursuant to Private Securities Litigation Reform Act of 1995 ("PSLRA"): Institutional Firefighting Investors (ECF No. 23) and the Pension Fund Group (ECF No. 17). The Pension Fund Group had the largest financial interest of any of the competing movants with $1,034,933 in losses. *See* ECF No. 18-5 at 2.

Acknowledging that it did not have the largest financial interest, on November 12, 2024, Institutional Firefighting Investors filed a Notice of Non-Opposition to the Pension Fund Group's Competing Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (ECF No. 32).

Accordingly, the Pension Fund Group is now the only movant that has timely filed a motion to be appointed lead plaintiff pursuant to the PSLRA.

As demonstrated in the Pension Fund Group Motion, the Pension Fund Group is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, the Pension Fund Group has the "largest financial interest" in the relief sought by the Class in this litigation. The Pension Fund Group also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because its claims are typical of other Class members' claims and because it will fairly and adequately represent the interests of the Class. The other competing lead plaintiff movant did not challenge these facts.

Finally, the two actions should be related pursuant to Civil Local Rule 3-12 because they present common questions of law and fact. Further, consolidation is appropriate because both actions assert claims under the federal securities laws on behalf of investors who allegedly were defrauded by the Defendants and alleges substantially the same wrongdoing. Fed. R. Civ. P. 42(a).

For the foregoing reasons, the Pension Fund Group respectfully requests that the Court: (1) appoint the Pension Fund Group to serve as Lead Plaintiff in this action; (2) approve its selection of Berman Tabacco as Lead Counsel for the Class; and (3) relate and consolidate the Actions.

DATED:  November 19, 2024                    Respectfully submitted,

**BERMAN TABACCO**

By:   */s/ Nicole Lavallee*
            Nicole Lavallee

Michael Dark
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
            mdark@bermantabacco.com

*Counsel for the Pension Fund Group and*
*Proposed Lead Counsel for the Class*