UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CHAPPEL,<br><br>   Plaintiff,<br><br>v.<br><br>LESLIE TRIGG, et al.,<br><br>   Defendants. | Case No. 24-cv-08597-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward J. Davila for consideration of whether the case is related to *Porcelli v. Outset Medical, Inc.*, No. 24-cv-6124-EJD.

**IT IS SO ORDERED.**

Dated: March 13, 2025

_____
EUMI K. LEE
United States District Judge