Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
        kmoody@bermantabacco.com
        avahdat@bermantabacco.com

*Counsel for Lead Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No. 5:24-cv-06124-EJD <br><br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING CONSOLIDATED CLASS ACTION COMPLAINT AND RESPONSE THERETO** |

[No. 5:24-cv-06124-EJD] JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEADLINES FOR FILING CONSOLIDATED CLASS ACTION COMPLAINT AND RESPONSE THERETO

WHEREAS, on August 29, 2024, Chris Porcelli commenced the first-filed action against Defendants Outset Medical, Inc., Leslie Trigg, and Nabeel Ahmed, alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (the "*Porcelli* Action") (ECF No. 1);

WHEREAS, on October 18, 2024, Plymouth County Retirement Association ("Plymouth County") filed a separate action against Defendants Outset Medical, Inc., Leslie Trigg, Rebecca Chambers, and Nabeel Ahmed (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the PSLRA, captioned *Plymouth County Retirement Association v. Outset Medical, et al.,* case no. 5:24-cv-07267 (the "*Plymouth County* Action");

WHEREAS, on October 28, 2024, Plymouth County, along with Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("SMW Pension Plan") (together with Plymouth County, the "Pension Fund Group") filed a motion to relate and consolidate the *Porcelli* Action and the *Plymouth County* Action, for appointment as lead plaintiff, and for appointment of its counsel, Berman Tabacco, as lead counsel (ECF No. 18);

WHEREAS, on March 18, 2025, the Court issued an order relating and consolidating the *Porcelli* Action and the *Plymouth County* Action, appointing the Pension Fund Group as Lead Plaintiff, and approving the Pension Fund Group's choice of counsel, Berman Tabacco, as lead counsel (ECF No. 41);

WHEREAS, this action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u–4, Pub. L. No. 104-67, 109 Stat. 737 (1995), under which discovery is stayed during the pendency of any motion to dismiss, unless otherwise ordered by the Court (15 U.S.C. § 78u-4(b)(3)(B)); and

WHEREAS, Counsel for the Pension Fund Group and Defendants have met and conferred regarding a proposed schedule that they believe to be appropriate given the complex subject matter of the litigation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Pension Fund Group and Defendants, subject to Court approval, as follows:

1.      Lead Plaintiff shall file its Amended Complaint by June 6, 2025;

2.    Defendants shall respond to the Amended Complaint by August 14, 2025;

3.    If Defendants move to dismiss the Amended Complaint, the Pension Fund Group shall file any response or opposition to the motion to dismiss by October 6, 2025; and

4.    Defendants shall file any reply brief in support of any motion to dismiss by November 17, 2025.

Dated:  April 3, 2025

**BERMAN TABACCO**

By:  ___/s/ Kristin J. Moody___
Kristin J. Moody

Nicole Lavallee
Alexander S. Vahdat
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
kmoody@bermantabacco.com
avahdat@bermantabacco.com

*Counsel for Lead Plaintiff and the Proposed Class*

**SIDLEY AUSTIN LLP**

By:  ___/s/ Jaime A. Bartlett___
Jaime A. Bartlett

Sara B. Brody
Sarah E. Gallo
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Email: sbrody@sidley.com
jbartlett@sidley.com
sgallo@sidley.com

*Counsel for Defendants Outset Medical, Inc.,
Leslie Trigg, Rebecca Chambers, and
Nabeel Ahmed*

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, the Court sets the following deadlines for filing the Consolidated Class Action Complaint and response thereto in the above-captioned matter as follows:

1.      Lead Plaintiff shall file its Amended Complaint by June 6, 2025;

2.      Defendants shall respond to the Amended Complaint by August 14, 2025;

3.      If Defendants move to dismiss the Amended Complaint, the Pension Fund Group shall file any response or opposition to the motion to dismiss by October 6, 2025; and

4.      Defendants shall file any reply brief in support of any motion to dismiss by November 17, 2025.

**IT IS SO ORDERED.**

Dated:  April 17, 2025

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE