BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
  **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs Eric Powell and*
*Patrick Hodges*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No. 5:24-cv-06124-EJD |
| | **ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Edward J. Davila |
| | (Civil L.R. 3-12 and 7-11) |

[Caption continued on following page]

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

MARIE CHAPPEL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC.,

Plaintiff,

v.

LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN,

Defendants,

and

OUTSET MEDICAL, INC.,

Nominal Defendant.

Case No. 5:24-cv-08597-EJD

Judge Edward J. Davila

ERIC POWELL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC.,

Plaintiff,

v.

LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN,

Defendants,

and

OUTSET MEDICAL, INC.,

Nominal Defendant.

Case No. 5:25-cv-03692-PCP

Judge P. Casey Pitts

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

PATRICK HODGES, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC.,

Plaintiff,

v.

LESLIE TRIGG, NABEEL AHMED, D. KEITH GROSSMAN, KAREN DREXLER, PATRICK T. HACKETT, DALE E. JONES, ANDREA L. SAIA, REBECCA CHAMBERS, JIM HINRICHS, CATHERINE SZYMAN, ALI OSMAN, and THOMAS J. CARELLA,

Defendants,

and

OUTSET MEDICAL, INC.,

Nominal Defendant.

Case No. 5:25-cv-04013-EJD

Judge Edward J. Davila

Pursuant to Civil Local Rules 3-12 and 7-11, Plaintiff Eric Powell ("Powell") in the action *Powell v. Trigg, et al.*, Case No. 5:25-cv-03692-PCP (the "*Powell* Derivative Action") and Plaintiff Patrick Hodges ("Hodges") in the action *Hodges v. Trigg, et al.*, Case No. 5:25-cv-04013-EJD (the "*Hodges* Derivative Action") respectfully request that the Court deem the *Powell* Derivative Action and the *Hodges* Derivative Action as both related and related to *In re Outset Medical, Inc. Securities Litigation*, Case No. 5:24-cv-06124-EJD (the "Securities Class Action") and the derivative action *Chappel v. Trigg, et al.*, Case No. 5:24-cv-08597-EJD (the "*Chappel* Derivative Action"). As discussed below, the criteria for relation are met here. The *Powell* Derivative Action and the *Hodges* Derivative Action, and the *Chappel* Derivative Action (the "Derivative Actions") and the Securities Class Action (with the Derivative Actions, the "Related Actions") concern substantially the same parties, substantially similar factual allegations, and "it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges." Further, Pursuant to L.R. 7-11(a), Plaintiffs sought agreement from Defendants on this Administrative Motion to Consider Whether Cases Should be Related, and Defendants do not oppose this motion. *See* Declaration of Alex J. Tramontano, ¶ 3. Therefore, relation is proper under Civil L.R. 3-12.

## RELATED ACTIONS

The following actions were filed in the following order:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *In re Outset Medical, Inc. Securities Litigation* | 5:24-cv-06124-EJD | 8/29/2024 |
| *Chappel v. Trigg, et al.* | 5:24-cv-08597-EJD | 11/29/2024 |
| *Powell v. Trigg, et al.* | 5:25-cv-03692-PCP | 4/28/2025 |
| *Hodges v. Trigg, et al.* | 5:25-cv-04013-EJD | 5/8/2025 |

## LEGAL STANDARD

Civil L.R. 3-12(a) provides that actions are deemed related when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

conducted before different Judges.

**ARGUMENT**

Both criteria are met here. The Securities Class Action and the Derivative Actions address many of the same transactions and contain similar and overlapping sets of factual allegations as well as involve some of the same parties. Specifically, the Securities Class Action and the Derivative Actions arise, at least in part, from the same allegedly false and misleading statements made by executives of Outset Medical, Inc. ("Outset" or the "Company"). The Securities Class Action alleges violations of the federal securities laws by Outset, as well as defendants Leslie Trigg ("Trigg") and Nabeel Ahmed ("Ahmed"). The Derivative Actions allege that Trigg, Ahmed and others breached the fiduciary duties they owe to Outset and its shareholders in connection with, *inter alia*, the same statements that are alleged to be materially false and misleading in the Securities Class Action. Defendants and Nominal Defendant in the Securities Class Action and the *Chappel* Derivative Action are all named in the *Powell* Derivative Action and *Hodges* Derivative Actions as Defendants or as Nominal Defendant. The Derivative Actions also allege violations of Section 14(a) of the Securities Exchange Act of 1934 (the "Exchange Act") codified at 15 U.S.C. § 78n(a), and SEC Rule 14a-9, codified at 17 C.F.R. § 240.14a-9, as well as breaches of fiduciary duties, unjust enrichment, abuse of control, and waste. The Securities Class Action alleges violations of Sections 10(b) and 20(a) of the Exchange Act, and SEC Rule 10b-5, on a largely overlapping factual basis.

Given the similarities between these cases and the fact that these cases are pending in this District, treating the cases as related would serve the interests of judicial economy and avoid the potential for conflicting rulings on common issues. Because the requirements of L.R. 3-12 are met, relation is appropriate. *See In re Leapfrog Enters., Inc. Sec. Litig.*, No. 5:03-cv-5421-RMW, 2005 U.S. Dist. LEXIS 44899, at *5 (N.D. Cal. July 5, 2005) (relating cases where the cases concerned the same defendants, similar factual allegations, and similar causes of action).

**CONCLUSION**

Plaintiffs Powell and Hodges respectfully submit that the overlap of parties and factual issues among these actions warrants coordination before a single judge. Otherwise, litigation of the actions

2

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

may result in unwarranted duplication of judicial effort, waste of resources, and possibly inconsistent results. For all the foregoing reasons, Plaintiffs Powell and Hodges respectfully request the Court enter the proposed order submitted herewith, administratively relating the Derivative Actions to the Securities Class Action.

Dated: June 9, 2025

**WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP**

By:  */s/ Alex J. Tramontano*
    ALEX J. TRAMONTANO

Betsy C. Manifold (182450)
Rachele R. Byrd (190634)
Alex J. Tramontano (276666)
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiff Eric Powell and
Patrick Hodges*

Justin A. Kuehn
Molly Brown
**KUEHN LAW, PLLC**
53 Hill Street, Suite 605
Southampton, NY 11968
Telephone: (833) 672-0814
justin@kuehn.law
molly@kuehn.law

*Attorneys for Plaintiff Eric Powell*

Vincent A. Licata
Leah B. Wihtelin
**RIGRODSKY LAW, P.A.**
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Telephone: (516) 683-3516
vl@rl-legal.com
lw@rl-legal.com

Joshua H. Grabar
**GRABAR LAW OFFICE**
One Liberty Place

3

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: 267-507-6085
jgrabar@grabarlaw.com

*Attorneys for Plaintiff Patrick Hodges*

4

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD