BETSY C. MANIFOLD (182450)
RACHELE R. BYRD (190634)
ALEX J. TRAMONTANO (276666)
**WOLF HALDENSTEIN ADLER**
 **FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Facsimile: (619) 234-4599
manifold@whafh.com
byrd@whafh.com
tramontano@whafh.com

*Attorneys for Plaintiffs Eric Powell and*
*Patrick Hodges*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 5:24-cv-06124-EJD<br><br>**DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge Edward J. Davila<br><br>(Civil L.R. 3-12 and 7-11) |

[Caption continued on following page]

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

| | |
|---|---|
| MARIE CHAPPEL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC., | Case No. 5:24-cv-08597-EJD |
| Plaintiff, | Judge Edward J. Davila |
| v. | |
| LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC., | |
| Nominal Defendant. | |

| | |
|---|---|
| ERIC POWELL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC., | Case No. 5:25-cv-03692-PCP |
| Plaintiff, | Judge P. Casey Pitts |
| v. | |
| LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC., | |
| Nominal Defendant. | |

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

PATRICK HODGES, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC.,

                    Plaintiff,

        v.

LESLIE TRIGG, NABEEL AHMED, D. KEITH GROSSMAN, KAREN DREXLER, PATRICK T. HACKETT, DALE E. JONES, ANDREA L. SAIA, REBECCA CHAMBERS, JIM HINRICHS, CATHERINE SZYMAN, ALI OSMAN, and THOMAS J. CARELLA,

                    Defendants,

        and

OUTSET MEDICAL, INC.,

                    Nominal Defendant.

Case No. 5:25-cv-04013-EJD

Judge Edward J. Davila

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

I, Alex J. Tramontano, hereby declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am counsel at Wolf Haldenstein Adler Freeman & Herz LLP and counsel for Plaintiff Eric Powell in the above-captioned action *Powell v. Trigg, et al.*, Case No. 5:25-cv-03692-PCP (the "*Powell* Derivative Action") and Plaintiff Patrick Hodges in the above-captioned action *Hodges v. Trigg, et al.*, Case No. 5:25-cv-04013-EJD (the "*Hodges* Derivative Action").

2.    I submit this declaration in support of the Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion").  I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.    Co-counsel and I have conferred with counsel for Outset Medical, Inc. ("Outset") regarding this Administrative Motion.  Outset does not oppose the relief sought in the Administrative Motion and agrees that *Chappel v. Trigg, et al.*, Case No. 5:24-cv-08597-EJD (the "*Chappel* Derivative Action"), the *Powell* Derivative Action, and the *Hodges* Derivative Action should be deemed related to each other and to *In re Outset Medical, Inc. Securities Litigation*, Case No. 5:24-cv-06124-EJD (the "Securities Class Action").  I submit this Declaration in lieu of a stipulation to the same effect.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct.  Executed June 9, 2025 at San Diego, California.

/s/ Alex J. Tramontano
Alex J. Tramontano

1

DECLARATION OF ALEX J. TRAMONTANO IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD