**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No. 5:24-cv-06124-EJD |
| | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge Edward J. Davila |
| | (Civil L.R. 3-12 and 7-11) |

[Caption continued on following page]

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

| | |
|---|---|
| MARIE CHAPPEL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC., | Case No. 5:24-cv-08597-EJD |
| Plaintiff, | Judge Edward J. Davila |
| v. | |
| LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC., | |
| Nominal Defendant. | |

| | |
|---|---|
| ERIC POWELL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC., | Case No. 5:25-cv-03692-PCP |
| Plaintiff, | Judge P. Casey Pitts |
| v. | |
| LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC., | |
| Nominal Defendant. | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

PATRICK HODGES, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC.,

        Plaintiff,

    v.

LESLIE TRIGG, NABEEL AHMED, D. KEITH GROSSMAN, KAREN DREXLER, PATRICK T. HACKETT, DALE E. JONES, ANDREA L. SAIA, REBECCA CHAMBERS, JIM HINRICHS, CATHERINE SZYMAN, ALI OSMAN, and THOMAS J. CARELLA,

        Defendants,

    and

OUTSET MEDICAL, INC.,

        Nominal Defendant.

Case No. 5:25-cv-04013-EJD

Judge Edward J. Davila

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD

Upon consideration of Plaintiffs Eric Powell and Patrick Hodges' Administrative Motion to Consider Whether Cases Should be Related, the Court finds that *Chappel v. Trigg, et al.*, Case No. 5:24-cv-08597-EJD (the "*Chappel* Derivative Action"), *Powell v. Trigg, et al.*, Case No. 5:25-cv-03692-PCP (the "*Powell* Derivative Action") and *Hodges v. Trigg, et al.*, Case No. 5:25-cv-04013-EJD (the "*Hodges* Derivative Action") (together with the *Chappel* Derivative Action and the *Powell* Derivative Action, the "Derivative Actions") shall be deemed related to *In re Outset Medical, Inc. Securities Litigation*, Case No. 5:24-cv-06124-EJD (the "Securities Class Action") pursuant to Civil L.R. 3-12.

The Court, HEREBY ORDERS:

1.    The Derivative Actions are deemed related to the Securities Class Action.

2.    The Derivative Actions are hereby reassigned to Judge Edward J. Davila.

3.    Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conference currently scheduled in the Derivative Actions will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____          _____

HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER
WHETHER CASES SHOULD BE RELATED
Case Nos. 5:24-cv-06124-EJD; 5:24-cv-08597-EJD; 5:25-cv-03692-PCP; 5:25-cv-04013-EJD