**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | Case No. 5:24-cv-06124-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER STAYING RELATED DERIVATIVE ACTIONS PENDING RESOLUTION OF SECURITIES CLASS ACTION**<br><br>Ctrm:        4 – 5th Floor<br>Judge:      Hon. Edward J. Davila |

[Caption continued on following page]

[No. 5:24-cv-06124-EJD] [PROPOSED] ORDER STAYING RELATED DERIVATIVE ACTIONS PENDING RESOLUTION OF SECURITIES CLASS ACTION

ERIC POWELL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC.,

Plaintiff,

v.

LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN,

Defendants,

and

OUTSET MEDICAL, INC.,

Nominal Defendant.

Case No. 5:25-cv-03692-PCP

Judge P. Casey Pitts

PATRICK HODGES, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC.,

Plaintiff,

v.

LESLIE TRIGG, NABEEL AHMED, D. KEITH GROSSMAN, KAREN DREXLER, PATRICK T. HACKETT, DALE E. JONES, ANDREA L. SAIA, REBECCA CHAMBERS, JIM HINRICHS, CATHERINE SZYMAN, ALI OSMAN, and THOMAS J. CARELLA,

Defendants,

and

OUTSET MEDICAL, INC.,

Nominal Defendant.

Case No. 5:25-cv-04013-EJD

Judge Edward J. Davila

[No. 5:24-cv-06124-EJD] [PROPOSED] ORDER STAYING RELATED DERIVATIVE ACTIONS PENDING RESOLUTION OF SECURITIES CLASS ACTION

Having Considered Lead Plaintiff the Pension Fund Group's Response and Clarification to the Administrative Motion to Consider Whether Cases Should Be Related, and for good cause shown, the Court hereby enters the following Order:

The three derivative actions, *Chappel v. Trigg, et al.,* No. 5:24-cv-08597-EJD (N.D. Cal.), *Powell v. Trigg, et al.,* No. 5:25-cv-03692-PCP (N.D. Cal.), and *Hodges v. Trigg, et al.,* No. 5:25-cv-04013-EJD (N.D. Cal.) shall be stayed pending final resolution of the securities class action, *In re Outset Med., Inc. Sec. Litig.,* No. 5:24-cv-06124-EJD (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE