**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email:  lrosen@rosenlegal.com

*Counsel for Plaintiff Norman Johnson*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No.: 5:24-cv-06124-EJD |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| | (Civil L.R. 3-12 and 7-11) |
| | Date Filed: August 29, 2024<br>Judge: Edward J. Davila |
| MARIE CHAPPEL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC., | Case No. 5:24-cv-08597-EJD |
| Plaintiff, | Date Filed: November 29, 2024<br>Judge: Edward J. Davila |
| v. | |
| LESLIA TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:24-cv-06124-EJD

OUTSET MEDICAL, INC.,

    Nominal Defendant.

ERIC POWELL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC.,

    Plaintiff,

    v.

LESLIA TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN,

    Defendants,

    and

OUTSET MEDICAL, INC.,

    Nominal Defendant.

Case No. 5:25-cv-03692-EJD

Date Filed: April 28, 2025
Judge: Edward J. Davila

PATRICK HODGES, Derivatively on Behalf of OUTSET MEDICAL, INC.,

    Plaintiff,

    v.

LESLIE TRIGG, NABEEL AHMED, D. KEITH GROSSMAN, KAREN DREXLER, PATRICK T. HACKETT, DALE E. JONES, ANDREA L. SAIA, REBECCA CHAMBERS, JIM HINRICHS, CATHERINE SZYMAN, ALI OSMAN, and THOMAS J. CARELLA,

    Defendants,

    and

OUTSET MEDICAL, INC,

Case No. 5:25-cv-04013-EJD

Date Filed: May 8, 2025
Judge: Edward J. Davila

- 2 -
DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:24-cv-06124-EJD

Nominal Defendant.

| | |
|---|---|
| NORMAN JOHNSON, derivatively on behalf of OUTSET MEDICAL, INC., | Case No. 5:25-cv-05091-BLF |
| Plaintiff, | |
| v. | Date Filed: June 16, 2025 Judge: Beth Labson Freeman |
| LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, ALI OSMAN, THOMAS J. CARELLA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC, | |
| Nominal Defendant. | |

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:24-cv-06124-EJD

I, Laurence M. Rosen, hereby declare as follows:

1.      I am an attorney duly licensed to practice before all of the courts of the State of California and this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Plaintiff Norman Johnson in the above-captioned action *Johnson v. Trigg, et al.*, Case No. 5:25-cv-05091-BLF (N.D. Cal.) (the "*Johnson* Action").

2.      I submit this declaration in support of Plaintiff Johnson's Administrative Motion to Consider Whether Cases Should Be Related (the "Administrative Motion"). I have knowledge of the matters stated herein and, should I be called upon, I could and would competently testify thereto.

3.      The Administrative Motion seeks to relate the *Johnson* Action to the securities class action styled as *In re Outset Medical, Inc. Securities Litigation*, Case No. 5:24-cv-06124-EJD (N.D. Cal.) ("Securities Class Actions") and the derivative actions: *Chappel v. Trigg, et al.*, Case No. 5:24-cv-08597-EJD; *Powell v. Trigg, et al.*, Case No. 5:25-cv-03692-EJD; and *Hodges v. Trigg, et al.,* Case No. 5:25-cv-04013-EJD ("Related Derivative Actions").

4.      My firm has conferred with counsel for Defendants in the Securities Class Action and the Related Derivative Actions regarding this Administrative Motion. Defendants do not oppose the relief sought in the Administrative Motion and agree that the *Johnson* Action should be deemed related to the Securities Class action and the Related Derivative Actions.

5.      I submit this Declaration in lieu of stipulation to the same effect.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true to the best of my knowledge.

Executed on June 25, 2025                    */s/ Laurence M. Rosen*
                                             Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:24-cv-06124-EJD

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.

*/s/ Laurence M. Rosen*
Laurence M. Rosen

- 5 -
DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
5:24-cv-06124-EJD