**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No.: 5:24-cv-06124-EJD<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11)<br><br>Date Filed: August 29, 2024<br>Judge: Edward J. Davila |
| MARIE CHAPPEL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>LESLIA TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN,<br><br>    Defendants,<br><br>    and<br><br>OUTSET MEDICAL, INC., | Case No. 5:24-cv-08597-EJD<br><br>Date Filed: November 29, 2024<br>Judge: Edward J. Davila |

[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - 5:24-cv-06124-EJD

Nominal Defendant

| | |
|---|---|
| ERIC POWELL, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL, INC., | Case No. 5:25-cv-03692-EJD |
| Plaintiff, | |
| v. | Date Filed: April 28, 2025 Judge: Edward J. Davila |
| LESLIA TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC., | |
| Nominal Defendant. | |
| PATRICK HODGES, Derivatively on Behalf of OUTSET MEDICAL, INC., | Case No. 5:25-cv-04013-EJD |
| Plaintiff, | |
| v. | Date Filed: May 8, 2025 Judge: Edward J. Davila |
| LESLIE TRIGG, NABEEL AHMED, D. KEITH GROSSMAN, KAREN DREXLER, PATRICK T. HACKETT, DALE E. JONES, ANDREA L. SAIA, REBECCA CHAMBERS, JIM HINRICHS, CATHERINE SZYMAN, ALI OSMAN, and THOMAS J. CARELLA, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC, | |
| Nominal Defendant. | |

[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - 5:24-cv-06124-EJD

| | |
|---|---|
| NORMAN JOHNSON, derivatively on behalf of OUTSET MEDICAL, INC., | Case No. 5:25-cv-05091-BLF |
| Plaintiff, | |
| v. | Date Filed: June 16, 2025 |
| | Judge: Beth Labson Freeman |
| LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, ALI OSMAN, THOMAS J. CARELLA, and CATHERINE SZYMAN, | |
| Defendants, | |
| and | |
| OUTSET MEDICAL, INC, | |
| Nominal Defendant. | |

Upon consider of Plaintiff Norman Johnson's Administrative Motion to Determine Whether Cases Should be Related, the Court finds that, pursuant to Civil L.R. 3-12, *Johnson v. Trigg, et al.*, Case No. 5:25-cv-05091-BLF (the "*Johnson* Action") shall be deemed related to *In re Outset Medical, Inc. Securities Litigation*, Case No. 5:24-cv-06124-EJD (the "Securities Class Action") and derivative actions *Chappel v. Trigg, et al.*, Case No. 5:24-cv-08597-EJD (the "*Chappel* Action"), *Powell v. Trigg, et al.*, Case No. 5:25-cv-03692-EJD (the "*Powell* Action"), and *Hodges v. Trigg, et al.,* Case No. 5:25-cv-04013-EJD (the "*Hodges* Action" and with the *Chappel* Action and the *Powell* Action, the "Related Derivative Actions").

The Court HEREBY ORDERS:

1.     The *Johnson* Action is deemed related to the Securities Class Action and the Related Derivative Actions.

2.     The *Johnson* Action is hereby reassigned to Judge Edward J. Davila.

3.     Pursuant to Civil L.R. 3-12(g), any Initial Case Management Conference currently scheduled in the Johnson Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Fed. R. Civ. P. 16 and 26 accordingly.

IT IS SO ORDERED.

Dated: _____

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

[PROPOSED ORDER] GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED - 5:24-cv-06124-EJD