**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION<br><br>_____<br>This Document Relates to:<br>ALL ACTIONS | Case No. 5:24-cv-06124-EJD<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER STAYING RELATED DERIVATIVE ACTIONS PENDING RESOLUTION OF SECURITIES CLASS ACTION**<br><br>Ctrm:      4 – 5th Floor<br>Judge:     Hon. Edward J. Davila |

[Caption continued on following page]

NORMAN JOHNSON, Derivatively on Behalf of Nominal Defendant OUTSET MEDICAL INC.,

                    Plaintiff,

        v.

LESLIE TRIGG, NABEEL AHMED, REBECCA CHAMBERS, KAREN DREXLER, D. KEITH GROSSMAN, PATRICK T. HACKETT, JIM HINRICHS, DALE E. JONES, ANDREA SAIA, ALI OSMAN, THOMAS J. CARELLA, and CATHERINE SZYMAN,

                    Defendants,
        and

OUTSET MEDICAL, INC.,

                    Nominal Defendant.

Case No. 5:25-cv-05091-BLF

Judge Beth L. Freeman

[No. 5:24-cv-06124-EJD] [PROPOSED] ORDER STAYING RELATED DERIVATIVE ACTIONS PENDING RESOLUTION OF SECURITIES CLASS ACTION

Having Considered Lead Plaintiff's Response to the Administrative Motion to Consider Whether Cases Should Be Related and Request for Stay, and for good cause shown, the Court hereby enters the following Order:

The four derivative actions, *Chappel v. Trigg, et al.,* No. 5:24-cv-08597-EJD (N.D. Cal.), *Powell v. Trigg, et al.,* No. 5:25-cv-03692-PCP (N.D. Cal.), *Hodges v. Trigg, et al.,* No. 5:25-cv-04013-EJD (N.D. Cal.), and *Johnson v. Trigg, et al.,* No. 5:25-cv-05091-BLF (N.D. Cal.) shall be stayed pending final resolution of the securities class action, *In re Outset Med., Inc. Sec. Litig.,* No. 5:24-cv-06124-EJD (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: _____

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE