Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendants*
*Outset Medical, Inc., Leslie Trigg,*
*Nabeel Ahmed, and Rebecca Chambers*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No.  5:24-cv-06124-EJD **STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT** Assigned to: Hon. Edward J. Davila |

Pursuant to Civil Local Rule ("L.R.") 7-12, Lead Plaintiff and Defendants Outset Medical, Inc., Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers (collectively, the "Parties"), through their undersigned counsel, hereby stipulate to and seek the Court's approval of an order extending the page limits for briefing on Defendants' anticipated Motion to Dismiss the Amended Complaint.

## RECITALS

WHEREAS pursuant to the Court's April 3, 2025 Order regarding the schedule for the filing of an Amended Complaint and Motion to Dismiss briefing (Dkt. No. 42), the deadline for Defendants to move to dismiss the Amended Complaint is August 14, 2025;

WHEREAS, the Defendants believe that, because of the length of the Amended Complaint, number of challenged statements alleged, and the multiple claims brought against three individual and a corporate defendant, Defendants will need additional pages in their opening and reply briefs in support of their anticipated Motion to Dismiss in excess of the page limitations set forth in Civil L.R. 7-4(b) to fully respond to the allegations;

WHEREAS, Lead Plaintiff does not oppose an extension of the page limits for Defendants' opening and reply briefs on the anticipated Motion to Dismiss to 35 and 20 pages, respectively, provided that:

(1)    Defendants file one Motion to Dismiss on behalf of all four defendants; and

(2)    Lead Plaintiff is granted a corresponding extension of the page limit for Lead Plaintiff's opposition to Defendants' anticipated Motion to Dismiss to 35 pages; and

WHEREAS, Defendants do not oppose filing one omnibus Motion to Dismiss or granting Lead Plaintiff a corresponding extension of the page limit for Lead Plaintiff's opposition to Defendants' anticipated Motion to Dismiss to 35 pages.

## STIPULATION

IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their respective counsel of record, that, subject to the Court's approval, the page limits for the briefing on Defendants' anticipated Motion to Dismiss will be as follows:

(a) Defendants' opening brief shall be not longer than 35 pages;

(b) Lead Plaintiff's opposition to Defendants' Motion to Dismiss shall be not longer than 35

1

pages; and

(c) Defendants' reply in support of the Motion to Dismiss shall be not longer than 20 pages.

IT IS SO STIPULATED.

Date:  July 31, 2025                                       Respectfully submitted,

                                                          **SIDLEY AUSTIN LLP**


                                                          By:*/s/ Jaime A. Bartlett*
                                                              Sara B. Brody (SBN 130222)
                                                              Jaime A. Bartlett (SBN 251825)
                                                              Sarah E. Gallo (SBN 335544)

                                                              *Attorneys for Defendants*
                                                              *Outset Medical, Inc., Leslie Trigg,*
                                                              *Nabeel Ahmed, and Rebecca Chambers*


Date:  July 31, 2025                                       Respectfully submitted,

                                                          **BERMAN TABACCO**


                                                          By:*/s/ Kristin Moody*
                                                              Nicole Lavallee (SBN 165755)
                                                              Kristin Moody (SBN 206326)
                                                              Alexander S. Vahdat (SBN 284963)

                                                              425 California Street, Suite 2300
                                                              San Francisco, CA 94104
                                                              Telephone: (415) 433-3200
                                                              nlavallee@bermantabacco.com
                                                              kmoody@bermantabacco.com
                                                              avahdat@bermantabacco.com

                                                              *Attorneys for Lead Plaintiff and the*
                                                              *Proposed Class*

2

**ATTESTATION**

I, Jaime A. Bartlett, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Page Limits for Briefing on Defendants' Motion to Dismiss Lead Plaintiff's Amended Complaint. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Date: July 31, 2025

Respectfully submitted,
By: */s/ Jaime A. Bartlett*
Jaime A. Bartlett

3

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, and good cause appearing, the page limits for the briefing on Defendants' anticipated Motion to Dismiss will be as follows:

(a) Defendants shall collectively file a single opening brief not longer than 35 pages;

(b) Lead Plaintiff's opposition to Defendants' Motion to Dismiss shall be not longer than 35 pages; and

(c) Defendants' reply in support of the Motion to Dismiss shall be not longer than 20 pages.

IT IS SO ORDERED.

Date:   August 1, 2025

_____
Honorable Edward J. Davila
United States District Judge

4