Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendants*
*Outset Medical, Inc., Leslie Trigg,*
*Nabeel Ahmed, and Rebecca Chambers*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No.  5:24-cv-06124-EJD<br>Assigned to: Hon. Edward J. Davila<br><br>**DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   January 22, 2026<br>Time:   9:00 a.m.<br>Place:   Courtroom 4, 5th Floor<br><br>AC Filed: June 6, 2025 |

I, Jaime A. Bartlett, declare as follows:

I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendants Outset Medical, Inc. ("Outset"), Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers (collectively, the "Defendants") in this action. The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto. I submit this declaration in support of Defendants' Motion to Dismiss the First Amended Class Action Complaint (ECF No. 50).

Attached as exhibits to this declaration are true and correct copies of the following 28 documents.

**Exhibit 1**: Excerpts of Outset's Rule 424(b)(4) Prospectus filed with the SEC September 16, 2020.

**Exhibit 2**: Excerpts of Outset's S-1 Registration Statement filed with the SEC on August 21, 2020.

**Exhibit 3**: Excerpts of Outset's Form 10-Q filed with the SEC on November 12, 2020 for the fiscal quarter ended September 30, 2020.

**Exhibit 4**: Excerpts of Outset's Form 10-K filed with the SEC on February 23, 2022 for the fiscal year ended December 31, 2021.

**Exhibit 5**: Excerpts of Outset's Form 10-K filed with the SEC on February 13, 2023 for the fiscal year ended December 31, 2022.

**Exhibit 6**: Excerpts of Outset's Schedule 14A Proxy Statement filed with the SEC on April 21, 2021.

**Exhibit 7**: Excerpts of Outset's Schedule 14A Proxy Statement filed with the SEC on April 14, 2022.

**Exhibit 8**: Excerpts of Outset's Schedule 14A Proxy Statement filed with the SEC on April 13, 2023.

**Exhibit 9**: Excerpts of Outset's Schedule 14A Proxy Statement filed with the SEC on April 11, 2024.

**Exhibit 10**: Outset's Form 8-K filed with the SEC on March 9, 2021.

**Exhibit 11**: Outset's Form 8-K filed with the SEC on July 7, 2023.

1

**Exhibit 12**:  Outset's Form 8-K filed with the SEC on August 2, 2023.

**Exhibit 13**:  Outset's Form 8-K filed with the SEC on October 12, 2023.

**Exhibit 14**:  Outset's Form 8-K filed with the SEC on November 7, 2023.

**Exhibit 15**:  Outset's Form 8-K filed with the SEC on May 8, 2024.

**Exhibit 16**:  Outset's Form 8-K filed with the SEC on August 7, 2024.

**Exhibit 17**:  Warning Letter to Outset from the FDA dated July 5, 2023.

**Exhibit 18**:  Transcript from Outset's November 11, 2020 earnings call for Q3 2020.

**Exhibit 19**:  Transcript from Outset's August 7, 2024 earnings call for Q2 2024.

**Exhibit 20**: Transcript from Outset's September 13, 2021 presentation at the Morgan Stanley 19th Annual Global Healthcare Conference.

**Exhibit 21**: Transcript from Outset's February 18, 2022 presentation at the 11th Annual SVB Leerink Global Healthcare Conference 2022.

**Exhibit 22**:  Investor Presentation from Outset's May 5, 2021 earnings call for Q1 2021.

**Exhibit 23**:  Company Deep-Dive, *Nephrologist Does Not Think OM's Tablo Will Make it to the Home Dialysis Market*, AlphaSense Expert Insights (July 9, 2024).

**Exhibit 24**:  Company Deep-Dive, *Former Sales Manager Sees Home Application as the Big Opportunity for OM*, AlphaSense Expert Insights (February 8, 2022).

**Exhibit 25**:  Company update, *KOL Call Validates OM's Ability to 'Land and Expand' in the Hospital with Tablo*, TD Cowen Equity Research (April 25, 2023).

**Exhibit 26**:  MAUDE Adverse Event Report: Outset Medical, Inc., FDA.gov (April 17, 2024), https://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm?mdrfoi__id=19152767

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2025, in Kings Beach, California.

By:*/s/ Jaime A. Bartlett*
Jaime A. Bartlett

DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
CASE NO. 5:24-CV-06124-EJD