**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

## SCHEDULE 14A

**(Rule 14a-101)**

**SCHEDULE 14A INFORMATION**

Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934
(Amendment No. _____)

☒   Filed by the Registrant

☐   Filed by a Party other than the Registrant

Check the appropriate box:

☐   Preliminary Proxy Statement

☐   Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒   Definitive Proxy Statement

☐   Definitive Additional Materials

☐   Soliciting Material under § 240.14a-12

**.Outset**

**Outset Medical, Inc.**

(Name of Registrant as Specified in its Charter)

(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒   No fee required.

☐   Fee paid previously with preliminary materials.

☐   Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.



# Outset Medical

## 2023 Proxy Statement
### AND NOTICE OF ANNUAL MEETING OF STOCKHOLDERS



# Notice of 2023 Annual Meeting of Stockholders

Dear Outset Stockholders:

You are invited to attend Outset Medical, Inc.'s 2023 Annual Meeting of Stockholders (the "Annual Meeting").

| When | Where | Record Date |
|---|---|---|
| May 31, 2023 (Wednesday) At 1:30 p.m., Pacific Time | Via live audio webcast: www.virtualshareholdermeeting.com/OM2023 | Close of business on April 4, 2023 |

At the Annual Meeting, stockholders will be asked to vote on the following matters:

| Items of Business* | | Board Recommendation | |
|---|---|---|---|
| **Proposal 1:** | To elect the three (3) Class III directors named in this proxy statement to hold office until the 2026 annual meeting of stockholders | ü | **FOR each nominee** |
| **Proposal 2:** | To hold a non-binding advisory vote to approve the 2022 compensation of our named executive officers as disclosed in this proxy statement | ü | **FOR** |
| **Proposal 3:** | To ratify the appointment of KPMG LLP as our independent registered public accounting firm for 2023 | ü | **FOR** |

*We will also conduct any other business properly brought before the meeting.

| Attending the Annual Meeting | Voting |
|---|---|
| Stockholders of record at the close of business on April 4, 2023 can attend the Annual Meeting online, including to vote and/or submit questions, at www.virtualshareholdermeeting.com/OM2023.<br><br>See page 5 of the accompanying proxy statement for additional information regarding participation in the virtual meeting. | **Your vote is very important to us.** Whether or not you plan to attend the virtual Annual Meeting, please ensure your shares are represented by voting promptly. For instructions on how to vote your shares, please refer to the instructions on the Internet Notice you received in the mail, the section entitled "Annual Meeting Information" beginning on page 1 of the accompanying proxy statement or, if you requested to receive printed copies of these materials, your enclosed proxy card. |

By order of the Board of Directors,

/s/ *John L. Brottem*

**John L. Brottem**
*General Counsel and Secretary*

Outset Medical, Inc.
3052 Orchard Drive
San Jose, California 95134
April 13, 2023

**Important Notice Regarding the Internet Availability of Proxy Materials for the Annual Meeting to be Held on May 31, 2023 at 1:30 p.m. Pacific Time via live audio webcast at www.virtualshareholdermeeting.com/OM2023**

*This Notice of 2023 Annual Meeting of Stockholders, the accompanying proxy statement and our 2022 annual report on Form 10-K are available on our website at https://investors.outsetmedical.com/financial-information/annual-reports, as well as at www.proxyvote.com.*

# Table of Contents

**ANNUAL MEETING INFORMATION** — 1

**BOARD AND CORPORATE GOVERNANCE MATTERS** — 8

Proposal One: Election of Directors — 8

Overview of Our Nominees and Continuing Directors — 9

Board Structure and Composition — 16

Director Independence — 16

Board Leadership Structure — 16

Role of our Board in Risk Oversight — 17

Meetings of our Board — 19

Committees of our Board — 19

Committee Composition and Meetings — 19

Audit Committee — 20

Compensation Committee — 20

Compensation Committee Interlocks and Insider Participation — 21

Nominating and Corporate Governance Committee — 21

Director Nomination Process — 23

Stockholder Engagement — 24

Code of Ethics and Business Conduct — 25

Corporate Governance Guidelines — 25

Stock Ownership Guidelines — 26

Anti-Hedging and Anti-Pledging Policy — 26

Stockholder Communications with our Board — 26

Certain Relationships and Related Person Transactions — 26

**DIRECTOR COMPENSATION** — 28

Non-Employee Director Compensation Policy — 28

2022 Director Compensation Table — 29

**EXECUTIVE COMPENSATION** — 30

Proposal Two: Advisory Vote on Named Executive Officer Compensation — 30

Compensation Discussion and Analysis — 31

Compensation Committee Report — 49

2022 Summary Compensation Table — 50

Grants of Plan-Based Awards in 2022 — 52

Outstanding Equity Awards at 2022 Year-End — 53

Option Exercises and Stock Vested in 2022 — 54

Additional Narrative Disclosure — 55

Compensation Risk Assessment — 57

CEO Pay Ratio — 57

Pay Versus Performance — 58

**EQUITY PLAN INFORMATION** — 64

Equity Compensation Plan Information — 64

**STOCK OWNERSHIP** — 65

Security Ownership of Certain Beneficial Owners and Management — 65

Delinquent Section 16(a) Reports — 67

**AUDIT MATTERS** — 68

Proposal Three: Ratification of Appointment of Independent Registered Public Accounting Firm — 68

Report of the Audit Committee — 69

**ADDITIONAL INFORMATION** — 70

Other Matters — 70

Stockholder Proposals and Nominations for Next Year's Annual Meeting of Stockholders — 70

Availability of Annual Report on Form 10-K — 70

**APPENDIX A – NON-GAAP RECONCILIATIONS** — A-1



# Proxy Statement

For the 2023 Annual Meeting of Stockholders
To be held on May 31, 2023

## ANNUAL MEETING INFORMATION

Our Board of Directors ("Board") is soliciting your proxy for the 2023 Annual Meeting of Stockholders (the "Annual Meeting") of Outset Medical, Inc. ("Outset," the "Company," "we," "us" or "our") and at any adjournment, continuation or postponement of the meeting for the purposes described in this proxy statement and the accompanying Notice of 2023 Annual Meeting of Stockholders. The Annual Meeting will take place on May 31, 2023 at 1:30 p.m. Pacific Time in a virtual format via live audio webcast. If you held shares of our common stock as of the close of business on the record date, April 4, 2023, you are invited to attend the meeting at www.virtualshareholdermeeting.com/OM2023 and vote on the proposals described in this proxy statement. On or about April 13, 2023, we will be mailing a Notice of Internet Availability of Proxy Materials (the "Internet Notice") to our stockholders. The Internet Notice will include instructions on how to access the proxy materials over the Internet, including our proxy statement, Notice of 2023 Annual Meeting of Stockholders, proxy card and our 2022 annual report on Form 10-K (the "2022 annual report"). The Internet Notice will also describe how to vote online and, if desired, how to receive a printed set of proxy materials.

**Why did I receive a Notice of Internet Availability of Proxy Materials in the mail instead of a full set of proxy materials?**

Pursuant to the "notice and access" rules adopted by the Securities and Exchange Commission (the "SEC"), we have elected to provide access to our proxy materials over the Internet. Accordingly, we are sending the Internet Notice to our stockholders as of the record date, beginning on or about April 13, 2023. The Internet Notice will instruct you as to how you may access and review the proxy materials on the Internet and, if desired, how to request a printed set of proxy materials. In addition, by following the instructions in the Internet Notice, you may request to receive proxy materials in printed form by mail or electronically by email on an ongoing basis. We believe that these rules allow us to conserve natural resources and reduce our costs of printing and delivering proxy materials, while providing a convenient method for stockholders to access the materials and vote.

We provided some of our stockholders with a printed set of proxy materials instead of the Internet Notice if they previously requested to receive paper copies. If you received a printed set of proxy materials, we encourage you to consider helping us reduce the environmental impact of delivering printed materials by signing up to receive all of your future proxy materials electronically.

**Who can vote?**

If you were a stockholder of record as of the close of business on April 4, 2023 (the "record date"), you are entitled to vote your shares at the Annual Meeting. As of the record date, 49,215,704 shares of our common stock were issued and outstanding. Each share of our common stock is entitled to one vote on each matter properly brought before the meeting.

**What am I voting on?**

You are being asked to vote on three proposals:

- **Proposal One:**  To elect the three (3) Class III directors named in this proxy statement to hold office until the 2026 annual meeting of stockholders;

- **Proposal Two:**  To hold a non-binding advisory vote to approve the 2022 compensation of our named executive officers as disclosed in this proxy statement (the "say-on-pay vote"); and

- **Proposal Three:**  To ratify the appointment of KPMG LLP as our independent registered public accounting firm for 2023.

**How does Outset's Board recommend that I vote on each proposal?**

Our Board recommends that our stockholders vote as follows:

| Proposal | | Board Recommendation |
|---|---|---|
| **Proposal One:** | Election of Directors | **"FOR"** the election of each of the three (3) Class III directors named in this proxy statement to hold office until the 2026 annual meeting of stockholders |
| **Proposal Two:** | Say-on-Pay Vote | **"FOR"** the approval, on a non-binding advisory basis, of the 2022 compensation of our named executive officers as disclosed in this proxy statement |
| **Proposal Three:** | Ratification of Appointment of Independent Registered Public Accounting Firm | **"FOR"** the ratification of the appointment of KPMG LLP as our independent registered public accounting firm for 2023 |

**What if another matter is properly brought before the meeting?**

Our Board is not aware of any other matters that will be presented for consideration at the Annual Meeting. However, if any other matters are properly brought before the Annual Meeting, the persons named in the accompanying proxy intend to vote on those matters in accordance with their best judgment.

**How do I vote?**

The procedures for voting in advance of the Annual Meeting depend on whether your shares are registered in your name or are held by a bank, broker or other nominee (a "broker"). You may also vote your shares electronically during a designated portion of the virtual Annual Meeting after logging in as a "stockholder" with your 16-digit control number at www.virtualshareholdermeeting.com/OM2023. Whether or not you plan to attend the Annual Meeting, we encourage you to vote and submit your proxy in advance of the Annual Meeting by one of the methods described below.

Table of Contents

- **Stockholders of Record:  Shares Registered in Your Name**

  If, on the record date, your shares were registered directly in your name with Outset's transfer agent, American Stock Transfer & Trust Company, then you are a "stockholder of record." As a stockholder of record, you may vote by proxy in advance of the Annual Meeting in three ways:

|  |  |  |
|---|---|---|
| **Vote by Internet** | **Vote by telephone** | **Vote by mail** |
| Go to http://www.proxyvote.com to complete an electronic proxy card. You will be asked to provide the company number and control number from the Internet Notice or proxy card. Your vote must be received by 11:59 p.m. Eastern Time on May 30, 2023 to be counted. | Dial toll-free 1-800-690-6903 using a touch-tone phone and follow the recorded instructions. You will be asked to provide the company number and control number from the Internet Notice or proxy card. Your vote must be received by 11:59 p.m. Eastern Time on May 30, 2023 to be counted. | If you received printed copies of the proxy materials, complete, sign and date the enclosed proxy card, and return it promptly in the envelope provided. If your signed proxy card is received by 11:59 p.m. Eastern Time on May 30, 2023, we will vote your shares as you direct. |

- **Beneficial Owner:  Shares Registered in the Name of Broker**

  If, on the record date, your shares were held not in your name, but in an account with a broker as custodian on your behalf, then you are considered the "beneficial owner" of shares held in "street name." The Internet Notice or proxy materials, as applicable, are being forwarded to you by that broker who is considered the stockholder of record of those shares for purposes of voting at the Annual Meeting. As the beneficial owner, you have the right to direct your broker on how to vote your shares by following the instructions for voting set forth on that organization's voting instruction card.

**What is the effect of giving a proxy? What if I return a proxy card or otherwise vote but do not make specific choices?**

Proxies are solicited by and on behalf of our Board, and Leslie Trigg (our President and Chief Executive Officer ("CEO")) and John Brottem (our General Counsel and Secretary) have been designated as proxy holders by our Board. If you properly grant your proxy, your shares will be voted as you instruct.

If you return a signed proxy card or otherwise vote without marking specific voting selections, your shares will be voted as the Board recommends:  "For" the election of three (3) Class III directors (Proposal One); "For" the approval of named executive officer compensation (Proposal Two); "For" the ratification of the appointment of KPMG LLP as our independent registered public accounting firm for 2023 (Proposal Three); and in accordance with the best judgment of your proxy holder for any other matters properly brought before the meeting, if any.

**Can I change my vote or revoke my proxy?**

Yes. If you are a stockholder of record, you can change your vote or revoke your proxy before the Annual Meeting in any of these ways:

- Vote again over the Internet or by telephone as instructed above before 11:59 Eastern Time on May 30, 2023. Only your latest Internet or telephone vote is counted.

- Submit a properly signed proxy card with a later date that is received no later than 11:59 Eastern Time on May 30, 2023. Only your latest dated proxy card will be counted.

- Send a timely written notice that you are revoking your proxy to Outset's Corporate Secretary at 3052 Orchard Drive, San Jose, California 95134.

- Attend the virtual Annual Meeting and vote electronically during the meeting. Simply attending the meeting will not, by itself, revoke your proxy.

If you are the beneficial owner of shares held in street name, you should follow the instructions provided by your broker, bank or other nominee to revoke previously submitted voting instructions.

**What are broker non-votes?**

Brokers holding shares on behalf of a beneficial owner may vote those shares in their discretion on certain "routine" matters even if they do not receive timely voting instructions from the beneficial owner. With respect to "non-routine" matters, the broker is not permitted to vote shares for a beneficial owner without timely received voting instructions. The only routine matter to be presented at the Annual Meeting is the proposal to ratify the appointment of KPMG LLP as our independent registered public accounting firm for 2023 (Proposal Three). The election of directors (Proposal One) and the say-on-pay vote (Proposal Two) are non-routine matters.

A broker non-vote occurs when a broker does not vote on a non-routine matter because the beneficial owner of such shares has not provided voting instructions with regard to such matter. If a broker exercises discretionary voting authority on Proposal Three, such shares will be considered present at the Annual Meeting for quorum purposes and broker non-votes will occur as to Proposal One, Proposal Two or any other non-routine matters that are properly presented at the Annual Meeting. Broker non-votes will have no impact on the voting results.

**How many shares must be present to hold the Annual Meeting?**

A quorum must be present at the Annual Meeting for any business to be conducted. A quorum will be present if the holders of at least a majority of the outstanding shares of our common stock entitled to vote are present at the Annual Meeting online or represented by proxy. On the record date, there were 49,215,704 shares of our common stock outstanding and entitled to vote. For purposes of determining the presence of a quorum, abstentions, withheld votes and broker non-votes are counted. If there is no quorum, the holders of a majority of shares present or represented by proxy at the Annual Meeting may adjourn the meeting to a later date.

**2023 Proxy Statement**        4

**What vote is required for the approval of each proposal? What effect do "withhold" votes, abstentions and broker non-votes have on the proposals?**

The following chart summarizes the proposals to be considered at the Annual Meeting, the vote required for approval of each proposal, and the manner in which votes will be counted:

| Proposal | Voting Options | Vote Required to Adopt the Proposal | Effect of "Withhold" Votes or Abstentions | Effect of "Broker Non-Votes" |
|---|---|---|---|---|
| **Proposal One:** *Election of Directors* | For or Withhold on each nominee | Plurality of the votes cast. This means that the three nominees receiving the highest number of "For" votes (from the holders of votes of shares present or represented by proxy and entitled to vote on the election of directors) will be elected as Class III directors. | "Withhold" votes have no effect; only "For" votes affect the outcome of the election. | Brokers do not have discretion to vote. Broker non-votes will have no effect; only "For" votes affect the outcome of the election. |
| **Proposal Two:** *Say-on-Pay Vote* | For, Against or Abstain | Affirmative vote of a majority of the shares present or represented by proxy and entitled to vote on the proposal. | Abstentions are considered shares present and entitled to vote, and therefore have the same impact as votes "Against" the proposal. | Brokers do not have discretion to vote. Broker non-votes will have no effect. |
| **Proposal Three:** *Ratification of Appointment Independent Registered Public Accounting Firm* | For, Against or Abstain | Affirmative vote of a majority of the shares present or represented by proxy and entitled to vote on the proposal. | Abstentions are considered shares present and entitled to vote, and therefore have the same impact as votes "Against" the proposal. | Brokers have discretion to vote. Therefore, we do not expect any broker non-votes. |

**Important Information About Our Virtual Annual Meeting:**

• **Why is the Annual Meeting being held in a virtual format this year?** Our Annual Meeting will again be held in a virtual meeting format via live audio webcast. We believe the virtual format enables our stockholders to safely and conveniently attend the Annual Meeting, while facilitating active and equal participation for all stockholders at no cost regardless of geographic location. We have designed our virtual format to help ensure that our stockholders who attend the Annual Meeting virtually will be afforded similar rights and opportunities to participate as they would at an in-person meeting.

• **How can I attend the Annual Meeting online?** To join the Annual Meeting online, visit www.virtualshareholdermeeting.com/OM2023 and log in as a stockholder with your 16-digit control number included on your Internet Notice, on your proxy card or on the instructions that accompanied your proxy materials.

• **When can I join the virtual Annual Meeting?** The meeting will begin promptly at 1:30 p.m. Pacific Time on Wednesday, May 31, 2023. You may access the meeting platform beginning at 1:15 p.m. Pacific Time, and we encourage you to join in advance of the meeting start time to allow sufficient time to log in and confirm your connection and audio are working properly.

• **Can I ask questions during the virtual Annual Meeting?** Yes. If you are logged in as a stockholder at the virtual Annual Meeting, you will have an opportunity to submit questions live via the Internet during a designated portion of the virtual Annual Meeting. Once you are logged in, type your question into the question box and click "submit."

Subject to time constraints, we intend to answer questions pertinent to the Company and meeting matters submitted by stockholders during the Annual Meeting that comply with our rules of conduct for the Annual Meeting, which will be posted on the meeting website during the meeting as well as on the Investors section of our website prior to the meeting.

**Table of Contents**

- **How do I vote during the virtual Annual Meeting?**  You will have an opportunity to vote your shares electronically during a designated portion of the virtual Annual Meeting after logging in as a stockholder with your 16-digit control number at www.virtualshareholdermeeting.com/OM2023. Whether or not you plan to join the Annual Meeting, we encourage you to vote and submit your proxy in advance of the meeting by one of the methods described in these proxy materials.

- **What if I lost my 16-digit control number?**  If you do not have your 16-digit control number, you will still be able to log in to the virtual Annual Meeting as a guest. To join the meeting webcast, visit www.virtualshareholdermeeting.com/OM2023 and register as a guest. If you log in as a guest, you will not be able to vote your shares or ask questions during the meeting.

- **What if I did not receive a 16-digit control number?**  If you are a beneficial owner of shares held in street name and did not receive a 16-digit control number on the Internet Notice, on your proxy card or on the instructions that accompanied your proxy materials, please contact your broker well in advance of the Annual Meeting for instructions on how to obtain a 16-digit control number and access the virtual meeting as a stockholder. Instructions should also be provided on the voting instruction form provided by your broker. Without first obtaining your 16-digit control number and logging in as a stockholder, you will still be able to attend the meeting by logging in as a guest, however, you will not be able to vote your shares or ask questions during the meeting.

- **What if I have technical difficulties?**  On the meeting day, if you have trouble accessing the virtual meeting platform or encounter other technical difficulties with the platform before or during the meeting, please call the technical support number posted on the Annual Meeting login page at www.virtualshareholdermeeting.com/OM2023. Technical support information will also be available on the Annual Meeting login page prior to the meeting day.

- **Will a list of stockholders be available for inspection prior to and during the meeting?**  Yes. A complete list of stockholders of record will be available for inspection by any stockholder for at least ten (10) days prior to the Annual Meeting during ordinary business hours at our headquarters located at 3052 Orchard Drive, San Jose, California 95134. In addition, the list will be available for inspection online during the virtual Annual Meeting if you logged in as a stockholder with your 16-digit control number.

- **Will a recording of the meeting be available?**  Yes, following the Annual Meeting, a recording of the meeting will be available on www.virtualshareholdermeeting.com/OM2023 for one year following the meeting date.

## Who will count the votes?

Representatives of Broadridge Investor Communications Services ("Broadridge") will tabulate the votes, and a representative of Broadridge will act as inspector of election.

## Who is paying for this proxy solicitation?

We will pay the cost of soliciting proxies. Proxies may be solicited on our behalf by our directors, officers or employees (for no additional compensation) in person, by telephone or by other means of communication, including by mail or e-proxy. We may reimburse brokerage firms, banks and other agents for the cost of forwarding proxy materials to beneficial owners.

## What does it mean if I receive more than one Internet Notice?

If you receive more than one Internet Notice, your shares may be registered in more than one name or in different accounts. Please follow the voting instructions on each Internet Notice to ensure that all of your shares are voted.

## How can I find out the results of the voting at the Annual Meeting?

Preliminary voting results will be announced at the Annual Meeting. In addition, final voting results will be published in a current report on form 8-K that we expect to file with the SEC within four business days after the Annual Meeting.

**2023 Proxy Statement**        6

Table of Contents

**Why were my proxy materials included in the same envelope as other people at my address? How may I obtain an additional copy of the proxy materials?**

We have adopted a procedure approved by the SEC called "householding." Under this procedure, we deliver a single copy of the Internet Notice and, if applicable, our proxy materials to stockholders of record who share the same address, unless we have received contrary instructions from any stockholder at that address. This practice is designed to eliminate duplicate mailings, conserve natural resources and reduce our printing and mailing costs. Stockholders who participate in householding will continue to be able to access and receive separate proxy cards. If you share an address with another stockholder and receive only a single copy of the Internet Notice or, if applicable, our proxy materials, but would like to request a separate copy of these materials, please contact our mailing agent, Broadridge Financial Solutions, Inc., by calling 1-866-540-7095 or writing to 51 Mercedes Way, Edgewood, New York 11717, Attention: Householding Department and an additional copy of the materials will be promptly delivered to you. Similarly, if you receive multiple copies of the Internet Notice or, if applicable, the proxy materials but would prefer to receive a single copy in the future, you may also contact Broadridge Financial Solutions, Inc. at the above telephone number or address. Beneficial owners should contact their broker to request information about householding procedures.

# EXECUTIVE COMPENSATION

## Proposal Two: Advisory Vote on Named Executive Officer Compensation

**General**

In accordance with Section 14A of the Exchange Act, we are requesting stockholder approval, on a non-binding advisory basis, of the compensation of our named executive officers ("NEOs") during 2022, as described in this proxy statement. This proposal, commonly known as a "say-on-pay" vote, gives our stockholders the opportunity to express their views on the design and effectiveness of our executive compensation program. This vote is not intended to address any specific element of compensation, but rather the overall compensation of our NEOs and the compensation philosophy, policies and practices described in this proxy statement. Consistent with the preference of our stockholders expressed at the 2022 annual meeting of stockholders, the Board has determined that say-on-pay votes will be held annually.

As discussed in further detail in the Compensation Discussion and Analysis ("CD&A") section of this proxy statement, our executive compensation program is designed to achieve the following key objectives: attract, mobilize and retain the right talent; incentivize a collective focus on corporate goals; reward and recognize outstanding performance; and create long-term stockholder value.

Our Compensation Committee has created an executive compensation program that combines short-term and long-term components, cash and equity, as well as fixed, at-risk and variable compensation elements, in the proportions it believes achieve these guiding principles. For details on our executive compensation program, including our compensation philosophy and objectives and the 2022 compensation of our NEOs, we urge you to carefully read the CD&A section of this proxy statement, the 2022 Summary Compensation Table, as well as the other related tables and disclosure.

Accordingly, we are asking our stockholders to approve the following resolution at the Annual Meeting:

> **RESOLVED**, that the Company's stockholders approve, on an advisory basis, the compensation of the named executive officers as disclosed in the Company's proxy statement for the 2023 annual meeting of stockholders pursuant to the compensation disclosure rules of the Securities and Exchange Commission, including the Compensation Discussion and Analysis section, the 2022 Summary Compensation Table and the other related tables and disclosure.

Although this advisory vote is non-binding, our Board and Compensation Committee value the opinions of our stockholders and will consider the outcome of this say-on-pay vote when making future compensation decisions for our executive officers.

**Vote Required:**    Advisory approval of the 2022 compensation of our NEOs as described in this proxy statement requires the affirmative vote of a majority of the shares present or represented by proxy and entitled to vote at the Annual Meeting. Abstentions have the same impact as votes "Against" the proposal. Broker non-votes will have no effect on the outcome of this vote.

**Board Recommendation:**    **OUR BOARD UNANIMOUSLY RECOMMENDS A VOTE "FOR" THE APPROVAL, ON A NON-BINDING ADVISORY BASIS, OF THE 2022 COMPENSATION OF OUR NAMED EXECUTIVE OFFICERS AS DESCRIBED IN THIS PROXY STATEMENT.**

# Compensation Discussion and Analysis

This Compensation Discussion and Analysis provides an overview of our 2022 executive compensation program, including a discussion of our executive compensation philosophies, objectives and practices, and a review of the compensation paid or awarded to our named executive officers ("NEOs") during 2022.

Our NEOs consist of our Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO"), and our three other most highly compensated executive officers as of December 31, 2022. For 2022, our NEOs were:

- Leslie Trigg, our President, CEO and Board Chair;

- Nabeel Ahmed, our CFO;

- John Brottem, our General Counsel and Secretary;

- Martin Vazquez, our Chief Operating Officer;[1] and

- Steve Williamson, our Chief Commercial Officer.

## Executive Summary

Outset is a medical technology company pioneering a first-of-its-kind technology to reduce the cost and complexity of dialysis. We believe the Tablo® Hemodialysis System, cleared by the U.S. Food and Drug Administration ("FDA") for use from the hospital to the home, represents a significant technological advancement that transforms the dialysis experience for patients and operationally simplifies it for providers. We designed Tablo from the ground up to be a single enterprise solution that can be utilized across the continuum of care, allowing dialysis to be delivered anywhere, anytime and by virtually anyone.

### 2022 Business Highlights

During 2022, we achieved the following:

- We recorded net revenue of $115.4 million for the full year, representing an increase of 12.4% compared to $102.6 million for 2021;

- We achieved gross margin for the full year of 15.5% (16.1% on a non-GAAP basis)[2], an increase of more than 800 basis points over 2021;

- We increased the size of our Tablo year-end installed base by 54% year-over-year to approximately 4,000 systems, including 3,200 with acute- and sub-acute care providers, and more than doubled the number of units with home providers to nearly 800;

- We entered into two senior secured credit facilities which collectively provide for borrowings of up $300 million, of which up to $200 million remains available for us to access under the terms of the facilities;

- We introduced TabloCart, a non-medical accessory for the Tablo Hemodialysis System that provides added maneuverability and optional prefiltration storage;

- We launched a new pilot clinical and administrative services program designed to help bridge our healthcare provider customers as they transition from using an outsourced inpatient dialysis provider to offering on-site inpatient dialysis services on their own; and

---

(1) Mr. Vazquez retired from his role as the Company's Chief Operating Officer effective April 3, 2023 to pursue personal opportunities, and has entered into a consulting arrangement with the Company to provide certain consulting services for a minimum of six months following his retirement.

(2) Appendix A includes a reconciliation of gross margin as prepared and presented under accounting principles generally accepted in the United States ("GAAP") to non-GAAP gross margin.

- We grew our team to 518 full-time employees and 210 full-time team members at our manufacturing facility in Tijuana, Mexico as of the end of 2022, compared to 444 full-time employees and 149 full-time team members at our Tijuana facility at the end of 2021.

In addition, following a shipment hold implemented during the second quarter of 2022 on the distribution of Tablo systems for home use (which we refer to as the "home shipment hold") pending the FDA's review and clearance of a 510(k) application for changes made since the device's original March 2020 clearance, we resumed shipments to new home patients during the third quarter of 2022 upon the FDA's clearance of the application.

## 2022 Executive Compensation Highlights

The Compensation Committee took the following key actions with respect to the compensation of our NEOs for 2022:

- **Base Salaries:**  The annual base salaries of our NEOs were increased in amounts ranging from 4.1% to 21.6% (with an average increase of 11.8%) compared to prior year base salaries. In determining these increases, the committee intended to better align our executives' post-IPO salaries with competitive pay practices of our publicly traded peers, and also took into consideration individual performance and retention priorities.

- **Annual Performance-Based Cash Bonuses**:  The Compensation Committee determined not to make any changes to the NEOs' target annual cash bonus opportunities for 2022, as a percentage of base salary, as compared to the prior year, as they remained market competitive. Under our 2022 cash bonus program, bonuses could be earned based on achievement against multiple pre-established 2022 corporate performance goals tied to revenue (weighted 50%), gross margin (weighted 25%), home patients (weighted 15%) and reduction in service hours per console (weighted 10%). In response to the extraordinary impacts of the home shipment hold on our business that could not be anticipated at the time the original bonus plan was approved, in September 2022, the committee adjusted the achievement spectrum for three of the four performance goals to allow for a greater range of performance to be recognized, and adjusted down the achievement levels to account for the impacts of the home shipment hold on these three measures. Based on performance against the 2022 corporate performance goals, as adjusted, the Compensation Committee approved overall payouts under our annual cash bonus program equal to 89.1% of each NEO's target bonus opportunity.

- **Long-Term Equity Incentives**:

  - Equity Program Modifications:  Following our first full year as a public company, the Compensation Committee made certain modifications to our 2022 equity program designed to further enhance the program's performance-based nature and increase the retention value of our executives' equity packages, while maintaining the at-risk or variable nature of a significant majority of our executives' annual target pay. For 2022, the committee (i) discontinued the historical practice of granting time-based stock options, (ii) expanded the issuance of performance-based restricted stock units ("PSUs") to a broader group of executive officers (including all of the NEOs) and certain other senior leaders and (iii) retained time-based restricted stock units ("RSUs") as a component of our executives' equity packages, moving from a four-year to a three-year vesting schedule to reflect competitive market practices.

  - Target Equity Mix:  As reflected in the charts below, for 2022, the committee approved a mix of 50% PSUs and 50% RSUs for our CEO, and a mix of 20% PSUs and 80% RSUs for the other NEOs, in each case, based on target value. Of the PSU awards granted to each NEO, 70% were comprised of Home PSUs and 30% were comprised of TSR PSUs (each as defined below).



(1) TSR PSUs:  Shares subject to these PSU awards are earned and vest based on achievement against our relative total stockholder return ("relative TSR") over a two-year performance period as compared to companies in a pre-determined index of medical device companies, with 100% of earned units vesting at the end of 2024 ("TSR PSUs"). The number of TSR PSUs earned vary based on actual performance from 75% to 250% of the target number for our CEO and from 75% to 150% of the target number for the other NEOs.

(2) Home PSUs:  Shares subject to these PSU awards are earned and vest based on achievement against an operational metric tied to the number of patients treating at home on Tablo ("home patients") as of the end of 2023, with 50% of earned units vesting after certification of the achievement level following the end of 2023 and the remaining 50% of earned units vesting at the end of 2024 ("Home PSUs"). The number of Home PSUs earned vary based on actual performance from 0% to 250% of the target number for our CEO and from 0% to 200% of the target number for our other NEOs.

(3) RSUs:  Shares subject to these RSU awards vest over a three-year period with one-third vesting on the first anniversary of the grant date and then vesting quarterly over the following two years.

## Executive Compensation Philosophy and Objectives

Our executive compensation program is designed to meet the following key objectives:

- **Attract, mobilize and retain the right talent**.  Executive compensation should be market-competitive in order to attract and retain highly qualified, experienced and motivated talent to act as inspirational leaders, drive our strategic initiatives, grow our business and help pave the way to a patient-centric dialysis service model.

- **Incentivize a collective focus on corporate goals.**  Our work environment is goal-driven and we believe compensation is a critical tool in the successful execution of our business objectives. By tying elements of our executives' pay to key corporate goals, we encourage our executives to focus their teams and execute on these goals.

- **Reward and recognize outstanding performance.**  We firmly believe that executive compensation should incentivize and reward outstanding performance that contributes to our overall growth and success as a company both in the short term and long term.

- **Create long-term stockholder value**.  Through the risks and rewards of owning Outset equity, we incentivize our executives to stay focused collectively on the activities that are most likely to ensure Outset's sustainable success.

Our Compensation Committee has created an executive compensation program that combines short-term and long-term components, cash and equity, as well as fixed, at-risk and variable compensation elements, in the proportions it believes achieve these guiding principles.

## Linking Pay to Performance; Our Program Design

Consistent with our philosophy of aligning executive pay with the short-term and long-term performance of the Company, and to align the interests of management and stockholders, a significant majority of the overall compensation paid to each NEO is at-risk or variable in the form of annual cash bonuses and equity-based compensation. Our annual cash bonuses are at-risk because they are earned only upon the achievement of pre-established performance metrics. Our PSU awards are generally at-risk because the underlying shares are earned and vest only upon the achievement of performance metrics, with the exception of 22.5% of the target number of shares subject to each NEO's PSU award (i.e., 75% of the target number of shares underlying the TSR PSU portion of such award) which are variable because they are earned and vest at the end of 2024 if achievement is at or below threshold. Our RSU awards are variable because the value earned varies based on our stock price.

As reflected in the charts below, for 2022, approximately 88% of our CEO's target pay, and 80% of our other NEOs' target pay on average, was at-risk or variable. We believe this target pay mix reflects the strong pay-for-performance design of our executive compensation program.





---

(1)    "Target pay" consists of each NEO's (i) annualized base salary for 2022, (ii) target annual cash bonus as a percentage of annualized base salary for 2022, assuming payout at 100% and excluding potential overachievement, and (iii) target values of equity awards granted to such NEO during 2022 (which were converted to share numbers using the mechanism described below in the section entitled "2022 Equity Award Determinations").

## Elements of Our Executive Compensation Program

For 2022, the material elements of compensation for our NEOs were base salary, annual cash bonuses tied to corporate performance goals, and equity-based compensation in the form of RSUs and PSUs. The following table outlines these principal elements, including the primary objectives of each element, any associated performance measures, and whether each element is categorized as "fixed," "at-risk" or "variable" based on corporate performance (including stock price appreciation).

| Compensation Element | Form | Type | Primary Objectives | Performance Measures |
|---|---|---|---|---|
| Base Salary | Cash | Fixed | • Provide base amount of market competitive pay to attract, retain and motivate an effective leadership team <br><br>• Provide a predictable level of financial stability for our executives | Not applicable |
| Annual Cash Incentive | Cash | At-risk | • Focus executives on key annual corporate goals <br><br>• Motivate and reward performance in achievement of these goals <br><br>• Create a "pay for performance" culture | Pre-established performance metrics based on achievement of multiple one-year financial, operational and strategic goals (tied to revenue, gross margin, home patients, and reduction in service hours per console, subject to a minimum threshold tied to the Company's cash holdings) |
| Equity Incentive Awards | RSUs | Variable | • Attract, incentivize and retain executives through time-based multi-year vesting <br><br>• Align interests of stockholders and executives by linking realized value to stock price performance <br><br>• Focus our executives on performance that creates long-term value for our stockholders | Stock price appreciation |
| | PSUs | Generally at-risk[1] | • Incentivize and retain executives <br><br>• Focus executives on key corporate goals considered to be critical drivers of our growth and creation of long-term stockholder value <br><br>• Motivate and reward performance that creates long-term value for our stockholders (generally no payout if performance measures are not met)[1] <br><br>• Align interests of stockholders and executives | Performance metrics based on achievement against two metrics: (1) an operational metric tied to home patients at the end of 2023 and (2) our relative stockholder return over a two-year performance period compared to companies in a pre-determined index of medical device companies |

(1)    22.5% of the target number of shares subject to each NEO's PSU award (i.e., 75% of the target number of shares underlying the TSR PSU portion of such award) are variable because they are earned and vest at the end of 2024 if achievement is at or below threshold.

## Our Executive Compensation Practices

During 2022, our Compensation Committee maintained a number of practices designed to reinforce our executive compensation philosophy and objectives:

| WHAT WE DO: | WHAT WE DON'T DO: |
|---|---|
| ü A significant majority of our NEOs' annual target pay is at-risk or variable in the form of annual cash bonuses and long-term equity compensation tied to corporate performance and/or stock price appreciation | û No guaranteed bonuses or base salary increases |
| ü Annual cash bonuses contingent on multiple pre-established financial, operational and strategic performance metrics that align with key corporate goals intended to create long-term stockholder value, subject to a cap on payout | û No employment contracts that guarantee continued employment of our executive officers |
| ü PSUs tied to multiple performance metrics over multi-year performance periods, with additional vesting thereafter | û No "single trigger" change of control arrangements |
| ü Our short-term and long-term incentive programs are tied to different measures of performance | û No excessive perquisites provided to our executive officers |
| ü Annual advisory vote for stockholders to approve NEO compensation | û No repricing, cash-out or exchange of "underwater" stock options without stockholder approval |
| ü Maintain a fully (100%) independent Compensation Committee | û No health, welfare or retirement plans for executive officers that are not available to all employees |
| ü Retain independent compensation consultant reporting directly to the Compensation Committee | û We prohibit our employees and directors from engaging in hedging or other speculative transactions in our securities, and from pledging our securities |
| ü Annual executive compensation review (including market comparison against a relevant peer group) | û No dividend or dividend equivalent payments on unearned equity awards |
| ü Meaningful stock ownership guidelines for our directors and executive officers | |

## Stockholder Advisory Votes on NEO Compensation

At our annual meeting of stockholders held in May 2022, we held a non-binding stockholder advisory vote on the compensation of our NEOs (commonly known as a "say-on-pay" vote). Our stockholders approved, on an advisory basis, the compensation of our NEOs, with approximately 99% of stockholder votes cast in favor of our say-on-pay resolution. In evaluating our compensation practices during the remainder of 2022 and in early 2023, we were mindful of the strong support our stockholders expressed for our philosophy of linking executive pay to short-term and long-term performance of the Company and aligning the interests of management and stockholders. In light of this strong support, the Compensation Committee retained our general approach to executive compensation, has continued to apply the same general principles and philosophy in determining executive compensation and has not made any changes to our executive compensation program specifically in response to the 2022 say-on-pay vote.

We value the opinions of our stockholders, and our Board and Compensation Committee will continue to seriously consider the outcome of future say-on-pay votes when making future compensation decisions for our executive officers. Consistent with the preference of our stockholders as reflected in the non-binding, advisory vote on the frequency of future say-on-pay votes (commonly known as a "say-on-frequency" vote) held at our 2022 annual meeting of stockholders, our Board has determined that we will hold a say-on-pay vote every year. Accordingly, we are holding a say on-pay vote at this Annual Meeting (see "Proposal Two" in this proxy statement for more detailed information).

**Table of Contents**

As part of our investor relations program, we engage in ongoing outreach to and discussions with our stockholders, including on matters related to executive compensation and corporate governance. Please see the section above entitled "Board and Corporate Governance Matters – Stockholder Engagement" for further details on our stockholder engagement efforts.

## How We Make Executive Compensation Decisions

### Role of the Compensation Committee and Management

Our Board has delegated to the Compensation Committee responsibility for overseeing and administering our executive compensation program, including reviewing, determining and approving the compensation of our CEO and other executive officers (including our NEOs). In setting the compensation of our CEO, the Compensation Committee is charged with reviewing and approving corporate goals and objectives relevant to the compensation of our CEO, evaluating our CEO's performance in light of those goals, and determining and approving our CEO's compensation based on this evaluation and other factors. Our CEO does not participate in discussions regarding her own compensation.

Our Compensation Committee also approves the compensation of our executive officers other than our CEO. In doing so, the committee takes into account our CEO's evaluation of each executive officer's performance and her recommendations with respect to their compensation. While our Compensation Committee solicits and reviews our CEO's recommendations and proposals with respect to compensation of our executive officers (other than herself), the committee uses these recommendations and proposals as one of several factors in making such compensation decisions, and exercises its discretion in accepting, rejecting or modifying any such recommendations and proposals. In addition, from time to time, various members of management and other employees may be invited by the Compensation Committee to provide financial or other information or advice to the committee or otherwise participate in committee meetings.

In setting executive compensation, the Compensation Committee considers a number of factors, including the recommendations of our CEO (other than with respect to herself), market data and competitive benchmarking assessments prepared by the Company's independent compensation consultant (as discussed below in the section entitled "Benchmarking Comparison to Peer Group"), current and past total compensation, current equity holdings and the retention value thereof, overall forecast and budget considerations, current market conditions and the talent market environment, company performance and growth, the specific needs of the business at critical points in time, each executive's role, criticality and relative scope of responsibility, individual performance and contributions, longevity and depth in role, overall experience and expertise, as well as internal equity considerations.

### Guidance from Independent Compensation Consultant

In accordance with its written charter, the Compensation Committee has authority to retain or obtain the advice of an independent compensation consultant, legal counsel or other advisors to assist with the execution of its duties including as it relates to executive officer compensation. The committee believes that working with an independent compensation consultant furthers its objectives to recruit and retain qualified executives, align their interests with those of stockholders and help design compensation packages that will appropriately motivate and reward ongoing achievement of business goals.

The Compensation Committee engaged the services of Aon as an independent executive compensation consultant to assist in its evaluation of executive and director compensation for 2022. At the request of the Compensation Committee, Aon advised on principal aspects of our 2022 executive compensation program, including reviewing our executive compensation philosophy, developing a comparative group of peer companies, reviewing peer group trends with respect to levels and types of compensation elements, and performing competitive benchmarking assessments of executive officer compensation against our peer group. In addition, Aon reviewed and benchmarked our non-employee director compensation policy, and reviewed competitive market practices and trends for equity compensation of our non-executive employees.

In April 2022, the Compensation Committee transitioned from Aon to Pearl Meyer as its new independent compensation consultant. While Pearl Meyer did not advise the committee with respect to 2022 executive and director compensation, Pearl Meyer conducted pay for performance assessments with respect to our 2022 CEO compensation, and provided support on other ad hoc matters throughout the year, including advice in connection with the stock ownership guidelines we recently adopted.

During its tenure, Aon was retained by and reported to the Compensation Committee and, at the request of the committee, participated in committee meetings. Similarly, Pearl Meyer is retained by and continues to report to the Compensation Committee and, at the request of the committee, participates in committee meetings. Based on consideration of the various factors set forth in applicable Nasdaq and SEC rules, the Compensation Committee does not believe that its relationship with either Aon or Pearl Meyer or either firm's work on behalf of the committee has raised any conflicts of interest. Each of Aon and Pearl Meyer provided written confirmation of its independence.

## Benchmarking Comparison to Peer Group

In order to obtain a broad view of compensation practices among industry peers and competitors for executive talent, and to help design a competitive executive compensation program to attract, motivate and retain effective leadership, our Compensation Committee worked closely with Aon to identify an appropriate group of comparable publicly traded peer companies against which to benchmark our 2022 executive officer compensation.

In selecting the peer group to be used to help guide 2022 executive compensation decisions, the Compensation Committee, in consultation with Aon, reviewed and updated the peer group selection criteria designed to capture a meaningful cross-section from which to benchmark executive officer compensation as follows:

| Element | Selection Criteria |
|---|---|
| Sector and Stage | Recently public (preferably in the last 5 years) medical device companies |
| Geography | U.S.-based with a focus on companies headquartered in the San Francisco Bay Area and other medical technology "hub" locations |
| Revenue | Trailing twelve-month revenue ranging from $50 million to $300 million |
| Market Capitalization | 30-day average market capitalization ranging from $600 million to $5 billion |

In September 2021, following consultation with Aon and based on the above selection criteria, our Compensation Committee approved the following peer group of companies for evaluating 2022 executive officer compensation (the "2022 peer group"):

### 2022 Peer Group

| | | |
|---|---|---|
| AtriCure, Inc. | Inspire Medical Systems, Inc. | Shockwave Medical, Inc. |
| Axonics, Inc. | Intersect ENT, Inc. | SI-BONE, Inc. |
| Berkeley Lights, Inc. | iRhythm Technologies, Inc. | Silk Road Medical, Inc. |
| CareDx, Inc. | NanoString Technologies, Inc. | STAAR Surgical Company |
| Glaukos Corporation | Pacific Biosciences of California, Inc. | Tactile Systems Technology, Inc. |
| Inari Medical, Inc. | Pulmonx Corporation | Veracyte, Inc. |

The Compensation Committee reviews our peer group on an annual basis to make adjustments if warranted based on changes in both our business and the businesses of the companies in our peer group, while maintaining year-over-year continuity in the list for comparability of competitive analysis. As part of this review process, the committee made the following changes to the 2021 peer group in determining the 2022 peer group:

- Removed Personalis, Inc., as its revenue fell on the low end of the selection criteria range; and

- Added Veracyte, Inc., a diagnostics company higher in the size range, with revenue and market capitalization that fell within the selection criteria ranges, in part to replace removal of Personalis, Inc. and to maintain our target peer group size.

In late 2021, Aon prepared reports summarizing a benchmarking review and assessment of our executive compensation program, including base salary, annual incentive bonus and equity award levels for our NEOs as compared to our 2022 peer group. The Compensation Committee considered these reports, among other factors, in determining the size, components and mix of compensation elements for these NEOs in 2022.

Our Compensation Committee believes competitive market data is a useful tool in its deliberations to help design an executive compensation program that is competitive in relation to our peers, enabling us to attract, motivate and retain a qualified leadership team. The committee generally considers the 25th, 50th and 75th percentiles of market data, and makes individual compensation decisions based on comparable positions at our peer group. However, the committee does not rely solely on competitive market data to determine any element of executive compensation or overall compensation. In making executive compensation decisions, the committee considers a number of additional factors, including those discussed above in the section entitled "Role of the Compensation Committee and Management" as well as below in the section entitled "Elements of NEO Compensation and 2022 Determinations."

## Elements of NEO Compensation and 2022 Determinations

The principal elements of our NEOs' 2022 compensation consisted of cash compensation in the form of base salary and annual cash bonuses tied to corporate performance goals, as well as equity-based compensation in the form of time-based RSUs and PSUs. Each of these compensation elements is discussed in further detail below, including a description of how it fits into our overall executive compensation program and a discussion of the amounts of compensation paid or awarded to our NEOs during 2022 under each of these elements.

In addition, our NEOs are eligible to participate in our standard retirement, health and welfare and other available employee benefit plans on the same basis as our other employees. We also maintain severance and change in control arrangements with our executive officers (including our NEOs) as described below.

### Base Salary

Base salary represents the fixed portion of our executive officers' compensation, which we view as an important element to attract and retain an effective leadership team. As the only fixed component of our executive compensation program, base salaries are also intended to provide our executives with a reasonable degree of financial stability, predictability and security of compensation.

Our Compensation Committee generally reviews and determines the base salaries of our executive officers on an annual basis, as well as upon hire of a new executive and upon promotion to an executive position. In setting base salaries, the committee considers competitive market data for comparable positions within our peer group, while also taking into consideration other factors including current and past total compensation, each executive's role, criticality and relative scope of responsibility, individual performance and contributions, longevity and depth in role, overall experience and expertise, company performance and growth, as well as the recommendations of our CEO (other than with respect to herself).

In connection with its annual review of executive compensation levels in late 2021 and early 2022, the Compensation Committee reviewed the base salaries of our NEOs, including against market data prepared by Aon based on our 2022 peer group, and approved certain increases reflected in the table below. In determining these increases, the Compensation Committee intended to better align our executives' post-IPO salaries with competitive pay practices of our publicly traded peers, and continue to narrow the gap between base salaries of certain NEOs and the 50th percentile based on comparable positions within our 2022 peer group. The committee also took into consideration individual performance, contributions, current and future duties and responsibilities within Outset, as well as the criticality of retaining strong and stable leadership at this stage of the Company's growth in an increasingly challenging and highly competitive talent market environment.

The table below sets forth, for each NEO, 2021 and 2022 annual base salaries, and the percentage increase.

| Name: | 2021 Annual Base Salary ($)[1] | 2022 Annual Base Salary ($)[2] | Percentage Increase |
|---|---|---|---|
| Leslie Trigg | 560,000 | 625,000 | 11.6% |
| Nabeel Ahmed | 385,000 | 430,000 | 11.7% |
| John Brottem | 350,000 | 385,000 | 10.0% |
| Martin Vasquez | 370,000 | 450,000 | 21.6% |
| Steve Williamson | 485,000 | 505,000 | 4.1% |

(1)  Represents the annual base salary in effect for each NEO as of January 1, 2021 (or, in the case of Mr. Ahmed, as of July 30, 2021, upon his promotion to CFO) through the end of the year.

(2)  Represents the annual base salary in effect for each NEO as of January 1, 2022 through the end of the year.

## Annual Cash Incentive

We provide our executives with short-term incentive compensation through our annual cash bonus program.  Consistent with our executive compensation philosophy, our annual incentive program is designed to focus our employees (including our executives) on key strategic corporate goals and motivate and reward performance in achievement of these goals, helping to create a goal-oriented and "pay for performance" environment. We believe that company-wide goals help to foster effective cross-functional performance and a culture of collaboration, in furtherance of our philosophy that we drive for success as a team, not as individuals.

Our annual cash bonus program provides cash incentive award opportunities based on the level of achievement of financial, operational and strategic corporate performance goals established by our Compensation Committee at the beginning of the fiscal year. Payout varies depending on company performance as compared to the threshold and target performance goals established by the committee. Our bonus program is designed to pay above-target bonuses when we exceed our target annual corporate objectives and below-target bonuses when we do not meet these objectives, with no payout in the event that we fail to meet any of the threshold objectives.

Target annual cash bonus opportunities for our NEOs were set by our Compensation Committee as a percentage of their respective base salaries. In connection with its annual review of our executives' compensation in late 2021 and early 2022, our Compensation Committee reviewed the 2022 bonus targets of our NEOs, taking into consideration market data prepared by Aon based on our 2022 peer group, each executive's scope of responsibilities and individual and company performance, as well as the recommendation of our CEO (except with respect to herself), with a view towards generally maintaining consistent bonus percentages amongst our non-CEO executive officers. The committee determined not to make any changes to the NEOs' 2022 bonus targets as compared to the prior year, as they remained market competitive.

The following table sets forth the bonus targets (as a percentage of annual base salary) for each NEO during 2022, which were unchanged from the prior year as reflected below:

| Name: | 2021 Bonus Target Percentage | 2022 Bonus Target Percentage | Increase |
|---|---|---|---|
| Leslie Trigg | 100 % | 100 % | — |
| Nabeel Ahmed[1] | 50 %[1] | 50 % | — |
| John Brottem | 50 % | 50 % | — |
| Martin Vasquez | 50 % | 50 % | — |
| Steve Williamson | 60 % | 60 % | — |

(1) During 2021, Mr. Ahmed's bonus target percentage was increased from 40% to 50% effective for the portion of the year beginning on July 30, 2021 in connection with his appointment to CFO.

### *Corporate Performance Goals*

The payment of awards under our 2022 annual cash bonus program applicable to our NEOs was subject to the attainment of several pre-established corporate milestones and goals relating to the Company's financial and operational performance, which we refer to as "performance goals". These performance goals were approved by our Compensation Committee in January 2022 and related to revenue (weighted 50%), gross margin (weighted 25%), home patients (weighted 15%) and a reduction in service hours per console (weighted 10%), all subject to achievement of a minimum cash threshold tied to year-end cash holdings.

At the same time, our Compensation Committee initially established "threshold" and "target" achievement levels for each performance goal with resulting payouts for each such goal ranging from 75% (at threshold) to 100% (at target), plus an overachievement opportunity for achievement levels above target. The committee capped each individual's maximum possible payout under the cash bonus program at 200% of such individual's target bonus opportunity. In addition, payout under the bonus program was subject to achievement of a "minimum cash threshold" tied to year-end cash (including cash, cash equivalents, restricted cash and short-term investments) such that, even if one or more of the performance goals were met at or above threshold, no payouts would be made under the bonus program if 2022 year-end cash fell below $200 million.

At the time the original achievement levels were set for each performance goal in early 2022, our Compensation Committee designed them to (i) be challenging, but attainable with superior performance as well as focused effort and execution by our executives given the business environment at the time, (ii) appropriately drive successful execution of key strategic company objectives, namely driving revenue growth, expanding gross margins to deliver improved profitability, expanding within the home dialysis market, improving the cost of service and customer experience, while effectively managing cash within our operating budget, and (iii) effectively balance near-term financial performance with strategic financial and operational objectives designed to increase long-term stockholder value consistent with our overall growth strategies.

Each performance goal was weighted according to the committee's assessment of its relative significance to our short-term and long-term success and strategy. In order to incentivize and proportionately reward exceptional above target performance of each goal, while balancing fiscal responsibility and the desire to discourage excessive risk taking by our executives, the committee allowed for over-achievement opportunities for each goal based on pre-determined payout curves, while capping individual payouts under the 2022 cash bonus program at 200% of each executive's target bonus opportunity.

In May 2021, we had submitted a 510(k) application to the FDA covering design changes for patient use in the home that we made to Tablo since its original March 2020 clearance. In May 2022, after further discussions with the FDA and receiving indications that the clearance of this 510(k) application would be delayed beyond our original expectations, we implemented a shipment hold on the distribution and marketing of Tablo for use in the home environment pending the FDA's review and clearance of this 510(k) application. In late July 2022, the FDA cleared our 510(k) application of Tablo for patient use in the home and we resumed marketing and shipping Tablo for home use. The home shipment hold was a

highly disruptive and unplanned event that could not be anticipated, and had a significant negative impact on our business in areas tied directly to three of the four performance goals (collectively weighted at 90%) under our cash bonus program:

- *Revenue*:  Our implementation of the home shipment hold had a significant negative impact on our bookings and revenue for the last three quarters of 2022, as well as our pipeline of potential new deals, halting our commercial momentum in the home market while also disrupting our acute business due in part to customer uncertainty around the hold. In addition, we expected that the lower number of Tablo console placements as a result of the home shipment hold would reduce our consumables and service and other revenues, both of which are tied to the size of our console installed base.

- *Home patients*:  During the home shipment hold, we were unable to enroll new home dialysis patients and market Tablo for home use. We anticipated that a large number of patients who were planning to begin using Tablo at home would make alternative choices. We also anticipated that a large number of providers starting, or contemplating starting, home dialysis programs and contracting with us would delay or entirely defer the launch of their home dialysis programs or, alternatively, contemplate alternative providers for such programs. Further, we anticipated that providers contemplating purchasing consoles for both acute and home use would delay or entirely defer the purchase of consoles. Following our release of the home shipment hold, we continued to experience related disruptions to our home business and operations as we recovered from the interruption to, and loss of momentum in, our home commercialization and marketing and re-engaged with our home provider customers to rebuild our home patient pipeline.

- *Gross margin*:  As a result of the impacts of the home shipment hold on our business, we anticipated that our gross margin would be lower than the original target set by the Compensation Committee in January 2022, reflecting the impact of the lower anticipated demand of consumables on a lower-than-anticipated installed base, and on our manufacturing costs as a result of decreased fixed cost absorption.

The original performance targets were set by the Compensation Committee in January 2022 before the home shipment hold, and its extraordinary impacts on our business, could be anticipated. In early September 2022, in light of the significant negative impacts of the shipment hold on our business, and more specifically, on three of the four performance goals under our bonus program as described above, the committee determined that the original performance targets for these goals were no longer appropriate or achievable. The committee considered potential adjustments to the 2022 bonus plan intended to (i) ensure retention and stable leadership during a challenging and critical time, (ii) maintain meaningful aspiration and business focus for the remainder of the year, and (iii) continue to motivate and reward exceptional performance. With these key objectives in mind, the committee approved adjustments to the 2022 cash bonus program designed to isolate the impact of the home shipment hold on revenue for 2022, non-GAAP gross margin for 2022, and home patients at 2022 year-end. For these three goals, the payout range for below target performance was expanded to scale from 25% to 100% (instead of 75% to 100%) allowing for a greater range of performance to be recognized, and the threshold and target achievement levels were adjusted down to account for the impacts of the home shipment hold on these measures. In particular, and relevant to the attainment of the threshold performance goals as described below, the threshold achievement level for 2022 revenue was reduced from $142 million (for a 75% payout) to $98.5 million (for a 25% payout) and the threshold achievement level for 2022 non-GAAP gross margin was reduced from 18.8% (for a 75% payout) to 12.1% (for a 25% payout). In addition, the target and overachievement levels for the revenue and gross margin goals, which were not attained, were similarly reduced, as shown below. For the home patient goal, the committee also lowered the threshold, target and over-achievement payout curve. When the committee approved these adjustments in early September 2022, it considered the adjusted threshold and target achievement levels to be challenging, but attainable with superior performance as well as focused effort and execution by our executives in light of the significantly altered business environment following the home shipment hold. No other changes were made to the 2022 bonus program, including no changes to the performance goal related to reduction in service hours.

The 2022 cash bonus program as adjusted by the committee in September 2022 is summarized in the table below:

| Performance Goal[1] | Weighting | Adjusted Threshold: 25% Payout (unless otherwise indicated)[2] | Adjusted Target: 100% Payout[2] | Over-achievement Opportunity[3] |
|---|---|---|---|---|
| Revenue (2022) | 50% | $98.5 million | $146.5 million | If 2022 revenue is achieved at or above target, each additional $1 million of (i) 2022 revenue above target plus (ii) incremental backlog at 2022 year-end above our 2022 operating plan, results in additional 6.25% attainment for this goal |
| Gross margin (non-GAAP 2022) | 25% | 12.1% | 20.5% | Each 1% of gross margin above target results in additional 35% attainment for this goal |
| Home patients (at 2022 year-end)[4] | 15% | Adjusted threshold goal | Adjusted target goal | Each specified number of patients above target results in additional 0.83% attainment for this goal |
| Reduction in service hours per console per year[4] | 10% | Threshold goal *(75% payout)* | Target goal | Each specified number of hours of reduction above target results in additional 25% attainment for this goal |

(1) Even if one or more of the performance goals is met at or above threshold, no payouts would be made if cash at 2022 year-end falls below the minimum cash threshold of $200 million.

(2) Achievement of each performance goal below threshold results in no payout for such goal. Payouts for each performance goal scale linearly from 25% to 100% for achievement between threshold and target levels for each performance goal, with the exception of the service hours goal for which payouts scale from 75% to 100% for achievement between threshold and target levels.

(3) Each NEO's individual payouts under the cash bonus program are capped at a maximum of 200% of such NEO's target bonus opportunity.

(4) Because of the competitively sensitive nature of this information, we are not disclosing the specifics of our goals related to home patients and reduction in service hours. These goals were intended to be challenging, but attainable with superior performance and focused effort and execution by our executives.

## *2022 Cash Bonus Payouts*

In February 2023, our Compensation Committee, based on achievement of our 2022 corporate performance goals (as adjusted), approved overall payouts under our 2022 annual cash bonus program equal to 89.1% of each NEO's target bonus opportunity. This determination was based on the following:

• *Minimum Cash Threshold*:  2022 year-end cash (including cash, cash equivalents, restricted cash and short-term investments) of $290.8 million exceeded the minimum cash threshold and, therefore, bonuses would be paid out based on achievement of the corporate performance goals.

**2023 Proxy Statement**    43

- *Achievement of Performance Goals*:  The table below reflects the achievement and corresponding payout levels (including the additional over-achievement levels), with respect to each of our 2022 corporate performance goals , and the total payout level under the 2022 cash bonus program:

| Corporate Performance Goal | Weighting | Attainment at 2022 Year-End | Over-achievement Contribution | Payout Level | Weighted Payout |
|---|---|---|---|---|---|
| Revenue (2022) | 50% | Between threshold and target ($115.4 million) | None[1] | 51.3% | 25.7% |
| Gross margin (non-GAAP 2022) | 25% | Between threshold and target (16.1%)[2] | None | 60.7% | 15.2% |
| Home patients (at 2022 year-end) | 15% | Above target | 88.3% | 188.3% | 28.2% |
| Service hours per console per year | 10% | Above target | 100.0% | 200.0% | 20.0% |
| Total payout | | | | | 89.1% |

(1)   Since revenue was achieved below target, no over-achievement due to 2022 revenue or the amount of backlog at 2022 year-end above 2022 operating plan was applied.

(2)   Appendix A includes a reconciliation of gross margin as prepared and presented under GAAP to non-GAAP gross margin.

The following table summarizes the 2022 target bonus opportunities (assuming 100% payout at target) for each NEO, as well actual cash bonus amounts earned by each NEO during 2022 under our cash bonus program that were paid in February 2023.

| Name: | Actual Base Salary Paid in 2022 ($) | 2022 Bonus Target Percentage (%) | 2022 Target Bonus Opportunity at 100% Payout ($) | 2022 Actual Bonus Payout Level (%) | 2022 Actual Bonus Amount ($)[1] |
|---|---|---|---|---|---|
| Leslie Trigg | 623,750 | 100% | 623,750 | 89.1% | 555,761 |
| Nabeel Ahmed | 429,135 | 50% | 214,568 | 89.1% | 191,180 |
| John Brottem | 384,327 | 50% | 192,164 | 89.1% | 171,218 |
| Martin Vazquez | 448,462 | 50% | 224,231 | 89.1% | 199,790 |
| Steve Williamson | 504,615 | 60% | 302,769 | 89.1% | 269,767 |

(1)   Actual cash bonus amounts earned by each NEO during 2022 were calculated based on such NEO's actual salary paid during 2022, multiplied by the product of (i) such NEO's 2022 bonus target percentage and (ii) the actual bonus payout level (89.1%).

## Equity Incentive Awards

Our equity-based compensation is intended to attract, motivate and retain our executive officers, align the interests of our executive officers with the interests of our stockholders and focus our executive officers on performance that creates long-term value for our stockholders, using a mix of both time-based vesting and performance-based vesting.  We typically grant equity awards to executive officers on an annual basis, as well as upon hire of a new executive and upon promotion to an executive position.

Following our first full year as a public company, our Compensation Committee made certain modifications to our 2022 equity program. To further enhance the performance-based nature of our long-term equity incentive program and increase the retention value of our executive's equity packages, while maintaining the at-risk or variable nature of a significant majority of our executives' annual target pay, the committee (i) discontinued the historical practice of granting time-based stock options, (ii) expanded the issuance of PSUs to a broader group of executive officers and certain other senior leaders within the Company and (iii) retained RSUs as a component of our executive's equity packages, moving to a three-year vesting schedule to reflect competitive market practices.

## 2022 Equity Award Types

During 2022, we granted equity-based compensation to our NEOs in the form of RSUs and PSUs. Key elements of equity awards granted to our NEOs during 2022, including the target mix of equity awards and vesting schedules, are summarized in the following table:

| Equity Award Type | Recipients | Target Equity Mix[1] CEO | Target Equity Mix[1] Other NEOs | At-Risk or Variable | Vesting[3] |
|---|---|---|---|---|---|
| **RSUs** | All NEOs | 50% | 80% | Variable: Value varies based on stock price performance | Time-based vesting over three-years, with one third vesting on the first anniversary of the grant date and then vesting quarterly over the following two years |
| **PSUs** | All NEOs | 50%[2] | 20%[2] | Generally at-risk: Generally no payout if threshold performance measure is not met[4] | Performance-based vesting, with PSUs earned and vesting through 2024 based on achievement against two separate metrics tied to: (1) home patients and (2) relative TSR |

(1) Percentages are based on the target value of each award type as described below in the section entitled "2022 Equity Award Determinations."

(2) Of the PSU awards granted to each NEO, 70% were comprised of Home PSUs and 30% were comprised of TSR PSUs.

(3) All vesting is subject to continued service through the applicable vesting date(s).

(4) 22.5% of the target number of shares subject to each NEO's PSU award (i.e., 75% of the target number of shares underlying the TSR PSU portion of such award) are variable because they are earned and vest at the end of 2024 if achievement is at or below threshold.

### Design of 2022 PSUs

In designing the PSUs awarded to the NEOs in early 2022, the Compensation Committee considered a number of factors, including a report prepared by Aon examining performance equity practices amongst the Company's 2022 peer group. In consultation with Aon, the committee discussed various alternative structures for the PSUs, including metric types, performance periods, post-achievement vesting periods and other key features, and carefully weighed the merits of different structures.

**Table of Contents**

The table below summarizes key features of the two types of PSUs awarded to the NEOs in 2022, and the committee's rationale:

| | Home PSUs | TSR PSUs | Rationale |
|---|---|---|---|
| **Performance metrics** | Home patients | Relative TSR compared to companies in the Russell 2000 Medical Device Index | • Home patients is an operational metric the committee determined would appropriately incentivize, reward and drive focused execution and performance by our executives against the Company's key strategic goal of expanding within the home hemodialysis market, a goal the committee considers to be a critical driver of the Company's future growth and long-term stockholder value.<br><br>• Relative TSR, in addition to being a common incentive metric amongst the 2022 peer group, is an effective measure of the Company's long-term success and creation of stockholder value as compared to a pre-determined index of medical device companies which the committee determined to be most comparable in sector and company size. The relative nature of the metric helps normalize external macroeconomic factors that fall outside of management's control.<br><br>• The use of multiple metrics (one absolute and one relative) helps balance the PSU structure, focusing executives and incentivizing and rewarding performance based on more than a single metric. |
| **Weighting** | 70% | 30% | • The committee determined the split between Home PSUs and TSR PSUs based on relative significance of the performance metrics to the Company's short-term and long-term success and strategy, placing greater emphasis on home patients as a critical operational metric. |
| **Payout scale and maximum** | 0% to 250% (CEO)<br>0% to 200% (other NEOs) | 75% to 250% (CEO)<br>75% to 150% (other NEOs) | • Incentivizes and proportionately rewards exceptional above target performance, while discouraging excessive risk-taking by our executives. |
| **Performance period** | Nearly 2 years (through 12/31/23) | 2 Years (January 26, 2022 through January 26, 2024) | • The committee determined that a multi-year performance period of 2 years was the appropriate time horizon over which to measure performance, balancing the one-year performance period for the annual cash bonus program and the three-year vesting period for the time-based RSUs, for an overall compensation program that appropriately aligns executive pay with both short-term and long-term performance of the Company. |
| **Post-achievement vesting** | 50% of earned units vest upon certification of achievement following the performance period, with the remaining 50% subject to approximately 1-year of additional vesting (at end of 2024) | 100% of earned units subject to approximately 1-year of additional vesting (at end of 2024) | • For additional retentive value and risk management beyond the 2-year performance period, the committee determined to require additional time-based vesting for 50% of Home PSUs earned and 100% of TSR PSUs earned. |

### *Home PSUs*

Of the PSUs awarded to our NEOs in 2022, 70% were comprised of Home PSUs. Shares subject to Home PSUs awarded to our NEOs during 2022 are earned and vest based on achievement against an operational metric tied to the number of home patients as of the end of 2023, with 50% of earned units vesting after certification of the achievement level following the end of 2023 and the remaining 50% vesting at the end of 2024, subject to continued service through the applicable vesting date.

The number of Home PSUs earned at the end of the nearly two-year performance period ending December 31, 2023 ("Earned Home Units") varies based on actual performance from 0% to 250% in the case of our CEO and from 0% to 200% in the case of our other NEOs. The table below summarizes the payout opportunities for the Home PSUs:

| Level of Achievement | Number of Home Patients at end of 2023 (as a Percentage of Target)[1] | Earned Home Units (as a Percentage of Target) |
|---|---|---|
| Below Threshold | Less than 62.5% | 0% |
| Threshold | 62.5% | 75% |
| Target | 100% | 100% |
| Above Target | Each additional 0.31% above Target | Additional 1.25%, up to a maximum of 250% (for our CEO) or 200% (for our other NEOs) |

(1)    Payouts scale linearly for achievement between threshold and target levels.

At the time the Home PSUs were granted to the NEOs in January and February 2022, the Compensation Committee determined that, given the Company's relatively limited experience selling Tablo in the home care setting, it did not have sufficient visibility into future home patient enrollment following a nearly two-year performance period ending December 31, 2023 to be able to set a definitive and meaningful target number of home patients that would be challenging, but reasonably achievable with superior performance, and that would appropriately incentivize the NEOs. As a result, the committee determined to establish the 2023 home target by early 2023. On January 6, 2023, the Compensation Committee approved the 2023 target for the Home PSUs. The committee set a target it believed would be challenging, but attainable with superior performance as well as focused effort and execution by our executives.

### TSR PSUs

Of the PSUs awarded to our NEOs in 2022, 30% were comprised of TSR PSUs. Shares subject to TSR PSUs awarded to our NEOs during 2022 are earned and vest based on our relative TSR over a two-year performance period (beginning January 26, 2022 and ending January 26, 2024) as compared to companies included in the Russell 2000 Medical Device Index as of January 26, 2022, with 100% of earned units vesting at the end of 2024, subject to continued service through the vesting date.

The number of TSR PSUs earned at the end of the two-year performance period ending January 26, 2024 ("Earned TSR Units") will vary based on actual performance from 75% to 250% in the case of our CEO and from 75% to 150% in the case of our other NEOs. The table below summarizes the payout opportunities for the TSR PSUs:

| Level of Achievement | TSR Percentile[1] | Earned TSR Units (as a Percentage of Target) |
|---|---|---|
| Threshold | 25th percentile or lower | 75% |
| Target | 50th percentile | 100% |
| Maximum | 75th percentile or above | 250% for our CEO; 150% for the other NEOs |

(1)    Payouts scale linearly for achievement between threshold and target levels and for achievement between target and maximum levels.

### 2022 Equity Award Determinations

For equity award grants to our NEOs during 2022, the Compensation Committee approved the total target value of equity awards for each NEO, and then allocated such target value as applicable between RSUs and PSUs (and between Home PSUs and TSR PSUs) to achieve the desired target equity award mix. As approved by the Compensation Committee, to determine the total number of shares underlying each RSU and PSU award, the target value of the stock award was divided by the average closing price of a share of the Company's common stock over 20 trading days ending on the last trading day preceding the grant date. For the actual grant date fair values of the equity awards granted to our NEOs in 2022, computed in accordance with ASC 718, please see the "Stock Awards" column of the 2022 Summary Compensation Table below. The terms of the RSUs and PSUs are described above in "2022 Equity Award Types."

In setting the target equity award values of the annual grants for each NEO, the Compensation Committee considered a number of factors, including competitive market data prepared by Aon based on our peer group, each executive's current holdings and the retention value thereof, each executive's scope of responsibilities and individual contributions and performance, the criticality of retaining strong and stable leadership at this stage of the company's growth in an increasingly challenging and highly competitive talent market environment, and the recommendations of our CEO (except with respect to herself).

Taking into consideration all of the above factors, the Compensation Committee approved the following annual equity awards to our NEOs on January 26, 2022 and, in the case of the PSUs awarded to Ms. Trigg, on February 2, 2022.

| | Aggregate Target Value | Number of RSUs | Number of Home PSUs | Number of TSR PSUs |
|---|---|---|---|---|
| Leslie Trigg | $4.0 million | 48,840 | 36,418 | 15,608 |
| Nabeel Ahmed | $1.4 million | 27,350 | 4,786 | 2,051 |
| John Brottem | $1.2 million | 23,443 | 4,102 | 1,758 |
| Martin Vazquez[1] | $2.0 million | 39,072 | 6,838 | 2,930 |
| Steve Williamson | $1.4 million | 27,350 | 4,786 | 2,051 |

(1)    Mr. Vazquez retired from the Company as of April 3, 2023, and has entered into a consulting arrangement with the Company for at least six months. The RSUs reflected in the table above will remain outstanding and continue to vest while he performs his consulting services, after which time any remaining unvested portion of the awards (including all of the PSUs) will be cancelled.

Please see below the table entitled "Grants of Plan-Based Awards in 2022" for further details on equity awards granted to our NEOs in 2022, and the table entitled "Outstanding Equity Awards at 2022 Fiscal Year-End" for a summary of the outstanding stock option and stock awards held by each of our NEOs as of December 31, 2022, including a summary of the applicable vesting terms.

## Stock Ownership Guidelines

Effective February 2, 2023, our Board adopted Stock Ownership Guidelines applicable to all of our executive officers designated as such for purposes of Section 16 of the Exchange Act (including our NEOs), as well as our non-employee directors of our Board. For additional details on our Stock Ownership Guidelines, please see the section of this proxy statement entitled "Board and Corporate Governance Matters – Stock Ownership Guidelines."

## Change in Control and Severance Agreements

During 2022, we were party to Change in Control and Severance Agreements with each of our NEOs that provide for severance benefits upon certain qualifying terminations of employment with the Company. Our Compensation Committee believes that these types of arrangements serve to minimize the distraction caused by a potential transaction, encourage retention through the conclusion of a transaction, enable our executives to focus on continuing normal business operations and on the success of a potential business combination, and help ensure stability and leadership continuity during a potentially uncertain period. Furthermore, our Compensation Committee believes these arrangements are important for attracting and retaining executive talent, as many of the companies with which we compete for executive talent have similar agreements in place for their senior management.

A description of these arrangements, as well as information on the estimated payouts and benefits that our NEOs would have been eligible to receive as of December 31, 2022, are set forth below in the sections entitled "Additional Narrative Disclosure – Change in Control and Severance Arrangements" and "Additional Narrative Disclosure – Potential Payments Upon Termination or Change of Control."

# Compensation Committee Report

The Compensation Committee has reviewed and discussed with management the section entitled "Compensation Discussion and Analysis" contained in this proxy statement. Based on this review and discussion, the Compensation Committee has recommended to our Board that the section entitled "Compensation Discussion and Analysis" be included in this proxy statement and incorporated into our Annual Report on Form 10-K for the year ended December 31, 2022.

Submitted by the Compensation Committee of our Board:

Karen Drexler (Chair)
D. Keith Grossman
Dale E. Jones
Catherine Szyman

# EQUITY PLAN INFORMATION

## Equity Compensation Plan Information

The following table provides certain information as of December 31, 2022 regarding our equity compensation plans.

| Plan Category | Number of Securities to be Issued upon Exercise of Outstanding Options, Warrants and Rights (a) | Weighted Average Exercise Price of Outstanding Options and Rights (b) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (Excluding Securities Reflected in Column (a)) (c) |
|---|---|---|---|
| Equity compensation plans approved by security holders[1] | 4,434,430 [2] | $ 13.97 [3] | 6,373,292 [4] |
| Equity compensation plans not approved by security holders | — | — | — |
| **Total** | 4,434,430 | $ 13.97 | 6,373,292 |

(1)   Includes our 2020 Equity Incentive Plan, 2019 Equity Incentive Plan, 2010 Stock Incentive Plan and Employee Stock Purchase Plan.

(2)   Includes 2,602,110 shares issuable pursuant to outstanding stock options and 1,832,320 shares issuable pursuant to outstanding restricted stock units (including PSUs, assuming the underlying shares are earned and vest at the target number of shares) under our 2020 Equity Incentive Plan, 2019 Equity Incentive Plan and 2010 Stock Incentive Plan.

(3)   Excludes restricted stock units which have no exercise price.

(4)   Includes 5,094,943 shares available for issuance under our 2020 Equity Incentive Plan and 1,278,349 shares available for issuance under our Employee Stock Purchase Plan. Our 2020 Equity Incentive Plan provides that the number of shares of our common stock reserved for issuance under the plan will automatically increase on the first day of each fiscal year, beginning with 2021 and continuing until (and including) 2030, by an amount equal to the lesser of 4% of the shares of our common stock issued and outstanding on December 31 of the immediately preceding calendar year or such other amount determined by our Board. Our Employee Stock Purchase Plan provides that the number of shares of our common stock available for future issuance under the plan will automatically increase on the first day of each fiscal year, beginning with 2021 and continuing until (and including) 2030, by an amount equal to the lesser of 1% of the shares of our common stock issued and outstanding on December 31 of the immediately preceding fiscal year, 687,218 shares or such other amount determined by our Board.

# STOCK OWNERSHIP

## Security Ownership of Certain Beneficial Owners and Management

The following table sets forth certain information with respect to the beneficial ownership of our common stock as of March 8, 2023 for: (i) each director and nominee for director, (ii) each of our NEOs; and (iii) each person, or group of affiliated persons, known by us to beneficially own more than 5% of our common stock.

Beneficial ownership is determined in accordance with the rules of the SEC. Under such rules, beneficial ownership includes any shares over which the individual has sole or shared voting power or investment power as well as any shares that the individual has the right to acquire within 60 days of March 8, 2023, through the exercise of any options, warrants or other rights. In computing the percentage beneficial ownership of a person, common stock not outstanding and subject to options, warrants or other rights held by that person that are currently exercisable or exercisable within 60 days of March 8, 2023 are deemed outstanding for purposes of calculating the percentage ownership of that person, but are not deemed outstanding for computing the percentage ownership of any other person. Subject to the foregoing, percentage of beneficial ownership is based on 49,052,739 shares of our common stock outstanding as of March 8, 2023.

To our knowledge, except as set forth in the footnotes to this table and subject to applicable community property laws, each person named in the table has sole voting and investment power with respect to the shares set forth opposite such person's name. Except as otherwise indicated, the address of each of the persons in this table is c/o Outset Medical, Inc., 3052 Orchard Drive, San Jose, California 95134.

| Name of Beneficial Owner | Beneficial Ownership | |
|---|---|---|
| | Number of Shares | Percentage of Total |
| **Directors and Named Executive Officers:** | | |
| Leslie Trigg[1] | 966,986 | 1.9% |
| Nabeel Ahmed[2] | 45,718 | * |
| John Brottem[3] | 18,526 | * |
| Karen Drexler[4] | 7,327 | * |
| D. Keith Grossman[5] | 287,042 | * |
| Patrick T. Hackett[6] | 34,142 | * |
| Jim Hinrichs[7] | 115,945 | * |
| Dale E. Jones[8] | 2,120 | * |
| Andrea L. Saia[9] | 6,651 | * |
| Catherine Szyman | 7,641 | * |
| Martin Vazquez[10] | 218,554 | * |
| Steve Williamson[11] | 68,286 | * |
| All executive officers and directors as a group (14 persons)[12] | 1,897,643 | 3.7% |
| **5% Stockholders:** | | |
| FMR LLC[13] | 7,246,182 | 14.8% |
| The Vanguard Group [14] | 4,579,656 | 9.3% |
| JPMorgan Chase & Co.[15] | 4,516,694 | 9.2% |
| T. Rowe Price Investment Management, Inc.[16] | 3,519,870 | 7.2% |
| BlackRock, Inc.[17] | 3,500,113 | 7.1% |
| Bellevue[18] | 2,843,679 | 5.8% |

\*    Indicates beneficial ownership of less than 1% of the outstanding shares of our common stock.

(1)   Consists of (i) 169,329 shares of common stock held directly by Ms. Trigg, (ii) 8,770 shares of common stock held by The Trigg Family Trust U/A DTD 01/01/2002 and (iii) 788,887 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(2)   Consists of (i) 11,761 shares of common stock held by Mr. Ahmed and (ii) 33,957 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(3)   Consists of (i) 2,715 shares of common stock held by Mr. Brottem and (ii) 15,811 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(4)   Consists of (i) 6,879 shares of common stock held by Ms. Drexler and (ii) 448 shares of common stock issuable pursuant to the vesting of RSUs within 60 days of March 8, 2023.

(5)   Consists of (i) 3,288 shares held directly by Mr. Grossman, (ii) 5,186 shares of common stock held by The D. Keith and Hallie H. Grossman Family Living Trust and (iii) 278,568 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(6)   Consists of (i) 3,288 shares of common stock held by Mr. Hackett and (ii) 30,854 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(7)   Consists of (i) 40,788 shares of common stock held by Mr. Hinrichs and (ii) 75,157 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(8)   Consists of (i) 1,590 shares of common stock held by Mr. Jones and (ii) 530 shares of common stock issuable pursuant to the vesting of RSUs within 60 days of March 8, 2023.

(9)   Consists of (i) 6,231 shares of common stock held by Ms. Saia and (ii) 420 shares of common stock issuable pursuant to the vesting of RSUs within 60 days of March 8, 2023.

(10)   Consists of (i) 14,176 shares of common stock held by Mr. Vazquez and (ii) 204,378 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(11)   Consists of (i) 32,036 shares of common stock held by Mr. Williamson and (ii) 36,250 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 8, 2023.

(12)   Consists of (i) 343,238 shares of common stock owned by our directors and executive officers, (ii) 1,553,007 shares of common stock issuable pursuant to stock options held by our directors and executive officers that are exercisable within 60 days of March 8, 2023 and (iii) 1,398 shares of common stock issuable pursuant to the vesting of RSUs held by our directors and executive officers within 60 days of March 8, 2023.

(13)   Based solely on a Schedule 13G/A filed with the SEC on February 9, 2023 by FMR LLC ("FMR") and Abigail P. Johnson. FMR has sole voting and sole dispositive power with respect to 7,246,182 shares of common stock. Abigail P. Johnson has sole dispositive power with respect to 7,246,182 shares of common stock. The address for each of FMR and Abigail P. Johnson is 245 Summer Street, Boston, Massachusetts 02210.

(14)   Based solely on a Schedule 13G/A filed with the SEC on February 9, 2023 by The Vanguard Group ("Vanguard"). Vanguard has shared voting power with respect to 79,136 shares of common stock, sole dispositive power with respect to 4,462,810 shares of common stock and shared dispositive power with respect to 116,846 shares of common stock. The address of Vanguard is 100 Vanguard Boulevard, Malvern, Pennsylvania, 19355.

(15)   Based solely on a Schedule 13G/A filed with the SEC on January 25, 2023 by JPMorgan Chase & Co. ("JPMorgan"). JPMorgan has sole voting power with respect to 4,180,524 shares of common stock and sole dispositive power with respect to 4,516,461 shares of common stock. The address of JPMorgan is 383 Madison Avenue, New York, New York, 10179.

(16)   Based solely on a Schedule 13G filed with the SEC on February 14, 2023 by T. Rowe Price Investment Management, Inc. ("T. Rowe Price"). T. Rowe Price has sole voting power with respect to 986,709 shares of common stock and sole dispositive power with respect to 3,519,870 shares of common stock. The address of T. Rowe Price is 101 East Pratt Street, Baltimore, Maryland, 21201.

(17)   Based solely on a Schedule 13G/A filed with the SEC on January 31, 2023 by BlackRock, Inc. ("BlackRock"). BlackRock has sole voting power with respect to 3,453,192 shares of common stock and sole dispositive power with respect to 3,500,113 shares of common stock. The address of BlackRock is 55 East 52nd Street, New York, New York, 10055.

(18)   Based solely on a Schedule 13G filed with the SEC on February 14, 2023 by Bellevue Group AG, Bellevue Asset Management AG, and Bellevue Asset Management (UK) Ltd. (collectively, "Bellevue"). Bellevue Group AG has shared voting and shared dispositive power with respect to 2,843,679 shares of common stock. Bellevue Asset Management AG has shared voting and shared dispositive power with respect to 1,006,955 shares of common stock. Bellevue Asset Management (UK) Ltd. has shared voting and shared dispositive power with respect to 1,836,724 shares of common stock. The address of Bellevue Group AG and Bellevue Asset Management AG is Seestrasse 16, Kuesnacht, Switzerland, CH-8700, and the address of Bellevue Asset Management (UK) Ltd. is 32 London Bridge Street, 24th Floor, London, England SE1 9SG.

# Delinquent Section 16(a) Reports

Section 16(a) of the Exchange Act requires our executive officers, directors and holders of more than 10% of our common stock to file with the SEC initial reports of ownership of our common stock on a Form 4 and reports of changes in such ownership on a Form 4 or Form 5. Executive officers, directors and holders of more than 10% of our common stock are required by SEC regulations to furnish us with copies of all Section 16(a) forms they file. We submit all applicable Section 16(a) filing requirements on behalf of our executive officers and directors. To our knowledge, based solely on the reports filed by us, copies of such reports furnished to us and written representations made by our executive officers and directors regarding their filing obligations, all Section 16(a) filing requirements applicable to our executive officers and directors were satisfied with respect to the fiscal year ended December 31, 2022.

# ADDITIONAL INFORMATION

## Other Matters

Our Board is not aware of any other matters that will be presented for consideration at the Annual Meeting. However, if any other matters are properly brought before the Annual Meeting, the persons named in the accompanying proxy intend to vote on those matters in accordance with their best judgment.

## Stockholder Proposals and Nominations for Next Year's Annual Meeting of Stockholders

In order to be considered for inclusion in the proxy materials for our 2024 annual meeting of stockholders, proposals submitted by stockholders pursuant to Rule 14a-8 under the Exchange Act must be received by our Corporate Secretary at Outset Medical, Inc., 3052 Orchard Drive, San Jose, California 95134 on or before December 15, 2023, and also must otherwise comply with the procedures and requirements set forth in Rule 14a-8.

Alternatively, stockholders intending to present a proposal (outside of the process established in Rule 14a-8) or nominate a director for election at our 2024 annual meeting of stockholders without having the proposal or nomination included in the proxy materials for the meeting must comply with the requirements set forth in our bylaws. Our bylaws require, among other things, that our Corporate Secretary receive the proposal or nomination no earlier than the close of business on the 120th day, and no later than the close of business on the 90th day, prior to the first anniversary of the preceding year's annual meeting of stockholders. Accordingly, for our 2024 annual meeting of stockholders, our Corporate Secretary must receive the proposal or nomination no earlier than February 1, 2024 and no later than 5:00 p.m. Eastern Time on March 2, 2024. The proposal or nomination must contain the information required by our bylaws and otherwise comply with the requirements set forth in our bylaws.

In addition to satisfying the foregoing requirements under our bylaws, to comply with the universal proxy rules (once effective), stockholders who intend to solicit proxies in support of director nominees other than the Company's nominees must provide notice to our principal executive offices at Outset Medical, Inc., 3052 Orchard Drive, San Jose, California 95134, Attn: Corporate Secretary that sets forth the information required by Rule 14a-9 under the Exchange Act no later than April 1, 2024.

## Availability of Annual Report on Form 10-K

A copy of our annual report on Form 10-K for the fiscal year ended December 31, 2022 as filed with the SEC is available free of charge on our website at www.outsetmedical.com or on the SEC's website at www.sec.gov. Stockholders may also obtain a copy of our 2022 annual report, including financial statements but excluding exhibits, without charge by sending a written request to: Outset Medical, Inc., Attention: Corporate Secretary, 3052 Orchard Drive, San Jose, California 95134.

By order of the Board of Directors,

/s/ *John L. Brottem*

John L. Brottem
General Counsel and Secretary

April 13, 2023

# APPENDIX A – NON-GAAP RECONCILIATIONS

The following table shows our GAAP gross margin reconciled to our non-GAAP gross margin included in this proxy statement. This non-GAAP financial measure is in addition to, and not a substitute for, or superior to, financial measures calculated in accordance with GAAP. GAAP gross margin includes stock-based compensation expense, as listed in the table below. Management has excluded the effects of this non-cash expense item in non-GAAP gross margin to assist investors in analyzing and assessing past and future operating performance and period-to-period comparisons. There are limitations related to the use of non-GAAP financial measures because they are not prepared in accordance with GAAP, may exclude significant expenses required by GAAP to be recognized in our financial statements, and may not be comparable to non-GAAP financial measures used by other companies. We encourage investors to carefully consider our results under GAAP, as well as our supplemental non-GAAP information and the reconciliation between these presentations, to more fully understand our business.

## Reconciliation Between GAAP and Non-GAAP Gross Margin

|  | Year Ended December 31, 2022 |
|---|---|
| **GAAP gross margin** | 15.5% |
| Stock-based compensation expense | 0.6 |
| Non-GAAP gross margin | 16.1% |

OUTSET MEDICAL, INC.
3052 ORCHARD DR.
SAN JOSE, CA 95134

**SCAN TO VIEW MATERIALS & VOTE**

**VOTE BY INTERNET**
*Before The Meeting* - Go to **www.proxyvote.com** or scan the QR Barcode above

Use the Internet to transmit your voting instructions and for electronic delivery of information up until 11:59 p.m. Eastern Time on May 30, 2023. Have your proxy card in hand when you access the web site and follow the instructions to obtain your records and to create an electronic voting instruction form.

*During The Meeting* - Go to **www.virtualshareholdermeeting.com/OM2023**

You may attend the meeting via the Internet and vote during the meeting. Have the information that is printed in the box marked by the arrow available and follow the instructions.

**VOTE BY PHONE - 1-800-690-6903**
Use any touch-tone telephone to transmit your voting instructions up until 11:59 p.m. Eastern Time on May 30, 2023. Have your proxy card in hand when you call and then follow the instructions.

**VOTE BY MAIL**
Mark, sign and date your proxy card and return it in the postage-paid envelope we have provided or return it to Vote Processing, c/o Broadridge, 51 Mercedes Way, Edgewood, NY 11717.

TO VOTE, MARK BLOCKS BELOW IN BLUE OR BLACK INK AS FOLLOWS:

V05784-P82998

KEEP THIS PORTION FOR YOUR RECORDS
DETACH AND RETURN THIS PORTION ONLY

**THIS PROXY CARD IS VALID ONLY WHEN SIGNED AND DATED.**

**OUTSET MEDICAL, INC.**

**The Board of Directors recommends you vote FOR each of the following Class III director nominees:**

1. Election of Class III Directors

| Nominees: | For | Withhold |
|---|---|---|
| 1a. Jim Hinrichs | ☐ | ☐ |
| 1b. Andrea L. Saia | ☐ | ☐ |
| 1c. Catherine Szyman | ☐ | ☐ |

**The Board of Directors recommends you vote FOR Proposals 2 and 3:**

|  | For | Against | Abstain |
|---|---|---|---|
| 2. Advisory vote to approve 2022 named executive officer compensation | ☐ | ☐ | ☐ |
| 3. Ratification of the appointment of KPMG LLP as our independent registered public accounting firm for 2023 | ☐ | ☐ | ☐ |

**NOTE:** In their discretion, the proxy holders are authorized to vote upon such other business as may properly come before the meeting or any adjournment or postponement thereof.

Please sign exactly as your name(s) appear(s) hereon. When signing as attorney, executor, administrator, or other fiduciary, please give full title as such. Joint owners should each sign personally. All holders must sign. If a corporation or partnership, please sign in full corporate or partnership name by authorized officer.

| | |
|---|---|
| Signature [PLEASE SIGN WITHIN BOX]    Date | Signature (Joint Owners)    Date |

**2023 Proxy Statement**    A-2

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting:**
The Notice of the Annual Meeting, Proxy Statement and Annual Report on Form 10-K are available at www.proxyvote.com.

V05785-P82998

**OUTSET MEDICAL, INC.**
**Annual Meeting of Stockholders**
**May 31, 2023 1:30 PM Pacific Time**
**This proxy is solicited by the Board of Directors**

The undersigned stockholder(s) hereby appoint(s) Leslie Trigg and John Brottem, or either of them, as proxies, each with the power to appoint his or her substitute, and authorize(s) them to represent and to vote, as designated on the reverse side of this ballot, all of the shares of common stock of OUTSET MEDICAL, INC. that the stockholder(s) is/are entitled to vote at the Annual Meeting of Stockholders to be held virtually via live audio webcast at 1:30 p.m. Pacific Time on May 31, 2023 at www.virtualshareholdermeeting.com/OM2023, and any adjournment or postponement thereof.

**This proxy, when properly executed, will be voted in the manner directed herein. If no such direction is made, this proxy will be voted in accordance with the Board of Directors' recommendations.**

**Continued and to be signed on reverse side**