# Exhibit 9

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

## SCHEDULE 14A
**(Rule 14a-101)**

**SCHEDULE 14A INFORMATION**

Proxy Statement Pursuant to Section 14(a) of the Securities Exchange Act of 1934
(Amendment No. _____ )

☒    Filed by the Registrant

☐    Filed by a Party other than the Registrant

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material under § 240.14a-12

.Outset

Outset Medical, Inc.

(Name of Registrant as Specified in its Charter)

(Name of Person(s) Filing Proxy Statement, if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box):

☒    No fee required.

☐    Fee paid previously with preliminary materials.

☐    Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11.



# Outset Medical

## 2024 Proxy Statement
### AND NOTICE OF ANNUAL MEETING OF STOCKHOLDERS

.Outset



# Notice of 2024 Annual Meeting of Stockholders

Dear Outset Stockholders:

You are invited to attend Outset Medical, Inc.'s 2024 Annual Meeting of Stockholders (the "Annual Meeting").

| When | Where | Record Date |
|---|---|---|
| May 29, 2024 (Wednesday)<br>At 1:30 p.m., Pacific Time | Via live audio webcast:<br>www.virtualshareholdermeeting.com/OM2024 | Close of business on<br>April 2, 2024 |

At the Annual Meeting, stockholders will be asked to vote on the following matters:

| Items of Business* | | Board Recommendation | |
|---|---|---|---|
| Proposal 1: | To elect the three (3) Class I directors named in this proxy statement to hold office until the 2027 annual meeting of stockholders | ✓ | **FOR each nominee** |
| Proposal 2: | To hold a non-binding advisory vote to approve the 2023 compensation of our named executive officers as disclosed in this proxy statement | ✓ | **FOR** |
| Proposal 3: | To ratify the appointment of KPMG LLP as our independent registered public accounting firm for 2024 | ✓ | **FOR** |

*We will also conduct any other business properly brought before the meeting.

| Attending the Annual Meeting | Voting |
|---|---|
| Stockholders of record at the close of business on April 2, 2024 can attend the Annual Meeting online, including to vote and/or submit questions, at www.virtualshareholdermeeting.com/OM2024.<br><br>See page 5 of the accompanying proxy statement for additional information regarding participation in the virtual meeting. | **Your vote is very important to us.** Whether or not you plan to attend the virtual Annual Meeting, please ensure your shares are represented by voting promptly. For instructions on how to vote your shares, please refer to the instructions on the Internet Notice you received in the mail, the section entitled "Annual Meeting Information" beginning on page 1 of the accompanying proxy statement or, if you requested to receive printed copies of these materials, your enclosed proxy card. |

By order of the Board of Directors,

/s/ *John L. Brottem*

**John L. Brottem**
*General Counsel and Secretary*

Outset Medical, Inc.
3052 Orchard Drive
San Jose, California 95134
April 11, 2024

> **Important Notice Regarding the Internet Availability of Proxy Materials for the Annual Meeting to be Held
> on May 29, 2024 at 1:30 p.m. Pacific Time via live audio webcast at
> www.virtualshareholdermeeting.com/OM2024**
>
> *This Notice of 2024 Annual Meeting of Stockholders, the accompanying proxy statement and our 2023 annual report on Form 10-K
> are available on our website at https://investors.outsetmedical.com/financial-information/annual-reports, as well as at www.proxyvote.com.*

# Table of Contents

| | |
|---|---|
| **ANNUAL MEETING INFORMATION** | **1** |
| **BOARD AND CORPORATE GOVERNANCE MATTERS** | **8** |
| Proposal One: Election of Directors | 8 |
| Overview of Our Nominees and Continuing Directors | 9 |
| Board Structure and Composition | 16 |
| Director Independence | 16 |
| Board Leadership Structure | 16 |
| Role of our Board in Risk Oversight | 17 |
| Meetings of our Board | 19 |
| Committees of our Board | 19 |
| Committee Composition and Meetings | 19 |
| Audit Committee | 19 |
| Compensation Committee | 20 |
| Compensation Committee Interlocks and Insider Participation | 21 |
| Nominating and Corporate Governance Committee | 21 |
| Director Nomination Process | 22 |
| Stockholder Engagement | 23 |
| Code of Ethics and Business Conduct | 23 |
| Corporate Governance Guidelines | 24 |
| Stock Ownership Guidelines | 24 |
| Recoupment Policy | 24 |
| Anti-Hedging and Anti-Pledging Policy | 25 |
| Stockholder Communications with our Board | 25 |
| Certain Relationships and Related Party Transactions | 25 |
| **DIRECTOR COMPENSATION** | **26** |
| Non-Employee Director Compensation Policy | 26 |
| 2023 Director Compensation Table | 27 |

| | |
|---|---|
| **EXECUTIVE COMPENSATION** | **28** |
| Proposal Two: Advisory Vote on Named Executive Officer Compensation | 28 |
| Compensation Discussion and Analysis | 29 |
| Compensation Committee Report | 45 |
| 2023 Summary Compensation Table | 46 |
| Grants of Plan-Based Awards in 2023 | 48 |
| Outstanding Equity Awards at 2023 Year-End | 50 |
| Option Exercises and Stock Vested in 2023 | 51 |
| Additional Narrative Disclosure | 52 |
| Compensation Risk Assessment | 54 |
| CEO Pay Ratio | 54 |
| Pay Versus Performance | 55 |
| **EQUITY PLAN INFORMATION** | **61** |
| Equity Compensation Plan Information | 61 |
| **STOCK OWNERSHIP** | **62** |
| Security Ownership of Certain Beneficial Owners and Management | 62 |
| Delinquent Section 16(a) Reports | 64 |
| **AUDIT MATTERS** | **65** |
| Proposal Three:  Ratification of Appointment of Independent Registered Public Accounting Firm | 65 |
| Report of the Audit Committee | 66 |
| **ADDITIONAL INFORMATION** | **67** |
| Other Matters | 67 |
| Stockholder Proposals and Nominations for Next Year's Annual Meeting of Stockholders | 67 |
| Availability of Annual Report on Form 10-K | 67 |
| **APPENDIX A – NON-GAAP RECONCILIATIONS** | **A-1** |



# Proxy Statement

For the 2024 Annual Meeting of Stockholders
To be held on May 29, 2024

## ANNUAL MEETING INFORMATION

Our Board of Directors ("Board") is soliciting your proxy for the 2024 Annual Meeting of Stockholders (the "Annual Meeting") of Outset Medical, Inc. ("Outset," the "Company," "we," "us" or "our") and at any adjournment, continuation or postponement of the meeting for the purposes described in this proxy statement and the accompanying Notice of 2024 Annual Meeting of Stockholders. The Annual Meeting will take place on May 29, 2024 at 1:30 p.m. Pacific Time in a virtual format via live audio webcast. If you held shares of our common stock as of the close of business on the record date, April 2, 2024, you are invited to attend the meeting at www.virtualshareholdermeeting.com/OM2024 and vote on the proposals described in this proxy statement. On or about April 11, 2024, we will be mailing a Notice of Internet Availability of Proxy Materials (the "Internet Notice") to our stockholders. The Internet Notice will include instructions on how to access the proxy materials over the Internet, including our proxy statement, Notice of 2024 Annual Meeting of Stockholders, proxy card and our 2023 annual report on Form 10-K (the "2023 annual report"). The Internet Notice will also describe how to vote online and, if desired, how to receive a printed set of proxy materials.

**Why did I receive a Notice of Internet Availability of Proxy Materials in the mail instead of a full set of proxy materials?**

Pursuant to the "notice and access" rules adopted by the Securities and Exchange Commission (the "SEC"), we have elected to provide access to our proxy materials over the Internet. Accordingly, we are sending the Internet Notice to our stockholders as of the record date, beginning on or about April 11, 2024. The Internet Notice will instruct you as to how you may access and review the proxy materials on the Internet and, if desired, how to request a printed set of proxy materials. In addition, by following the instructions in the Internet Notice, you may request to receive proxy materials in printed form by mail or electronically by email on an ongoing basis. We believe that these rules allow us to conserve natural resources and reduce our costs of printing and delivering proxy materials, while providing a convenient method for stockholders to access the materials and vote.

We provided some of our stockholders with a printed set of proxy materials instead of the Internet Notice if they previously requested to receive paper copies. If you received a printed set of proxy materials, we encourage you to consider helping us reduce the environmental impact of delivering printed materials by signing up to receive all of your future proxy materials electronically.

**Who can vote?**

If you were a stockholder of record as of the close of business on April 2, 2024 (the "record date"), you are entitled to vote your shares at the Annual Meeting. As of the record date, 51,702,159 shares of our common stock were issued and outstanding. Each share of our common stock is entitled to one vote on each matter properly brought before the meeting.

**What am I voting on?**

You are being asked to vote on three proposals:

- **Proposal One:** To elect the three (3) Class I directors named in this proxy statement to hold office until the 2027 annual meeting of stockholders;

- **Proposal Two:** To hold a non-binding advisory vote to approve the 2023 compensation of our named executive officers as disclosed in this proxy statement (the "say-on-pay vote"); and

- **Proposal Three:** To ratify the appointment of KPMG LLP as our independent registered public accounting firm for 2024.

**How does Outset's Board recommend that I vote on each proposal?**

Our Board recommends that our stockholders vote as follows:

| Proposal | | Board Recommendation |
|---|---|---|
| **Proposal One:** | Election of Directors | **"FOR"** the election of each of the three (3) Class I directors named in this proxy statement to hold office until the 2027 annual meeting of stockholders |
| **Proposal Two:** | Say-on-Pay Vote | **"FOR"** the approval, on a non-binding advisory basis, of the 2023 compensation of our named executive officers as disclosed in this proxy statement |
| **Proposal Three:** | Ratification of Appointment of Independent Registered Public Accounting Firm | **"FOR"** the ratification of the appointment of KPMG LLP as our independent registered public accounting firm for 2024 |

**What if another matter is properly brought before the meeting?**

Our Board is not aware of any other matters that will be presented for consideration at the Annual Meeting. However, if any other matters are properly brought before the Annual Meeting, the persons named in the accompanying proxy intend to vote on those matters in accordance with their best judgment.

**How do I vote?**

The procedures for voting in advance of the Annual Meeting depend on whether your shares are registered in your name or are held by a bank, broker or other nominee (a "broker"). You may also vote your shares electronically during a designated portion of the virtual Annual Meeting after logging in as a "stockholder" with your 16-digit control number at www.virtualshareholdermeeting.com/OM2024. Whether or not you plan to attend the Annual Meeting, we encourage you to vote and submit your proxy in advance of the Annual Meeting by one of the methods described below.

- **Stockholders of Record: Shares Registered in Your Name**

  If, on the record date, your shares were registered directly in your name with Outset's transfer agent, American Stock Transfer & Trust Company, then you are a "stockholder of record." As a stockholder of record, you may vote by proxy in advance of the Annual Meeting in three ways:







| Vote by Internet | Vote by telephone | Vote by mail |
|---|---|---|
| Go to http://www.proxyvote.com to complete an electronic proxy card. You will be asked to provide the company number and control number from the Internet Notice or proxy card. Your vote must be received by 11:59 p.m. Eastern Time on May 28, 2024 to be counted. | Dial toll-free 1-800-690-6903 using a touch-tone phone and follow the recorded instructions. You will be asked to provide the company number and control number from the Internet Notice or proxy card. Your vote must be received by 11:59 p.m. Eastern Time on May 28, 2024 to be counted. | If you received printed copies of the proxy materials, complete, sign and date the enclosed proxy card, and return it promptly in the envelope provided. If your signed proxy card is received by 11:59 p.m. Eastern Time on May 28, 2024, we will vote your shares as you direct. |

- **Beneficial Owner: Shares Registered in the Name of Broker**

  If, on the record date, your shares were held not in your name, but in an account with a broker as custodian on your behalf, then you are considered the "beneficial owner" of shares held in "street name." The Internet Notice or proxy materials, as applicable, are being forwarded to you by that broker who is considered the stockholder of record of those shares for purposes of voting at the Annual Meeting. As the beneficial owner, you have the right to direct your broker on how to vote your shares by following the instructions for voting set forth on that organization's voting instruction card.

**What is the effect of giving a proxy? What if I return a proxy card or otherwise vote but do not make specific choices?**

Proxies are solicited by and on behalf of our Board, and Leslie Trigg (our President and Chief Executive Officer ("CEO")) and John Brottem (our General Counsel and Secretary) have been designated as proxy holders by our Board. If you properly grant your proxy, your shares will be voted as you instruct.

If you return a signed proxy card or otherwise vote without marking specific voting selections, your shares will be voted as the Board recommends: "For" the election of three (3) Class I directors (Proposal One); "For" the approval of named executive officer compensation (Proposal Two); "For" the ratification of the appointment of KPMG LLP as our independent registered public accounting firm for 2024 (Proposal Three); and in accordance with the best judgment of your proxy holder for any other matters properly brought before the meeting, if any.

**Can I change my vote or revoke my proxy?**

Yes. If you are a stockholder of record, you can change your vote or revoke your proxy before the Annual Meeting in any of these ways:

- Vote again over the Internet or by telephone as instructed above before 11:59 Eastern Time on May 28, 2024. Only your latest Internet or telephone vote is counted.

- Submit a properly signed proxy card with a later date that is received no later than 11:59 Eastern Time on May 28, 2024. Only your latest dated proxy card will be counted.

- Send a timely written notice that you are revoking your proxy to Outset's Corporate Secretary at 3052 Orchard Drive, San Jose, California 95134.

- Attend the virtual Annual Meeting and vote electronically during the meeting. Simply attending the meeting will not, by itself, revoke your proxy.

If you are the beneficial owner of shares held in street name, you should follow the instructions provided by your broker, bank or other nominee to revoke previously submitted voting instructions.

**What are broker non-votes?**

Brokers holding shares on behalf of a beneficial owner may vote those shares in their discretion on certain "routine" matters even if they do not receive timely voting instructions from the beneficial owner. With respect to "non-routine" matters, the broker is not permitted to vote shares for a beneficial owner without timely received voting instructions. The only routine matter to be presented at the Annual Meeting is the proposal to ratify the appointment of KPMG LLP as our independent registered public accounting firm for 2024 (Proposal Three). The election of directors (Proposal One) and the say-on-pay vote (Proposal Two) are non-routine matters.

A broker non-vote occurs when a broker does not vote on a non-routine matter because the beneficial owner of such shares has not provided voting instructions with regard to such matter. If a broker exercises discretionary voting authority on Proposal Three, such shares will be considered present at the Annual Meeting for quorum purposes and broker non-votes will occur as to Proposal One, Proposal Two or any other non-routine matters that are properly presented at the Annual Meeting. Broker non-votes will have no impact on the voting results.

**How many shares must be present to hold the Annual Meeting?**

A quorum must be present at the Annual Meeting for any business to be conducted. A quorum will be present if the holders of at least a majority of the outstanding shares of our common stock entitled to vote are present at the Annual Meeting online or represented by proxy. On the record date, there were 51,702,159 shares of our common stock outstanding and entitled to vote. For purposes of determining the presence of a quorum, abstentions, withheld votes and broker non-votes are counted. If there is no quorum, the holders of a majority of shares present or represented by proxy at the Annual Meeting may adjourn the meeting to a later date.

**What vote is required for the approval of each proposal? What effect do "withhold" votes, abstentions and broker non-votes have on the proposals?**

The following chart summarizes the proposals to be considered at the Annual Meeting, the vote required for approval of each proposal, and the manner in which votes will be counted:

| Proposal | Voting Options | Vote Required to Adopt the Proposal | Effect of "Withhold" Votes or Abstentions | Effect of "Broker Non-Votes" |
|---|---|---|---|---|
| **Proposal One:** *Election of Directors* | For or Withhold on each nominee | Plurality of the votes cast. This means that the three nominees receiving the highest number of "For" votes (from the holders of votes of shares present or represented by proxy and entitled to vote on the election of directors) will be elected as Class I directors. | "Withhold" votes have no effect; only "For" votes affect the outcome of the election. | Brokers do not have discretion to vote. Broker non-votes will have no effect; only "For" votes affect the outcome of the election. |
| **Proposal Two:** *Say-on-Pay Vote* | For, Against or Abstain | Affirmative vote of a majority of the shares present or represented by proxy and entitled to vote on the proposal. | Abstentions are considered shares present and entitled to vote, and therefore have the same impact as votes "Against" the proposal. | Brokers do not have discretion to vote. Broker non-votes will have no effect. |
| **Proposal Three:** *Ratification of Appointment Independent Registered Public Accounting Firm* | For, Against or Abstain | Affirmative vote of a majority of the shares present or represented by proxy and entitled to vote on the proposal. | Abstentions are considered shares present and entitled to vote, and therefore have the same impact as votes "Against" the proposal. | Brokers have discretion to vote. Therefore, we do not expect any broker non-votes. |

**Important Information About Our Virtual Annual Meeting:**

- **Why is the Annual Meeting being held in a virtual format this year?** Our Annual Meeting will again be held in a virtual meeting format via live audio webcast. We believe the virtual format enables our stockholders to safely and conveniently attend the Annual Meeting, while facilitating active and equal participation for all stockholders at no cost regardless of geographic location. We have designed our virtual format to help ensure that our stockholders who attend the Annual Meeting virtually will be afforded similar rights and opportunities to participate as they would at an in-person meeting.

- **How can I attend the Annual Meeting online?** To join the Annual Meeting online, visit www.virtualshareholdermeeting.com/OM2024 and log in as a stockholder with your 16-digit control number included on your Internet Notice, on your proxy card or on the instructions that accompanied your proxy materials.

- **When can I join the virtual Annual Meeting?** The meeting will begin promptly at 1:30 p.m. Pacific Time on Wednesday, May 29, 2024. You may access the meeting platform beginning at 1:15 p.m. Pacific Time, and we encourage you to join in advance of the meeting start time to allow sufficient time to log in and confirm your connection and audio are working properly.

- **Can I ask questions during the virtual Annual Meeting?** Yes. If you are logged in as a stockholder at the virtual Annual Meeting, you will have an opportunity to submit questions live via the Internet during a designated portion of the virtual Annual Meeting. Once you are logged in, type your question into the question box and click "submit."

Subject to time constraints, we intend to answer questions pertinent to the Company and meeting matters submitted by stockholders during the Annual Meeting that comply with our rules of conduct for the Annual Meeting, which will be posted on the meeting website during the meeting as well as on the Investors section of our website prior to the meeting.

- **How do I vote during the virtual Annual Meeting?** You will have an opportunity to vote your shares electronically during a designated portion of the virtual Annual Meeting after logging in as a stockholder with your 16-digit control number at www.virtualshareholdermeeting.com/OM2024. Whether or not you plan to join the Annual Meeting, we encourage you to vote and submit your proxy in advance of the meeting by one of the methods described in these proxy materials.

- **What if I lost my 16-digit control number?** If you do not have your 16-digit control number, you will still be able to log in to the virtual Annual Meeting as a guest. To join the meeting webcast, visit www.virtualshareholdermeeting.com/OM2024 and register as a guest. If you log in as a guest, you will not be able to vote your shares or ask questions during the meeting.

- **What if I did not receive a 16-digit control number?** If you are a beneficial owner of shares held in street name and did not receive a 16-digit control number on the Internet Notice, on your proxy card or on the instructions that accompanied your proxy materials, please contact your broker well in advance of the Annual Meeting for instructions on how to obtain a 16-digit control number and access the virtual meeting as a stockholder. Instructions should also be provided on the voting instruction form provided by your broker. Without first obtaining your 16-digit control number and logging in as a stockholder, you will still be able to attend the meeting by logging in as a guest, however, you will not be able to vote your shares or ask questions during the meeting.

- **What if I have technical difficulties?** On the meeting day, if you have trouble accessing the virtual meeting platform or encounter other technical difficulties with the platform before or during the meeting, please call the technical support number posted on the Annual Meeting login page at www.virtualshareholdermeeting.com/OM2024. Technical support information will also be available on the Annual Meeting login page prior to the meeting day.

- **Will a list of stockholders be available for inspection prior to and during the meeting?** Yes. A complete list of stockholders of record will be available for inspection by any stockholder for at least ten (10) days prior to the Annual Meeting during ordinary business hours at our headquarters located at 3052 Orchard Drive, San Jose, California 95134. In addition, the list will be available for inspection online during the virtual Annual Meeting if you logged in as a stockholder with your 16-digit control number.

- **Will a recording of the meeting be available?** Yes, following the Annual Meeting, a recording of the meeting will be available on www.virtualshareholdermeeting.com/OM2024 for one year following the meeting date.

**Who will count the votes?**

Representatives of Broadridge Investor Communications Services ("Broadridge") will tabulate the votes, and a representative of Broadridge will act as inspector of election.

**Who is paying for this proxy solicitation?**

We will pay the cost of soliciting proxies. Proxies may be solicited on our behalf by our directors, officers or employees (for no additional compensation) in person, by telephone or by other means of communication, including by mail or e-proxy. We may reimburse brokerage firms, banks and other agents for the cost of forwarding proxy materials to beneficial owners.

**What does it mean if I receive more than one Internet Notice?**

If you receive more than one Internet Notice, your shares may be registered in more than one name or in different accounts. Please follow the voting instructions on each Internet Notice to ensure that all of your shares are voted.

**How can I find out the results of the voting at the Annual Meeting?**

Preliminary voting results will be announced at the Annual Meeting. In addition, final voting results will be published in a current report on form 8-K that we expect to file with the SEC within four business days after the Annual Meeting.

**Why were my proxy materials included in the same envelope as other people at my address? How may I obtain an additional copy of the proxy materials?**

We have adopted a procedure approved by the SEC called "householding." Under this procedure, we deliver a single copy of the Internet Notice and, if applicable, our proxy materials to stockholders of record who share the same address, unless we have received contrary instructions from any stockholder at that address. This practice is designed to eliminate duplicate mailings, conserve natural resources and reduce our printing and mailing costs. Stockholders who participate in householding will continue to be able to access and receive separate proxy cards. If you share an address with another stockholder and receive only a single copy of the Internet Notice or, if applicable, our proxy materials, but would like to request a separate copy of these materials, please contact our mailing agent, Broadridge Financial Solutions, Inc., by calling 1-866-540-7095 or writing to 51 Mercedes Way, Edgewood, New York 11717, Attention: Householding Department and an additional copy of the materials will be promptly delivered to you. Similarly, if you receive multiple copies of the Internet Notice or, if applicable, the proxy materials but would prefer to receive a single copy in the future, you may also contact Broadridge Financial Solutions, Inc. at the above telephone number or address. Beneficial owners should contact their broker to request information about householding procedures.

# EQUITY PLAN INFORMATION

## Equity Compensation Plan Information

The following table provides certain information as of December 31, 2023 regarding our equity compensation plans.

| Plan Category | Number of Securities to be Issued upon Exercise of Outstanding Options, Warrants and Rights (a) | Weighted Average Exercise Price of Outstanding Options and Rights (b) | Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans (Excluding Securities Reflected in Column (a)) (c) |
|---|---|---|---|
| Equity compensation plans approved by security holders[1] | 4,961,074 [2] | $ 15.58 [3] | 6,371,421 [4] |
| Equity compensation plans not approved by security holders | — | — | — |
| **Total** | 4,961,074 | $ 15.58 | 6,371,421 |

(1)   Includes our 2020 Equity Incentive Plan, 2019 Equity Incentive Plan, 2010 Stock Incentive Plan and Employee Stock Purchase Plan.

(2)   Includes 1,935,420 shares issuable pursuant to outstanding stock options and 3,025,654 shares issuable pursuant to outstanding restricted stock units (including PSUs, assuming the underlying shares are earned and vest at the target number of shares) under our 2020 Equity Incentive Plan, 2019 Equity Incentive Plan and 2010 Stock Incentive Plan.

(3)   Excludes restricted stock units which have no exercise price.

(4)   Includes 5,167,593 shares available for issuance under our 2020 Equity Incentive Plan and 1,203,828 shares available for issuance under our Employee Stock Purchase Plan. Our 2020 Equity Incentive Plan provides that the number of shares of our common stock reserved for issuance under the plan will automatically increase on the first day of each fiscal year, beginning with 2021 and continuing until (and including) 2030, by an amount equal to the lesser of 4% of the shares of our common stock issued and outstanding on December 31 of the immediately preceding calendar year or such other amount determined by our Board. Our Employee Stock Purchase Plan provides that the number of shares of our common stock available for future issuance under the plan will automatically increase on the first day of each fiscal year, beginning with 2021 and continuing until (and including) 2030, by an amount equal to the lesser of 1% of the shares of our common stock issued and outstanding on December 31 of the immediately preceding fiscal year, 687,218 shares or such other amount determined by our Board.

# STOCK OWNERSHIP

## Security Ownership of Certain Beneficial Owners and Management

The following table sets forth certain information with respect to the beneficial ownership of our common stock as of March 6, 2024 for: (i) each director and nominee for director, (ii) each of our NEOs, and (iii) each person, or group of affiliated persons, known by us to beneficially own more than 5% of our common stock.

Beneficial ownership is determined in accordance with the rules of the SEC. Under such rules, beneficial ownership includes any shares over which the individual has sole or shared voting power or investment power as well as any shares that the individual has the right to acquire within 60 days of March 6, 2024, through the exercise of any options, warrants or other rights. In computing the percentage beneficial ownership of a person, common stock not outstanding and subject to options, warrants or other rights held by that person that are currently exercisable or exercisable within 60 days of March 6, 2024 are deemed outstanding for purposes of calculating the percentage ownership of that person, but are not deemed outstanding for computing the percentage ownership of any other person. Subject to the foregoing, percentage of beneficial ownership is based on 51,492,317 shares of our common stock outstanding as of March 6, 2024.

To our knowledge, except as set forth in the footnotes to this table and subject to applicable community property laws, each person named in the table has sole voting and investment power with respect to the shares set forth opposite such person's name. Except as otherwise indicated, the address of each of the persons in this table is c/o Outset Medical, Inc., 3052 Orchard Drive, San Jose, California 95134.

| Name of Beneficial Owner | Beneficial Ownership | |
| --- | --- | --- |
| | Number of Shares | Percentage of Total |
| **Directors and Named Executive Officers:** | | |
| Leslie Trigg[1] | 1,053,324 | 2.0% |
| Nabeel Ahmed[2] | 81,334 | * |
| John Brottem[3] | 44,774 | * |
| Karen Drexler | 15,551 | * |
| D. Keith Grossman[4] | 299,856 | * |
| Patrick T. Hackett[5] | 48,142 | * |
| Jim Hinrichs[6] | 142,604 | * |
| Dale E. Jones[7] | 11,120 | * |
| Brent D. Lang[8] | — | — |
| Andrea L. Saia[9] | 15,211 | * |
| Jean-Olivier Racine[10] | 62,235 | * |
| Steve Williamson[11] | 106,876 | * |
| All current executive officers and directors as a group (12 persons)[12] | 1,833,033 | 3.5% |
| **5% Stockholders:** | | |
| FMR LLC[13] | 7,066,782 | 13.7% |
| JPMorgan Chase & Co. [14] | 4,745,757 | 9.2% |
| The Vanguard Group[15] | 3,941,367 | 7.7% |
| Blackrock, Inc.[16] | 3,795,419 | 7.4% |
| Morgan Stanley[17] | 3,413,343 | 6.6% |
| T. Rowe Price Investment Management, Inc.[18] | 3,166,747 | 6.1% |
| Ameriprise Financial[19] | 2,982,490 | 5.8% |

* Indicates beneficial ownership of less than 1% of the outstanding shares of our common stock.

(1) Consists of (i) 310,765 shares of common stock held directly by Ms. Trigg, (ii) 8,770 shares of common stock held by The Trigg Family Trust U/A DTD 01/01/2002 and (iii) 733,789 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(2) Consists of (i) 36,814 shares of common stock held by Mr. Ahmed and (ii) 44,520 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(3) Consists of (i) 13,510 shares of common stock held by Mr. Brottem and (ii) 31,264 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(4) Consists of (i) 10,168 shares held directly by Mr. Grossman, (ii) 5,186 shares of common stock held by The D. Keith and Hallie H. Grossman Family Living Trust and (iii) 284,502 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(5) Consists of (i) 10,168 shares of common stock held by Mr. Hackett and (ii) 37,974 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(6) Consists of (i) 47,668 shares of common stock held by Mr. Hinrichs and (ii) 94,936 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(7) Consists of (i) 10,590 shares of common stock held by Mr. Jones and (ii) 530 shares of common stock issuable pursuant to the vesting of RSUs within 60 days of March 6, 2024.

(8) Mr. Lang joined our Board on March 12, 2024.

(9) Consists of (i) 14,791 shares of common stock held by Ms. Saia and (ii) 420 shares of common stock issuable pursuant to the vesting of RSUs within 60 days of March 6, 2024.

(10) Consists of (i) 37,996 shares of common stock held by Mr. Racine and (ii) 24,239 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024.

(11) Mr. Williamson departed the Company as of February 23, 2024. Consists of (i) 55,626 shares of common stock held by Mr. Williamson and (ii) 51,250 shares of common stock issuable pursuant to stock options exercisable within 60 days of March 6, 2024 pursuant to the standard post-termination exercise terms of the applicable stock option award agreement which allows stock options outstanding on the date of termination to be exercised for a period of three months following such date.

(12) Consists of (i) 535,921 shares of common stock owned by our current executive officers and directors, (ii) 1,289,763 shares of common stock issuable pursuant to stock options held by our current executive officers and directors that are exercisable within 60 days of March 6, 2024 and (iii) 7,349 shares of common stock issuable pursuant to the vesting of RSUs held by our current executive officers and directors within 60 days of March 6, 2024. Does not include the ownership of Mr. Williamson, who was an NEO for 2023, but who departed the Company as of February 23, 2024, nor the ownership of Catherine Szyman who resigned from our Board effective March 12, 2024.

(13) Based solely on a Schedule 13G/A filed with the SEC on February 9, 2024 by FMR LLC ("FMR") and Abigail P. Johnson. FMR has sole voting power with respect to 7,040,849 shares of common stock and sole dispositive power with respect to 7,066,782 shares of common stock. Abigail P. Johnson has sole dispositive power with respect to 7,066,782 shares of common stock. The address for each of FMR and Abigail P. Johnson is 245 Summer Street, Boston, Massachusetts 02210.

(14) Based solely on a Schedule 13G/A filed with the SEC on January 23, 2024 by JPMorgan Chase & Co. ("JPMorgan"). JPMorgan has sole voting power with respect to 4,190,010 shares of common stock, sole dispositive power with respect to 4,737,753 shares of common stock and shared voting and dispositive power with respect to 8,004 shares of common stock. The address of JPMorgan is 383 Madison Avenue, New York, New York, 10179.

(15) Based solely on a Schedule 13G/A filed with the SEC on February 13, 2024 by The Vanguard Group ("Vanguard"). Vanguard has shared voting power with respect to 81,539 shares of common stock, sole dispositive power with respect to 3,841,838 shares of common stock and shared dispositive power with respect to 99,529 shares of common stock. The address of Vanguard is 100 Vanguard Boulevard, Malvern, Pennsylvania, 19355.

(16) Based solely on a Schedule 13G/A filed with the SEC on January 26, 2024 by BlackRock, Inc. ("BlackRock"). BlackRock has sole voting power with respect to 3,767,990 shares of common stock and sole dispositive power with respect to 3,795,419 shares of common stock. The address of BlackRock is 50 Hudson Yards, New York, New York, 10001.

(17) Based solely on a Schedule 13G filed with the SEC on February 9, 2024 by Morgan Stanley and Morgan Stanley Capital Services LLC, a wholly-owned subsidiary of Morgan Stanley. Morgan Stanley has shared voting power with respect to 3,359,236 shares of common stock and shared dispositive power with respect to 3,413,343 shares of common stock. Morgan Stanley Capital Services LLC has shared voting and dispositive power with respect to 2,635,864 shares of common stock. The address for each of Morgan Stanley and Morgan Stanley Capital Services LLC is 1585 Broadway, New York, New York 10036.

(18) Based solely on a Schedule 13G filed with the SEC on February 14, 2024 by T. Rowe Price Investment Management, Inc. ("T. Rowe Price"). T. Rowe Price has sole voting power with respect to 943,602 shares of common stock and sole dispositive power with respect to 3,166,747 shares of common stock. The address of T. Rowe Price is 101 East Pratt Street, Baltimore, Maryland, 21201.

**Table of Contents**

(19)  Based solely on a Schedule 13G filed with the SEC on February 14, 2024 by Ameriprise Financial, Inc. ("AFI"), Columbia Management Investment Advisers, LLC ("CMIA") and Columbia Wanger Asset Management, LLC ("CWAM") (collectively, "Ameriprise Financial"). AFI is the parent company of CMIA and CWAM. AFI has shared voting power with respect to 2,982,453 shares of common stock and shared dispositive power with respect to 2,982,490 shares of common stock. CMIA has shared voting and dispositive power with respect to 2,921,895 shares of common stock. CWAM has shared voting and dispositive power with respect to 2,693,673 shares of common stock. Each of AFI, CMIA and CWAM disclaim beneficial ownership of the reported shares. The address of AFI is 145 Ameriprise Financial Center, Minneapolis, Minnesota 55474, the address of CMIA is 290 Congress Street, Boston, Massachusetts 02210 and the address of CWAM is 71 South Wacker Drive, Suite 2500, Chicago, Illinois 60606.

## Delinquent Section 16(a) Reports

Section 16(a) of the Exchange Act requires our executive officers, directors and holders of more than 10% of our common stock to file with the SEC initial reports of ownership of our common stock on a Form 4 and reports of changes in such ownership on a Form 4 or Form 5. Executive officers, directors and holders of more than 10% of our common stock are required by SEC regulations to furnish us with copies of all Section 16(a) forms they file. We submit all applicable Section 16(a) filing requirements on behalf of our executive officers and directors. To our knowledge, based solely on the reports filed by us, copies of such reports furnished to us and written representations made by our executive officers and directors regarding their filing obligations, all Section 16(a) filing requirements applicable to our executive officers and directors were satisfied with respect to the fiscal year ended December 31, 2023, except for one Form 4 reporting same day option exercises and sales of common stock on February 1, 2023 and February 2, 2023 by Martin Vazquez, our former Chief Operating Officer, which was filed late on March 2, 2023 due to an administrative filing error.

# ADDITIONAL INFORMATION

## Other Matters

Our Board is not aware of any other matters that will be presented for consideration at the Annual Meeting. However, if any other matters are properly brought before the Annual Meeting, the persons named in the accompanying proxy intend to vote on those matters in accordance with their best judgment.

## Stockholder Proposals and Nominations for Next Year's Annual Meeting of Stockholders

In order to be considered for inclusion in the proxy materials for our 2025 annual meeting of stockholders, proposals submitted by stockholders pursuant to Rule 14a-8 under the Exchange Act must be received by our Corporate Secretary at Outset Medical, Inc., 3052 Orchard Drive, San Jose, California 95134 on or before December 12, 2024, and also must otherwise comply with the procedures and requirements set forth in Rule 14a-8.

Alternatively, stockholders intending to present a proposal (outside of the process established in Rule 14a-8) or nominate a director for election at our 2025 annual meeting of stockholders without having the proposal or nomination included in the proxy materials for the meeting must comply with the requirements set forth in our bylaws. Our bylaws require, among other things, that our Corporate Secretary receive the proposal or nomination no earlier than the close of business on the 120th day, and no later than the close of business on the 90th day, prior to the first anniversary of the preceding year's annual meeting of stockholders. Accordingly, for our 2025 annual meeting of stockholders, our Corporate Secretary must receive the proposal or nomination no earlier than January 29, 2025 and no later than 5:00 p.m. Eastern Time on February 28, 2025. The proposal or nomination must contain the information required by our bylaws and otherwise comply with the requirements set forth in our bylaws.

In addition to satisfying the foregoing requirements under our bylaws, to comply with the universal proxy rules, stockholders who intend to solicit proxies in support of director nominees other than the Company's nominees must provide notice to our principal executive offices at Outset Medical, Inc., 3052 Orchard Drive, San Jose, California 95134, Attn: Corporate Secretary that sets forth the information required by Rule 14a-19 under the Exchange Act no later than March 31, 2025.

## Availability of Annual Report on Form 10-K

A copy of our annual report on Form 10-K for the fiscal year ended December 31, 2023 as filed with the SEC is available free of charge on our website at www.outsetmedical.com or on the SEC's website at www.sec.gov. Stockholders may also obtain a copy of our 2023 annual report, including financial statements but excluding exhibits, without charge by sending a written request to: Outset Medical, Inc., Attention: Corporate Secretary, 3052 Orchard Drive, San Jose, California 95134.

By order of the Board of Directors,

/s/ *John L. Brottem*

John L. Brottem
General Counsel and Secretary

April 11, 2024

Table of Contents

# APPENDIX A – NON-GAAP RECONCILIATIONS

The following table shows our GAAP gross margin reconciled to our non-GAAP gross margin included in this proxy statement. This non-GAAP financial measure is in addition to, and not a substitute for, or superior to, financial measures calculated in accordance with GAAP. GAAP gross margin includes stock-based compensation expense, as listed in the table below. Management has excluded the effects of this non-cash expense item in non-GAAP gross margin to assist investors in analyzing and assessing past and future operating performance and period-to-period comparisons. There are limitations related to the use of non-GAAP financial measures because they are not prepared in accordance with GAAP, may exclude significant expenses required by GAAP to be recognized in our financial statements, and may not be comparable to non-GAAP financial measures used by other companies. We encourage investors to carefully consider our results under GAAP, as well as our supplemental non-GAAP information and the reconciliation between these presentations, to more fully understand our business.

## Reconciliation Between GAAP and Non-GAAP Gross Margin

|  | Year Ended December 31, 2023 |
|---|---|
| **GAAP gross margin** | 22.2 % |
| Stock-based compensation expense | 1.4 |
| Non-GAAP gross margin | 23.6 % |

*OUTSET MEDICAL, INC.*
*3052 ORCHARD DR.*
*SAN JOSE, CA 95134*

## SCAN TO
### VIEW MATERIALS & VOTE ▷

**VOTE BY INTERNET**
*Before The Meeting* - Go to **www.proxyvote.com** or scan the QR Barcode above

Use the Internet to transmit your voting instructions and for electronic delivery of information up until 11:59 p.m. Eastern Time on May 28, 2024. Have your proxy card in hand when you access the web site and follow the instructions to obtain your records and to create an electronic voting instruction form.

*During The Meeting* - Go to **www.virtualshareholdermeeting.com/OM2024**

You may attend the meeting via the Internet and vote during the meeting. Have the information that is printed in the box marked by the arrow available and follow the instructions.

**VOTE BY PHONE - 1-800-690-6903**
Use any touch-tone telephone to transmit your voting instructions up until 11:59 p.m. Eastern Time on May 28, 2024. Have your proxy card in hand when you call and then follow the instructions.

**VOTE BY MAIL**
Mark, sign and date your proxy card and return it in the postage-paid envelope we have provided or return it to Vote Processing, c/o Broadridge, 51 Mercedes Way, Edgewood, NY 11717.

TO VOTE, MARK BLOCKS BELOW IN BLUE OR BLACK INK AS FOLLOWS:

V30208-P01263

**THIS PROXY CARD IS VALID ONLY WHEN SIGNED AND DATED.**

KEEP THIS PORTION FOR YOUR RECORDS

DETACH AND RETURN THIS PORTION ONLY

---

**OUTSET MEDICAL, INC.**

**The Board of Directors recommends you vote FOR each of the following Class I director nominees:**

1. Election of Class I Directors

| Nominees: | For | Withhold |
|---|---|---|
| 1a. Karen Drexler | ☐ | ☐ |
| 1b. Dale E. Jones | ☐ | ☐ |
| 1c. Leslie Trigg | ☐ | ☐ |

**The Board of Directors recommends you vote FOR Proposals 2 and 3:**

| | For | Against | Abstain |
|---|---|---|---|
| 2. Advisory vote to approve 2023 named executive officer compensation | ☐ | ☐ | ☐ |
| 3. Ratification of the appointment of KPMG LLP as our independent registered public accounting firm for 2024 | ☐ | ☐ | ☐ |

**NOTE:** In their discretion, the proxy holders are authorized to vote upon such other business as may properly come before the meeting or any adjournment or postponement thereof.

Please sign exactly as your name(s) appear(s) hereon. When signing as attorney, executor, administrator, or other fiduciary, please give full title as such. Joint owners should each sign personally. All holders must sign. If a corporation or partnership, please sign in full corporate or partnership name by authorized officer.

| Signature [PLEASE SIGN WITHIN BOX] | Date | Signature (Joint Owners) | Date |
|---|---|---|---|
| | | | |

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting:**

The Notice of the Annual Meeting, Proxy Statement and Annual Report on Form 10-K are available at www.proxyvote.com.

—  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —  —

V30209-P01263

**OUTSET MEDICAL, INC.**
**Annual Meeting of Stockholders**
**May 29, 2024 1:30 PM Pacific Time**
**This proxy is solicited by the Board of Directors**

The undersigned stockholder(s) hereby appoint(s) Leslie Trigg and John Brottem, or either of them, as proxies, each with the power to appoint his or her substitute, and authorize(s) them to represent and to vote, as designated on the reverse side of this ballot, all of the shares of common stock of OUTSET MEDICAL, INC. that the stockholder(s) is/are entitled to vote at the Annual Meeting of Stockholders to be held virtually via live audio webcast at 1:30 p.m. Pacific Time on May 29, 2024 at www.virtualshareholdermeeting.com/OM2024, and any adjournment or postponement thereof.

**This proxy, when properly executed, will be voted in the manner directed herein. If no such direction is made, this proxy will be voted in accordance with the Board of Directors' recommendations.**

**Continued and to be signed on reverse side**