# Exhibit 21

# 11th Annual SVB Leerink Global Healthcare Conference 2022

## Company Participants

- Danielle Antalffy, Analyst
- Leslie Trigg, Chair, President and CEO
- Nabeel Ahmed, CFO

## Presentation

### Danielle Antalffy  {BIO 16104603 <GO>}

Good afternoon, everyone. Thank you for joining us in the home stretch of our Annual SVB Leerink Global Healthcare Conference. And I am Danielle Antalffy; I'm the med tech analyst here at Leerink. Very lucky to have with us Outset Medical management Leslie Trigg, President and CEO; Nabeel Ahmed, CFO. Thank you guys so much for joining us. Happy Friday.

### Leslie Trigg  {BIO 7036115 <GO>}

Thank you. And I love your use of the home stretch. Very appropriate place for us to be showing up. And then, you get more bonus points by using the word Outset in a sentence.

### Danielle Antalffy  {BIO 16104603 <GO>}

Oh, do I have -- so I have to do that.

### Leslie Trigg  {BIO 7036115 <GO>}

Just weave it in.

### Danielle Antalffy  {BIO 16104603 <GO>}

And what do I get?

### Leslie Trigg  {BIO 7036115 <GO>}

Triple points if you use the word parallelogram.

### Danielle Antalffy  {BIO 16104603 <GO>}

Oh, Jesus. Okay. This is a, I do like challenges. I was once challenged to use the word unicorn -- work the word unicorn into a panel and I did it. So you just wait. So at the outset of this call -- no, I'm kidding. Okay. You -- let's talk about 2022 guidance. So you just issued.

### Leslie Trigg  {BIO 7036115 <GO>}

Yes.

## Questions And Answers

### A - Danielle Antalffy  {BIO 16104603 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.
Printed on 06-13-2025 Page 1 of 12

You just issued, ahead of consensus, guidance for 2022, a very strong double-digit sales growth. I think you guys said doubling of home revenues. Can you talk about what level of visibility you have into this guide, particularly into the home? I mean, Nabeel, you guys are operating under a backlog and I want to ask some follow-up questions on that, but presumably, you have more visibility into this guidance than a normal med tech company would, right?

## A - Nabeel Ahmed {BIO 20880201 <GO>}

Yeah. So, so Danielle, let me maybe start, with [ph] this question. So first of all, when we think about guidance in any year, the base layer of guidance for us -- the base layer of our forecast is our backlog. So, backlog to us is an order that a customer has contracted to buy from us. They sign what's called an order agreement. It's a contractual obligation on their part to take Tablo and on our part to deliver.

And then what we do is, we have our backlog and we sort of work with our sales team to schedule it out. When do we expect to deliver Tablo to these customers? Importantly, we are not at all supply constrained. Backlog reflects when our customers are looking to take Tablo. In the acute setting, that could be, for example, if a customer is insourcing to dialysis, they might have a date when that is happening. And so, that's when they will ask us to ship Tablo to them.

And in the home setting, Danielle, it's -- you can think of home as on a rolling admissions basis, providers need to identify patients, train them and all that stuff. And so, that's just what informs when we expect Tablo to deliver to those suppliers, right? So, the first thing we do, the base layer for us is backlog based on customer demand, based on their end-patient demand if they're in the home setting, and that's what tells us, okay, here's what we expect to have happen.

The next thing we then do is layer on pipeline, which is deals that we expect to now go and book, that we have visibility to, that are in various stages of being closed, that are various parts of the sales cycle. And those two then form kind of our opening visibility, if you will, for the year. Now, if you think about our guidance, $142 million to $150 million, representing 38% to 46% year-on-year growth, the backlog of 1,251 consoles we had entering the year gives us really good visibility into that range.

I mean, in fact, the backlog is what allowed us to come in with that range. And similarly…

## A - Danielle Antalffy {BIO 16104603 <GO>}

Yeah.

## A - Nabeel Ahmed {BIO 20880201 <GO>}

…the backlog, the home component of that backlog is that base layer that gives us the confidence to say that home revenues will be mid-teens as a percent of total 2022 revenues.

## A - Danielle Antalffy {BIO 16104603 <GO>}

Okay. And that's a -- thank you for distinguishing the fact that you -- the backlog is not a reflection of your ability to supply the market. I actually didn't appreciate that though. The backlog is, is due to -- it's driven by the customers.

## A - Nabeel Ahmed {BIO 20880201 <GO>}

Absolutely.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

And when they want you to come in. What's the average time of backlog, like a -- is there an average or I guess, it really depends on the center.

### A - Nabeel Ahmed  {BIO 20880201 <GO>}

Danielle, it really, it depends on the center. I'll give you a couple of examples. So for example, if you think in the acute setting, we may have customers who come to us on April 1 and they may say -- I'm making up the dates obviously -- and they'll say, "Look, our" -- or they may have come to us on January 1 and said, "Look, our incumbent outsource provider has given us 90 days notice," right?

So in that situation, we'll take the order on January 1, ship the console on April 1, simple math here. And in that case, the deal will sit for 90 days in backlog. So in the acute, we have those types of dynamics. In the home, because of this rolling admissions dynamic where the provider needs to identify a patient, it could take longer. So, it really depends -- it really depends. Home backlog does convert on a different cadence than acute backlog, but it really depends.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay, got it. Okay, understood. So, just one more question on the -- on the backlog. So, how big will this backlog get? I mean, it has been growing and I guess one of the questions I have is like, where could this go? And I mean, I don't think it's a bad thing because you get visibility into the business. But just curious, if you guys have a sense of how big this could get, and then maybe it's better to look at it as a percent of sales because the sales base is getting bigger.

### A - Nabeel Ahmed  {BIO 20880201 <GO>}

Yeah, Danielle, what we have said is that we will run this business in a backlog position. But [ph] any capital equipment company, I believe, Leslie believes, that having backlog is the right way to run the business. It gives you forward visibility, but also, the other benefit of backlog is it allows us to think about staffing levels going forward. Right now we know…

### A - Danielle Antalffy  {BIO 16104603 <GO>}

Yeah

### A - Nabeel Ahmed  {BIO 20880201 <GO>}

…we will place end consoles. We can staff field service engineers and make sure we have installation capacity and that we can stage cartridges and all that stuff in our forward deployment location. So, all of that ancillary benefits of backlog; that's part one. Part two, backlog really fluctuates because it is based on customer demand, the timing of when a customer comes to us to place an order and the timing of when they want to take the order, right.

So, the absolute magnitude of backlog will fluctuate. Again, we are looking -- when we set guidance, we absolutely take our backlog into consideration to determine what our guidance will be, how much visibility do we have. But that isn't the only thing, right? So I mean, if backlog ebbs and flows, that in and of itself doesn't bother us. It's really, again, one of the -- and the foundational layer to our visibility and to our guidance calculation, but by no means is it the only layer, right? So where could it go?

### A - Danielle Antalffy  {BIO 16104603 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Yeah

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

Where could it go? We haven't guided and it almost doesn't matter because it's one of the inputs. What I will tell you and remind you, if you will, is that the 1,251 console backlog we have is what gives us opening confidence into our guide of $142 million to $150 million.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay, got it. And I -- I'm going to want to talk about the home because what -- as Leslie knows, that's like always my favorite conversation. But before we do that, I am going to talk about the acute setting because the tailwinds for the business in the acute setting just seems to be phenomenal right now. And unfortunately, these hospitals have been experiencing staffing shortages. It has been a real issue. But, Outset has a solution for these health systems and hospitals.

So, I'm just curious how the last few months, when we've been dealing with these -- with these hospital staffing shortages, I guess it really started coming to light in the September-October timeframe. Have you noticed a shift in conversations with your acute customers or potential customers?

## A - Leslie Trigg  {BIO 7036115 <GO>}

Yeah. There has been a little bit of a shift, but maybe for a slightly different reason.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay.

## A - Leslie Trigg  {BIO 7036115 <GO>}

I mean, we -- we've heard a lot in the news about general hospital nurse or staffing shortages, but there's a secondary shortage that's very specific to dialysis, and that has been a dialysis nurse shortage affiliated -- those affiliated with some of the outsource service providers that are providing dialysis to hospitals as an outsource provider. That is what we started hearing a lot about toward maybe the very tail end of December, certainly into January, where hospitals were getting unexpected termination notices from some of these third-party service providers, "Hey, by the way, we're out of here" and leaving the hospital really to hold the bag.

Hospitals cannot afford to just stop providing dialysis. It is obviously a critical and life-sustaining therapy that needs to be available 24 hours a day, seven days a week. And so, that did leave a number of hospitals scrambling, both small and large. Some of them were starting to get notices that the service would be severely curtailed. We're only going to come Monday, Wednesday, Friday, or Tuesday, Wednesday, third, whatever it might be, between these hours and these hours. And that's unfortunately, not the nature of critical for care.

Dialysis needs to be available, as I said, 24 hours a day. So, I would say that very recently, I would -- yes, I would call that another tailwind and another reason why hospitals have to purchase Tablo to insource dialysis, is really to control their own destiny in terms of cost, in terms of staffing, and in terms of compliance. That said, I would still call it, around the margin benefit. It's just one more reason to buy. The primary reason and rationale is still all around the core value proposition of cost reduction and operational efficiencies through Tablo.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

2022-02-18

### A - Danielle Antalffy  {BIO 16104603 <GO>}

Got it, okay. And in the acute setting, on the call earlier this week, you did increase the acute TAM I think by about $300,000. I think you went to $1.5 million, right, from $1.2 million?

### A - Nabeel Ahmed  {BIO 20880201 <GO>}

(Inaudible).

### A - Leslie Trigg  {BIO 7036115 <GO>}

Yeah, $300 million.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

$300 million?

### A - Leslie Trigg  {BIO 7036115 <GO>}

Yeah. $300,000 probably wouldn't have been that exciting. But yes, we did do $300 million, which I do find exciting.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

I had the 300, right. I had the wrong number of zeros because I'm tired. So…

### A - Nabeel Ahmed  {BIO 20880201 <GO>}

It went from $2.2 billion to $2.5 billion -- $2.2 billion to $2.5 billion.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

See, and I had the wrong -- I'm just a mess today.

### A - Leslie Trigg  {BIO 7036115 <GO>}

No.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

You guys just -- I'm not even going to ask questions. You guys just still write [ph].

### A - Leslie Trigg  {BIO 7036115 <GO>}

We'll just talk amongst ourselves. Anyway, Nabeel, what do you think about the acute market? Yes. And that was -- we did expand the TAM and that's because we had just another year commercial observation under our belt. And originally, we had excluded from our TAM estimates hospitals under 100 beds really for no particular reason or valid reason. But, what we found out was that a lot of small hospitals that were part of larger national or larger regional health systems also were raising their hand and saying, "Wait a second, we want to implement a Tablo program," again, around cost reduction, operational issues, solving staffing shortages as well. And so, it brought to mind that the market now is even a bit bigger than we thought. And so, that's why we expanded it.

### A - Danielle Antalffy  {BIO 16104603 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Bloomberg

Case 5:24-cv-06124-EJD    Document 57-21    Filed 08/14/25    Page 7 of 13

Okay, got it. And as you look at the acute market, I mean, this is the type of market -- I was going to ask you about market growth versus market share gain and I do still want to ask that. But, just as far as visibility goes, I mean you do also have some level of visibility I think -- tell me if I'm wrong -- at potential hospital customers that have suites coming up for -- they're due for an upgrade, for example, and sort of -- is that sort of how you target this market?

Maybe talk a little bit about the go-to-market strategy here, whether it's driving conversions or just getting your foot in the door and then building out from there, maybe talk a little bit about.

## A - Leslie Trigg  {BIO 7036115 <GO>}

Sure, I'm happy to. We are rarely, rarely, rarely, rarely, rarely in a conversation with a health system executive because their fleet is aging out -- rarely. We really are...

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay.

## A - Leslie Trigg  {BIO 7036115 <GO>}

...don't participate in RFPs. We -- this is not a replacement cycle. If it were, we'd probably reach, $100 million like 10 years from now. That's going to take you a really long time to build a business that way. What we are selling is not a device, we are selling the value of a very powerful cost-reduction lever that hospitals can apply on day one. We talked about on the call, a health system in the Southeast that has saved $6 million just over the last three years. Those types of numbers get people's attention real quick.

And so, we are effectively creating our own funnel. We are creating our own opportunity set and because Tablo is the only device that can deliver that level of cost reduction that quickly, these -- our sales processes do not tend to be competitive ones.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay, that makes sense. And what about in the acute market, the question around how much of it is market share gain versus market growth? I'm guessing based on that answer, it's more of the latter, but would love to hear how you would talk about that.

## A - Leslie Trigg  {BIO 7036115 <GO>}

I think that's by and large right. I mean, we certainly have plenty of examples where the provider has chosen to set their current fleet aside. So, I'll probably qualify it a little bit and say both. It's certainly some market share steal, but a lot more market expansion, which is where we want to be because we just now have a bigger opportunity to go after.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Yeah, okay. And then last question on the acute setting before we shift to home, and that's around utilization in the acute setting. How that has been tracking versus your expectations and will that be a source of incremental growth longer term, just getting hospitals to use these devices more for their patients?

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

Yeah, Danielle, utilization for us has trended right in line with our expectations. So, the phenomenon we see while we're growing here is we see new customers whose utilization is kind

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

of lower than the average, if you will.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Right.

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

And the more tenured [ph] customers where it's higher than the average. And so, when you kind of put it all together in this growth environment, utilization is right in line with where we want it to be. Yeah. There's nothing to talk about.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay. Okay. But presumably, utilization will be a source of growth over time, right? I mean, longer term, that is a growth driver.

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

Yeah, absolutely, Danielle. So, as our installed base sort of becomes more tenured, as it becomes larger, we do expect treatment revenues as a percent of our revenues to grow. And indeed, that is one of the things that revenue mix shift, if you will, is one of the things that helps contribute to our longer-term gross margin trajectory.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Yeah, okay. Because I think one of the things that, at least people that I've spoken to, and I -- maybe even I need to get a better handle on it, because I don't know if I always do such a good job in answering questions, but is -- where is the incremental utilization per machine coming from? Is it just like the demographics of patients coming in needing dialysis? Like what drives the hospital to use one of their devices more?

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

So…

## A - Leslie Trigg  {BIO 7036115 <GO>}

Do you, do you want to go? Okay.

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

Leslie, go ahead.

## A - Leslie Trigg  {BIO 7036115 <GO>}

Okay. Maybe I'll give you the -- so I want to make two comments. First and foremost, I think what's really, really different about the way we're approaching the acute market is that we are going after the whole thing. Companies that have talked about acute dialysis in the past, their devices can only be used in the ICU. They can only be used for these longer treatments called SLED or CRRT, or they have a device that can only be used for short treatments.

So, the opportunity we have really driven by the technology we designed is that Tablo is the only device available that can treat across the entire spectrum, sort of from zero to 24 hours. And therefore, we can go after all of the different types of treatments that are delivered in a hospital.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

So to answer your question, there could be a variety of reasons why a hospital starts growing its utilization of the device.

Number one, maybe they start offering dialysis, those longer treatments, and they didn't before because the device is so easy. It's a competency level that they that's very achievable for them, right. With a simpler device, now they're doing dialysis in the ICU for longer -- treating more critical patient. That could be one reason utilization grows. Another reason could be that maybe they decide to do what we would call whole house conversion, where they're no longer using -- some hospitals will adopt Tablo, but they still have their other machines that are in circulation. And in many cases, over time, when they're more comfortable with it, confident and everybody's trained, they'll go to a whole house conversion where they're only using the Tablo machines to deliver treatment. And that could be another reason why utilization grows.

There are other examples; I'll stop there. But, there are a variety…

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay.

## A - Leslie Trigg  {BIO 7036115 <GO>}

…of reasons why utilization grows. And I guess, I'll say the last thing is we have customers today where their utilization is a multiple of this average of five that we report. Again, the five has to -- it does account for all the new sites and we're growing so fast. We're getting a lot of new sites up and running, plus the more tenured. But when we look at our more tenured cohort, the utilization is much, much higher than five.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Got it. That was really helpful. Okay, let's segue to the home setting in the last 12 minutes or so and this is -- this is an area that I've been watching for over a decade and, finally, feels like this is coming to fruition and Tablo is a big -- a very critical piece of that happening.

So, but let me start with the go-to-market strategy that Outset has implemented to drive adoption in the home. It's kind of like you're leveraging a little bit your relationships that you've built through the acute setting to drive home adoptions. Maybe talk about that.

## A - Leslie Trigg  {BIO 7036115 <GO>}

Yeah, sure. Well, we definitely are thinking about it a little differently and I think we find ourselves operating in a very different environment. And so to a certain extent, I think we probably have the right product at the right time, shall we say? Because of all the new reimbursement tailwinds that are designed to encourage at the government level down, designed to encourage more patients in the home.

The way we think about channel creation into the home is kind of a multi-channel approach. One segment of our customer base are health systems, hospitals and health systems that are setting up new chronic service lines, home dialysis service lines that they haven't had before. And in that customer base, that's an acute-to-home model with the patient being trained, let's say, in what's called a transitional care unit, sort of a small space within the hospital, or one of the outerlying hospital clinics, and then moving to home. That's one. And then two, we also have a number of our patients in the home with Tablo who are affiliated with one of the existing dialysis care providers.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

There are a number of them actually, what we call, kind of a mid-tier size. They may manage thousands or tens of thousands of patients through dozens up to hundreds of different locations. And that's been, that's how we define sort of the second customer segment for us. And we've had really nice strong traction there as well.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay. Can you talk a little bit about the dynamic of the acute to home -- to chronic is interesting. How much revenue, like a hospital that doesn't have the ability to keep that chronic dialysis patient, I mean, how much money are they leaving on the table by farming that patient out to a dialysis center?

## A - Leslie Trigg  {BIO 7036115 <GO>}

A lot.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Yes.

## A - Leslie Trigg  {BIO 7036115 <GO>}

And part of that is that they -- in a great way, they aren't burdened with all of the overhead, let's say, a 20 or 30 years of dialysis clinic, overhead and infrastructure. Tablo does not require a water treatment room. It doesn't require any fixed infrastructure. So number one, their upfront investment costs to start this new home program are not high. It's really kind of a modest amount of square footage, couple of chairs. You got to have access to tap water. You have to have an electrical outlet, but there's not a tremendous amount of upfront costs that you need to recoup.

And then when you look at the revenue side of things, accounting for, let's say, cost of Tablo supplies and training labor, et cetera. It's probably anywhere in the $15,000 to $17,000 per year, $15,000 to 20,000 maybe per year, per patient. And that's assuming -- pretty conservative assumptions around largely Medicare. If you get into a fairly healthy commercial mix, it would be -- it would be more.

And so, I think the opportunity for hospitals kind of the before and after picture, we are in the before picture still where hospitals are in receiving most of the patients are crashing [ph] into dialysis. They're stabilizing them, starting them on dialysis, and then sort of distributing them to chronic care providers. But, those patients typically today are coming back in the hospital, 12 to 14 days per year for a variety of reasons, many of them cardiovascular. When they come back into the hospital, guess who's paying for the dialysis for those patients, the hospital. It's not reimbursed.

And so, on the one hand, the hospitals are eating all -- bearing all the costs and availing themselves of none of the upside, if you will, the revenue upside. So, that's sort of what we've been able to point out through our financial analysis with health system partners.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Got it, that makes so much sense. Okay, let's talk about patient selection in the home. This was always a conversation when I was doing due diligence on this market 10 years ago, like, "Oh, there has to be a right patient." It feels like that conversation has gotten less important with the Tablo because it feels like almost -- literally almost anyone could do it.

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

I talked to a nephrologist who trained a 12-year-old after 10 minutes on it.

## A - Leslie Trigg  {BIO 7036115 <GO>}

He did?

## A - Danielle Antalffy  {BIO 16104603 <GO>}

So yes, yes. I never told do that?

## A - Leslie Trigg  {BIO 7036115 <GO>}

No.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Yeah, it was -- it was kind of awesome. It was on a public call, like whatever we could talk -- we'll talk about that later. But, , yeah, so anyone can do it. So, so I guess, my question to you is, as you're getting some of these health systems or clinics set up with a home program or helping them with their -- start their home program, is that still an important conversation? And if so, how are you guys approaching it?

## A - Leslie Trigg  {BIO 7036115 <GO>}

It's not important in terms of Tablo requirements. It's not important at all. We found that any level of age, education, there's going to be some physical competency realities to being able to do simple things with your hands. But, but no, I think the scope, the aperture for who can be successful setting up and managing Tablo is very, very wide. I will say, and I feel too that this is changing, Danielle, just like you, but I will say that I think we have an accumulated 10 or 15 years of that sort of more narrow thinking in the space.

And I think that, yeah, there's some habituation around only a certain type of person. That's a big policy focus for us as well. I mean, health access equity is really, it's not rhetoric, it's important. And it's pretty interesting, a majority of our patients in the IDE were non-white and that trend has largely followed us into the real world. So, I am excited to see that I think we can do a lot and we intend to do a lot and be a very vocal partner in ensuring that anybody who wants to go home and has the desire to be independent, has the opportunity to do so.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay. And I know it's early days, but relatively speaking in the launch, but as far as -- as far as that 30%, I think you guys said at the time of IPO, 30% to 35% penetration you thought was a reasonable peak market opportunity here. Do you feel any more bullish or less bullish about that?

## A - Leslie Trigg  {BIO 7036115 <GO>}

Well, the -- yeah, so the, the assumption around the 30% going home is what underpins our roughly $9 billion TAM in the home. Is it as [ph] one data point in this ETC model, this program that CMS has designed, is tied to percentage of patients in the home, the target to make it into the highest threshold for clinic this year is 28.8%. So I'll say, I would imagine that some in the industry think and plan to drive it to a higher number. But for today, our TAM is anchored to 30%.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

Yeah, okay, got it. Last question on this and that's TPNIES -- Tiffany's Tippony [ph]. I like TPNIES, but -- so, you guys do have TPNIES approval and just curious about how meaningful that is. I mean, sure, it's incrementally positive. I'm personally in the camp, felt like these providers are going to want a home program regardless. This is just a little more icing on the cake. But just curious about how you're thinking about TPNIES and being incremental or driving faster adoption because it does maybe make the upfront cost less number, so.

## A - Leslie Trigg  {BIO 7036115 <GO>}

Yeah. I think we said last year, if we didn't get it, which I was really pessimistic that we would, but if -- I remember saying, if we don't get it, like, it won't change our internal forecast for the follow-on years and it hasn't. So, our confidence in using words like bullish, inflection are not coming because of TPNIES, it's from our own internal readiness to scale rapidly and with quality. I will say that, I mean, did -- has TPNIES provided sort of an urgency nudge? Yeah, probably I think around the margin, as there is a shelf life to this.

And so, I think we certainly conveyed to some of the providers that, "Hey, if you're going to sign a sales agreement six months from now, why wouldn't she sign one now?" And so, it has probably helped us accelerate some of the conversations, but I think those sales agreements would've come in due time anyway, just because of the value prop of the device.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay, yeah, I think we're on the same page there.

## A - Leslie Trigg  {BIO 7036115 <GO>}

Yeah.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

All right. Question from the line and that's on the competitive landscape. So, you do have a legacy competitor here owned by Fresenius, but you also have potential competition from some privately-held companies. So, how do you think about the competitive landscape evolving and ensuring Tablo is -- remains in a potential market-leading position and pioneering the space?

## A - Leslie Trigg  {BIO 7036115 <GO>}

Well, I can tell you that we have a very ambitious group here and a pervasive invention mindset that extends far beyond the devices of Tablo. So, I think and we also get bored easily, so we -- you can be assured that Tablo will continue to get more interesting and more and more and more compelling clinically and otherwise over time. I think already we have a very, very, very wide competitive moat. That doesn't mean that, again, we -- it doesn't mean we don't pay attention, doesn't mean we don't sleep with one eye open. We are always closely monitoring and scanning the horizon.

To date, I can tell you that whether it's on the acute side or the home, nobody else has clearance for home other than the incumbent. And in both of those settings, we haven't seen an impact nor do we expect any impact in this calendar year at least from any potential competitive devices.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Okay, perfect. All right. Less than -- the last few minutes here, let's talk about margins -- Nabeel, you're up. So, gross margins, you guys have been doing well, tracking ahead of what you said you

© COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.

would do it feels like from a growth margin expansion perspective, still a lot of a room to go there. So, maybe just talk about how to think about the drivers in 2022 and sort of how you feel about that 50% long-term number that you guys have put out there at the time of IPO.

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

Yeah, Danielle, for sure. So with respect to 2022, a couple of things. One, 2022 will be the first year where all of our on consoles are made at our facility in Mexico. You may remember that in the first half of 2021, we were ramping. Q3 roughly is when all of our consoles were made in Mexico. And so, 2022 is the first full year of our consoles in Mexico. On the console -- to stay with that for a minute, we have had and will continue to have a very aggressive, very, very well-seasoned cost down program.

This is where we look at components and we ask can we find a cheaper supplier? Can we sign a long-term order that gets us better pricing? Can we change the plastics? Can we redesign the parts? Right. All of those things. That program has worked for us well through 2021 and prior, and that program, combination of supply chain and engineering, will continue to work for us in 2022 and beyond.

Second thing in 2022, cartridge transition to Mexico from Southeast Asia. That will save us freight, right? That's going to transition here in the first half of the year, the Mexico based manufacturer will ramp up. So those are the things for 2022. Long term, we'll continue to have cost down. We will see on the service line, service margin expansion, just as we get more consoles installed, we get productivity from our service team. And then, as our installed base grows and we drive higher utilization, you will see revenue mix shift such that we will get more revenues from consumables as a percent of our total revenue, all of which are what give us confidence in our roughly 50% margin in 2025.

## A - Danielle Antalffy  {BIO 16104603 <GO>}

Got it. All right, guys. Well, time is up. I'm going to let everyone get to their weekends and thank you so much for the time. Thanks everyone who's listening in.

## A - Nabeel Ahmed  {BIO 20880201 <GO>}

Thanks, Danielle.

## A - Leslie Trigg  {BIO 7036115 <GO>}

Thank you.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2025, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*