# Exhibit 22

# Outset Medical

**Investor Presentation**

May 2021

# Forward-Looking Statements and Non-GAAP Information

This presentation and the accompanying oral statements contain forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact are forward-looking statements. In some cases, you can identify forward-looking statements by terminology such as "may," "will," "should," "could," "expect," "plan," anticipate," "believe," "estimate," "predict," "intend," "potential," "would," "continue," "ongoing" or the negative of these terms or similar expressions. Forward-looking statements are based on management's current assumptions and expectations of future events and trends, which affect or may affect our business, strategy, operations or financial performance, and actual results and other events may differ materially from those expressed or implied in such statements due to numerous risks and uncertainties.

These forward-looking statements include, but are not limited to, statements about our possible or assumed future results of operations and financial position, including expectations regarding projected revenues, gross margin, profitability and outlook, statements regarding our overall business strategy, plans and objectives of management, as well as our expectations regarding the continuing impact of the COVID-19 pandemic on us and our operations as well as the impact on our customers and suppliers. Forward-looking statements are inherently subject to risks and uncertainties, some of which cannot be predicted or quantified, which could cause actual results to differ materially from those expressed or implied in these forward-looking statements. These risks and uncertainties include: our future financial performance, including our expectations regarding our revenues, cost of revenues, operating expenses, gross margin and our ability to achieve and maintain future profitability; our ability to reduce manufacturing costs; our ability to attain market acceptance among providers and patients; our ability to manage our growth; our expansion into the home hemodialysis market; our ability to ensure strong product performance and reliability; our relations with third-party suppliers, including contract manufacturers and single source suppliers; our ability to overcome manufacturing disruptions; the impact of COVID-19, natural or man-made disasters, and similar events, on our industry, business and results of operations; our ability to offer high-quality support for Tablo; our expectations of the sizes of the markets for Tablo; our ability to innovate and improve Tablo; our ability to effectively manage privacy, information and data security; concentration of our revenues in a single product and concentration of a large percentage of our revenues from a limited number of customers; our ability to compete effectively; our ability to accurately forecast customer demand and manage our inventory; our ability to ensure the proper training and use of Tablo; and our compliance with FDA and other regulations applicable to our products and business operations; as well as other risks and uncertainties described in the Risk Factors section of our public filings with the SEC, including our Annual Report on Form 10-K filed with the Securities and Exchange Commission ("SEC") on March 22, 2021, and our Registration Statement on Form S-1 filed with the SEC on April 5, 2021, in connection with a public offering of shares of our common stock. Forward-looking statements should be considered in light of these risks and uncertainties, and you should not rely on these forward-looking statements as predictions of future events. These forward-looking statements speak only as of their date and we undertake no obligation to publicly update or revise any forward-looking statement, whether as a result of new information, future developments or otherwise.

This presentation and the accompanying oral presentation also contain statistical data, estimates and forecasts that are based on independent industry publications or other publicly available information, as well as other information based on our internal sources. This information involves many assumptions and limitations, and you are cautioned not to give undue weight to such information. We have not independently verified the accuracy or completeness of the information contained in the industry publications and other publicly available information. Accordingly, we make no representations as to the accuracy or completeness of that information nor do we undertake to update such information after the date of this presentation.

In addition to financial information presented in accordance with U.S. generally accepted accounting principles ("GAAP"), this presentation and the accompanying oral statements include certain non-GAAP financial measures, which may include Non-GAAP gross margin, operating expenses, net income/loss, and basic and diluted net income/loss per share. Any non-GAAP measure is presented for supplemental informational purposes only and should not be considered a substitute for or superior to financial information presented in accordance with GAAP. There are limitations related to the use of non-GAAP financial measures because they are not prepared in accordance with GAAP, may exclude significant expenses required by GAAP to be recognized in our financial statements, and may not be comparable to non-GAAP financial measures used by other companies. A reconciliation of these measures to the most directly comparable GAAP measures is included at the end of this presentation.



2

# Growing momentum since IPO
## Significant progress in revenue growth and gross margin expansion

| 1Q 2021 Revenue Outperformance | | Gross Margin Expansion and Manufacturing Ahead of Timelines | | Continued Progress in Acute and Early Home Success |
|---|---|---|---|---|

**Total Revenue ($M):**



$22.9

219%

$7.2

1Q 2020    1Q 2021



- 1Q 2021 non-GAAP gross margin of 1.6%
- Console manufacturing a full quarter ahead of schedule
  - 165 consoles produced in the Mexico facility in 1Q 2021
  - 100 consoles produced in the Mexico facility in April
- Lower-cost cartridge FDA 510(k) submission filed

**Acute**
- Strong momentum, both with new and existing customers

**Home**
- Encouraging results on faster training and differentiated retention
- Strong home program receptivity from health systems
- Multiple future tailwinds
  - ESRD treatment choice model
  - Medicare Advantage eligibility
  - TPNIES application submitted

Case 5:24-cv-06124-EJD   Document 57-22   Filed 08/14/25   Page 4 of 31

3

# First quarter highlights and performance drivers

**Total Revenue ($M):**

Bar chart showing quarterly revenue:
- 1Q20: $7.2
- 2Q20: $11.7
- 3Q20: $13.8 (219% annotation on trend line)
- 4Q20: $17.2
- 1Q21: $22.9

| | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 |
|---|---|---|---|---|---|
| Gross Margin: | (49.6%) | (40.6%) | (37.3%) | 2.4% | 1.3% |
| YoY Growth: | 188.6% | 308.8% | 423.0% | 143.4% | 218.7% |

## Continued Momentum in Acute Market

- ✓ **Focused on fleet expansion across existing customer accounts**
- ✓ **Tablo's economic value and ease of use continue to drive account penetration**

## Current Snapshot

- ✓ **~1,100 Tablo consoles in the field as of December 31, 2020**
  - Acute: ~900
  - Subacute: ~100
  - Clinics and Home: ~100



.Outset

4

# Strategic focus and key 2021 priorities

**Acute Market**

- Expansion across current customer base
- New agreements with top national and regional health systems

**Home Market**

- Deliver exceptional patient experience and support ecosystem
- Capitalize on health system interest in owning home dialysis as an incremental source of revenue and operating margin
- Cultivate a home-first mindset with healthcare providers

**Manufacturing**

- Increase manufacturing output
- Drive gross margin expansion





5

# 2021 Financial Guidance[1]

**Revenue**

- FY 2021 Revenue between **$92M - $97M** or **84% - 94%** year-over-year growth

- Increase from prior revenue guidance of **$89M - $94M** driven by modestly updated expectations for console placements

**Non-GAAP Gross Margin**

- Forecasting positive gross margins for the full year with sequential improvements throughout 2021

- Gross margin expansion driven by improved console manufacturing productivity, a lower console cost given cost down activities, and the benefit of shifting towards our lower-cost cartridge manufacturer assuming FDA clearance

.Outset

1. All forecasts and assumptions as of May 5th, 2021; please refer to the company's SEC filings and press releases for additional information and disclosures

# Product and Strategy

**Outset has a first-of-its kind technology to reduce the cost and complexity of dialysis from the hospital to the home**

**Anywhere** — Integrated water purification

**Anytime** — Dialysate on demand to the patient's prescription

**Anyone** — Touchscreen and sensors make Tablo simple to learn

.Outset



8

# Dialysis is one of the largest, most expensive, least-changed sectors of healthcare

 **~85M**

Annual dialysis treatments in the U.S.

**$74B**

Annual dialysis expenditure in the U.S.

**7% for 1%**

Medicare budget devoted to dialysis; ESRD patients as a percentage of the Medicare population (2017)

The ESRD population is expected to grow by more than 30% in the next ten years

**1+ million**

**810,000**

Diabetes | Hypertension | Obesity | Aging Population

2020                                    2030

.Outset

Source: Company estimates as of 2019 based on data contained in The United States Renal Data System's 2019 Annual Data Report

9

# Dialysis care landscape

**40%**
**Managed into dialysis**

**CKD/ESRD Patients**

**60%**
**"Crash" into dialysis**

**Acute**

**Hospitals | LTAC | SNF**

**Chronic**

**12%**
**Dialysis at Home**

**88%**
**Dialysis in Clinic**

Note: "CKD" represents Chronic Kidney Disease; "ESRD" represents End Stage Renal Disease; "LTAC" represents Long Term Acute Care; "SNF" represents Skilled Nursing Facility



10

# **Innovation** is desperately needed







**COMPLICATED**                    **INFLEXIBLE**                    **BURDENSOME**

**EXPENSIVE LABOR AND SUPPLIES**

**OPERATIONAL INEFFICIENCY**

**LOW ADOPTION AND RETENTION AT HOME**



Case 5:24-cv-06124-EJD   Document 57-22   Filed 08/14/25   Page 12 of 31

# Tablo is an enterprise solution that delivers easier, lower-cost dialysis

WATER TREATMENT ROOM

DIALYSATE SYSTEM

BAXTER PRISMAFLEX

FRESENIUS2008T

PORTABLE REVERSE OSMOSIS

COMPUTER ON WHEELS

NXSTAGE SYSTEM ONE S

.Outset

# One device, multiple markets

---

## $11.1B U.S. TAM [1]



### ACUTE CARE
Hospital & sub-acute based dialysis

## $2.2B TAM [1]

### HOME CARE
Home hemodialysis & transitional care

## $8.9B TAM [1]

1. Company estimates as of 2019 based on data contained in The United States Renal Data System's 2019 Annual Data Report

13

.Outset



# **Broad technology innovation** drives execution against key strategic initiatives



## Commercial Adoption and Expansion

- EMR-integrated treatment data and Tablo fleet management

- Remote diagnostics and predictive maintenance

- Clinical analytics supporting value-based care models



**.Outset**
**2-Way Wireless Data Ecosystem**

## Operating and Gross Margin Expansion

- Digitized supply chain

- State-of-the-art, cloud-based manufacturing and quality documentation system

- Virtual distribution and logistics tracking

**.Outset**

15

ACUTE CARE



Confidential, Internal Use Only, Do Not Disseminate

## Acute market estimated to grow 7% annually over next 5 years

**2,300** Hospitals delivering dialysis [1]

**1,600** Sub-acute facilities managing dialysis patients [1]

## Dialysis is a cost center for hospitals

- No separate DRG for inpatient dialysis

- Widespread cost problem for hospitals; ~600 DRGs involved dialysis in 2018

- 60% of hospitals stays involving dialysis resulted in negative operating margin

1. Market Model based on 2019 Definitive Health Data

16

# Tablo **reduces the cost and complexity** of acute dialysis

**Pre-Tablo**

**With Tablo**

**1** Supplies Cost Reduction

**2** Labor Cost Reduction

- Existing ICU machines require numerous dialysate bags for each treatment

- Some hospitals incur the additional cost of outsourcing dialysis to a 3rd party provider

- Tablo creates the dialysate on demand, eliminating the cost and complexity of bags

- Enables hospitals to insource and utilize their existing nursing staff to deliver dialysis

**Total Potential Cost Savings:  $300-$500/treatment [1]**
**Potential payback period <1  year**



1. Company estimates based on data provided by third party health systems

17

# Significant cost savings generated for leading hospitals and health systems



## Cleveland Clinic

### Case Study: ICU Dialysis Cost Cut by 55%

**Projected annual ICU dialysis cost**

$5.4M — Pre-Tablo

$1.5M — Supplies savings

$1.4M — Labor savings

55% savings

$2.4M — Post-Tablo

Source: Cleveland Clinic

18

Case 5:24-cv-06124-EJD    Document 57-22    Filed 08/14/25    Page 19 of 31



**HOME CARE**

# Home market significantly underpenetrated

| | |
|---|---|
| **550k** | Chronic dialysis patients [1] |
| **30%** | Patients eligible for home hemo [2] |
| **2%** | Patients on home hemo [1] |

---

# Historical Barriers

- Limited commercial payor engagement
- Medicare reimbursement misaligned with treatment frequency
- Inadequate provider payment incentives
- Cumbersome technology and training

1. Medicare data as of 2018
2. Company estimates as of 2019 based on data contained in The United States Renal Data System's 2019 Annual Data Report

19

# Tablo addresses key barriers to home dialysis adoption and retention





## Current Device

**5-6x**
treatments per week

**100 hours**
training per patient

**16-24 hours/week**
dialysate prep time



**3x**
treatments per week

**<25 hours**
of training per patient

**0 hours/week**
dialysate prep time



20

# Outset's vision of the future... an engaging, tech-enabled patient journey

**Retention**

**Activation**

**Training**

**Real-time virtual support; interactive mobile community; gamified data and rewards**

*Reduce social-emotional drivers of home attrition*

**Consumer-driven influence and digital lead gen**

*Supplement clinic-based patient education*

**At-home virtual training; immersive simulation and augmented reality**

*Avoid clinic-based training bottleneck*



21

# Home market is poised for change and Outset's differentiated commercial strategy is designed to capitalize on it



**ESRD patient eligibility for Medicare Advantage**



**Executive Order; New CMS Add-on payment**



**Patient preferences**



**Simpler Technology**



**Outset's health system customer base serves as the commercial entry point into the home**



22

# Owning the home patient with Tablo drives significant incremental revenue and margin for health systems



## $8,000–$14,000

Amount of annual profit each patient has the potential to generate for the health system [1]

## 18-31%

Estimated operating margin on each home patient

|  | Community Hospital | National Hospital Chain |
|---|---|---|
| Annual ESRD patients | ~1k | ~32k |
| Annual revenue outsourced to 3rd party dialysis operators [2] | ~44M | ~$1.9B |
| Converting 30% of ESRD patients to home program | ~220 patients | ~10k patients |
| New annual revenue | ~13M | ~$581M |
| Incremental profit contribution | ~3M | ~$115M |

1. Based on 5-year calculation for Tablo Home program.
2. Key Assumptions: $444 per treatment factoring in an estimated 65% Medicare payer mix

23

# IDE trial demonstrated Tablo's **safety and effectiveness** in the home

| 26-71 | Years of age |
|---|---|
| 43% / 27% | Black/Hispanic + Latino |
| 60% | History of diabetes |
| 96% | History of hypertension |

**Met efficacy endpoints**
Achieved weekly Std Kt/V ≥ **2.1**

**99.5%**
IN-CENTER
**Avg = 2.8**

% weeks that met primary endpoint

**98.3%**
IN-HOME
**Avg = 2.8**

**Met safety endpoints**
1.8% overall incidence of adverse events

# 0 Pre-specified adverse events related to Tablo

**High home retention rate and treatment compliance**

**0%**
Drop-out during in-home period

**99%**
Adherence to prescribed home treatment frequency



Case 5:24-cv-06124-EJD    Document 57-22    Filed 08/14/25    Page 25 of 31

# Positive Tablo patient experience

## Patients Prefer Tablo for Home [1]

Surveyed 13 patients in the IDE previously at home using the incumbent HHD machine



**Patient preference results – Tablo vs prior home system**

## Patients report fewer symptoms on Tablo [2]

Patient-reported outcomes survey comparing in-clinic treatments on Tablo vs. their previous dialysis machine



1. Outset 2019 IDE trial
2. Alvarez L, May Y, Chertow G. Early Patient Experice with the Tablo Hemodialysis System

25

# Outset's business model





**Initial console purchase generates recurring and predictable consumable and service revenue**

**1** Single platform optimizes commercial outreach and manufacturing

 Data ecosystem streamlines service and support

 Console utilization leads to higher treatment revenue mix



# First quarter 2021 financial performance

**Total Revenue ($M):**

$22.9

219%

$7.2

| 1Q 2020 | 1Q 2021 |

| Product Revenue | $5.9 | +207% | $18.2 |
| Service & Other Revenue | $1.3 | +272% | $4.7 |

**Non-GAAP [1] Financial Metrics:**

| | 1Q 2020 | 1Q 2021 |
|---|---|---|
| Gross Profit | ($3.5M) | $0.4M |
| Gross Margin | (49.3)% | 1.6% |
| Net Income (Loss) | $4.7M | ($24.2M) |

## Total cash balance of $310.8M [2] as of March 31, 2021



1. See appendix for reconciliation of non-GAAP financial measures
2. Includes restricted cash and short-term investments; does not include $149.7M net proceeds from the April 2021 follow-on offering

# Appendix

# Non-GAAP reconciliations

**Appendix A**
**Outset Medical, Inc.**
**Results of Operations – Non-GAAP**
*(in thousands, except per share amounts)*
*(unaudited)*

**Reconciliation between GAAP and non-GAAP net income (loss) per share attributable to common stockholders:**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2021** | | **2020** | |
| GAAP net income (loss) per share to common stockholders, diluted | $ | (0.70) | $ | 0.74 |
| Stock-based compensation expense | $ | 0.14 | $ | 0.10 |
| Non-GAAP net income(loss) per share to common stockholders, diluted | $ | (0.56) | $ | 0.84 |

**Reconciliation between GAAP and non-GAAP net income (loss) attributable to common stockholders:**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2021** | | **2020** | |
| GAAP net income (loss) attributable to common stockholders, diluted | $ | (30,025) | $ | 4,161 |
| Stock-based compensation expense | | 5,852 | | 580 |
| Non-GAAP net income (loss) per share attributable to common stockholders, diluted | $ | (24,173) | $ | 4,741 |

**Reconciliation between GAAP and non-GAAP results of operations:**

| | Three Months Ended March 31, | | | |
|---|---|---|---|---|
| | **2021** | | **2020** | |
| **GAAP gross profit** | $ | 289 | $ | (3,564) |
| Stock-based compensation expense | | 75 | | 19 |
| Non-GAAP gross profit | $ | 364 | $ | (3,545) |
| | | | | |
| **GAAP gross margin** | | 1.3 % | | (49.6) |
| Stock-based compensation expense | | 0.3 | | 0.3 |
| Non-GAAP gross margin | | 1.6 % | | (49.3) % |
| | | | | |
| **GAAP research and development expense** | $ | 7,570 | $ | 5,838 |
| Stock-based compensation expense | | (1,165) | | (118) |
| Non-GAAP research and development expense | $ | 6,405 | $ | 5,720 |
| | | | | |
| **GAAP sales and marketing expense** | $ | 13,149 | $ | 7,282 |
| Stock-based compensation expense | | (1,742) | | (82) |
| Non-GAAP sales and marketing expense | $ | 11,407 | $ | 7,200 |
| | | | | |
| **GAAP general and administrative expense** | $ | 9,246 | $ | 3,526 |
| Stock-based compensation expense | | (2,870) | | (361) |
| Non-GAAP general and administrative expense | $ | 6,376 | $ | 3,165 |
| | | | | |
| **GAAP total operating expense** | $ | 29,965 | $ | 16,646 |
| Stock-based compensation expense | | (5,777) | | (561) |
| Non-GAAP total operating expense | $ | 24,188 | $ | 16,085 |

