# Exhibit 23

**AI | Expert Insights**

COMPANY DEEP-DIVE

# Nephrologist Does Not Think OM's Tablo Will Make It to the Home Dialysis Market

| DATE PUBLISHED | INTERVIEW DATE | EXPERT PERSPECTIVE | ANALYST PERSPECTIVE | PRIMARY COMPANIES |
|---|---|---|---|---|
| 09 Jul 2024 | 11 Jan 2024 | Doctor/Medical Professional | Investor-Led (Buy-Side) | OM |

OTHER COMPANIES

QUANTA D...  FMS  DVA  BAX

---

## Transcript Highlights

- In the expert's opinion, OM's Tablo has gained traction in hospitals due to effective marketing and convenience, but **wider adoption faces challenges** due to limitations like low dialysate flow rates.

- The expert believes **the low maximum dialysate flow rate of ~300 ml/min compared to higher rates with conventional machines raises concerns about clearance efficacy over time.** However, the convenience and portability of the all-in-one system appeal to hospitals updating their infrastructure.

- The expert sees inpatient use growing, but they don't have clarity on Tablo's outpatient growth plan and believe it will need to partner with a large dialysis organization to transition patients from hospital to home dialysis.

---

## Table of Contents

Dialysis devices commonly used in clinical practice.

Reasons for not using Tablo as much as other devices.

Differentiation between Tablo's water filtration system and the conventional water system.

Economic benefit to utilize Tablo in a hospital setting versus the cost to maintain relationships with large dialysis providers.

Financial impact of switching from a large dialysis provider to Tablo on nephrologists.

Pros and cons of Tablo.

Tablo's potential of making it in the home care setting.

Factors that can drive an increase in home dialysis over in-clinic dialysis.

Challenges Tablo is facing in the home dialysis space.

Outlook on DaVita possibly acquiring or partnering with Tablo.

Steadiness of the disposable aspect of dialysis consumables.

Indicators for the confident outlook on Tablo's growth.

Role of *Outset* Medical's trainers in the hospital.

Familiarity with Quanta.

Significance of the American Society of Nephrology conference in the industry.

---

## Expert Bio

Expert is the Chief, Division of Nephrology at South Shore Health and has been practicing in the specialty for ~9 years.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

## Employment History

**South Shore Health** (Private)
Chief, Division of Nephrology • July 2022 - Present • 2 yrs, 11 mos

Relevant Role

**Commonwealth Nephrology Associates** (Private)
Partner • June 2021 - Present • 4 yrs

**Commonwealth Nephrology Associates** (Private)
Nephrologist • October 2017 - July 2021 • 3 yrs, 9 mos

**VA Boston Healthcare System** (Private)
Attending Physician • June 2013 - November 2017 • 4 yrs, 5 mos

**Partners HealthCare** (Private)
Nephrology Fellow • July 2011 - June 2015 • 3 yrs, 10 mos

## Interview Transcript

**Analyst**
How many patients do you see per month that are going on dialysis?

**Expert**
In terms of patients I see in the dialysis center or patients in the hospital who require dialysis?

**Analyst**
That you see in your center.

**Expert**
I see approximately 100-150, depending on if I'm covering partners or if numbers are up, but on average, at least 100 ESRD patients per month.

**Analyst**
Got it. Of those ESRD patients, how many are you putting on the incumbent devices?

**Expert**
You're saying home hemo?

**Analyst**
No, in the clinic setting, in the hospital setting.

**Expert**
How many am I putting on what devices?

**Analyst**
DaVita's device, Fresenius device, Baxter device, anything else...

**Expert**
In the hospital, I use Baxter Prismaflex for CRRT. Otherwise, I use Tablo at certain hospitals, very few. Two of the hospitals have Tablo. They used to be both Fresenius, and then in the last year, they've become Tablo programs. Everything else, so one of the hospitals just went with Fresenius, but it used to be Braun. Now most of my machines are Fresenius. I would say it's either Fresenius or Tablo, with the exception of CVVH patients in the ICU. I don't do any CVVH patients on Tablo currently.

**Analyst**
Okay. Got it. Very few Tablo machines. What is the reason for not using Tablo as much as these other older devices?

**Expert**
I think Tablo is relatively new. Tablo has actually gained. A year ago, I had zero. Now I have two programs with Tablo. I think **Tablo is growing**.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Expert**

I wouldn't say it's so little. I just think it's new, and the model is different from what it used to be.

**Analyst**

Got it. Can you help me understand a little bit more on that pay structure? You said you pay once and then...

**Expert**

This is my understanding. No, I think when we talk about the hospital relationship with Fresenius or DaVita, that's a pay-per-treatment kind of thing. You have an agreement, and you pay X amount per treatment. That includes your machine, your disposables, your nurses, all those different things, whereas if you have Tablo and you own the machine, you just are paying the labor.

**Expert**

I think Tablo, because the water filtration system is part of the machine, I know there are others on the market, but to be honest, there actually aren't that many where you can run everybody without a separate water treatment contractor agreement with some kind of water company.

**Analyst**

Got it. Okay. Yeah. That seems to be a big differentiator, the water filtration aspect of Tablo. Can you help me understand more about that differentiation versus the other devices?

**Expert**

The question was the difference between Tablo and a conventional water system. Correct?

**Analyst**

Yes, specifically around the pure water purification and the advantages that Tablo might have.

**Expert**

Yeah. I'm going to start by saying this is not my area of expertise at all. To be honest, I don't really know a lot about how Tablo actually works. Basically, in order to do any dialysis, you need purified water to be your dialysate. You could also run on pre-made bags like NxStage. You can run either with PureFlow, which makes its own dialysate or you can run on bags of pre-made dialysate.

**Expert**

Tablo is just basically a reverse osmosis system that works in real time. PureFlow from NxStage, you make the PureFlow bag before you go on the treatment. It's not made as the treatment is going on, whereas Tablo, you make the dialysate as treatment is going on. It involves carbon filters and a reverse osmosis system. I don't know that inner working of how Tablo does it. I've never been educated on that.

**Expert**

That being said, I know it's all self-contained in one unit. I know at the bottom there's carbon filters. **I've had some issues with the carbon filters in my program.** All water purification follows the same principles. It's just that Tablo is contained in the same device as the actual dialysis machine, whereas NxStage, it's a separate device if you're using PureFlow.

**Expert**

If you look at a Fresenius or a major dialysis organization, they have a bunch of different options. They have older models that have large carbon tanks. AquaC is another vendor that makes a reverse osmosis system. As far as I know, this is my knowledge, and I'll also give a caveat to that in a second. I think Tablo is the only one that's one piece of equipment having both the water purification as well as the dialysis system.

**Expert**

The other piece is that I feel like there's other products on the market that I actually was not aware of until I went to American Society of Nephrology conference in November. I saw three of these other, I think, products, and I honestly don't know the names of them. I felt like Tablo is the one **that had gained the most market share.** It seemed the most functional. One of them was a tremendous, huge machine that I couldn't understand how that would really work. To me, Tablo is unique in that it's all one piece.

**Analyst**

Got it. Okay. Is there any economic benefit for the hospital setting to utilize Tablo as opposed to NxStage from Fresenius or the other older devices?

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Expert**

Sure. It's hard for me to comment on that, but I think **the hospitals obviously see economic benefit**. That's why they're going from the relationships with dialysis vendors. I think you have to obviously do the comparison. You may pay more upfront cost, but may have less disposables and may have less ongoing costs if you own your own equipment rather than pay per treatment. I think that's the obvious, I would say.

---

**Analyst**

Got it. Generally, it would be more cost-effective for the hospital to maintain their relationships with DaVita and Fresenius, as opposed to...

**Expert**

Do I think **it would be more costly**?

**Analyst**

Right. Would **it be more costly to maintain** their relationships with DaVita and Fresenius as opposed to...

**Expert**

My answer will only be speculation, but I assume that yes, **it is more costly to maintain** relationships with large dialysis providers.

**Analyst**

Got it. I've also read...

**Expert**

I have never run those numbers.

**Analyst**

Got it. Nephrologists are typically employed by DaVita and Fresenius.

**Expert**

No.

**Analyst**

Is that not true? I had heard that nephrologists who work for certain large hospital systems are also employed by DaVita and Fresenius. **It would actually personally hurt the nephrologist from a financial standpoint** if their employer hospital system switched over to Tablo. Is there any truth to that kind of generalized...

**Expert**

I think there's a little bit of nuance that's really important there. When you say employed by, if you're referring to being a medical director, that's one thing. I think if you look at being a medical director as employment, then yes. If you take a program and you take a medical directorship from a doctor that's through Fresenius or DaVita and then go to Tablo, hypothetically, that medical director relationship is going away.

**Expert**

This is going to be dependent on each different hospital is going to have a different relationship with their nephrologist, whether or not the hospital employs the nephrologist, whether or not the nephrologist is private practice. There's many different models out there, but ultimately, if a nephrologist is a chief of a department or the head of the dialysis program, to me, that relationship is with the hospital.

**Expert**

Every dialysis program, whether it's Tablo or Fresenius, needs to have a medical director. I think whether or not there's a relationship with a LDO versus having Tablo, I don't know that it necessarily has a huge impact on the nephrologist. I think it depends on the nephrologist's relationship.

---

**Analyst**

That's very helpful. Okay. Further on the product differentiation, you mentioned that you typically have a lot more experience with the Baxter device, as well as the NxStage from Fresenius. What would be the top three pros and cons of the Tablo device compared to the other incumbent devices that most nephrologists...

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Expert

Sure. Dialysis, the water system is everything. When I look at Tablo and the water system that's self-contained, I think **it's very attractive**. I think it makes a lot of sense. It's easy. The pro is that it's all self-contained. It's one unit. I think Tablo from a platform is very pretty and user-friendly. The software is nice. The machine looks nice. It's not complicated. You look at some of these dialysis machines. I see them every day, obviously, but if I was a patient looking at it, it's terrifying. I think just that's another asset.

Expert

Another thing about Tablo, I think **the connectivity is nice, seeing the app**. If patients are in the hospital and they're on a Tablo treatment, the nurse can tell me what's going on, but I can see their pressure, I can see their flow rates, what their UF, and all that stuff. I think Tablo is a really modern, well-designed system. I think the one piece to make your water is a differentiator.

Expert

In terms of the negatives, I think the thing that you'll hear from nephrologists, and I know that Tablo says that it doesn't matter, is that **the dialysate flow rate of maximum of 300 ml/min is a problem**. I think we're used to running dialysate flow rates at either 1.5X the blood flow rate or even 2X the blood flow rate. Tablo, you can only run 300 ml/min. If you're running a blood flow rate of 400 ml/min, your dialysate flow rate is actually less than your blood flow rate.

Expert

When I was educated on Tablo, Tablo put up charts about comparisons and clearance between their machine and conventional hemodialysis, and they're like, "It's exactly the same, or maybe there's a slight lowering, but it evens out after a certain amount of time." I think there's some truth to that. The most important factor in people getting dialyzed well is how much time they're on the machine. If you run them longer, and Tablo can run 24 hours, you'll eventually clear things, clear middle molecules at longer times. There's a lot of truth to what they're saying.

Expert

On the other hand, I feel like experience that I've had personally in the hospital doesn't necessarily fit what they're telling me. I feel like a lot of times, people clear potassium really slowly, or we're afraid to use Tablo on a toxic ingestion because it's not really aggressive dialysis. I think their technology is great, and they're clearly making a decent amount of water in real time, but it's still lower than a conventional dialysis RO would be.

Expert

**The second disadvantage of Tablo** that I've really seen is that we've had, and again, I'm not fully versed on this. I haven't been totally educated on it. I can just tell you what my experience is. There's a two-part cart system or something where there's a carbon filter on the bottom that's not the same as the carbon filter in the machine.

Expert

The carbon filter on the bottom, and this may not be correct. I'm just telling you what I know. You can take it for what it's worth. The carbon filter on the bottom isn't yet FDA-approved or it's pending. They sold the machines to the hospital, and they have this carbon filter. When that carbon filter was full or needed to be rebedded or changed, we were unable to get that part.

Expert

We call this a worker and a polisher tank. The worker tank is the first tank where there should be no chlorine or chloramine that gets through that. When that tank is done, you replace it or you depend on the polisher, which is the second tank, and it's much smaller. The second carbon filter, which is the polisher carbon filter, was needed to be replaced. **I was having issues in the hospital** with we were flying through those carbon filters. That was an inconvenience. [I had a like happened], and then the nurse didn't know how to do it. It was a big headache.

Expert

I think that some of the technology is still really new. **I assume these are problems that are going to get worked out, but it did cause me an inconvenience, and also the patient got delayed in dialysis**. Plus there's cost associated with replacing carbon filters. The low [dialysis flow rate] is one thing. The carbon filter thing is another thing. I think **those are the main disadvantages**.

---

Analyst

Okay. That's really helpful. If we talk about the home care setting and Tablo's potential in the home, what are your latest thoughts on that? It seems like the bigger players like Fresenius and DaVita with Medtronic, **they're also making inroads in the home setting**. In your view, what are your thoughts on Tablo's...

Expert

Yeah. This is my own personal opinion based on no empirical data or evidence or anything. Fresenius owns NxStage, public information, well-known. What would be the incentive for any Fresenius patient or for any Fresenius unit to use equipment that they don't own? I think **it's a tough sell**. When I first saw Tablo, I was actually at the hospital that I trained at. I was visiting some old colleagues, but I was basically recertifying in something, in plasmapheresis.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Expert**

I was there, and I was like, "Oh, what's that?" They're like, "Oh, that's a NxStage machine." This is, I think, three or four years ago. This is the first time I ever heard about it or saw it. I was like, "How is it?" They're like, "It's interesting." At that point, I think the machines are not as good as they are now. They said, "Sometimes we have to troubleshoot a lot." This is one of the top hospitals in the United States.

**Expert**

They're like, "Sometimes we'll start a patient on it, and we'll have technical problems with the changeover to regular dialysis, fine." That was the nurses telling me this, and then the medical director of that place told me that the market strategy was for a Tablo patient to start on Tablo in the hospital and then go home on Tablo. That was the first time I had ever heard that approach.

**Expert**

At that point, even four years ago, I think I had two home hemo patients at the time. I think COVID and time and Medicare incentives and all that have definitely made home hemo more approachable or doable, and we're excited about it more than we have ever been. I don't think I knew anything about home hemo even at the time. Now, I think there's a lot of options, and this idea of starting somebody on a machine, getting them used in the hospital is a good approach.

**Expert**

Again, it depends on where they're going to go for their outpatient dialysis center. If it's Fresenius, to me, it's going to be hard to get them to use Tablo. That's just my own personal opinion about that. I'm only affiliated with Fresenius clinics. I don't work at any other clinics. When I said in my pre-interview comments about partnering with an LDO is to me, this has to become the machine of choice for a unit because ultimately, it seems to me that the units are going to go where costs are lower, and they're going to pick a machine that makes sense for them. I just don't see that necessarily happening in my practice.

**Analyst**

Got it. At the time, did you say that NxStage was already owned by Fresenius?

**Expert**

I think it had happened either that year or the year before, but I still remember that they were actual NxStage units. NxStage used to have its own dialysis units, and to my knowledge, *Outset* does not. NxStage units either have been acquired or closed. They've become Fresenius units or merged or closed. I know of only two in my market that existed, but one of them closed and one of them just got incorporated with another Fresenius unit. Fresenius used to use NxStage, but NxStage also had its own places, and then they became one. That makes more sense to me.

**Expert**

I'm not saying it's impossible. I just haven't figured out what the plan is. I see ads for patients that are using Tablo at home, and I want to be like, "What dialysis center are you doing it through?" If it's just a hospital-based dialysis program that's going to maintain outpatient dialysis, that's a whole different marketing strategy, but I just don't know who manages outpatient Tablo.

**Analyst**

Interesting. The current mix in terms of home dialysis versus in-clinic dialysis, it's still heavily weighted towards in-clinic. What would drive the mixture closer to 50/50 or even more in the home?

**Expert**

We would love it [inaudible]. I think in the last year, we've all experienced tremendous home growth. I think there's been a lot of Medicare money put towards it. The new KCC, I forget all the acronyms, but it used to be KCE or KCC. There's four letters now, I don't know. There's all these [Medicare Shared Savings Programs]. They've all incentivized home dialysis. Every year, it's more and more.

**Expert**

I think that has pushed the market that way. I think that both the dialysis organizations and these [Medicare Shared Savings Programs], Panoramic or Monogram or whatever, have all invested money in education so that patients are aware of the options for home before they start dialysis. This is all stuff that's well-known and data-driven and easily accessible.

**Expert**

I think that's changed the market. I think the technology getting better has made it easier. I think there's less fear. One of the strategies is to do a self-care. You can do a home hemo inside a dialysis unit as a self-care kind of thing. We'll help you, but you do it. The patients in the dialysis center are seeing the home dialysis therapy and learning about it without necessarily having to try it. They see somebody else go through it. "Oh, what is that? I'm curious about it." I think there's a lot of different things that have worked. My current percentage is I have about 20% of patients on home dialysis, which I know is above the national average.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Analyst**

Interesting.

**Expert**

It was not easy to get [inaudible].

---

**Analyst**

Got it. Absolutely. With the Tablo patients, is there a nurse involved that's employed by *Outset* Medical? What kind of training process is there for that at-home patient?

**Expert**

I don't have any home patients on Tablo. Is that what you're asking?

**Analyst**

Yeah. Out of this 20%...

**Expert**

I have patients who've had Tablo in the hospital, but I have no patients on Tablo at home. In the hospital, all of the nurses are employed by the hospital, and then there's a Tablo-employed person who's the trainer. I think I said this in my interview. I haven't seen how Tablo is going to make it to the home market. I know that's where it wants to be. I would love to know what people are...

**Analyst**

Large dialysis partner is what you're saying. They don't have that...

**Expert**

Yeah.

**Expert**

If you exclude all these companies, whether they're joint ventures or however you want to consider them, if Tablo is just going to go for the onesie-twosie independent dialysis units, I think those are few and far between because in dialysis, the only way to survive is to be efficient and to share costs.

**Expert**

I think that's why Fresenius with NxStage is such a big asset to Fresenius because they own the technology. Home dialysis obviously is far more financially beneficial than in-center. I think they have proven themselves in the hospital as an effective alternative, but I don't know how it makes the jump to home. I haven't figured it out. I know it's not my job.

---

**Analyst**

Do you think that it would make sense for the other large player, DaVita, to either acquire or sponsor or partner with Tablo device?

**Expert**

I can't speak for DaVita because I have no relationship with them. If I'm looking as an informed consumer, even though I'm a physician, I'm a consumer of the products. If I'm an informed consumer looking from the outside, it seems to make sense. On the other hand, I think it's funny because DaVita uses a fair amount of Fresenius products to my knowledge, of course, with no first-hand knowledge because I have no DaVita relationships or clinics or anything like that.

**Expert**

Also, these machines are always going to compete on price because I think at the end of the day, if you're talking about margins and the delivery of the service is the same between the machines, what are the outcomes you're looking at? You're looking at dialysis, hospitalizations, death, fluid rates, all those things. If they provide the same outcome, then you're going to compete on price.

**Analyst**

Got it. The consumables aspects for Tablo, is it a monthly type of consumables...

**Expert**

I have no idea. Again, I've never seen Tablo at home. I think if their market play is that you just plug right into the water and the machine runs on its own and you only need a filter and a cartridge.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Expert**

Maybe they're disposable. I can't imagine the disposables are significantly different between the two. Dialysis, dialysis. It's relatively the same. In my own opinion, it shouldn't be significantly different, but I really can't give you any concrete numbers because I just don't know.

---

**Analyst**

Got it. The consumables aspect across all these dialysis machines, how steady of a disposable aspect is it? I imagine is it every like four hours of therapy, some type of disposable aspect of the device needs to be replaced for the next run? Is it a pretty consistent stream of required disposables?

**Expert**

I think every treatment is different, and I think the only one that I know the most about, it actually has a differentiator which, in fact, is something that should be brought up. I think if we're talking about NxStage, NxStage can run off of PureFlow where it's one set per treatment. You can make a certain number of liters of fluid, and you can use that fluid for one treatment or even two treatments.

**Expert**

It depends on your weight and how much dialysis you need and how much fluid you put on. Ultimately, if you make a 60-L bag, a lot of people can do a 30-L treatment today and a 30-L treatment tomorrow on the same PureFlow bag. That's one disposable, but you get two treatments out of it.

**Expert**

On the other hand, it's one cartridge per one treatment. The filter plus the tubing is one per one. I think that's the same between Tablo and between NxStage, but if you're talking about the water system, there's no SAK like there is in PureFlow with Tablo. You just have your carbon filters, and you plug into the wall. You know they're different. I think the area that I said it needs to be brought up is that NxStage you can run on bags.

**Expert**

I have people that travel. They put their NxStage machine in a box, and they put it in the back of their car. They get in an airplane. There's a lot of different ways to do it, but I can ship them bags. They can run on NxStage bag somewhere, which takes the place of the PureFlow. Obviously, I don't think the Tablo device packs up into a suitcase, and I don't think you can run on bags. I have a guy who went away for a month, and we just sent him bags. He ran on bags, and he brought his NxStage. He didn't have to go in-center. I think that was very valuable to him.

**Expert**

If you're a Tablo patient and you want to travel, I assume you're going to have to go to in-center dialysis. I think the ability to run on bags is a nice feature of the NxStage. Obviously, if you asked about how many bags per treatment, to be honest, it depends on patient volume, patient size. If a bag is 5 L and I'm running a 30-L treatment, that's six bags, so eight bags for a 40-L treatment.

**Analyst**

Got it. Okay.

**Expert**

[inaudible.]

---

**Analyst**

Makes sense. That's very helpful. As far as your comment that you expect ==Tablo volumes to increase significantly== this year and next, we talked a lot about the pros and a lot about the cons as well. What gives you confidence in having that kind of outlook for Tablo?

**Expert**

Did the question differentiate between inpatient and outpatient growth?

**Analyst**

I think it would be helpful to go through both inpatient and outpatient.

**Expert**

Yeah. I think the inpatient pathway is much more clear. I think part of it is effective marketing. I think part of it is that hospitals don't solicit nephrology input in making these decisions often enough. I think that hospitals are always just looking for an attractive option. I think ==Tablo is an attractive option.== ==It does offer some real benefits.==

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Expert**

For example, my hospital had an aging water room, and Tablo would have been a good option because they wouldn't have had to replace the water room. They would just plug it into the wall and be done with it. Rather than a huge cost to fix a reverse osmosis machine, which can be several hundred thousand dollars, you can just buy machines that do that for you.

**Expert**

I think **the marketing has been really good to hospitals.** I think that hospitals don't really understand dialysis structure. I think the biggest growth is going to be transition in the hospitals. I think they're also marketing Tablo as an option for CVVH or CRRT in the ICU. Your nurses can just hook the patient up to Tablo, put the settings in, and it runs for 24 hours. Why not use it as a continuous machine as opposed to Fresenius or Braun machines which can't be CRRT machines. You actually need a NxStage machine or a Baxter.

**Expert**

I think that **Tablo has created a perfect little niche in the hospital, for smaller hospitals, for inconvenient runs and rooms,** like COVID rooms when patients can't leave the room or ICU, I think there's a lot of places where Tablo is really honed in. This is my honest opinion, I don't think nephrologists love the low dialysis flow rates.

**Expert**

**The other problem** is that when hospitals want to move away from the large dialysis organizations towards their own programs, they're taking on a lot of things that they don't know a lot about. First of all, when you have a large dialysis program, you actually rely on the knowledge and the policies and procedures of those dialysis organizations, and you get experienced dialysis nurses. There are Tablo programs that are running with nurses that have no dialysis experience. They're using floor nurses to run the machines.

**Expert**

When you're using a hemodialysis catheter, yes, you can teach somebody how to care for a catheter and you can run on a catheter. I don't want a non-dialysis nurse sticking a fistula. I don't think non-dialysis nurses want to stick a fistula. I think there's a lot of gray area that **you lose** when you don't have dialysis programs affiliated. Also, there are hospital nurses who've been doing hospital dialysis employed by the hospital for many, many years, but they haven't seen the changes in the clinic.

**Expert**

For example, ultrafiltration rates, which is how much fluid we take off a patient in a certain amount of time, is something that's changed. Our view has changed. It used to be take off as much as you can every treatment. Now, it's you only want to take off a certain amount per hour because it can lead to increased mortality and cardiac dysfunction.

**Expert**

I think when you have nurses that work in a hospital for long period of time and there's no relationship with the dialysis unit and the nurses haven't been outpatient, nurses don't know this information, and it's not supplied. You'll get into nurses who take off too much fluid and do all sorts of different things that I think we know more about now.

**Expert**

Having a relationship with a dialysis organization is helpful. Even though Tablo is a dialysis organization, I don't know that it necessarily provides that level of support once you buy their product. In my experience, it becomes the hospital who uses it and runs it. The nephrologists, we're very busy. We're very stressed and strained. I think for us to babysit the nurses in the hospital is not something that a lot of us have time to do.

**Analyst**

Got it. Okay.

**Expert**

I think there is a lot of growth. I think that it has a market. I just think it could be better managed in my experience. I think it needs to be used in the right situations and settings. Again, I think we've been over it extensively, I don't know the outpatient growth plan. By the way, I like Tablo. I think it has really good effectiveness.

**Expert**

I think the software is really good. I don't want to make it seem like this is something that I don't like. **Your earlier question about medical directors being personally benefited by their relationship,** I'm willing to give what my patient needs. If this is going to be the best treatment for my patient, that's great, but it has to be not inconvenient for me or [inaudible].

**Analyst**

Right. Totally makes sense. Okay. As far as your interactions with Outset's sales force, I've heard that they've been revamping their sales force. Initially, they had hired a bunch of experienced salespeople from Intuitive Surgical, which is totally different end

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

market, obviously, compared to dialysis. Now, they recently have revamped the sales force to be more dialysis experts, so to speak. Is that what you're seeing recently too because...

**Expert**

I haven't had much interaction with the sales force at all, to be honest. I've dealt with some of the trainers who are people that I knew that came from Fresenius and went to *Outset*. I can't say that I've met with any machine reps or sales reps personally.

---

**Analyst**

Okay. The trainers, are they employed by *Outset* Medical?

**Expert**

The trainers are employed by *Outset,* and they train dialysis nurses at whatever institution the nurses are working at.

**Analyst**

Okay. They're just as informed as a salesperson presumably.

**Expert**

I would imagine. I don't know. I assume they're different jobs, but I don't know that I can answer that question. I only can tell you about the trainer in my market who when the programs went from Fresenius to Tablo, she went with the programs basically and became the trainer for the Tablo programs. She's the only one I can really talk about. I know she's experienced because she'd been at *Outset* for a long time. Basically, she stayed with the programs that she knew in the hospital she knew.

**Analyst**

Interesting. Okay. She's employed by *Outset* Medical.

**Expert**

Correct.

---

**Analyst**

Got it. Okay. Is there anything else that you would point out from a competitive standpoint in the inpatient setting? There's a company called Quanta. Is that something that you're familiar with as well?

**Expert**

I think that was the one. Forgive me if this is wrong. There were three machines I had never heard of or seen before until I went to American Society of Nephrology in November in Philadelphia. When I was in the expo room looking at all the products, I believe Quanta was one of them. I'm trying to describe what it looks like. Quanta was the good-looking one. I think Quanta was small, and it looked okay. I actually didn't stop at their booth, didn't spend any time.

**Expert**

Quanta was definitely a name that I recognized as similar machine, but I don't know anything about it. The one that I can't remember was tremendous. I looked at it, and I was like, "This is crazy." It didn't seem to me to be completely portable or on wheels the way Tablo was. Again, I don't think I focus too much on these machines because I looked at them and I was like, "Whatever." I'm aware of Quanta, but I know very little about it. Probably should know more.

**Analyst**

Got it. You mentioned the American Society of Nephrology conference. For nephrology dialysis industry, is that a huge important conference to differentiate yourself as a company? If [*Outset*] is there, they can either make a big impact to their business each year by having a good presence there with...

**Expert**

Yes. I think ASN is the most important conference of the year as far as I know. If you're a major dialysis player, I don't think you can skip it and not perform there.

---

**Analyst**

Got it. Is there anything at upcoming ASN conference that you would be looking out for from either Tablo...

**Expert**

No. As a non-researcher, I only go to ASN. That's, I think, the third or fourth time I've gone. I think third. I've been in practice about 10 years. I don't think I'm going to go to ASN probably for another four or five years.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Expert

I think it's certainly important for growth, and you have to show and you have to be there. I think I'll go back in five years to see what's changed. It also changes as your career goes on. I'm now pretty set in my career, set in my ways, I think. The conferences, when you go and you're new in practice, it's like, "Wow, everything's amazing." You learn so much. Now it's like, "Okay." It's more about the social aspect. That's a bigger part for me now.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.