# Exhibit 24

**AI | Expert Insights**

COMPANY DEEP-DIVE

# Former Sales Manager Sees Home Application as the Big Opportunity for OM

| DATE PUBLISHED | INTERVIEW DATE | EXPERT PERSPECTIVE | ANALYST PERSPECTIVE | PRIMARY COMPANIES |
|---|---|---|---|---|
| 08 Feb 2022 | 04 Feb 2022 | Former | Investor-Led (Buy-Side) | OM |

## Transcript Highlights

- **Expert is bullish** overall on Tablo's value proposition
- Sees **challenges** limiting adoption in acute and clinic settings
- Thinks **Tablo has significant growth opportunity for home setting**

## Table of Contents

Expert's background in the medical device industry and *Outset*.

Value proposition in the Tablo platform.

Status of Outset's acute care setting adoption and possible pushbacks.

Future state of Outset's penetration within the acute care setting.

Value proposition of Tablo outside of the northeast.

Concepts and clinical work to be done for Tablo to drive wider adoption in the home dialysis.

Difference of Tablo against NxtStage in capitalizing on the home dialysis opportunity.

Willingness of the patients to do home dialysis instead of in-centers.

Role of Fresenius and DaVita in Outset's adoption in the home dialysis.

Outset's potential competition in the home dialysis industry.

**Biggest challenges** that Outset's going to face in entering the home market and driving adoption.

Outset's capable leadership team and infrastructure in executing **home dialysis opportunity**.

## Expert Bio

Expert was previously the Northeast Area Sales Manager at Outset Medical, responsible for market awareness, dialysis and renal manufacturing, reaching patients, facilities, and C-Suite executives, reducing cost, creating the business goals, troubleshooting issues, finding solutions, revenue stream for at home dialysis, developing health programs in facilities, managing patients, and working on project for continuous renal replacement. Expert reported to the VP National Home Sales (~2 levels removed from CEO).

## Employment History

**Edwards Lifesciences** (Public)
Senior Area Sales Manager • April 2021 - Present • 4 yrs, 2 mos

**Outset Medical, Inc.** (Public)    Relevant Role
Northeast Area Sales Manager • October 2019 - April 2021 • 1 yr, 5 mos

**Edwards Lifesciences** (Public)
Area Sales Manager Critical Care • January 2018 - October 2019 • 1 yr, 9 mos

**Medtronic** (Public)
Award-winning Senior Territory Manager/ Interim District Manager/ Field ... • April 2012 - January 2018 • 5 yrs, 9 mos

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Pfizer** (Public)
Professional Healthcare Representative • October 2005 - May 2012 • 6 yrs, 7 mos

## Interview Transcript

**Analyst** ⊙ 00:00:00

First, this call will be recorded so that it can be transcribed. Second, you understand the definition of material non-public information and agree not to disclose any such information or any other confidential information during this interview. Third, you confirm that you do not have a non-disclosure agreement or any other type of agreement or arrangement that would prevent you from speaking about any of the companies that might be discussed during this call. Finally, if you can't answer any question I ask for any reason, just let me know and we'll move on. Can you confirm that you do agree with this?

**Expert** ⊙ 00:00:29

Yes, I can confirm.

**Analyst** ⊙ 00:00:31

Perfect, thank you. I have your bio here, but I think would be really helpful to start off, if you could just take a minute or two and very briefly walk through some of your background in the medical device industry. In particular, your specific role while you were at *Outset* which is what we want to focus on today.

**Expert** ⊙ 00:00:52

Yeah, absolutely. I've been in medical sales in one fashion or another since 2005 when I started with Pfizer Pharmaceuticals. I worked for about six years with Medtronic in their diabetes division. I then spent some time with Edwards Lifesciences in an individual contributor sales role, where I then made the move to *Outset* Medical which, at the time, was a privately held late-stage startup. I spent about two years there. We went public and I was then given the offer to come back to Edwards Lifesciences in a sort of player-coach role, which is where I am today.

**Expert** ⊙ 00:01:37

Obviously, the point of this call here focuses on *Outset* so I'll elaborate on what I did there. When I was hired at *Outset*, again, a late-stage startup, I would say roles weren't necessarily clearly defined at that point. The understanding, as the New York area sales manager, was that I was going to be responsible for all business activities, all business development, market development within the New York metro, northern New Jersey, and in parts of upstate New York area. That included everything from engaging prospective customers, identifying targets. We didn't have an existing footprint, so there was no account management aspect of this. It was all business and market development. That makes sense so far?

**Analyst** ⊙ 00:02:30

Yes.

**Expert** ⊙ 00:02:33

Like I said, we didn't have a footprint. At that point, what we were doing was essentially trying to reach out to appropriate customers that understood our target messaging, which was not necessarily, "Hey, we are a new dialysis machine." Our messaging was a much higher level in regards to value-based economics, in improving outcomes, reducing total cost of care, and improving the patient-provider experience. I'll stop there. Do you have any questions so far?

**Analyst** ⊙ 00:03:08

No. Where you're going really dovetails into my next question which is really how do you view the value proposition from Tablo platform? I think that's where you're going, so let's just keep going on those lines.

**Expert** ⊙ 00:03:23

The value prop is great. The market, as it stands today, it's incredibly important to understand the multiple avenues of the market. When we look at the hospital itself, you have acute dialysis and you have acute continuous renal replacement therapy. Then you have the chronic setting for dialysis and then the home dialysis market. Tablo is really interesting because it is the only equipment on the market that allows for appropriate utilization in any and all of those available markets. Everything else was very siloed, very expensive, very complicated to use.

**Expert** ⊙ 00:04:07

I think there's a large percentage of the population involved in this market that would tell you that it's confusing on purpose and very wasteful. The reality was regardless of where you're being treated, the treatment is ultimately the same. It may fall under a different silo with its name as it stands today. But one way or another, whether it's dialysis or continuous renal replacement therapy, it really is all a different speed of dialysis. It required different expertise, different equipment and obviously all very expensive.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Expert ⊙ 00:04:40

**The value prop for Tablo is incredible** because you could streamline workflow regardless of where a patient was being treated inside the hospital. You could minimize the amount of SKUs, which is incredibly important from a procurement perspective. These days, they're trying to streamline and maximize efficiency and reduce the amount of equipment they're keeping on hand, especially as it relates to the disposables that go with that equipment. And it reduced time to treatment which is also incredibly important. If we're going to keep a patient from going on dialysis chronically, we want to make sure that we're intervening as soon as possible to maintain the native function of the kidneys.

Expert ⊙ 00:05:21

I think there's a really interesting application for Tablo, theoretically anyway, as **it applies to that acute hospital market.** I'll get into my experience of reality after this section, I think. The chronic market is much more complicated. The chronic market is built for volume. **It's really challenging** to find a new patient a dialysis chair, especially an opening to be treated. They're really efficient. They're really dependent upon time in therapy **which would be a competitive weakness for Tablo.**

Expert ⊙ 00:06:01

**The home market is the real opportunity,** in my humble opinion. I think the home market has not been established. We talk about business development in existing markets, that's really the hospitals. Market development comes in for home dialysis. As it stands today, less than 2% of eligible patients are being treated at home, which is really interesting, because over 90% of nephrologists have said in surveys that if they themselves or a family member was suffering from kidney failure, they would choose home dialysis. And for some reason, they're just not pushing their actual patients toward that modality, and there's a lot of reasons why that might be.

Expert ⊙ 00:06:47

But the bottom line is by 2030, **they're expecting a growth of a 1 million patients on dialysis.** That's up from about 810,000 today. $74 billion is spent in annual dialysis treatments, 85 million treatments. I think we're going on 150,000 end-stage renal disease patients diagnosed in the U.S. **The market is just continuing to grow,** obviously fueled by American lifestyle, hypertension, and diabetes.

Expert ⊙ 00:07:16

The reality becomes, where do we put these patients? I think you're probably already familiar. You're seeing these private dialysis clinics popping up on every corner. I live in Long Island. It's highly populated. I can't drive 10 miles without seeing another DaVita clinic. Stop me from getting too verbose here. **The downside of that is in-center dialysis, these private clinics, are notorious for having extremely poor outcomes.** The average lifespan of a patient, they're probably going to be on dialysis for about the next 2-5 years before they expire.

Expert ⊙ 00:07:59

It's not like **we are spending a ton of money and causing major inconvenience for these patients.** However, they're having incredible outcomes. It's really quite the opposite. It's extremely expensive, **the patients are very unhappy and the outcomes are extremely poor.** So poor, in fact, that approximately 25% of patients with end-stage renal disease choose to forego therapy entirely.

Expert ⊙ 00:08:25

**The thought and the idea of going to these clinics three or four times a week is so bad** that they choose to just die slowly of late-stage renal disease. To me, coming back to my original point, **that creates a market rife for change.** I think **we're finally at a point in national legislation where the tailwinds** are there for this market to start growing.

Expert ⊙ 00:08:54

It's a culture shift so it's going to take more than just federal legislation and increased reimbursements. I don't think any other existing technology today is as well suited for home therapy as is Tablo. They're able to partner with existing foundations and figure out how to engage with national thought leaders to change the paradigm of what we're doing with patients today, and broadcast and educate these patients that home therapy is not only easy and viable but clinically far superior.

Expert ⊙ 00:09:33

I think **we've started to see a slow change.** Obviously, we're going to do better than 2%. It's just a matter of how many of those 125,000 new diagnoses do we catch every year. The reality is once they're in the clinic, once they're an in-center patient, it becomes incredibly hard to separate them from the dependency on the service that they've already received in that setting and have that independence to go home. Really, I think the opportunity is with the new patient, not the existing patient already in the chairs. I'll stop there. That was a lot.

---

Analyst ⊙ 00:10:12

No, thanks. That was a fantastic overview. What I'd like to do is break it down into the different segments, just to understand how this might play out over the coming years. Let's go back and start at the beginning of the acute care setting because **that seems**

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

to be the tip of the spear where *Outset* has started to do the most amount of initial traction. Can you just talk about how quickly you think this kind of care can proliferate in the acute care setting adoption rates? What would be the pushback? Why wouldn't the hospital want to bring this in?

Expert ⊙ 00:10:52

Yeah, complex question. We'll talk current state, future state. How does it work today? As it stands today, you have an acute dialysis unit where patients are mobile. They can come in and be treated. They do their three or four-hour run and then they go back to whatever floor they were on. It's really efficient and simple. It's been done the same way for the last 40 years.

Expert ⊙ 00:11:25

The nursing experience required for that is highly specialized. Obviously, today we're all impacted by nursing shortages. I think nowhere has it been more profound than in the specialized nursing unit like dialysis. It's also extremely efficient as far as pricing. They've got it down to the penny on Band-Aids and cotton swabs. It's really quite cheap. Where it becomes expensive is in the infrastructure required to source the water for the unit. They have usually built-in water rooms with reverse osmosis and filters to purify the water. They tend to be very expensive to build and maintain so that's a huge component for them.

Expert ⊙ 00:12:12

Where I'm at here in New York, obviously, space is a premium. There's huge amounts of money going into the square footage for these rooms and a huge revenue loss on what it could potentially be used for. The acute dialysis for me was an extremely challenging market to penetrate, because they cannot afford to deviate from their workflow.

Expert ⊙ 00:12:39

We also ran into significant issues and anywhere I think that's going to be close to any sort of water. New York, obviously, old infrastructure surrounded by water, it's built on a marsh. The water is highly impacted with sediment. Tablo had a lot of challenges filtering out the sediment for appropriate treatments. The machine would literally shut down pretty often during treatment because the sediment would just get too heavy for it to manage.

Expert ⊙ 00:13:09

We did try some external filtering solutions. Nothing ever became efficient. What we were asking them to do was depart from what they were comfortable and familiar and efficient with, to go to a treatment that was now more cumbersome from the workflow experience and ran the risk of not working. We had a lot of challenges in that regard across the New York metro area. We ended up really abandoning that market because it just couldn't happen with that highly specialized nurse.

Expert ⊙ 00:13:44

Where we had a little more traction was in the CRRT space, continuous renal replacement therapy. Right now, you have two players in that market. It's extremely expensive and extremely complex to set up. It's not necessarily the same skilled nursing as dialysis. It's your critical care nurse or a different, highly skilled nurse.

Expert ⊙ 00:14:07

The problem with CRRT is the supplies required. There are 5-liter bags of dialysis. They're going to have to hang anywhere from eight to 15 of those bags throughout the course of the therapy. It's extremely complex to string the lines on the machine. Set up, you can expect it to be about an hour for someone who's good at it. It took a lot of effort. It cost about $1,000 a day for them to run it.

Expert ⊙ 00:14:37

The plan for us was to essentially use critical care nurses who were used to CRRT, get them educated on running that treatment on a Tablo and then what that could do is ease the burden of the nursing shortage, because now they wouldn't require necessarily a dialysis nurse to come in and treat on the shorter runs. The difference between dialysis and CRRT is just time and flow rate. If we were able to treat you how to do the long, slow run, theoretically, you should be able to learn how to do this shorter, quicker run.

Expert ⊙ 00:15:15

It was a really interesting value proposition. It didn't work out as well as we envisioned because of, mainly, politics. As soon as you said the word dialysis, critical care nurses shut down. They didn't want to be expected to do even one more thing. I know critical care nursing extremely well. These people want nothing more than to give their patient what the patient needs when they need it. They hate to wait and the time to treat them is extremely important. We could not overcome the political challenges of having them maintain what would technically be deemed a dialysis treatment. Am I on the right track here for you so far?

Analyst ⊙ 00:15:57

Yeah, you definitely are. How quickly do you think *Outset* can start to ramp penetration within the acute care setting? We're still pretty early on in the adoption cycle here. Part of the challenge is that while there are some encouraging signs and the customer feedback tends to skew positive, the numbers are still kind of small. Figuring out what the trajectory of that business

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

can be and how big **it ultimately will be is quite a challenge.** How do you think about that when you look over the next three or four years?

**Expert** ⏵ 00:16:35
I don't like the long-term prospects for that business in the acute market. I think what they have already is so culturally ingrained and it works. I don't believe that that's the future. Again, just my opinion, I don't believe that the acute market is the future. To be honest with you, I think the acute market was a secondary thought from the organization. The machine was developed to go home.

**Expert** ⏵ 00:17:04
The first conversation that we would have with any nephrologist in a new target was, "But this is a home device. Why would I use this in the acute?" We had a great story to tell. I don't think that clinically they recognized a problem with the existing techniques, so they're not going to shift. They're also incentivized differently. A lot of these nephrologists that are prescribing in the acute unit have a financial incentive in pushing these patients out to a private clinic. They usually have medical directorships at some neighboring private clinic.

**Expert** ⏵ 00:17:43
**I think that, a financial mess** is what it is. **I think that financial issue** is impacting the cultural shift required for massive adoption. I can only speak from the northeast perspective. I don't think there will be wide-scale adoption. I don't think it's a matter of time scale. I don't think it happens until they can tell us for sure that they have a filtering modality that solves all of their problems and they're never going to have an issue. I think that **the pervasive attitude about Tablo is just too negative.** I don't think it ever recovers. I do think **the home opportunity is still positive.**

**Analyst** ⏵ 00:18:29
Just to clarify before we move on to the home opportunity, because I do want to spend a lot of time there. When you think about the acute care chronic opportunity, do you think **it could look more upbeat outside of the northeast** where the water filtration might not be as big of an issue? I'm sure you're aware that the company has put out a pretty robust analysis of the unit economics for doing this in the center, with the value proposition being that it could save a significant amount of space, square footage, as well as labor costs that boost the economics for it for a center. It seems if you're a big chain like a DaVita or Fresenius, you'd be pretty intrigued by that value proposition.

**Expert** ⏵ 00:19:15
Yeah, the story was good, which is why I joined the company originally. It was the execution that we lacked. Yeah, outside of the northeast, there's obviously a better chance. **I believe that there has been positive uptake across the country.** Is it enough to take over market share from Fresenius? I don't believe so. I don't believe so specifically for the fact that in the acute setting, they're so good at what they're doing with what they have, I don't think there's enough aim for them to make this massive change over.

**Expert** ⏵ 00:19:54
There's also the fact that nephrology tends to be one of the two to three remaining highly outsourced service lines. I think as the market progresses and we start to bring these service lines into these more tertiary clinics, I think **you have a better chance** there.

**Expert** ⏵ 00:20:09
I think politically, as it stands today, **it's very hard** for even a C-suite executive to tell an outsourced service line what equipment they're going to bring in. I don't know that they can overcome it, even with this incredible value message, because the reality is, it wasn't functioning as expected from a workflow standpoint.

**Analyst** ⏵ 00:20:34
Got it, that's helpful perspective. Let's shift the conversation into the home which you seem to have a different view on. To start off with that point, how much risk do you think there is around the path towards bringing this into the home? We're still a little bit of a proof of concept and clinical work that needs to be done in order to position Tablo to drive wider adoption at home?

**Expert** ⏵ 00:21:00
Business risk or clinical safety risk?

**Analyst** ⏵ 00:21:03
Both. How do you think about where the risks are? Because they still aren't at a large-scale launch into the home yet. Between now and then, where do **you see the big risks or potential pitfalls** here?

**Expert** ⏵ 00:21:17
Understood. I've already stated, I think the home market is set for explosion. I think it just has to. I think **the clinical information is so strong and the growth in the market, those two things alone, I firmly believe that the market does tick** up. There are

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**certain challenges in logistics,** and that really is where my patient safety concern lies.

Expert ⊙ 00:21:38

As it stands today, if you're a home dialysis patient, your clinic that manages you will have to purchase and maintain the equipment. It's not DME where Medicare or Medicaid is just going to pay for this machine and you own it. It's actually owned by the clinic and they're going to bill for treatment. The clinic needs to determine how they're going to manage and maintain. How do they manage the patient? How do they maintain the equipment? I think the equipment is built, if I recall, I think it's 70 something sensors. We used to fondly tell people it was more sensors than a Tesla.

Expert ⊙ 00:22:13

**The equipment safety is really quite robust.** The fact that **it has live wireless connectivity to talk directly to the clinic to alert them if there's any alarm or error message, I think it's definitely heartening.** But the clinic needs to figure out how to have appropriate coverage. How do we have enough nursing support on-site and off-site? How do we have enough touch points with the patient? Obviously, cannulation is going to be an issue. We have to have full faith that our patient is capable of cannulation.

Expert ⊙ 00:22:48

I believe the IFUs for Tablo states that they have to have a care partner. With that being said, there would be an added layer of security. I think from a clinical safety risk, I would feel pretty confident. If my mom was going on dialysis, I would want her at home. **The reality is the existing equipment today is just not very good.**

Expert ⊙ 00:23:13

Competitively, when we talk about something like NxStage, they've come out and said essentially that it's 40 hours a week for a patient to manage their equipment and run their treatments. We're asking these people to essentially take on a second full-time job to manage their therapy, which is really asking quite a lot. I think that patients got burnt out from it.

Expert ⊙ 00:23:38

Again, I'll go back to space here in the Northeast. If I'm going to store bags of dialysis, I have a fairly large home here. I don't have any idea where I would put it because it requires essentially what amounts to two large closets. Tablo takes all that out of the equation. It's dialysis on-demand, your disposable supplies are relatively small, and it's really just what we call a cassette. **It took a lot of the existing burden** away while obviously improving outcomes, which is really what this comes down to.

Expert ⊙ 00:24:15

I think it's for the patients that are sophisticated enough to understand what going home means long-term. Are they capable? I think patient selection is going to be extremely important. Again, we have to keep in mind, only 2% of current patients today are home. I think we do still have a huge percentage of that population that meets those qualifications, that sophistication level, that space, the care partner. **I still think there is huge potential upside.**

Expert ⊙ 00:24:44

I don't know that there is much risk in that business because of those tailwinds that are coming specifically around reimbursements. We have the ECP program which was zip code specific. I think it was 30% of eligible zip codes received, a higher reimbursement for getting patients home and transplanted. It was essentially a pilot run by CMS.

Expert ⊙ 00:25:12

Now, there's a new thing that they call TPNIES, T-P-N-I-E-S, which again is an added incentive for these clinics to meet certain benchmarks in home therapy and transplant. I think all of those things are pushing this culture where even those physicians that have a financial incentive to the contrary, they don't have a choice. Because there are going to be **so many financial dangers** if they're not meeting the benchmarks that they have to push the patient home. That being said, if that market does expand the way I anticipate it will, nobody else is set to capitalize more than Tablo.

---

Analyst ⊙ 00:25:55

Okay, that makes a lot of sense. I understand your view there. I just want to push back a little bit and understand, when you address part of this with some of your reference about other technologies and advances of Tablo. For those of us who have been following this industry for a long time, NxStage told a really good story years ago about how they were going to revolutionize this market and drive patients into the home. It never really happened because here we are, almost no penetration. Why is it that Tablo is going to look so much different when **it comes to capitalizing on that opportunity over the next several years?**

Expert ⊙ 00:26:36

Yeah. I think you said, "Why does it look different?" I think that's a huge part of this too. It looks different and it was designed by a consumer device engineer, not necessarily a medical device engineer, to fit in a home. If I walk in your living room, it's not the first thing I see. For all I know, it could be a mini-fridge, whereas with NxStage, you knew exactly what you were looking at. I may not know what it does, but I knew for sure that that is some sort of medical device.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

Expert ⓘ 00:27:03

That's really a big deal from that patient's psychological standpoint, to separate themselves from their therapy. Dialysis is something they have to do to live. They don't live to do dialysis. I think that psychological component was extremely important. We heard that feedback directly from our patients that were at home. The requirements associated with managing it could be a huge deal.

Expert ⓘ 00:27:26

Tablo can take away that 40-hour requirement with NxStage to bring it down to about, I think we had it between 16 hours and 20 hours. You cut it in half at worst. The fact that **it was relieving them of this constant dependence on the technology** and making it more part-time was extremely beneficial to the patient. The fact that **you don't have to have a room full of supplies was a huge advantage for these patients**. I think it's a different time.

Expert ⓘ 00:27:59

I think that the NxStage, while **it was a huge advance, wasn't a great technology**. It was a good technology. It also came in at a time where there was nothing pushing it. They were pushing the market. The market wasn't pulling them. I think we're at a different time here, where the market is ready and asking for something.

---

Analyst ⓘ 00:28:27

How confident are you that there is a significant portion of patients that really do want to do this themselves in the home? The advantages seem to be, on paper, fairly obvious, but there's a countervailing point here where you talk to some clinicians who paint a picture that a lot of these patients actually do want to go into the center and do their dialysis, because for them, that's part of their social fabric in their life. That's how they get out and what they do, and they don't necessarily want to go into their homes. How do you think about the patient willingness to really do this by themselves at home?

Expert ⓘ 00:29:06

Yeah, right. We addressed it a little bit before. Once that patient is in the clinic, they're in the clinic. I think that's exactly what that physician was referencing. We have to capture the patient at point of diagnosis. That's going to be dependent upon physician education. Physicians need to be educated in the clinical advantages of pushing that patient home.

Expert ⓘ 00:29:27

I know I listen to my doctor. I chose my doctor very carefully. If he tells me, "This is going to be better for you," I'm going to seriously consider it. I think it's on whoever is pushing this market to make sure that there is an incentive for that physician to educate appropriately. Right now, they have to checkmark on their checklist, "yes, we spent 20 minutes of education," but I've seen it in real life and there is no 20 minutes of education, because they're not currently incentivized to push that patient home.

Expert ⓘ 00:29:55

Once there is a financial incentive for them to do so, they'll change their talk track upon diagnosis. That's where we capture that patient to go home. I don't believe this market is at all going to be impacted by those patients that are currently in center. I think they're perfectly happy there. They have a dependent. I don't think they come out. It's those new diagnoses and how they're spoken to upon diagnosis.

---

Analyst ⓘ 00:30:20

Okay. What role are the big dialysis providers going to play in this? How will **Fresenius and DaVita either help or potentially hurt Outset's adoption in the home**?

Expert ⓘ 00:30:37

**I think there's been some uptake from DaVita with Tablo.** I think there needs to be a clinical partnership. There needs to be a recognition that this is better for the patient. I haven't really been privy to those conversations, so I couldn't give you any real in-depth analysis of it. My opinion is that I don't think they can be excluded. I think there has to be some collaboration between the three in order to bring a better technology and offer patients more options so that we can extend and improve life. I know it's a vague answer. I think it's probably the best I can do there.

---

Analyst ⓘ 00:31:17

Okay. How do you think about potential competition here? Outset's probably not going to be the only one on the market for very long. There are a few other competitors out there. You're probably aware of that are chasing them. How big of a moat do you see around the business? What happens if the competition starts to heat up?

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.

**Expert** ⏵ 00:31:40

Yeah. **We heard a lot about competition** coming from CVS and then we have Quanta coming out now. I think Quanta is looking really at that acute market. I don't really see an application there for home, just in the little that I know about them. The CVS thing, I understand that **it's just been delayed and delayed. I never looked at that as a real, compelling and impending threat.**

**Expert** ⏵ 00:32:06

To be honest with you, **I think a couple of extra competitors** would be a good thing. I think the market is going to be so huge that a couple other people out there singing the praises of home therapy and trying to shift this paradigm along with **Outset** can only be a good thing. I'll go back to the fact that we have 2% of patients on it today. That market is really tremendous. If we have anyone else pushing that cultural shift, I think it can only benefit Tablo. I just don't see anyone bringing as complete a package as Tablo any time in the near future. I haven't seen anything that would lead me to believe there will be a whole market competitor of any real ilk in the next five years.

**Analyst** ⏵ 00:32:54

What do **you think are going to be the biggest challenges** that Outset's going to face in the first few years trying to enter the home market and drive adoption? How well-positioned do you think they are to mitigate those specific challenges?

**Expert** ⏵ 00:33:10

It's logistics and care because the model doesn't exist. It's not like there is a current model and we just slide Tablo in. We don't just change Tablo for NxStage. I think it's helping hospitals realize what they're losing. I'll just circle back real quick to the acute unit. If you think about the care pass for a dialysis patient, they crash into the ER. They're diagnosed with stage renal disease. They go to the acute unit for their dialysis while they wait on a chair in a chronic center. Hopefully, their physician is talking to them about home.

**Expert** ⏵ 00:33:42

But as it stands today, that hospital captured that patient at their sickest and most expensive. **They sent them out to a private chronic center where that center gets them at their most profitable.** There's a really high readmission rate within 30 days, where **the hospital now has to take that on the chin again, send them back out to that chronic center, again, where they're most profitable.**

**Expert** ⏵ 00:34:08

I think the strategic play was to get these hospitals to understand their unrealized revenue stream by sending these patients out. If they can capture that patient and create some sort of home clinic under their own roof, now we have a revenue stream.

**Expert** ⏵ 00:34:27

The logistics of figuring out who, how, and where **we manage these patients is the biggest challenge.** Creating this model from scratch is, **by far, the biggest challenge.** I think they're extremely sophisticated in how they're presenting the potential to these institutions. I don't think anyone else is having that conversation at that level in these institutions. I think they're pretty well-prepared for this shift. I think those are longer-term.

**Expert** ⏵ 00:35:04

What they're going to have to figure out, again, going back to your question about how we go in with DaVita, I think **they're going to have to figure out how to get into the existing clinics, because there is so much pressure** to get patients home right now. Then run a parallel path in creating that new model to capture the patients that are being sent out to private clinics. Did I miss a part of your question?

**Analyst** ⏵ 00:35:28

No, you got it. How confident are you that **Outset** has a capable leadership team, as well as the infrastructure that **they need, in order to go out and execute on this opportunity**?

**Expert** ⏵ 00:35:46

If you would have asked me that 18 months ago, I would have told you I'd have zero confidence. I think their CEO is impeccable. She was one of the most impressive people I've ever met. She has an incredible vision, incredible handle on what it takes to put that vision into action. Unfortunately, I think that middle layer, middle senior management was not capable of getting this where it needed to be.

**Expert** ⏵ 00:36:14

I think they were incredible at getting it off the ground from nothing. Once it grew, once it was at that late stage, once it was viable and had legs, I think things started to fall apart. I know there has been a major change with senior leadership there. I don't really have any inside information on them. It seems to be shifting towards a more positive culture, from what I've heard. I don't have neither good nor bad, I don't really have a confidence either way in the existing leadership.

©2025, AlphaSense, Inc. All Rights Reserved. AlphaSense is a service mark of AlphaSense, Inc. All other trademarks mentioned belong to their respective owners.