# Exhibit 25



**Medical Supplies & Devices**

## OUTSET MEDICAL

Published and distributed by Cowen and Company, LLC

---

**EQUITY RESEARCH**

April 25, 2023

**Price: $17.68** (04/24/2023)
**Price Target: $32.00**

**OUTPERFORM (1)**

**ESG SCORE: 60/100**

---

**Joshua Jennings, M.D.**
646 562 1333
josh.jennings@cowen.com

**Eric Anderson**
646 562 1374
eric.anderson@cowen.com

**Key Data**

| | |
|---|---|
| Symbol | NASDAQ: OM |
| 52-Week Range: | $39.94-$11.47 |
| Market Cap: | $859.9MM |
| Net Debt (MM): | $(184.3) |
| Cash/Share: | $(3.17) |
| Dil. Shares Out (MM): | 48.2 |
| Enterprise Value (MM): | $667.2 |
| BV/Share: | $5.08 |
| Dividend: | $0.00 |
| Yield: | 0.00% |

| FY (Dec) | 2022A | 2023E | 2024E |
|---|---|---|---|
| **EPS** | | | |
| Q1 | $(0.67)A | $(0.69) | - |
| Q2 | $(0.77)A | $(0.71) | - |
| Q3 | $(0.70)A | $(0.70) | - |
| Q4 | $(0.71)A | $(0.70) | - |
| Year | $(2.83)A | $(2.81) | $(2.76) |
| P/E | NM | NM | NM |
| Consensus EPS | $(2.82) | $(3.12) | $(2.57) |

Consensus source: FactSet

**Revenue (MM)**

| | | | |
|---|---|---|---|
| Year | $115.4A | $145.0 | $199.5 |
| EV/S | 5.8x | 4.6x | 3.3x |

---

**COMPANY UPDATE**

# KOL CALL VALIDATES OM'S ABILITY TO 'LAND AND EXPAND' IN THE HOSPITAL WITH TABLO

---

### THE TD COWEN INSIGHT

We spoke to an expert who transitioned her hospital system from outsourced dialysis to an in-sourced model with Tablo. The conversion took less than 45 days and saved hundreds of thousands of dollars vs the alternative. OM has multiple growth avenues after this initial success, including expansion of the current plan, additional in-sourcing in the system and the establishment of new home programs.

**Our Expert Works for a Midwestern Hospital System That Previously Used DVA for Dialysis**

The KOL who led our call works for a not-for-profit community health system that has a corporate base in Evansville, Indiana. The system serves patients in three states – Illinois, Indiana, and Kentucky – covering approximately 51 counties in total. It comprises 20 hospitals that are solely owned, joint ventures or affiliates and has 9,300 employees as well as just over 700 providers and physicians. The system has three main campuses that together have roughly 750 beds. It has grown exponentially over the past decade, particularly during the COVID pandemic, as its not-for-profit mandate ensures that its profits are reinvested to expand its services. Our expert joined the health system in 2013 and helps to manage its services in multiple areas, including renal care. She inherited a relationship with DaVita (DVA, covered by Gary Taylor), which was the system's outsourced dialysis provider through late 2022. This was a managed service contract in which DVA supplied equipment and labor for hemodialysis and for which the system received a fee schedule. The system independently manages its needs for continuous renal replacement therapy (CRRT) and peritoneal dialysis. Our expert indicated that, in addition to OM, Fresenius (FRE, not covered), which owns NxStage, also operates in the region.

**Challenges in the DVA Relationship Emerged After the Initial Phase of COVID**

The expert said that, starting in late 2021, DVA began voicing concerns over the system's efforts to enhance the partnership and expand its dialysis services. Labor shortages were a central problem. Heading into the second quarter of 2022, DVA experienced issues recruiting and retaining labor, according to our KOL, and needed to rely increasingly on traveler-type services such as travel nurses. Though this challenge was by no means exclusive to DVA – the hospital system itself had the same problem in many areas – the company responded by attempting to narrow the scope of the services it provided – for instance, by not offering dialysis 24 hours per day, seven days per week. The predicament grew worse over the course of the second quarter and came to a head in August 2022, approximately 90 days before the contract's automatic annual renewal date in November. At that time, DVA sent the system a letter indicating that it would dissolve the contact if the two parties could not renegotiate new terms for supplies and (especially) labor before November. Our KOL said she was surprised by several elements in the draft contract that DVA subsequently put forth, including a 40% proposed increase in the fee schedule, a change to the yearly fee escalators, new requirements around order timing and staffing, and even recommendations for additional construction to improve the system's treatment rooms. In total, these amendments would raise the system's dialysis costs by $1.5M-$1.6M annually or by roughly $150-$175 per treatment. On the positive side, our expert said that other hospitals in her region were not given an option to renegotiate, so on a relative basis, she felt fortunate to have 90 days to plan her system's next move.

**TD COWEN**
EQUITY RESEARCH

Outset Medical
April 25, 2023

## AT A GLANCE

### Our Investment Thesis

We believe OM's Tablo has simplified dialysis via real innovation. Tablo can service both the home and hospital, representing U.S. TAMs of $8.9B and $2.5B. In the home, Tablo has many technology advantages over the incumbent system that should make home hemodialysis a viable option for a greater number of patients. U.S. home hemo growth and Tablo home adoption should also benefit from several recent policy efforts to encourage home dialysis. Meanwhile, OM is aggressively pursuing the 2.3K U.S. hospitals delivering dialysis and the 1.6K U.S. sub-acute facilities managing dialysis patients. When used for acute dialysis, Tablo can save $300-$500 per treatment, enabling a payback period of less than a year and often turning an unprofitable dialysis program into a profitable one. We think the 2019 acquisition of a home-focused dialysis competitor for $2B set a valuation floor, which is augmented by Tablo's ability to address 100% of the hospital market vs. only 15% for this competitor.

### Forthcoming Catalysts

- Quarterly sales results
- Regular improvements to gross margin
- Indications of Tablo adoption in the U.S. hospital and home markets

### Base Case Assumptions

- Operating performance that matches our estimates and management's guidance
- Continued traction for Tablo in the U.S. acute-care market
- Gradually increasing penetration for U.S. home hemodialysis as a percentage of total U.S. dialysis

### Upside Scenario

- Operating performance that exceeds our estimates and management's guidance
- Better-than-anticipated traction for Tablo in the U.S. acute-care market
- A faster-than-expected increase in U.S. home hemodialysis as a percentage of total U.S. dialysis

### Downside Scenario

- Operating performance that lags our estimates and management's guidance
- Worse-than-anticipated traction for Tablo in the U.S. acute-care market
- A slower-than-expected increase in U.S. home hemodialysis as a percentage of total U.S. dialysis

### Price Performance



Source: Bloomberg

### Company Description

San Jose, California-based Outset Medical (Nasdaq:OM) aims to revolutionize kidney dialysis with its lead product, Tablo. Tablo was designed from the ground up to function as the single dialysis solution for every care setting and to be simple enough to be used by anyone at any time. Tablo addresses U.S. home and acute-care market opportunities of $8.9B and $2.5B, respectively. As of year-end 2021, there were approximately 2,600 Tablo units in the field in the U.S., with roughly 2,000 in the acute setting, about 300 in sub-acute facilities and around 300 in clinics and homes.

### Analyst Top Picks

|  | Ticker | Price ( 04/24/2023) | Price Target | Rating |
|---|---|---|---|---|
| Establishment Labs | ESTA | $73.36 | $125.00 | Outperform |
| TransMedics | TMDX | $86.02 | $95.00 | Outperform |
| Procept BioRobotics Corp | PRCT | $35.45 | $50.00 | Outperform |



# TD COWEN ESG SCORES

**Outset Medical**
NASDAQ: OM

**ESG Score: 60/100**

**ESG Industry Percentile: 47th**

**Outset Medical(OM) ESG Material Category Rankings as of April 25, 2023**

| Top 3 Material ESG Categories | Dynamic Materiality ™ | Score |
|---|---|---|
| Business Ethics | 100% | 49 |
| Access and Affordability | 0% | 80 |
| Air Quality | 0% | N/A |



Outset Medical (OM) ESG Score History as of 04/25/2023

ESG performance is scored on a 0 to 100 scale. A score of 50 represents a neutral impact. Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A blank chart means the company has an ESG performance score of N/A. A score of N/A means not enough data is available on the company to generate a score.
Source: Truvalue Labs

## ESG MATERIALITY

Establishing **materiality** is critical to evaluating a company's ESG performance. Factors most material in one sector (or to a particular company) may not be as important to another. In addition, the factors that are material – and the degree to which factors are material – can change over time.

Applying data to frameworks established by SASB (the Sustainability Accounting Standards Board) and by Truvalue Labs, we present in the chart above the three most material ESG factors that investors should focus on for the company that is the subject of this report; the Dynamic Materiality™ of each factor (i.e., what percentage of overall materiality the category represents for the subject company); and a Score for the subject company in each of these three categories (on a 0 to 100 basis, with 50 being average).

We also calculate an **overall ESG Score** for the subject company, which is presented above (in green) and on the cover of this report. A full explanation of how this ESG Score is derived is presented below.

## HOW ARE TD COWEN'S ESG SCORES CALCULATED?



TD Cowen leverages technology from Truvalue Labs to generate our ESG scores. Truvalue Labs uses artificial intelligence to capture the stakeholder view of how companies are performing on ESG metrics, using the Sustainability Accounting Standards Board (SASB) materiality framework (www.sasb.org). These data are leveraged to calculate a score for each company, which allows TD Cowen to have a **common framework** and uniform way to approach ESG discussions with our clients. TD Cowen ESG scores appear on Company and Company Quick Take notes and are updated daily.

## HOW DOES THE PROCESS WORK?

The process begins with capturing unstructured data from more than 100,000 sources, in 14 languages. These data are culled from a wide range of sources with varied perspectives, including industry publications, news outlets, NGOs, trade unions, government sources, legal and regulatory filings, and academic publications.

Natural language processing is used to interpret semantic content from the original sources and generate analytics by applying criteria consistent with established sustainability and ESG frameworks. Performance is scored on a 0 to 100 scale. **A score of 50 represents a neutral impact.** Scores above 50 indicate more positive performance, and scores below reflect more negative performance. A score of NA means not enough data is available on the company to generate a score.

**TD COWEN**
EQUITY RESEARCH

**Outset Medical**
April 25, 2023

**With Tablo, OM Was Able to Fulfill the System's Expanded Dialysis Needs in a Quality Way**

Our expert's system used a portion of its 90-day response time following up with DVA as well as evaluating other providers – mainly FRE and OM, both of which made presentations to her system's board of decision-makers. She indicated that while DVA proposed a 40% fee schedule increase, the change under FRE would be only 25%, though that came with a mandate to utilize NxStage technology, which ran counter to physician preferences at her institution. FRE also wanted her system to supply labor, which was another factor that moved the system toward its ultimate choice of OM. The KOL commended OM's presentation and said the company built confidence in the final selection of Tablo. In-sourcing dialysis is a significant task, and OM worked with the system on an accelerated timetable – less than 45 days – to accomplish its goals. The system opted for 27 Tablo units, 20 of which are for hemodialysis and seven of which are dedicated to CRRT. Together, this footprint will cover nearly 5,000 dialysis treatments annually. The system accessed the technology through a third-party lease arrangement in which OM is paid in full upfront for the capital and then delivers the per-treatment consumables on a regular basis. The company offered a service warranty and agreed to provide an on-site coordinator course as part of the onboarding process, which our expert referenced as another feature that positively differentiates OM from its competitors. The KOL cited a five-year period for the agreement. So far as the savings realized with OM, it represents hundreds of thousands of dollars annually, even with the system's decision to dedicate nine additional full-time employees to the in-sourced program. Importantly, too, these are savings realized now with the current configuration that can grow as the system increasingly adopts OM for other services, as we discuss below.

**Having Now Landed, OM Has Several Options for Expansion Within Our Expert's System**

The initial adoption of Tablo has gone well, achieving a success rate of 98%-99% with close to 2,500 treatments delivered so far. Given this favorable experience, our KOL is inclined to increase her use of OM for the system's other dialysis needs. These potentially include greater utilization in CRRT, where Tablo has replaced BAX's PrisMax, expansion into other hospitals in the system, and the establishment of entirely new home dialysis programs, in which the system would manage chronic patients dialyzing at home with Tablo. On the second option – expansion into other hospitals in the system – the expert referenced having a meeting last week with the chief nursing officer of a hospital group that recently joined her system and should be adopting Tablo within the next few months. She also cited an affiliate hospital that is a new adopter of Tablo that soon will broaden its relationship with the company. While we did not have time to discuss home programs at length on our public call, we know from our past correspondence with the KOL that these are of interest to her and could be implemented sometime in the future, perhaps as soon as next year. Two nearer-term goals are integrating with Epic EHR software, which should be completed in the fourth quarter of this year, and expanding use in CRRT, which will be done either in the fourth quarter of this year or the first quarter of next year. We note that these are growth opportunities within this particular system and that our expert's enthusiasm for Tablo likely will positively influence other healthcare systems in their future decisions regarding dialysis services. The KOL said she now routinely fields calls from users of DVA and FRE who would like to explore new options and want feedback on an in-sourced program with Tablo.

**TD COWEN**
EQUITY RESEARCH

Outset Medical
April 25, 2023

**Figure 1 Outset Medical Income Statement**

| OUTSET INCOME STATEMENT | 2018 | 2019 | 2020 | 2021 | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | 1Q23E | 2Q23E | 3Q23E | 4Q23E | 2023E | 2024E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Product revenue | 1.7 | 13.8 | 39.6 | 84.3 | 25.7 | 19.6 | 21.7 | 26.4 | 93.4 | 25.9 | 27.7 | 30.2 | 34.2 | 118.0 | 165.0 |
| *% y/y growth* | -- | 686% | 188% | 113% | 41% | (5%) | (0%) | 0.1 | 11% | 1% | 41% | 39% | 30% | 26% | 40% |
| Service and other revenue | 0.3 | 1.3 | 10.3 | 18.3 | 4.9 | 5.4 | 6.0 | 5.6 | 22.0 | 5.9 | 6.3 | 6.9 | 7.9 | 27.0 | 34.5 |
| *% y/y growth* | -- | 415% | 677% | 77% | 4% | 18% | 34% | 25% | 20% | 21% | 16% | 15% | 40% | 23% | 28% |
| **Total revenue** | **$2.0** | **$15.1** | **$49.9** | **$102.6** | **$30.6** | **$25.1** | **$27.8** | **$32.0** | **$115.4** | **$31.8** | **$34.0** | **$37.1** | **$42.1** | **$145.0** | **$199.5** |
| *% y/y growth* | -- | 651% | 231% | 105% | 33% | (1%) | 5% | 14% | 12% | 4% | 36% | 34% | 31% | 26% | 38% |
| Adjusted total cost of revenue | 8.1 | 32.9 | 62.7 | 94.7 | 26.0 | 21.1 | 23.2 | 26.5 | 96.8 | 26.5 | 28.0 | 29.7 | 31.8 | 116.0 | 147.7 |
| **Adjusted gross profit** | **($6.1)** | **($17.8)** | **($12.8)** | **$7.9** | **$4.5** | **$4.0** | **$4.5** | **$5.5** | **$18.5** | **$5.3** | **$6.0** | **$7.5** | **$10.2** | **$29.0** | **$51.8** |
| *Adjusted gross margin* | *(304.0%)* | *(118.0%)* | *(25.6%)* | *7.7%* | *14.8%* | *15.9%* | *16.4%* | *17.1%* | *16.1%* | *16.8%* | *17.7%* | *20.1%* | *24.3%* | *20.0%* | *26.0%* |
| Adjusted research and development | 22.7 | 23.0 | 24.2 | 32.9 | 9.7 | 11.7 | 11.1 | 9.5 | 42.0 | 10.8 | 11.2 | 11.3 | 11.5 | 44.8 | 51.9 |
| *% of sales* | *1,130.1%* | *152.5%* | *48.5%* | *32.1%* | *31.7%* | *46.7%* | *40.1%* | *29.6%* | *36.4%* | *34.0%* | *32.9%* | *30.5%* | *27.4%* | *30.9%* | *26.0%* |
| Adjusted sales and marketing | 11.1 | 20.1 | 40.6 | 59.2 | 18.7 | 20.3 | 19.4 | 20.8 | 79.2 | 20.7 | 21.3 | 22.3 | 24.8 | 89.1 | 99.8 |
| *% of sales* | *553.2%* | *133.2%* | *81.4%* | *57.7%* | *61.1%* | *81.2%* | *69.9%* | *65.0%* | *68.7%* | *65.2%* | *62.5%* | *60.0%* | *59.0%* | *61.4%* | *50.0%* |
| Adjusted general and administrative | 5.9 | 8.5 | 18.4 | 28.8 | 7.7 | 8.2 | 7.6 | 7.7 | 31.1 | 7.3 | 8.0 | 8.2 | 8.6 | 32.1 | 37.9 |
| *% of sales* | *293.4%* | *56.6%* | *36.8%* | *28.1%* | *25.1%* | *32.9%* | *27.3%* | *24.0%* | *27.0%* | *23.0%* | *23.5%* | *22.0%* | *20.5%* | *22.1%* | *19.0%* |
| **Adjusted operating income** | **($45.8)** | **($69.4)** | **($96.0)** | **($113.1)** | **($31.5)** | **($36.3)** | **($33.6)** | **($32.5)** | **($133.8)** | **($33.5)** | **($34.4)** | **($34.3)** | **($34.7)** | **($137.0)** | **($137.7)** |
| Other income (expense) | (3.2) | 2.0 | (4.0) | (1.2) | (0.3) | (0.0) | 0.2 | (1.6) | (1.6) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Adjusted pretax income | (49.0) | (67.4) | (100.1) | (114.3) | (31.8) | (36.3) | (33.3) | (34.0) | (135.5) | (33.5) | (34.4) | (34.3) | (34.7) | (137.0) | (137.7) |
| *% margin* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| Provision for income taxes | 0.0 | 0.0 | 0.0 | 0.2 | 0.1 | 0.1 | 0.0 | 0.1 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.4 | 0.0 |
| *Tax rate* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* | *NM* |
| GAAP net income | (49.8) | (68.3) | (121.5) | (131.9) | (36.9) | (43.8) | (40.8) | (41.4) | (163.0) | (41.0) | (41.9) | (41.8) | (42.2) | (167.0) | (167.9) |
| **Adjusted net income** | **($49.0)** | **($67.4)** | **($100.1)** | **($114.5)** | **($31.9)** | **($36.4)** | **($33.4)** | **($34.1)** | **($135.8)** | **($33.6)** | **($34.5)** | **($34.4)** | **($34.8)** | **($137.4)** | **($137.7)** |
| **Adjusted EPS** | **($99.66)** | **($98.55)** | **($3.54)** | **($2.52)** | **($0.67)** | **($0.77)** | **($0.70)** | **($0.71)** | **($2.83)** | **($0.69)** | **($0.71)** | **($0.70)** | **($0.70)** | **($2.81)** | **($2.76)** |
| *% y/y growth* | | | | | | | | | | | | | | | |
| Basic shares (MM) | 0.7 | 0.9 | 16.4 | 45.5 | 47.5 | 47.9 | 48.1 | 48.4 | 48.0 | 48.7 | 49.0 | 49.3 | 49.6 | 49.0 | 50.0 |
| Diluted shares (MM) | 0.7 | 0.9 | 16.4 | 45.5 | 47.5 | 47.9 | 48.1 | 48.4 | 48.0 | 48.7 | 49.0 | 49.3 | 49.6 | 49.0 | 50.0 |

Source: Company reports, Thomson Eikon and TD Cowen

## VALUATION METHODOLOGY AND RISKS

### Valuation Methodology

**Medical Supplies & Devices:**

Our valuation methodology is primarily based on current year and forward year EV/Sales and EV/EBITDA multiples, as well as current year and forward P/E multiples, total return/PE ratio, market cap/free cash flow metrics, and dividend yield comps.

We make investment recommendations on certain early stage, pre-revenue companies based upon an assessment of their business model, technology, probability of market success, and the potential market opportunity, balanced by an assessment of applicable risks. Such companies may not be assigned a price target.

### Investment Risks

**Medical Supplies & Devices**

(1) competitive dynamics globally; (2) potential regulatory delays; (3) potential delays in the timing of product launches in emerging and developed markets; (4) economic sensitivity, pricing pressures and/or weakening consumer demand in developed markets; (5) economic and/or political uncertainty in emerging markets; (6) changes in tax laws; (7) outlook for dividends and share repurchases; and (8) fluctuations in foreign exchange rates.

**Risks To The Price Target**

(1) OM is a single-product company and competes against much larger dialysis players; (2) OM has a very concentrated customer base relative to its competitors; (3) reductions to the U.S. reimbursement rates for dialysis would hurt OM; (4) OM lacks experience in non-U.S. markets, which may be critical for future growth; and (5) Tablo is subject to a post-market surveillance order for home use.

# ADDENDUM

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|--------|--------------|
| ESTA | Establishment Labs |
| OM | Outset Medical |
| PRCT | Procept BioRobotics Corp |
| TMDX | TransMedics |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC makes a market in the stock of Outset Medical, Establishment Labs, Procept BioRobotics Corp and TransMedics securities.

Cowen and Company, LLC or its affiliates managed or co-managed a public offering of Establishment Labs and TransMedics in the past 12 months.

Cowen and Company, LLC or its affiliates received compensation for investment banking services from Establishment Labs and TransMedics in the past 12 months.

Cowen and Company, LLC or its affiliates expect to receive, or intend to seek, compensation for investment banking services in the next 3 months from Establishment Labs.

Establishment Labs and TransMedics is or has been in the past 12 months a client of Cowen and Company, LLC or its affiliates; Cowen and Company, LLC or its afilliates have provided or are providing investment banking services during the past 12 months.

Cowen and Company, LLC or its affiliates beneficially own 1% or more of the common equity securities of Establishment Labs.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

**TD Cowen Research Reports:** TD Cowen research reports are simultaneously available to all clients on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of TD Cowen research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://tdcowenlibrary.bluematrix.com/client/library.jsp.

**THIS RESEARCH REPORT WAS PRODUCED SOLELY BY COWEN AND COMPANY, LLC.**

**THIS RESEARCH REPORT WAS PREPARED IN ACCORDANCE WITH THE RULES UNDER THE FINANCIAL INDUSTRY REGULATORY AUTHORITY (FINRA). THIS REPORT WAS NOT PREPARED IN ACCORDANCE WITH CANADIAN DISCLOSURE REQUIREMENTS RELATING TO RESEARCH REPORTS.**

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC and its affiliates, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://tdcowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**TD Cowen Cross-Asset Research:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "TD Cowen Cross-Asset Research" reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "TD Cowen Cross-Asset Research" analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "TD Cowen Cross-Asset Research" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in "Cross-Asset Research" report may differ from the views offered in the firm's equity research reports prepared for our clients.

Outset Medical
April 25, 2023

**Notice Related To Branding:** "TD Cowen" is a division of TD Securities and is the name under which Cowen and Company, LLC and certain entities that fall under the brand TD Securities conduct certain of its businesses.

"TD Securities" is a trademark of The Toronto-Dominion Bank and represents certain investment banking, capital markets and wholesale banking activities conducted through certain subsidiaries and branches of The Toronto-Dominion Bank. Cowen and Company, LLC is a wholly-owned, indirect subsidiary of The Toronto-Dominion Bank. TD Securities Inc. is regulated by the Investment Industry Regulatory Organization of Canada, a member of the Canadian Investor Protection Fund and a member of Canadian Marketplaces. This material is for general informational purposes only and is not investment advice nor does it constitute an offer, recommendation or solicitation to buy or sell a particular financial instrument.

**Notice to UK and European Union Investors:** This publication is produced and published by Cowen and Company, LLC which is regulated in the United States by Financial Industry Regulatory Authority. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent. The Toronto-Dominion Bank and TD Bank Europe Limited ("TDBEL") are regulated for investment business conducted in the UK by the UK Financial Conduct Authority. TD Global Finance unlimited company is regulated for investment business conducted in Ireland by the Central Bank of Ireland.

This document it is intended only to be issued to persons who (i) are persons falling within Article 19(5) ("Investment professional") of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (as amended, the "Financial Promotion Order"), (ii) are persons falling within Article 49(2)(a) to (d) ("High net worth companies, unincorporated associations, etc.") of the Financial Promotion Order, or (iii) are persons to whom an invitation or inducement to engage in investment activity (within the meaning of section 21 of the Financial Services and Markets Act 2000) in connection with the issue or sale of any securities may otherwise lawfully be communicated or caused to be communicated. Insofar as the document is issued in or to the European Union, it is intended only to be issued to persons categorized as 'Per Se Professional' or 'Eligible Counterparties' as defined in S.I. No 375 of 2017, European Union (Markets in Financial Instruments) Regulations 2017, Schedule 2. Clients in the United Kingdom wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TDBEL. European clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Global Finance unlimited company. Article 20 Market Abuse Regulation 596/2014 ("MAR") requires market participants who produce or disseminate Investment Recommendations or other information recommending or suggesting an investment strategy to take reasonable care that such information is objectively presented, and to disclose their interests or indicate conflicts of interest.

**Australia**

If you receive this document and you are domiciled in Australia, please note that it is intended to be issued for general information purposes only and distributed to a person who is a wholesale client, as defined in the Corporations Act 2001 and Corporations Regulations 2001, by Toronto Dominion (South East Asia) Limited ("TDSEA"). TDSEA does not hold itself out to be providing financial advice in these circumstances. TD Securities is a trademark and represents certain investment dealing and advisory activities of The Toronto-Dominion Bank and its subsidiaries, including TDSEA. The Toronto-Dominion Bank is not an authorized deposit-taking or financial services institution in Australia. TDSEA is a holder of an Australian Financial Services License (528885) and is regulated in Australia by the Australian Securities and Investments Commission.

**Canada**

No securities commission or similar regulatory authority in Canada has reviewed or in any way passed judgment upon this research report, the information contained herein or the merits of the securities described herein, and any representation to the contrary is an offence. Cowen and Company, LLC operates as a dealer in Canada under an exemption from the dealer registration requirements contained in National Instrument 31-103 – Registration Requirements and Exemptions (NI 31-103) and, as such, Cowen and Company, LLC is not required to be and is not a registered dealer in Canada. Canadian clients wishing to effect transactions in any security discussed herein should do so through a qualified salesperson of TD Securities or TD Securities Inc. TD Securities Inc. is a member of the Canadian Investor Protection Fund.

**China, India, and South Korea**

Insofar as the document is received by any persons in the People's Republic of China ("PRC"), India and South Korea, it is intended only to be issued to persons who have the relevant qualifications to engage in the investment activity mentioned in this document. The recipient is responsible for obtaining all relevant government regulatory approvals/licenses themselves, and represents and warrants to The Toronto-Dominion Bank that the recipient's investments in those securities do not violate any law or regulation, including, but not limited to, any relevant foreign exchange regulations and/or overseas investment regulations. The Toronto-Dominion Bank has a representative office in Shanghai, Mumbai and Seoul which should be contacted for any general enquiry related to The Toronto-Dominion Bank or its business. However, neither any of the Toronto-Dominion Bank offshore branches/ subsidiaries nor its representative offices are permitted to conduct business within the borders of the PRC, India and South Korea. In locations in Asia where the Bank does not hold licenses to conduct business in financial services, it is not our intention to, and the information contained in this document should not be construed as, conducting any regulated financial activity, including dealing in, or the provision of advice in relation to, any regulated instrument or product. This publication is for general information only, without addressing any particular needs of any individual or entity, and should not be relied upon without obtaining specific advice in the context of specific circumstances.

**Hong Kong SAR (China)**

This document, which is intended to be issued in Hong Kong SAR (China) ("Hong Kong") only to Professional Investors within the meaning of the Securities and Futures Ordinance (the "SFO") and the Securities and Futures (Professional Investor) Rules made under the SFO, has been distributed through Toronto-Dominion Bank, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission.

**Japan**

For Japanese residents, please note that if you have received this document from The Toronto-Dominion Bank entities based outside Japan, it is being provided to qualified financial institutions ("QFI") only under a relevant exemption to the Financial Instruments and Exchange Act.

If you have received this document from TD Securities (Japan) Co., Ltd., it is being provided only to institutional investors. TD Securities (Japan) Co., Ltd. is regulated by the Financial Services Agency of Japan and is distributing this document in Japan as a Type 1 Financial Instruments Business Operator registered with the Kanto Local Finance Bureau under registration number, Kinsho 2992, and a member of Japan Securities Dealers Association.

**New Zealand**

The Toronto-Dominion Bank is not a "registered bank" in New Zealand under the Reserve Bank Act 1989.

**Singapore**

This report is distributed in Singapore by The Toronto-Dominion Bank, Singapore Branch, and recipients in Singapore of this report are to contact The Toronto-Dominion Bank, Singapore Branch in respect of any matters arising from, or in connection with, this report. The Toronto-Dominion Bank, Singapore Branch is regulated by the Monetary Authority of Singapore. Where this report is issued or promulgated in Singapore, it is only intended for distribution to a person who is an accredited investor, expert investor or institutional investor as defined in the Securities and Futures Act (Cap. 289), the Securities and Futures (Prescribed Specific Classes of Investors) Regulations 2005, or the Securities and Futures (Classes of Investors) Regulations 2018 issued by the Monetary Authority of Singapore.

**TD COWEN**
EQUITY RESEARCH

Outset Medical
April 25, 2023

**Additional Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.tdcowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://tdcowen.bluematrix.com/sellside/Disclosures.action

Cowen and Company, LLC or its affiliates beneficially own .5% or more of the common equity securities of Establishment Labs.

The recommendation contained in this report was produced at April 24, 2023, 21:17ET. and disseminated at April 25, 2023, 4:00ET.

**Copyright, User Agreement and other general information related to this report**

© 2023 Cowen and Company, LLC. All rights reserved. Member NYSE, FINRA and SIPC. This research report is prepared for the exclusive use of TD Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of TD Cowen. TD Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization. All TD Cowen trademarks displayed in this report are owned by TD Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** 646 562 1010 **Boston** 617 946 3700 **San Francisco** 415 646 7200 **Chicago** 312 577 2240 **Cleveland** 440 331 3531 **Atlanta** 866 544 7009 **Stamford** 646 616 3000 **Washington, D.C.** 202 868 5300 **London** (affiliate) 44 207 071 7500

**TD COWEN EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## TD Cowen Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 03/31/23**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 644 | 69.17% | 160 | 24.84% |
| Hold (b) | 281 | 30.18% | 38 | 13.52% |
| Sell (c) | 6 | 0.64% | 1 | 16.67% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by TD Cowen Cross-Asset Research.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

### Establishment Labs Rating History as of 04/21/2023



**TD COWEN**
EQUITY RESEARCH

Outset Medical
April 25, 2023







**Legend for Price Chart:**

I = Initiation | 1 = Outperform | 2 = Market Perform | 3 = Underperform | UR = Price Target Under Review | T = Terminated Coverage | $xx = Price Target | NA = Not Available | S=Suspended

**TD COWEN**
EQUITY RESEARCH

Outset Medical
April 25, 2023

# POINTS OF CONTACT

**Analyst Profiles**



**Joshua Jennings, M.D.**

New York

646 562 1333

josh.jennings@cowen.com

Josh Jennings is a senior analyst covering medical devices. He joined TD Cowen in 2011, and has covered the sector since 2007.



**Eric Anderson**

New York

646 562 1374

eric.anderson@cowen.com

Eric Anderson is an associate covering the medical devices sector. He joined TD Cowen in 2018.

**Reaching TD Cowen**

## Main Cowen and Company Locations

| **New York** | **Boston** | **Cleveland** | **San Francisco** |
|---|---|---|---|
| 599 Lexington Avenue New York, NY 10022 646 562 1010 800 221 5616 | Two International Place Boston, MA 02110 617 946 3700 800 343 7068 | 20006 Detroit Road Suite 100 Rocky River, OH 44116 440 331 3531 | One Maritime Plaza, 9th Floor San Francisco, CA 94111 415 646 7200 800 858 9316 |
| **Atlanta** | **Chicago** | **Stamford** | **Washington, D.C.** |
| 3424 Peachtree Road NE Suite 2200 Atlanta, GA 30326 866 544 7009 | 181 West Madison Street Suite 3135 Chicago, IL 60602 312 577 2240 | 262 Harbor Drive Stamford, CT 06902 646 616 3000 | 2900 K Street, NW Suite 520 Washington, DC 20007 202 868 5300 |

## International Location

**Cowen International Limited**

**London**

1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44 20 7071 7500



 @TDCOWENRESEARCH

 TD COWEN

 TD COWEN