# Exhibit 26

# MAUDE Adverse Event Report: OUTSET MEDICAL, INC. TABLO HEMODIALYSIS SYSTEM; DIALYZER, HIGH PERMEABILITY WITH OR WITHOUT SEALED DIALYSATE SYSTEM

accessdata.fda.gov/scripts/cdrh/cfdocs/cfmaude/detail.cfm

510(k)   |   DeNovo   |   Registration & Listing   |   Adverse Events   |   Recalls   |   PMA   |   HDE   |   Classification   |   Standards

CFR Title 21   |   Radiation-Emitting Products   |   X-Ray Assembler   |   Medsun Reports   |   CLIA   |   TPLC

**OUTSET MEDICAL, INC. TABLO HEMODIALYSIS SYSTEM; DIALYZER, HIGH PERMEABILITY WITH OR WITHOUT SEALED DIALYSATE SYSTEM**

Back to Search Results

**Patient Problem** No Clinical Signs, Symptoms or Conditions (4582)

**Event Type**  malfunction

**Event Description**

Outset medical initially sold tablo hemodialysis devices to our institution with the statement that they could be used for intermittent, pirt (prolonged intermittent renal replacement therapy)/sledd (sustained low-efficiency dialysis) or crrt (continuous renal replacement therapy).We stopped using traditional crrt and replaced withtablo xt for 22 hours under this pretense and based on their statements regarding its successful use in the icu (intensive care unit) setting.When the fda (food and drug administration) warning stating that tablo could not be used for crrt came out, we raised concerns but were told that it is pirt when used for 22 hours.We have had issues when using the device outside of ihd (intermittent hemodialysis) or pirt (8 hours).On very few occasions has the device worked for 22 hours without need to change the filter or having alarms that cause the machine to need to restart a run of dialysis.The most common alarms are for "high arterial pressure" or "low venous pressure" which would typically be related to the patient's indwelling catheter but we cannot find an issue with the catheter itself or the positioning of the catheter.Another alarm that is common is that the saline bag is not connected when it is.Another frequent alarm is "low water pressure" when the water pressure is not an issue.If this occurs 3 times during a run, the machine will shut down.We have noted that this typically occurs when there is filter problem, not a water pressure issue.In most instance, we also need to change the filter 2-3 times per 22-hour run.Since tablo is not approved for crrt, i am concerned that the 22-hour run with 2-hour cleaning before resuming a new run that outset medical indicated was equivalent to crrt, is not and that it misled in marketing indicating an equivalence.Although the device seems to work well for 3-8 hour runs, it does not work well for longer sessions and further investigation into sessions lasting 22 hours should be conducted, as our institutional experience suggests that it is far inferior to a traditional crrt machine in performance.

**Search Alerts/Recalls**

New Search   |   Submit an Adverse Event Report

| | |
|---|---|
| **Brand Name** | TABLO HEMODIALYSIS SYSTEM |
| **Type of Device** | DIALYZER, HIGH PERMEABILITY WITH OR WITHOUT SEALED DIALYSATE SYSTEM |
| **Manufacturer (Section D)** | OUTSET MEDICAL, INC.<br><br>NC |
| **MDR Report Key** | 19152767 |
| **MDR Text Key** | 340874374 |
| **Report Number** | MW5154044 |
| **Device Sequence Number** | 1 |
| **Product Code** | KDI |
| **Combination Product (y/n)** | N |
| **Reporter Country Code** | US |
| **Number of Events Reported** | 1 |
| **Summary Report (Y/N)** | N |
| **Report Source** | Voluntary |
| **Reporter Occupation** | Physician |
| **Type of Report** | Initial |
| **Report Date** | 04/17/2024 |
| ***1* Device was Involved in the Event** | |
| ***1* Patient was Involved in the Event** | |
| **Is this an Adverse Event Report?** | No |
| **Is this a Product Problem Report?** | Yes |
| **Device Operator** | Health Professional |
| **Is the Reporter a Health Professional?** | Yes |
| **Initial Date Manufacturer Received** | Not provided |
| **Initial Date FDA Received** | 04/19/2024 |
| **Patient Sequence Number** | 1 |
| **Patient Outcome(s)** | Other; |
| **Patient Sex** | Unknown |