*In re Outset Medical, Inc. Securities Litigation*, *Case No. 5:24-cv-06124-EJD*
**Plaintiffs' Corrected Appendix: Allegedly Misleading Statements in Consolidated Complaint (Dkt. 50)[1]**

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 1 | Aug. 21, 2020 | Registration Statement on Form S-11 | Outset/Trigg/ Chambers | Outset does not engage in off-label marketing | ¶ 102: "[a]lthough ***our policy is to refrain from statements that could be considered off-label promotion of Tablo***, the FDA or another regulatory agency could disagree and conclude that we have engaged in off-label promotion. | These statements were materially false and misleading when made because the Company did, in fact, engage in pervasive off-label marketing, including expressly directing its sales force to market Tablo for CRRT, which resulted in widespread marketing of Tablo for CRRT, for which Tablo is not cleared, and marketing TabloCart without FDA clearance.  (¶ 177) |
| 1(a) | Sept. 9, 2020 | Amendment No. 1 to the Registration Statement on Form S-1/A | Outset/Trigg/ Chambers | | | |
| 1(b) | Sept. 16, 2020 | Prospectus on Form 424B4 | Outset/Trigg/ Chambers | | This statement was repeated throughout the Class Period in the following documents: the Q3 2020 Form 10-Q, the FY 2020 Form 10-K, the SPO Offering Documents, the FY 2021 Form 10-K, the FY 2022 Form 10-K, and the FY 2023 Form 10-K" | ¶¶ 53-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 177, 181-84, 210, 232-34, 255-56, 267-68, 270[2] |
| 1(c) | Nov. 12, 2020 | Q3 2020 Form 10-Q | Outset/Trigg/ Chambers | | | |
| 1(d) | Mar. 22, 2021 | FY 2020 Form 10-K | Outset/Trigg/ Chambers | | | |
| 1(e) | Apr. 6, 2021 | Registration Statement on Form S-1 | Outset/Trigg/ Chambers | | | |
| 1(f) | Apr. 12, 2021 | Prospectus on Form 424B4 | Outset/Trigg/ Chambers | | | |
| 1(g) | Feb. 23, 2022 | FY 2021 Form 10-K | Outset/Trigg/ Ahmed | | | |
| 1(h) | Feb. 13, 2023 | FY 2022 Form 10-K | Outset/Trigg/ Ahmed | | | These statements were materially false and misleading when made because the |

[1] "¶ _" cites refer to paragraphs in Plaintiff's Consolidated Complaint.  Dkt. 50.
[2] The allegations in these paragraphs are summarized in Exhibit A, attached hereto.

1

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | Company did, in fact, engage in pervasive off-label marketing, including expressly directing its sales force to market Tablo for CRRT which resulted in widespread marketing of Tablo for CRRT, for which Tablo is not cleared, and marketing TabloCart without FDA clearance. (¶ 197)<br><br>¶¶ 53-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 197, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 1(i) | Feb. 21, 2024 | FY 2023 Form 10-K | Outset/Trigg/ Ahmed | | | These statements were materially false and misleading when made because the Company did, had been engaged in pervasive off-label marketing, including expressly directing its sales force to market Tablo for CRRT which resulted in widespread marketing of Tablo for CRRT, for which Tablo is not cleared. (¶ 258)<br><br>¶¶ 53-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 258, 262-65, 267-68, 270 |
| 2<br><br>2(a)<br><br><br><br><br>2(b) | Aug. 21, 2020<br><br>Sept. 9, 2020<br><br><br><br>Sept. 16, | Registration Statement on Form S-11<br><br>Amendment No. 1 to the Registration Statement on Form S-1/A<br><br>Prospectus on | Outset/Trigg/ Chambers<br><br>Outset/Trigg/ Chambers<br><br><br><br>Outset/Trigg/ | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶¶ 103-04: In the IPO Offering Documents and throughout the Class Period, the Company touted "***Tablo is an all-in-one device***" and emphasized Tablo's "compelling value proposition" in the ICU "by ***eliminating the need for multiple dialysis machines***," a that "Tablo's clinical flexibility enables providers to standardize to ***a single platform across all care settings***" and that:<br><br>We designed Tablo from the ground up to be a ***single enterprise solution that can be utilized across the*** | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT. (¶ 179)<br><br>¶¶ 53-55, 57-60, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | 2020 | Form 424B4 | Chambers | | *continuum of care, allowing dialysis to be delivered anytime, anywhere and by anyone.* | |
| 2(c) | Nov. 11, 2020 | Form 8-K Press Release | Outset/Trigg/ Chambers | | *** | |
| 2(d) | Nov. 12, 2020 | Q3 2020 Form 10-Q | Outset/Trigg/ Chambers | | Unlike existing hemodialysis machines, which have limited clinical versatility across care settings and are generally burdened by specialized and expensive | |
| 2(e) | Mar. 9, 2021 | Form 8-K Press Release | Outset/Trigg/ Chambers | | infrastructure, *Tablo is a single enterprise dialysis solution that can be seamlessly utilized across different care settings and for multiple clinical needs.* | |
| 2(f) | Mar. 22, 2021 | FY 2020 Form 10- K | Outset/Trigg/ Chambers | | *** | |
| 2(g) | April 6, 2021 | Registration Statement on Form S-1 | Outset/Trigg/ Chambers | | Requiring only an electrical outlet and tap water to operate, Tablo frees patients and providers from the burdensome infrastructure required to operate traditional dialysis machines.  The integration of water purification | |
| 2(h) | Apr. 12, 2021 | Prospectus on Form 424B4 | Outset/Trigg/ Chambers | | and on-demand dialysate production enables Tablo to serve as a dialysis clinic on wheels and *allows providers to standardize to a single technology platform from the* | |
| 2(i) | May 5, 2021 | Form 8-K Press Release | Outset/Trigg/ Chambers | | *hospital to the home.* | |
| 2(j) | May 6, 2021 | Q1 2021 Form 10-Q | Outset/Trigg/ Chambers | | The Company repeated these statements throughout the Class Period.  One or more of these statements appeared in the SPO Offering Documents and every Form 10-Q, Form 10-K, and press release throughout the Class | |
| 2(k) | Aug. 5, 2021 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | Period. | |
| 2(l) | Aug. 6, 2021 | Q2 2021 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(m) | Nov. 3, 2021 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 2(n) | Nov. 4, 2021 | Q3 2021 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(o) | Feb. 16, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(p) | Feb. 23, 2022 | FY 2021 Form 10-K | Outset/Trigg/ Ahmed | | | |
| 2(q) | May 4, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(r) | May 5, 2022 | Q1 2022 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(s) | Aug. 1, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(t) | Aug. 2, 2022 | Q2 2022 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(u) | Nov. 8, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(v) | Nov. 9, 2022 | Q3 2022 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(w) | Jan. 9, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 2(x) | Feb. 13, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 199)

¶¶ 53-55, 57-60, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 199, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 2(y) | Feb. 13, 2023 | FY 2022 Form 10-K | Outset/Trigg/ Ahmed | | | |
| 2(z) | May 3, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(aa) | May 4, 2023 | Q1 2023 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(bb) | Aug. 2, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose.  (¶ 260)

¶¶ 53-55, 57-60, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |
| 2(cc) | Aug. 3, 2023 | Q2 2023 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(dd) | Oct. 12, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(ee) | Nov. 7, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(ff) | Nov. 8, 2023 | Q3 2023 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(g) | Feb. 21, 2024 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(hh) | Feb. 21, 2024 | FY 2023 Form 10-K | Outset/Trigg/ Ahmed | | | |
| 2(ii) | May 6, 2024 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (*All italics and bolding are from the Consolidated Complaint*) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 2(jj) | May 8, 2024 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 2(kk) | May 9, 2024 | Q1 2024 Form 10-Q | Outset/Trigg/ Ahmed | | | |
| 2(ll) | Aug. 7, 2024 | Form 8-K Press Release | Outset/Trigg/ Ahmed | | | |
| 3 | Nov. 11, 2020 | Form 8-K Press Release | Outset/Trigg/ Chambers | Tablo's strong revenue, growth, and demand | ¶ 106: On November 11, 2020, the Company issued a press release announcing third quarter results and stating that it had "[r]ecorded net revenue of $13.8 million in the third quarter of 2020, a 423% increase compared to $2.6 million in the third quarter of 2019."  In touting these results, the press release quoted Defendant Trigg stating, "[o]ur commercial momentum continued to accelerate in the third quarter as we signed new contracts with some of the largest national and regional health systems in the country," yet failed to disclose the results were driven by the off-label marketing scheme. | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 4 | Nov. 11, 2020 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 107: (*Discussing third-quarter financial results*) "[O]ur traction in the acute market continues to grow and we are really pleased with the pace and the scale of commercial adoption.  New contracts with national and regional health systems in addition to expansion within our existing customer base drove our strong Q3 results."  Defendant Trigg similarly stated, "[o]ur revenue achievement exceeded our initial expectations for the quarter as Tablo adoption continues to accelerate within the acute market." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 5 | Nov. 11, 2020 | Earnings Call | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis | ¶ 108: (*Discussing third-quarter financial results*) Tablo "was designed as a **complete enterprise solution** to enable dialysis to be done by anyone, anytime, anywhere" and "Tablo uniquely enables the management of dialysis across **the entire care continuum from the hospital to the** | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ |

6

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | treatments and is the only device a health system would need | ***home with a single device platform***, which has never been done before." | 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 6 | Nov. 11, 2020 | Earnings Call Deck | Outset | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶¶ 109-110: As part of the earnings call, Outset presented a slide deck in which it displayed a graphic exhibiting various dialysis machines being replaced by Tablo and claiming "Tablo is an enterprise solution that delivers easier, lower-cost dialysis." ***One of the machines shown being replaced by Tablo was the Baxter Prismaflex, a device that is only indicated for CRRT***:<br><br><br><br>The Company used the same slide and image during a March 2021 investor presentation, an April 2021 investor presentation, a May 5, 2021 earnings call, a August 6, 2021 earnings call, and a November 2021 investor presentation. | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 6(a) | March 2021 | Investor Presentation | Outset | | | |
| 6(b) | April 2021 | Investor Presentation | Outset | | | |
| 6(c) | May 5, 2021 | Earnings Call | Outset | | | |
| 6(d) | Aug. 6, 2021 | Earnings Call | Outset | | | |
| 6(e) | November 2021 | Investor Presentation | Outset | | | |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 7 | Nov. 12, 2020 | Morgan Stanley Life After COVID Thematic Conference Presentation | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 113: Trigg claimed that Tablo could be the only hemodialysis machine in a hospital despite not being cleared for CRRT.  She touted Tablo as enabling hospitals to "***down select to one machine*** Tablo, because Tablo is so mobile and also Tablo does not require any infrastructure to use it." She touted Tablo as an "***Enterprise Solution, Value Proposition … we uniquely offer health systems, one device platform across the spectrum of care***.  So that's what we do uniquely well." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 8 | Nov. 19, 2020 | Stifel Virtual Healthcare Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 114: "And so that intrigued us, and to us created an opportunity or a question.  Could we design ***one machine that could really do it all?  Could you allow health systems to down select [ph] just to one device platform that would deliver all of this functionality***, whether that treatment was being done in the hospital or the ICU? Why would you want to manage a bunch of different things, all of which do one narrow slice of what a health system has to deliver, which is enterprise-wide dialysis?<br><br>\*\*\*<br><br>So we set out to deliver an ***enterprise-wide solution***, and that's the device we call Tablo. Our mantra is anywhere, anytime, anyone.  This should be and is a device that could be used anywhere." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 9 | Mar. 9, 2021 | Form 8-K Press Release | Outset/Trigg/ Chambers | Tablo's strong revenue, growth, and demand | ¶ 115: On March 9, 2021, the Company issued a press release announcing fourth quarter and full-year results and stating that it had "[r]ecorded net revenue of $17.2 million in the fourth quarter and $49.9 million for the full year of 2020, representing 143% and 231% increases respectively, over the corresponding periods of 2019."  In the press release, Defendant Trigg emphasized the Company's growth without disclosing that the growth was attributable to a marketing strategy dependent on off-label | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | promotion of Tablo stating, "[i]n the fourth quarter our team continued to outperform while building a solid foundation for growth through 2021 and beyond." | 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 10 | Mar. 9, 2021 | Earnings Call | Chambers | Tablo's strong revenue, growth, and demand | ¶ 116: Defendant Chambers touted Outset's quarterly results and the Company's growth drivers, including the launch of Tablo XT, without disclosing their reliance on off-label marketing:<br><br>"[F]ourth quarter revenue grew 143% year-over-year to $17.2 million, driven by the impact of our HHS lease agreement, higher console shipments, *the launch of our Tablo XT products* and continued growth in consumables and services tied to our larger installed base.  Our full-year revenue equaled $49.9 million, an increase of 231% over the prior-year period.<br><br>***<br><br>Console revenue grew 96% year-over-year to $10.6 million, driven by an increase in Console shipments, higher HHS leasing revenue and recognition of XT upgrade revenue." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 11 | Mar. 9, 2021 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 117: Defendant Trigg also highlighted specifically Outset's performance in the acute care space: "[d]uring the fourth quarter, *we continued to build commercial momentum, particularly within the acute market, with total revenue exceeding our expectations*" without disclosing that that growth was driven by off-label marketing. | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 12 | Mar. 9, 2021 | Earnings Call | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶118: Defendant Trigg also maintained that Tablo could serve all of a health system's dialysis needs:<br><br>"But the common denominator is ***the interest in an enterprise solution***.  That's the driver here.  And so it starts with the economic efficiencies, the operational efficiencies of a ***health system being able to down select to one device***, managing that patient from the acute setting all the way to the home. Whereas today, when they deliver dialysis across their enterprise it's requiring them to buy and maintain a number of different machines which obviously is more cumbersome and more costly." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 13 | Mar. 9, 2021 | Earnings Call | Chambers | Tablo's strong revenue, growth, and demand | ¶ 119: The Company was "***really excited about the acute market and the value proposition of Tablo*** and the success we have had and the success we continue to plan to have." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 14 | May 5, 2021 | Form 8-K Press Release | Outset/Trigg/ Chambers | Tablo's strong revenue, growth, | ¶ 124: On May 5, 2021, the Company issued a press release announcing first quarter results and stating, | These statements were materially false and misleading when made because they |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | and demand | "[r]ecorded net revenue of $22.9 million in the first quarter of 2021, a 219% increase compared to $7.2 million in the first quarter of 2020." Outset again touted its strong revenue performance and growth without disclosing its off-label promotion of Tablo. Defendant Trigg stated, "[o]ur first quarter was marked by strong revenue performance, continued operational execution, and substantial progress across our strategic initiatives, … *With strong interest in Tablo, a robust backlog and clear visibility on the timing of console placements, we are confident in our positioning for consistent strong performance in 2021 and beyond*." | failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 15 | May 5, 2021 | Earnings Call | Chambers | Tablo's strong revenue, growth, and demand | ¶ 125: "[c]onsole revenue equaled $14.8 million or 194% year-over-year growth, *driven by higher placement to our acute customers as well as the recognition of XT upgrade revenue*." Again, the Company failed to discuss its off-label promotion of Tablo for CRRT drove the "higher placement" with acute care clients. | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 16 | May 5, 2021 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 126: Defendant Trigg further noted that the installed base in both the acute and sub-acute markets show that Tablo's "*value proposition is resonating quickly following console deployment*." Defendant Trigg also touted Tablo's ability to be a single enterprise solution:  the way that we design Tablo and *our design goal from a technology standpoint from the beginning, really was the notion of an enterprise solution that health systems would no longer need to buy and maintain two, three, four different types of machines*, each of which did only | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong | one type of dialysis. And so the design vision was, 'Hey, *could we build a single hardware platform that really* | These statements were materially false |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | *could perform the functionality of all these machines for all types of acuity patients*.'<br><br>And so in delivering on that promise – that design promise, *we're able to approach a health system – a given health system and talk to them about down selecting now to Tablo for use anywhere from the ICU to home. So that's kind of part one and the idea behind the enterprise solution.* | and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 17 | May 11, 2021 | BofA Securities Virtual Health Care Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 128: Defendant Trigg falsely touted Tablo's ability to serve the entire acute market, ignoring its lack of FDA clearance for CRRT: "[t]he engineering team here has been busy and worked hard to actually add incremental features that enables *Tablo's use really across any and all patient populations served anywhere in the hospital*, again, bedside dialysis maybe with short treatments all the way to long treatments in the ICU. So we *don't see any limit to our ability to penetrate that full $2.2 billion acute market here in the U.S.*" | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 18 | June 9, 2021 | Goldman Sachs 42nd Annual Global Healthcare Virtual Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 129: "*a single device hardware platform that can deliver dialysis anywhere anytime and virtually by anyone*… And so, our technology vision really became one of a classic technology rollout.  *Could we design a single hardware platform that could perform the functionalities of all of those different types of dialysis machines plus could we also integrate a thousand square foot water treatment room in a box and that's exactly what we did.*" | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 19 | Aug. 5, 2021 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 130: On August 5, 2021, the Company issued a press release announcing second quarter  results and stating it "[r]ecorded net revenue of $25.2 million in the second quarter of 2021, a 115% increase compared to $11.7 million in the second quarter of 2020."  In the press release, Defendant Trigg stated: | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | "[i]n the first half of 2021, *we delivered best-in-class revenue growth and steady gross margin improvement driven by a team that is dedicated to, and united around, transforming the dialysis experience for patients and providers*, … With new home console bookings up substantially in the second quarter, and both current and new customers purchasing Tablo for acute use, *our integrated commercial strategy is working as expected*. We remain confident in our ability to execute on each of our key strategic initiatives for 2021 and in our long-term growth prospects." | promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 20 | Aug. 5, 2021 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 131: Defendant Trigg emphasized Tablo's "value proposition" to health systems and touted it as "an enterprise solution that reduces the cost and complexity of dialysis and helps hospitals expand their margin…And that's the *value proposition* that we saw up through 2020, both the highs and the lows of the pandemic, to be just as resonant with health system executives." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | would need | | 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 21 | Aug. 5, 2021 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 132: Defendant Trigg again discussed the Company's "strong revenue growth and substantial progress in achieving our top strategic initiatives for 2021" and attributed the growth, in part, to "***expansion within the acute setting***." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 22 | Aug. 5, 2021 | Earnings Call | Ahmed | Tablo's strong revenue, growth, and demand | ¶133: Defendant Ahmed stated that the Company's "second quarter revenue grew 115% year-over-year to $25.2 million, ***driven primarily by increased console shipments to acute customers***, higher consumable shipments, our HHS lease agreements, and increased services to support our growing installed base." The Individual Defendants' comments came without disclosing these growth figures were driven by Outset's off-label promotion of Tablo. | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 23 | Sept. 13, 2021 | 19th Annual Morgan Stanley Healthcare Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 136: Defendant Trigg discussed results of a data analysis in touting that Tablo could perform ***100% of all dialysis treatments***:<br><br>"***We specifically designed Tablo, as we say, kind of like as an enterprise solution where we can – that same device platform can be used for dialysis on the floor or in the ICU.***<br><br>About 85% of the treatments performed in the acute setting are actually kind of run-of-the-mill regular dialysis | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT. (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | 3 or 4 hour treatments done bedside at the floor, we can do those. The 15% are much sicker patients, much more complicated patients in the ICU, running longer, slower dialysis up to 24 hours, Tablo also can serve those patients. ***And so we have the ability to capture 100% of all the treatment volume*** that any given hospital across the country is doing on an annual basis. And so that's what leads to such a big opportunity specific to Outset and our technology." | |
| 24 | Sept. 13, 2021 | 19th Annual Morgan Stanley Healthcare Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 137: Defendant Trigg made clear the significance of Tablo as the "***only device***" on the market or coming that can treat from 0 to 24 hours. ***You absolutely need that to be an enterprise solution in the hospital***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT. (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 25 | Nov. 3, 2021 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 138: On November 3, 2021, the Company issued a press release announcing third quarter financial results and stating, "[r]ecorded net revenue of $26.3 million in the third quarter of 2021, a 91.3% increase compared to $13.8 million in the third quarter of 2020." In the press release, Defendant Trigg stated, "***[o]ur strong third quarter performance further reinforces our confidence in our business and in our expectations for growth***." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 26 | Nov. 3, 2021 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 139: Defendant Trigg touted that much of the Company's revenue growth was due to acute care customers, stating that "top line growth continues to be driven by our commercial success in the acute market." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 27 | Nov. 3, 2021 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 140: "*continued strength in our XT attachment rate in the third quarter*." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 28 | Nov. 3, 2021 | Earnings Call | Ahmed | Tablo's strong revenue, growth, and demand | ¶ 141: Defendant Ahmed, further commented that:<br><br>"[*R*]*evenue grew 91.3% year-over-year in the third quarter to $26.3 million, driven primarily by increased console shipments to acute customers*, higher consumable shipments, *the impact of XT upgrades*, increased services to support our growing installed base and our HHS lease agreements.<br><br>***<br><br>"[c]onsole revenue grew by 71% year-over-year to $15.4 million driven by higher console placements and increased [average selling price] *given the availability of and demand for Tablo XT*." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 29 | Nov. 8, 2021 | ESG Report | Outset | Outset does not engage in off-label marketing | ¶ 143: The Company's 2021 ESG Report stated:<br><br>"Outset has adopted a promotional material procedure to | These statements were materially false and misleading when made because the Company did, in fact, engage in |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | define acceptable and unacceptable advertising, sales support, training, and other promotional practices for Outset medical devices in the United States. Included in this procedure is Outset's policy that *all claims with respect to Outset products must be consistent with approved labeling, with the data submitted to the FDA to obtain 510(k) clearance and/or substantiated with appropriate evidence (i.e., instructions-for-use, verification and validation testing, clinical study report, or any other report requiring a similar rigorous process of review and approval). In addition, without exception, promotional material may be neither false nor misleading (either in terms of a specific product claim or the overall net impression conveyed by the promotional material) and must comply with all specific conditions of approval for the product being promoted. Furthermore, promotional materials for a cleared or approved product may not promote, discuss, or refer to uncleared, unapproved, or off-label use.*" | pervasive off-label marketing, including expressly directing its sales force to market Tablo for CRRT, which resulted in widespread marketing of Tablo for CRRT, for which Tablo is not cleared, and marketing TabloCart without FDA clearance. (¶ 177)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 177, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 30 | Feb. 16, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 144: On February 16, 2022, the Company issued a press release reporting fourth quarter results and stating, "[r]ecorded net revenue of $28.2 million in the fourth quarter of 2021, a 63.2% increase compared to $17.2 million in the fourth quarter of 2020, and $102.6 million for the full year of 2021, representing an increase of 105.5% compared to $49.9 million for 2020." In the press release, Defendant Trigg stated:<br><br>*"[o]ur entire team contributed to an exceptional 2021, driving record revenue growth, meaningful progress toward our long-term gross margin goal and excellent visibility into 2022… Our established relationships with 7 of the 8 largest national health systems and one-third of the largest 100 regional health systems puts us in a strong position for growth this year in both the acute and home settings."* | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 31 | Feb. 16, 2022 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 145: "[a]s we look to 2022, *we have clarity and conviction around the growth drivers that will continue to distinguish Outset Medical, namely, expanding our acute care business from the beachhead we established last year*." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178) <br><br> ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 32 | Feb. 16, 2022 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 146: Defendant Trigg specifically noted Tablo XT's impact on the Company's growth that quarter noting the "strong XT attachment rate." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178) <br><br> ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 33 | Feb. 16, 2022 | Earnings Call | Ahmed | Tablo's strong revenue, growth, and demand | ¶ 147: "Our fourth quarter revenue grew 63% year-over-year to $28.2 million, driven primarily by increased console shipments to acute customers, higher consumable shipments, increased services to support our growing installed base *and the impact of XT upgrades*." <br><br> *** <br><br> Console revenue grew by 70% year-over-year to $18.l million, driven by higher console placements and increased ASP given the availability of and demand for Tablo XT. Similar to prior quarters, we continue to see better uptake of our XT upgrade than we had initially projected. | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 178) <br><br> ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 34 | Feb. 18, 2022 | 11th Annual SVB Leerink Global Healthcare Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 149: ". . . I think what's really, really different about the way we're approaching the acute market is that *we are going after the whole thing*. Companies that have talked about acute dialysis in the past, their devices can only be used in the ICU. *They can only be used for these longer treatments called SLED or CRRT, or they have a device that can only be used for short treatments.*<br><br>\*\*\*<br><br>. . . Tablo is the only device available that can treat across the entire spectrum, sort of from zero to 24 hours. And therefore, we can go after all of the different types of treatments that are delivered in a hospital.<br><br>\*\*\*<br><br>. . . [the hospital] start[s] offering dialysis, those longer treatments, and they didn't before because the device is so easy . . .With a simpler device, now they're doing dialysis in the ICU for longer -- treating more critical patient. . . decide to do what we would call *whole house conversion* . . . over time, when they're more comfortable with it, confident and everybody's trained, *they'll go to a whole house conversion where they're only using the Tablo machines to deliver treatment*. And that could be another reason why utilization grows." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT. (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 35 | Feb. 23, 2022 | FY 2021 Form 10-K | Outset/Trigg/ Ahmed | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 152: Outset included a graphic indicating that the Tablo could replace three "traditional hemodialysis machines," one of which was the Fresenius MultiFiltrate Pro, a dialysis machine indicated for only CRRT. | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 36 | Mar. 8, 2022 | TD Cowen Healthcare Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 154: During a March 8, 2022 TD Cowen Healthcare Conference, the Company touted that Tablo could replace all acute care dialysis machines and thus reduce health system costs. Trigg emphasized "***the core value proposition of Tablo that I think continues to fuel and did fuel the backlog coming into 2022 and continues to fuel our pipeline***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 37 | May 4, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 155:  On May 4, 2022, the Company issued a press release reporting first quarter results and stating, "[r]ecorded net revenue of $30.6 million in the first quarter of 2022, a 33.3% increase compared to $22.9 million in the first quarter of 2021 and an 8.5% increase compared to $28.2 million in the fourth quarter of 2021." In the press release, Defendant Trigg stated:<br><br>"[t]he first quarter of 2022 was marked by strong revenue | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, |

20

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | growth and gross margin expansion, **which resulted from the momentum we see among both acute care customers** and providers expanding access to Tablo at Home . . . As interest for Tablo accelerates across all market segments, we continued to expand gross margins, invest in innovation, and deliver consistent and predictable financial and operational results, increasing our confidence for sustained strong performance through 2022 and beyond." | 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 38 | May 4, 2022 | Earnings Call | Ahmed | Tablo's strong revenue, growth, and demand | ¶ 156: "***Our first quarter revenue grew 33% year-over-year to $30.6 million, driven primarily by higher consumable shipments, increased console shipments to acute and home customers***, and increased services to support our growing installed base.<br><br>Product revenue grew 41% year-over-year to $25.7 million.<br><br>We continue to see better uptake of our XT upgraded than we had initially projected, **which highlights Tablo's clinical versatility and the clinical communities recognition of Tablo's ability that capably treat the very sickest population of patients in the ICU**." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 39 | May 4, 2022 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 157: Defendant Trigg also stated that:<br><br>"***the strength that we saw in the quarter leading to strong performance on the top-line revenue side, really came again from the core Tablo value proposition in the*** | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | *acute* around significant cost reduction. Those supplies cost reduction, labor cost reduction and operating efficiencies for the hospital customers that are choosing to adopt it." | undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 40 | May 24, 2022 | UBS Global Healthcare Conference | Ahmed | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 160: Defendant Ahmed touted Tablo's ability to be the only dialysis machine a hospital would need:  "in the acute setting, today, pre-Tablo, a hospital may need multiple dialysis devices to do ICU training or floor training, meaning bedside training rather or treatment rather. ***And with Tablo, you can have one device that will do dialysis in the ICU.  It will do dialysis at the bed side. It will do dialysis sort of everywhere you need***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 41 | Aug. 1, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 161: Defendant Trigg praised that the Company's off-label marketing of Tablo as having the desired effect: "[a]s we look to the second half of the year, we see no change ***in underlying demand for Tablo***." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 42 | Nov. 8, 2022 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶¶ 163-164: "Recorded net revenue of $27.8 million in the third quarter of 2022, a 5.5% increase compared to $26.3 million in the third quarter of 2021 and a 10.8% increase compared to $25.1 million in the second quarter of 2022"<br><br>"third quarter results reflect ***the value Tablo is delivering in both the acute and home settings, with console shipments exceeding our initial expectations***… we believe our continued expansion in the acute setting and our strong start to rebuilding the home patient pipeline ***reflects patient preference for Tablo and strong demand across end markets***." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 43 | Nov. 8, 2022 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 165: "In summary, our strong ***Q3 was driven by significant expansion in the acute setting*** and a home pipeline that is rebuilding ahead of expectations.  It is clear to us that Tablo remains a highly differentiated solution in one of the largest, most expensive recession-proof areas of healthcare.<br><br>\*\*\*<br><br>In summary, ***we had a strong Q3 that demonstrated Tablo's value proposition*** in our large acute and home end markets and we have a high degree of confidence in our team's ability to execute as we round out 2022 and set ourselves up for 2023, to continue to deliver on our promise to dialysis patients and providers" | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | 232-34, 255-56, 267-68, 270 |
| 44 | Nov. 8, 2022 | Earnings Call | Ahmed | Tablo's strong revenue, growth, and demand | ¶ 166: During the call, Defendant Ahmed touted Tablo XT's strong uptake, stating that "[w]e saw console ASPs increase again year-over-year, driven primarily by the demand for Tablo XT which continues to exceed our initial projections." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)

¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 45 | Nov. 8, 2022 | Earnings Call | Trigg | Touting TabloCart without prior 510(k) Clearance as a non-medical accessory | ¶ 167: "To that end, we are pleased to introduce ***TabloCart, which is a new accessory for Tablo***. TabloCart provides additional maneuverability around the hospital and incremental pre-filtration capabilities for sites that suffer from water quality that is far worse than the national drinking water standards.  TabloCart will be sold separately at an expected margin accretive ASP.  We closed Q3 exceeding our internal projections for TabloCart orders indicating strong early demand for this innovative accessory." | These statements were materially false and misleading when made because TabloCart is a medical device that required prior FDA approval or clearance, and Outset never sought FDA clearance prior to unlawfully marketing and distributing TabloCart.  (¶ 180)

¶¶ 53-56, 180, 183-84, 210 |
| 46 | Nov. 15, 2022 | Stifel Healthcare Conference | Ahmed | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 170: Defendant Ahmed claimed that Tablo's "***value proposition remain[ed] strong***, and we have a lot of confidence in our ability to grow as we move forward in time." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)

¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 47 | Nov. 17, 2022 | Jefferies LLC London Healthcare Conference | Ahmed | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 171:  Defendant Ahmed repeated the Company's typical – yet, false – refrain that Tablo could serve every patient in the acute care setting.  "***On the clinical and operational benefits, Tablo is one device that can do dialysis from the ICU to the bedside.  Where today a hospital may have multiple devices, a couple in the ICU, a different one at the bedside, and potentially different devices to do long treatment***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 48 | Jan. 9, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 172: (Press Release and Guidance)<br><br>"Revenue in the fourth quarter is expected to be approximately $31.5 million, a 13% increase compared to $27.8 million in the third quarter of 2022<br><br>Revenue for 2022 is expected to be approximately $115 million, a 12% increase compared to $102.6 million in 2021" | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 49 | Jan. 9, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 173: The press release quoted Defendant Trigg as stating that the prior year was "an important year for Outset," and touted revenue growth noting the Company "***significantly increased the number of Tablo consoles in hospitals and homes***." | These statements were materially false and misleading when made because they failed to disclose that the results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 178)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 178, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 50 | Jan. 11, 2023 | J.P. Morgan 41st Annual Healthcare | Trigg | Tablo's strong "value proposition" and | ¶ 174: Defendant Trigg again claimed that Tablo could treat any patient in the acute care setting: | These statements were materially false and misleading when made because they failed to disclose that this value |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | Conference | | that Tablo can perform all dialysis treatments and is the only device a health system would need | "It is the first single hardware platform, same device, whether you're using it in the ICU or whether you're using it in the home, that's never been done before.<br><br>\*\*\*<br><br>That really enabled the healthcare provider to, again down select operational efficiency, ***down select to 1 device that their nurses and their clinicians can use in the ICU*** that, folks can use in the subacute space and that consumers can use in the home . . . It is an opportunity for 1 device across multiple markets." | proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 51 | Jan. 11, 2023 | J.P. Morgan 41st Annual Healthcare Conference Slides | Outset | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 175- 176: During the conference, Outset presented a slide touting Tablo as "an all-in-one solution that replaces multiple machines and a water treatment room with a single device" and ***displayed a graphic with Tablo superimposed over a variety of dialysis machines that it would replace including the Baxter Prismaflex, which is only indicated for CRRT***.<br><br>The Company used the same slide and image during the FY 2022 earnings call, the Q1 2023 earnings call, Q2 2023 earnings call, the October 12, 2023 earnings call, the November 7, 2023 earnings call, January 8, 2024 42nd Annual J.P. Morgan Healthcare Conference, and the February 21, 2024 earnings call. | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 179)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 179, 181-84, 210, 232-34, 255-56, 267-68, 270 |
| 51(a)<br><br>51(b) | Feb. 13, 2023<br><br>May 3, 2023 | FY 2022 earnings call<br><br>Q1 2023 earnings call | Outset<br><br>Outset | | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 199)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 199, 201-04, 210, 232-34, 255-56, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 51(c) | Aug. 2, 2023 | Q2 2023 earnings call | Outset | | An all-in-one solution that replaces multiple machines and a water treatment room with a single device | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose. (¶ 260)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |
| 51(d) | Oct. 12, 2023 | October 12, 2023 earnings call | Outset | | | |
| 51(e) | Nov. 7, 2023 | November 7, 2023 earnings call | Outset | | | |
| 51(f) | Jan. 8, 2024 | 42nd Annual J.P. Morgan Healthcare Conference | Outset | | | |
| 51(g) | Feb. 21, 2024 | February 21, 2024 earnings call | Outset | | | |
| 52 | Feb. 13, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 185: Defendant Trigg further stated that "*[g]rowth in the fourth quarter exceeded our expectations as we saw Tablo's economic and clinical advantages continue to gain traction with dialysis providers and their patients across our end markets*." | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT. (¶ 198)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 198, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 53 | Feb. 13, 2023 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 186: The Company held its earnings call, during which Defendant Trigg elaborated on the Company's growth figures:<br><br>"Turning now to our results in the acute end market, the fourth quarter was also marked by strong growth, | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | including sequential revenue growth each quarter from Q2 through Q4. ***Broadly, we saw the macro acute care environment largely stable over the course of the fourth quarter and through the first several weeks of this year***.<br><br>\*\*\*<br><br>***And we're also keeping a close watch on hospital capital spending, which can affect the timing of deals, but to-date has not proven to be a meaningful headwind for us given Tablo's strong value proposition***." | promotion of Tablo for CRRT.  (¶ 198)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 198, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 199)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 199, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 54 | Feb. 13, 2023 | Earnings Call | Ahmed | Tablo's strong revenue, growth, and demand | ¶ 187: Defendant Ahmed also touted the strong demand for both Tablo and TabloCart in the acute care setting without disclosing that the demand was driven by Outset's off-label promotion strategy:<br><br>"Our fourth quarter revenue increased approximately 15.3% sequentially and 13.7% year-over-year to $32 million.<br><br>Product revenue was up 21.3% from the prior quarter and increased 11.5% year-over-year to $26.4 million. Console revenue grew 22.8% from the third quarter and increased by 1.5% year-over-year to $18.4 million. ***We saw console ASPs increase again year-over-year, driven primarily by the ongoing demand for Tablo XT and by demand for TabloCart***, our new accessory launched in the fourth quarter of 2022." | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 198)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 198, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 55 | Feb. 13, 2023 | FY 2022 Form 10-K | Outset/Trigg/ Ahmed | Touting TabloCart without prior 510(k) Clearance | ¶¶ 189- 190: Outset described TabloCart as a "non-medical accessory" in the FY 2022 Form 10-K. | These statements were materially false and misleading when made because TabloCart is a medical device that |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 55(a) | Apr. 13, 2023 | Schedule 14A Proxy Statement | Outset | as a non-medical accessory | Outset repeated this statement in its April 13, 2023 Proxy Statement to shareholders. | required prior FDA approval or clearance, and Outset never sought FDA clearance prior to unlawfully marketing and distributing TabloCart.  (¶ 200)<br><br>¶¶ 53-56, 200, 203-04, 210 |
| 56 | May 3, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 191: Defendant Trigg attributed these [first quarter financial] results to the Company's sales and marketing strategy, stating that the "momentum we had exiting 2022 carried through the first quarter of 2023 ***with the benefits of Tablo continuing to resonate with acute-care and home providers***." | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 198)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 198, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 57 | May 3, 2023 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 192: Defendant Trigg touted Outset's financial performance, especially in the acute care setting, without disclosing that the Company achieved these results through off-label promotion of Tablo for CRRT:<br><br>"***Our acute progress is a direct testament to the strong economic value proposition of Tablo***.  In any climate, direct, measurable cost reduction is valuable to hospitals, but never more so than it is today.<br><br>*** | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT.  (¶ 198)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 198, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a | Another important element of our commercial strategy is to ***drive utilization across the installed base***, and we were pleased to see positive trends in treatment volume during the quarter, in line with our  expectations.  We also saw ASPs rise, both on consoles and consumables, which ***serves as strong validation of Tablo's clinical and economic value proposition versus our competitors***.  Our | These statements were materially false and misleading when made because they failed to disclose that this value proposition was being fueled by off-label marketing of Tablo for CRRT.  (¶ 199) |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | health system would need | ASPs benefited again from better- than-expected uptake of Tablo add-ons, including **good early demand for our TabloCart new product accessory**.<br><br>***<br><br>Just in terms of the – the cumulative number of conversations that our team is now having with health systems that want to look at **a full enterprise solution**, **as we call it, using Tablo from the ICU all the way to home**. We are having many, many, many more conversations than we had, let's say, this time last year, about deploying a home program, in tandem with an acute program." | ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 199, 201-04, 210, 232-34, 255-56, 267-68, 270 |
| 58 | May 3, 2023 | Earnings Call | Trigg | Touting TabloCart without prior 510(k) Clearance as a non-medical accessory | ¶ 193: Defendant Trigg also discussed the TabloCart product launch and its strong demand:<br><br>"From a product innovation standpoint, we are very **pleased with demand for TabloCart, a new product accessory** we introduced in Q3 of last year that provides additional maneuverability around the hospital, and **incremental water prefiltration capabilities**.  TabloCart is sold separately and is gross margin accretive ASP and is proving to be a valuable solution to many of our acute care customers." | These statements were materially false and misleading when made because TabloCart is a medical device that required prior FDA approval or clearance, and Outset never sought FDA clearance prior to unlawfully marketing and distributing TabloCart.  (¶ 200)<br><br>¶¶ 53-56, 200, 203-04, 210 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 59 | June 30, 2023 | 2023 ESG Report | Outset | Outset does not engage in off-label marketing | ¶ 196: "Outset has adopted an ***ethical marketing procedure*** that defines acceptable and unacceptable advertising, sales support, training, and other promotional practices for Outset medical devices in the United States. Included in this procedure is Outset's policy that ***all claims with respect to Outset products must be consistent with approved labeling, with the data submitted to the FDA to obtain 510(k) clearance and/or substantiated with appropriate evidence*** (i.e., instructions-for-use, verification and validation testing, clinical study report, or any other report requiring a similar rigorous process of review and approval).<br><br>In addition, without exception, promotional material or statements made by Outset sales representatives may not promote, discuss, or refer to uncleared, unapproved, or off-label use.  This means that all promotional activities may be neither false nor misleading (either in terms of a specific product claim or the overall net impression conveyed by the promotional material) and must comply with all specific conditions of approval for the product being promoted." | These statements were materially false and misleading when made because the Company did, in fact, engage in pervasive off-label marketing, including expressly directing its sales force to market Tablo for CRRT which resulted in widespread marketing of Tablo for CRRT, for which Tablo is not cleared, and marketing TabloCart without FDA clearance.  (¶ 197)<br><br>¶¶ 53-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 197, 201-204, 210, 232-34, 255-56, 267-68, 270 |
| 60<br><br>60(a)<br><br>60(b)<br><br>60(c)<br><br>60(d) | July 7, 2023<br><br>Aug. 3, 2023<br><br>Nov. 8, 2023<br><br>Feb. 21, 2024<br><br>May 9, 2024 | Form 8-K<br><br>Q2 2023 Form 10-Q<br><br>Q3 2023 Form 10-Q<br><br>FY 2023 Form 10-K<br><br>Q1 2024 Form 10-Q | Outset/Trigg/Ahmed<br>Outset/Trigg/Ahmed<br><br>Outset/Trigg/Ahmed<br><br>Outset/Trigg/Ahmed<br><br>Outset/Trigg/Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 205-206: "The [FDA] Warning Letter raises two additional observations.  The first observation asserts that certain materials reviewed by the FDA and found on the Company's website promote continuous renal replacement therapy (CRRT), a modality outside of the current indications for the Tablo® Hemodialysis System.  The Company believes this concern has been effectively addressed through labeling and promotional changes already underway.<br><br>The second observation asserts that the TabloCart with Prefiltration (the "TabloCart"), requires prior 510(k) clearance for marketing authorization.  TabloCart, an accessory to the Tablo System, launched in the third | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (*All italics and bolding are from the Consolidated Complaint*) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 60(e) | Aug. 7, 2024 | Q2 2024 Form 10-Q | Outset/Trigg/Ahmed | | quarter of 2022 and sales to date have not been material to the Company's financial results.  The Company intends to work collaboratively with the FDA to resolve this observation, including potentially submitting a 510(k) on TabloCart." <br><br> The Company repeated these statements attempting to minimize the issues raised in the FDA Warning Letter hereafter in its Q2 2023 Form 10-Q, Q3 2023 Form 10-Q, FY 2023 10-K, Q1 2024 Form 10-Q, and Q2 2024 Form 10-Q. <br><br> ¶ 207: The Company further stated "it intends to fully cooperate with the FDA, including by responding within 15 business days, to expeditiously and completely resolve the Warning Letter." | 255-56, 261-265, 266,[3] 267-68, 270 |
| 61 | Aug. 2, 2023 | Form 8-K Press Release | Outset/Trigg/Ahmed | Tablo's strong revenue, growth, and demand | ¶ 210: On August 2, 2023, after the market closed, the Company issued a press release and disclosed that due to the FDA Warning Letter and as the TabloCart had never received FDA clearance to be marketed, "it ha[d] paused the shipment of TabloCart with Prefiltration, an accessory for the Tablo System, pending the Food and Drug Administration's clearance of a 510(k) the Company plans to submit later this month."  In the press release the Company also announced lowered expectations for FY 2023 telling investors that it "now expects to be at the low end of [revenue guidance] as a result of the shipment pause."[4] <br><br> ¶ 211: The press release quoted Defendant Trigg highlighting the Company's "momentum entering 2023 | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT, particularly in the first two quarters of 2023 before the FDA issued its Warning Letter leading to internal marketing changes.  (¶ 259) <br><br> ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 259, 262-65, 267-68, 270 |

---

[3] The allegations in the paragraphs discussing the FDA Warning Letter's impacts on the Company and Defendants' attempt to downplay those impacts to the public are summarized in Exhibit B, attached hereto.

[4] The Complaint inadvertently omits ¶210 in the discussion of false statements due to a typographical error.  Consistent with the allegations, the statement is an alleged false statement.

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | carried through the second quarter, *led by the strong demand from hospitals due to the value realized from insourcing dialysis with Tablo*" and that Defendants "expect our strong momentum both in the acute and home end markets to continue to drive the business." | |
| 62 | Aug. 2, 2023 | Earnings Call | Trigg | Tablo's strong revenue, growth, and demand | ¶ 212: The Company held an earnings call the same day, during which Defendant Trigg again touted their results and growth without revealing their reliance on off-label marketing:<br><br>"On the acute side, we've been encouraged to see more customers recognizing Tablo's strong economic value proposition and make the decision to in-source inpatient dialysis with Tablo.<br><br>***<br><br>With the first half of 2023 now behind us, we retain our strong conviction in the fundamentals of our business with confidence grounded particularly by a healthy pipeline and backlog with interest in and demand for Tablo is strong and growing. | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT, particularly in the first two quarters of 2023 before the FDA issued its Warning Letter leading to internal marketing changes. (¶ 259)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 259, 262-65, 267-68, 270 |
| | | | | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ***<br><br>In terms of end market performance, beginning with acute care, we were pleased to see strong console growth, once again driven predominantly by momentum with insourcing initiatives. Through 2023, we have seen more and more customers recognizing the cost savings associated with bringing Tablo in-house, and this continues to be a driving factor for health system administrators." | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose. (¶ 260)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (All italics and bolding are from the Consolidated Complaint) | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | |
| 63 | Aug. 2, 2023 | Earnings Call | Outset/Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 213: After Outset received the FDA Warning Letter, it rebranded "Tablo XT" to "Tablo Pro+." During the earnings call, the Company began referring to the software as Tablo Pro+.  Moreover, Defendant Ahmed touted Pro+ as being in the "substantial majority of our acute consoles" for the prior quarter. | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 64 | Aug. 2, 2023 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 214: "first observation pertained *to content on our website* that referenced to a Continuous Renal Replacement Therapy, or a CRRT, a modality not currently included in Tablo's indications for use.  To be fully reflective of our most recently cleared indications for use, *we've removed these materials.  We believe that our action plan has addressed this finding and expect no impact with the customers from this remediation.*" | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-68, 270 |
| 65 | Aug. 2, 2023 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 215: Defendant Trigg went on to state that the FDA Warning Letter and the issues it flagged did not raise safety and other concerns stating, "I want to emphasize that neither of these two additional observations pertain to safety, efficacy or quality," despite the fact that the letter itself states that "[s]ystems that cannot safely and reliably perform CRRT raise serious public health concerns when used for CRRT treatment, because failure of dialysis | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | systems performing CRRT may result in fluid and electrolyte imbalances, inadequate ultrafiltration, infection, and patient harm/death" and that the off-label marketing for CRRT could "could significantly affect safety or effectiveness of the device." | Tablo. (¶ 261) <br><br> ¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 66 | Aug. 2, 2023 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 216: (*When asked about lowered expectations based on Tablo Cart*) "as we look at the second half, we're just thinking about, hey, if there are any new customers in these really bad water areas, they might choose to push back their console purchase until TabloCart is available. And so, for that reason, we contemplated that in the guidance that we talked about today." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261) <br><br> ¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 67 | Aug. 2, 2023 | Earnings Call | Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 217: Defendants also tried to assure investors that Tablo sales would ramp up once TabloCart received FDA clearance. Defendant Ahmed stated: <br><br> "our expectation is that sales of both TabloCart with prefiltration will resume once we get our clearance and that any Tablo orders that may defer will also come back once we get our 510(k) clearance. So, as we think about 2024, nothing has structurally changed." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261) <br><br> ¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 68 | Aug. 3, 2023 | Q2 2023 Form 10-Q | Outset/Trigg/ Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 219: In the Q2 2023 Form 10-Q, Outset discussed and downplayed the FDA's findings:<br><br>"We timely submitted a response to the FDA in late July 2023.  As communicated in our response, we believe we have taken or committed to take appropriate measures to resolve the matters raised in the Warning Letter.  We believe the concern raised by the first observation regarding CRRT promotion has been effectively addressed through labeling and promotional changes that have already been completed.  With regard to the second observation, we have agreed to submit a 510(k) application for TabloCart with Prefiltration." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 69 | Sept. 12, 2023 | Morgan Stanley 21st Annual Global Healthcare Conference | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 222: Defendant Trigg further minimized the FDA Warning Letter and suggested that Outset's issues with the FDA were over:<br><br>"And our response effectively was strategically, yes, and so we -- I don't foresee that there's anything controversial in our response which we are choosing to take a very, very collaborative approach.  They had some commentary about some customer testimonials on our website.  Those have been long removed.  And then we did choose to take the step of filing on TabloCart and then voluntarily said, hey, what we'll just push the pause button on the cart to continue to be a good corporate citizen and a good partner to FDA. ***So all of that is now behind us***." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 70 | Sept. 12, 2023 | Morgan Stanley 21st Annual Global Healthcare Conference | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system | ¶ 224: Defendant Trigg stated that Tablo's "***value proposition remains very much intact***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | would need | | significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose.  (¶ 260)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |
| 71 | Oct. 12, 2023 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 227: Defendant Trigg maintained that Tablo's "***economic value proposition remains resonant and differentiated***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose.  (¶ 260)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |
| 72 | Oct. 12, 2023 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 228: Defendants further expanded on the disclosures but attempted to blame the shortfall on the TabloCart shipment hold, stating that:<br><br>"[t]he shortfall to the guidance we provided in August was driven by *a larger-than-expected impact in the field from the recent FDA warning letter*, which served to elongate our sales cycle in several ways. First, *we observed more customers than we anticipated, choosing to defer their Tablo console purchasing and installation until TabloCart with prefiltration is available again*.  Second, we | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | experienced a strong competitive response, which served to create marketplace confusion, particularly regarding Tablo's use in the ICU." | 255-56, 261-265, 266, 267-68, 270 |
| 73 | Oct. 12, 2023 | Earnings Call | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 229: Yet Defendant Trigg still claimed that Outset's "***customers are not turning away from Tablo and its value proposition***. In fact, they continue to embrace Tablo's proven financial and operational benefits and move towards the advantages of an in-source model." | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose. (¶ 260)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |
| 74 | Nov. 7, 2023 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 234: Defendant Trigg attributed these results to the FDA Warning Letter while still misrepresenting and attempting to downplay the issues raised in the FDA Warning Letter and again blaming the results and low guidance on TabloCart not being available, stating that, "competitive activity around TabloCart not being available by our choice and some competitive noise making around the other aspect of the warning letter around some case studies that were on our website. We feel that we have fully satisfied the FDA's concerns around the website." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement (*All italics and bolding are from the Consolidated Complaint*) | Falsity Allegations |
|---|---|---|---|---|---|---|
| 75 | Nov. 7, 2023 | Earnings Call | Trigg | Tablo's strong "value proposition" and that Tablo can perform all dialysis treatments and is the only device a health system would need | ¶ 235: Yet, Defendant Trigg also claimed that Outset's "pipeline continues to expand and ***our value proposition remains compelling***." The "value proposition" to "save[] health care providers money, simplify their operations and improve the quality of living for patients***" remained "evergreen***." | These statements were materially false and misleading when made because they failed to disclose that this value proposition had been fueled by off-label marketing of Tablo for CRRT, particularly before the FDA issued its Warning Letter uncovering off-label promotion for CRRT that led to significant, internal marketing changes to its value proposition marketing that the Company also failed to disclose. (¶ 260)  ¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 260, 262-65, 267-68, 270 |
| 77 | Nov. 7, 2023 | Earnings Call | Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 236: "grow at a high-teens rate annually after 2024 as we gain scale, adjusted to capital spending environment, and achieve TabloCart with pre- filtration clearance.  ***  [G]iven that we expect TabloCart with prefiltration to get cleared in the second half, this first half-second half effects will be a little bit more pronounced and ***you'll see more growth in the back half of the year***." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261)  ¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 78  78(a) | Nov. 8, 2023  Feb. 21, 2024 | Q3 2023 Form 10-Q  FY 2023 Form 10-K | Outset/Trigg/ Ahmed  Outset/Trigg/ Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶¶ 238- 239: "During the third quarter of 2023, several factors served to elongate our sales cycle and the timing of delivery and installations which, in turn, had an adverse impact on our bookings and revenues for the quarter. ***These factors related to our recent Warning Letter, our distribution pause on TabloCart with Prefiltration and certain macroeconomic impacts on our customers. We*** | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | *observed more customers than we anticipated choosing to defer their Tablo console purchasing and installation until TabloCart with Prefiltration becomes available again. In addition, the Warning Letter created a certain amount of marketplace confusion (exacerbated, we believe, in some cases by our competitors) particularly regarding Tablo's use in the intensive care unit (ICU). We anticipate that the negative impacts from the Warning Letter and our distribution pause will continue through at least the end of 2023*. If the FDA's review of our pending 510(k) application for TabloCart with Prefiltration and the current distribution pause continues for an extended period of time, if the FDA ultimately does not grant clearance of our 510(k) application, or if we are otherwise unable to overcome the adverse impact in the field from the Warning Letter and our distribution pause for a prolonged period of time, our revenues could be materially and adversely impacted. Finally, during the third quarter of 2023, we began to observe an increasing number of our existing and prospective customers deferring their decisions to purchase Tablo in an environment of rising interest rates and more cautious capital spending. These deferrals served to further elongate our sales cycle and the timing of delivery and installations, which we expect to continue into 2024." <br><br> "Similar statements were repeated in the Company's FY 2023 10-K" | the impact on the Company and sales of Tablo. (¶ 261) <br><br> ¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 79 | Nov. 16, 2023 | 2023 Jefferies London Healthcare Conference | Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 242: Defendant Ahmed asserted the Company would "accelerate to high teens" growth in 2024 because, in part, the Company was "expecting approval on one of our products, TabloCart with prefiltration." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | the impact on the Company and sales of Tablo. (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 80 | Feb. 21, 2024 | Form 8-K Press Release | Outset/Trigg/ Ahmed | Tablo's strong revenue, growth, and demand | ¶ 243: On February 21, 2024, the Company issued a press release announcing financial results for the year ending December 31, 2023, touting "2023 revenue [of] $130.4 million, a 13% increase compared to $115.4 million in 2022" and "**reflect[ing] the scale we have built in the acute setting** and progress we are making to expand Tablo's use at home, with our growth in both end markets contributing to a 34% increase in the Tablo installed base and nearly 50% growth in consumable revenue." | These statements were materially false and misleading when made because they failed to disclose that results and strong demand and growth for Tablo were dependent on the Company's undisclosed pervasive off-label promotion of Tablo for CRRT, particularly in the first two quarters of 2023 before the FDA issued its Warning Letter leading to internal marketing changes. (¶ 259)<br><br>¶¶ 53-55, 57-60, 63-67, 70-71, 76-78, 80-81, 84, 86, 88-89, 210, 232-34, 255-56, 259, 262-65, 267-68, 270 |
| 81 | Feb. 21, 2024 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 244: "Additionally, on the regulatory submission front, we remain in interactive review with FDA on the TabloCart 510(K) submission and continue to forecast sales of TabloCart with pre filtration resuming during the second-half of 2024," suggesting that Tablo sales would ramp up once TabloCart received FDA clearance, which would serve as a "positive catalyst" for the Company. | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| 82 | Feb. 21, 2024 | FY 2023 Form 10-K | Outset/Trigg/ Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 246: The Company also stated that it "provided monthly updates to the FDA as to the status of these Warning Letter-related workstreams since July 2023 and ***believe we have taken appropriate measures to resolve the matters raised in the Warning Letter***." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 83 | Mar. 5, 2024 | TD Cowen Healthcare Conference | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 247: Defendant Trigg again characterized the potential TabloCart clearance as a "***clear catalyst***" for the Company's growth. | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 84 | Mar. 5, 2024 | TD Cowen Healthcare Conference | Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 248: Defendant Ahmed also characterized Outset's customers as simply "waiting for [Tablo]Cart" to finalize their purchases. He went on to note that "***those customers are still very much in our pipeline. They are still very much waiting for [Tablo]Cart. What we're really pleased with is that nobody has dropped out. Nobody has said, look, I don't want the product anymore***." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo. (¶ 261) |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | ¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 85 | Mar. 5, 2024 | TD Cowen Healthcare Conference | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 249: Defendant Trigg concluded by noting that "when [TabloCart's] back and we have a benefit of offering it to customers, yeah, *we expect it to be nicely adopted*." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 86 | May 6, 2024 | Form 8-K Press Release | Outset/Trigg/ Ahmed | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 250: The Company issued a press release announcing that the FDA "has granted 510(k) clearance of TabloCart with prefiltration," and "Outset has resumed distribution of TabloCart with prefiltration and has product available to ship to customers," the event that Defendants had promised would result in Tablo sales ramping up. | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |
| 87 | May 8, 2024 | Earnings Call | Trigg | FDA Warning Letter and the issues it raised as well as their impact on the Company | ¶ 254: "[w]ith our most challenging recent headwind now behind us with the FDA clearance of TabloCart, *demand for Tablo that has never been higher*." Defendant Trigg also characterized the TabloCart clearance as "finally putting wind in the sales of Tablo again." | These statements were materially false and misleading when made because they significantly downplayed and misrepresented the FDA's findings, Outset's pervasive off-label marketing, the Company's internal reaction and |

| Stmt No. | Date Made | Filing / Statement | Speaker | Statement Category | Statement *(All italics and bolding are from the Consolidated Complaint)* | Falsity Allegations |
|---|---|---|---|---|---|---|
| | | | | | | changes to its marketing practices, and the impact on the Company and sales of Tablo.  (¶ 261)<br><br>¶¶ 44, 53-60, 63-67, 70-72, 76-78, 80-81, 84, 86, 88-89, 96, 210, 213, 232-34, 255-56, 261-265, 266, 267-68, 270 |