Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendants*
*Outset Medical, Inc., Leslie Trigg,*
*Nabeel Ahmed, and Rebecca Chambers*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No.  5:24-cv-06124-EJD<br>Assigned to: Hon. Edward J. Davila<br><br>**JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION TO STRIKE APPENDIX A TO DEFENDANTS' MOTION TO DISMISS**<br><br>AC Filed: June 6, 2025 |

Pursuant to Civil Local Rules 6-2 and 7-12, Lead Plaintiff The Pension Fund Group ("Plaintiff") and Defendants Outset Medical, Inc., Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers ("Defendants" and together with Plaintiff, the "Parties") by and through their undersigned counsel, enter into the following stipulation.

**WHEREAS**, on April 3, 2025, the Plaintiff and Defendants filed a stipulation which set forth a proposed briefing schedule for Plaintiff's Amended Complaint and Defendants' response thereto (ECF No. 42).

**WHEREAS**, on April 17, 2025, the Court granted the Parties' Stipulation. Under the stipulated briefing schedule, Defendants filed their Motion to Dismiss the Amended Complaint ("MTD") on August 14, 2025, Plaintiff filed its opposition to the MTD on October 6, 2025, and Defendants' reply will be due November 17, 2025 (ECF No. 43).

**WHEREAS**, on August 14, 2025, Defendants filed the MTD (ECF No. 55).

**WHEREAS,** on October 6,  2025, Plaintiff filed its opposition to the MTD (ECF No. 58).

**WHEREAS**, on October 6, 2025, Plaintiff also filed a Motion to Strike Appendix A to Defendants' Motion to Dismiss ("Motion to Strike") (ECF No. 60). Pursuant to Civil L.R. 7-3(a), Defendants' opposition to the Motion to Strike must be filed not more than 14 days after the motion was filed. Therefore, Defendants' opposition to the Motion to Strike will be due October 20, 2025;

**WHEREAS**, Counsel for Plaintiff and for Defendants have met and conferred and agree that extending the deadline for filing Defendants' opposition to the Motion to Strike to November 17, 2025, to coincide with the filing of Defendant's reply brief in support of its MTD, will promote judicial efficiency and create more coherent overall briefing;

**WHEREAS**, the Parties also agree that Plaintiff's reply brief in support of its Motion to Strike will be due on December 12, 2025. The Parties agree that the extension will not impact any other aspect of the case schedule in this litigation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, as follows:

1.    Defendants shall file its opposition to the Motion to Strike by November 17, 2025; and

1

2.    Plaintiff shall file a reply brief in support of its Motion to Strike by December 12, 2025.

**IT IS SO STIPULATED.**

Date:  October 15, 2025

Respectfully submitted,

**SIDLEY AUSTIN LLP**

By:*/s/ Jaime A. Bartlett*
   Sara B. Brody (SBN 130222)
   Jaime A. Bartlett (SBN 251825)
   Sarah E. Gallo (SBN 335544)

*Attorneys for Defendants*
*Outset Medical, Inc., Leslie Trigg,*
*Nabeel Ahmed, and Rebecca Chambers*

Date:  October 15, 2025

Respectfully submitted,

**BERMAN TABACCO**

By:*/s/ Kristin Moody*
   Nicole Lavallee (SBN 165755)
   Kristin Moody (SBN 206326)
   Alexander S. Vahdat (SBN 284963)

*Lead Counsel for Lead Plaintiff and the*
*Proposed Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 21, 2025

Honorable Edward J. Davila
United States District Judge

2