Sara B. Brody (SBN 130222)
sbrody@sidley.com
Jaime A. Bartlett (SBN 251825)
jbartlett@sidley.com
Sarah E. Gallo (SBN 335544)
sgallo@sidley.com
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200

*Attorneys for Defendants*
*Outset Medical, Inc., Leslie Trigg,*
*Nabeel Ahmed, and Rebecca Chambers*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No.  5:24-cv-06124-EJD<br>Assigned to: Hon. Edward J. Davila<br><br>**REPLY DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Date:   January 22, 2026<br>Time:   9:00 a.m.<br>Place:  Courtroom 4, 5th Floor<br><br>AC Filed: June 6, 2025 |

I, Jaime A. Bartlett, declare as follows:

I am an attorney, duly licensed to practice law in the State of California, and am admitted before this Court. I am a partner with the law firm of Sidley Austin LLP, counsel of record for Defendants Outset Medical, Inc. ("Outset"), Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers (collectively, the "Defendants") in this action. The facts stated herein are true and correct based upon my own personal knowledge and, if called as a witness to testify, I could and would competently testify thereto. I submit this declaration in support of Defendants' Motion to Dismiss the First Amended Class Action Complaint (ECF No. 50).

Attached as exhibits to this declaration are true and correct copies of the following 2 documents.

**Reply Exhibit 1**: Excerpts from the Fifth Consolidated Amended Class Action Complaint, ECF No. 234, *In re Gilead Sciences Sec. Litig.*, No. 3:03-cv-04999-SI (N.D. Cal. July 10, 2009).

**Reply Exhibit 2**:  Excerpts from the Amended Consolidated Securities Class Action Complaint, ECF No. 88, *City of Roseville Emps. Ret. Sys. v. Horizon Lines, Inc. et al*, No. 1:08-cv-00969-HB (D. Del. Dec. 23, 2009).

Executed this 17th day of November, 2025, in San Francisco, California.

By: */s/ Jaime A. Bartlett*
Jaime A. Bartlett

REPLY DECLARATION OF JAIME A. BARTLETT IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE FIRST AMENDED CLASS ACTION COMPLAINT – CASE NO. 5:24-CV-06124-EJD