Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email:  nlavallee@bermantabacco.com
            kmoody@bernantabacco.con
            avahdat@bermantabacco.com

*Lead Counsel for Lead Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No. 5:24-cv-06124-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Assigned to: Hon. Edward J. Davila |

v.

1   Pursuant to Civil Local Rules 6-2 and 7-12, Lead Plaintiff The Pension Fund Group ("Plaintiff") and Defendants Outset Medical, Inc., Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers ("Defendants" and together with Plaintiff, the "Parties") by and through their undersigned counsel, enter into the following stipulation.

**WHEREAS**, on April 3, 2025, Plaintiff and Defendants filed a stipulation which set forth a proposed briefing schedule for Plaintiff's Consolidated Complaint and Defendants' response thereto (Dkt. No. 42).

**WHEREAS**, on April 17, 2025, the Court granted the Parties' Stipulation. Under the stipulated briefing schedule, Defendants would file their Motion to Dismiss the Complaint ("MTD") on August 14, 2025, Plaintiff would file its opposition to the MTD on October 6, 2025, and Defendants would file their reply on November 17, 2025 (Dkt. No. 43).

**WHEREAS**, on August 14, 2025, Defendants filed the MTD (Dkt. No. 55).

**WHEREAS,** on October 6, 2025, Plaintiff filed its opposition to the MTD (Dkt. No. 58).

**WHEREAS**, on October 6, 2025, Plaintiff also filed a Motion to Strike Appendix A to Defendants' Motion to Dismiss ("Motion to Strike") (Dkt. No. 60).

**WHEREAS**, on October 21, 2025, the Court granted the parties stipulation extending the deadline for filing Defendants' opposition to the Motion to Strike to November 17, 2025, to coincide with the filing of Defendant's reply brief in support of its MTD, and extending the deadline for Plaintiff's reply brief in support of its Motion to Strike to December 12, 2025 (Dkt. No. 62);

**WHEREAS**, on November 17, 2025, Defendants filed their reply in support of the MTD (Dkt. No. 63). In support of their reply, Defendants filed a Supplemental Request for Judicial Notice ("Second RJN") (Dkt. No. 65). Pursuant to Civil L.R. 7-3(a), Plaintiff's opposition to the Second RJN must be filed not more than 14 days after it was filed. Therefore, Plaintiff's opposition to the Second RJN would be December 1, 2025;

**WHEREAS**, Counsel for Plaintiff and Defendants have met, conferred, and agree to extend the deadline for filing Plaintiff's opposition to the Second RJN to December 12, 2025, to coincide with the filing of Plaintiffs' reply brief in support of its Motion to Strike Appendix A, in order to

promote judicial efficiency and create more coherent overall briefing;

**WHEREAS**, the Parties also agree that Defendants' reply brief in support of their Second RJN will be due on December 30, 2025. The Parties agree that the extension will not impact any other aspect of the case schedule in this litigation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, and respectfully requested, by and among the parties hereto, through their undersigned counsel of record, as follows:

1. Plaintiff shall file its opposition to the Second RJN by December 12, 2025; and Defendants shall file a reply brief in support of their Second RJN by December 30, 2025.

| | |
|---|---|
| Date: November 21, 2025 | Respectfully submitted, |
| | **BERMAN TABACCO** |
| | By: /s/ *Kristin J. Moody* |
| |    Nicole Lavallee (SBN 165755) |
| |    Kristin J. Moody (SBN 206326) |
| |    Alexander S. Vahdat (SBN 284963) |
| |    425 California Street, Suite 2300 |
| |    San Francisco, CA 94104 |
| |    Telephone: (415) 433-3200 |
| |    nlavallee@bermantabacco.com |
| |    kmoody@bermantabacco.com |
| |    avahdat@bermantabacco.com |
| | *Attorneys for Lead Plaintiff and the Proposed Class* |
| Date: November 21, 2025 | Respectfully submitted, |
| | **SIDLEY AUSTIN LLP** |
| | By: /s/ *Jamie A. Bartlett* |
| |    Sara B. Brody (SBN 130222) |
| |    Jaime A. Bartlett (SBN 251825) |
| |    Sarah E. Gallo (SBN 335544) |
| | *Attorneys for Defendants Outset Medical, Inc., Leslie Trigg, Nabeel Ahmed, and Rebecca Chambers* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: _____

                                      Honorable Edward J. Davila
                                      United States District Judge

## ATTESTATION

I, Kristin J. Moody, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Briefing Schedule For Defendants' Supplemental Request for Judicial Notice In Support of Defendants' Motion to Dismiss. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above have concurred in this filing.

Date: November 21, 2025

Respectfully submitted,

By: */s/ Kristin J. Moody*
Kristin J. Moody