UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE OUTSET MEDICAL, INC.
SECURITIES LITIGATION

Case No.   24-cv-06124-EJD

**ORDER GRANTING MOTION TO STRIKE**

Re: Dkt. No. 60

The Court is in receipt of Plaintiff's Motion to Strike Appendix A to Defendants' Motion to Dismiss.  Mot. to Strike, ECF No. 60.  Defendants filed an Opposition, and Plaintiff filed a Reply.  Opp., ECF No. 66; Reply, ECF No. 70.  For the reasons stated below, the Court **GRANTS** Plaintiff's Motion to Strike.

Defendants' 63-page Motion to Dismiss consists of two parts.  *See* Mot. to Dismiss, ECF No. 55.  The first 36 pages argue the Court should dismiss the Consolidated Complaint.  *Id*.  The next 27 pages are a chart of allegedly misleading statements in the amended complaint.  *See* Appendix A, ECF No. 55-1.  Plaintiff argues that Appendix A should be struck because it exceeds the page limit to which the parties stipulated and because it constitutes an improper extension of Defendants' arguments in the motion to dismiss.  Mot. to Strike at 1.  Plaintiff also provides their own competing chart of statements.  Pl.'s Appendix, ECF No. 60-1.  In Opposition, Defendants argue that their chart is an objective aid and that the material contained in the chart was taken directly from the Plaintiff's own complaint.  Opp. at 2–3.

Case No.: 24-cv-06124-EJD
ORDER GRANTING MOTION TO STRIKE

1

The Local Rules impose a 25-page limit on Defendants' motion, but the Court has the discretion to extend this page limit for good cause.  Civ. L.R. 7-2(b); *see also United States v. Warren*, 601 F.2d 471, 473–74 (9th Cir. 1979) (per curiam) ("[D]istrict courts have the authority to 'prescribe rules for the conduct of their business' in any manner not inconsistent with the federal rules or Acts of Congress . . . . Only in rare cases will we question the exercise of discretion in connection with the application of local rules.").  Here, the Court exercised that discretion in extending the page limit to 35 pages, pursuant to the parties' stipulation.  ECF No. 54.  The Court finds neither Defendants' chart nor Plaintiff's newly-submitted competing chart necessary for the Court's consideration of Plaintiff's Consolidated Complaint.

Accordingly, the Court **GRANTS** Plaintiff's Motion to Strike.

**IT IS SO ORDERED.**

Dated: January 21, 2026

EDWARD J. DAVILA
United States District Judge

United States District Court
Northern District of California

Case No.: 24-cv-06124-EJD
ORDER GRANTING MOTION TO STRIKE

2