Nicole Lavallee (SBN 165755)
Kristin J. Moody (SBN 206326)
Alexander S. Vahdat (SBN 284963)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
kmoody@bermantabacco.com
avahdat@bermantabacco.com

*Counsel for Lead Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE OUTSET MEDICAL, INC. SECURITIES LITIGATION | Case No.  5:24-cv-06124-EJD |
| | **CLASS ACTION** |
| | **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT AND SET DEADLINES FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT** |
| | **\* AS MODIFIED \*** |
| | Assigned to: Hon. Edward J. Davila |

[No. 5:24-cv-06124-EJD] STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT AND SET DEADLINES FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

Pursuant to Local Rule 6-2, Lead Plaintiff The Pension Fund Group ("Plaintiff") and Defendants Outset Medical, Inc., Leslie Trigg, Rebecca Chambers, and Nabeel Ahmed (collectively "Defendants"), by and through their counsel, hereby stipulate and agree to the following matters:

WHEREAS, on March 30, 2026, the Court entered an order granting in part Defendant's motion to dismiss the consolidated class action complaint (Dkt. No. 79);

WHEREAS, as part of that order, the Court set a deadline of April 20, 2026 for Plaintiff to file an amended complaint;

WHEREAS, counsel for Plaintiff and Defendants met and conferred, and due to several upcoming prepaid travel plans and deadlines in other matters faced by Lead Counsel for Plaintiff, Defendants consented to an extension of the deadline to file the amended complaint to May 1, 2026;

WHEREAS, counsel for Plaintiff and Defendants also met and conferred regarding a proposed briefing schedule for an anticipated motion to dismiss the amended complaint that they believe is appropriate given the complex subject matter of the litigation;

WHEREAS, this is the first request to extend the time for Plaintiff to file and serve an amended complaint; and

WHEREAS, no other deadlines will be affected by the proposed schedule;

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1. Lead Plaintiff shall file its Amended Complaint by May 1, 2026;

2. Defendants shall respond to the Amended Complaint by June 2, 2026;

3. If Defendants move to dismiss the Amended Complaint, Plaintiff shall file any response or opposition to the motion to dismiss by ~~July 2, 2026~~; June 23, 2026

4. Defendants shall file any reply brief in support of any motion to dismiss by ~~July 20, 2026~~. July 6, 2026

[No. 5:24-cv-06124-EJD] STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT AND SET DEADLINES FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT

1

Dated: April 2, 2026                    **BERMAN TABACCO**

By:   /s/ *Kristin J. Moody*
            Kristin J. Moody

Nicole Lavallee
Alexander S. Vahdat
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: nlavallee@bermantabacco.com
          kmoody@bermantabacco.com
          avahdat@bermantabacco.com

*Counsel for Lead Plaintiff and the Proposed Class*

**SIDLEY AUSTIN LLP**

By:   /s/ *Jaime A. Bartlett*
            Jaime A. Bartlett

Sara B. Brody
Sarah E. Gallo
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Email: jbartlett@sidley.com
          sbrody@sidley.com
          sgallo@sidley.com

*Counsel for Defendants Outset Medical, Inc.,
Leslie Trigg, Rebecca Chambers, and
Nabeel Ahmed*

## E-FILING ATTESTATION

I, Kristin J. Moody, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Jaime A. Bartlett has concurred in this filing.

 /s/ *Kristin J. Moody*
            Kristin J. Moody

[No. 5:24-cv-06124-EJD] STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE AMENDED COMPLAINT AND SET DEADLINES FOR DEFENDANTS TO RESPOND TO AMENDED COMPLAINT                                                                                          2

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

DATED: _April 2, 2026_ _____

_____
HONORABLE EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE